1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>       *Defendants*. | Case No. 3:25-cv-05687<br><br>**[PROPOSED] ORDER GRANTING MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

**[PROPOSED] ORDER**

Plaintiffs' Motion to Postpone Effective Date of Agency Action ("Motion") came on for hearing on July 29 2025, or as soon thereafter as the matter could be heard. After consideration of the briefs and arguments of counsel, the evidence filed in support of and in opposition to Plaintiffs' Motion, and being fully advised, the Court finds that Plaintiffs have carried their burden to demonstrate a need for postponement of the effective date of agency action in this case to preserve the status quo pending resolution of this case on the merits.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs' Motion is GRANTED as follows:

1.    The Court concludes that Plaintiffs have carried their burden of showing (1) likelihood of success on the merits of their claims under the Administrative Procedure Act ("APA") and the Anti-Discrimination guarantee of the Fifth Amendment to the United States Constitution; (2) that the terminations of TPS designations for Honduras, Nepal, and Nicaragua are causing and will cause irreparable harm to TPS holders, their families (which include U.S. citizens), and the public absent postponement of the effective date of agency actions; and (3) that the balance of equities and the public interest weigh in Plaintiffs' favor. Accordingly, a postponement of agency action pursuant to 5 U.S.C. § 705 of the APA and the inherent equitable powers of this Court is warranted.

2.    It is hereby ORDERED THAT the effective date of implementation and/or enforcement of the decisions to terminate TPS for Honduras, Nepal, and Nicaragua are hereby immediately postponed and stayed pending resolution of this case on the merits.

**IT IS SO ORDERED.**


Date: _____, 2025                    _____

                                               The Honorable

                                               UNITED STATES DISTRICT JUDGE


1