**DECLARATION OF DENIS MOLINA**

I, Denis Molina, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am a citizen of Honduras. I came to the United States in 1997, in search of safety and security. I am now 48 years old and have built a life in the United States. I have four U.S. citizen children, ranging from ages 20 to just one year old. In my daily life, I have many roles. I am a father, a husband, a pastor, a mechanic, a homeowner, a neighbor and friend. I am also a beneficiary of Temporary Protected Status and a member of the National TPS Alliance. I am writing this declaration to explain how I rely on TPS and how my family and I will be harmed by the termination of TPS.

3. I was a plaintiff in the lawsuit *Bhattarai v. Nielsen*, which challenged the Trump adminsitration's first termination of TPS for Honduras in 2018. Being a plaintiff was a very powerful experience for me. At first, I was nervous to participate in the lawsuit. But I decided to join because I wanted to stand up for my community. Being a plaintiff helped me feel empowered, grounded and hopeful in a moment of great uncertainty. Now, I find myself called again to join the effort to defend TPS.

**Background and Impact of TPS**

4. I was born in Honduras in 1976. I was raised by mother and father along with my sisters and brother in a small city. My family was very religious. As a young man, I attended a technical school to become a mechanic, but I could not find work. Honduras was also becoming more and more dangerous as gangs and narcotrafficking took over.

5. I came to the United States in 1997. Soon after I came to the United States, Hurricane Mitch hit Honduras and the country was designated for TPS. I applied for and received TPS and have always maintained that status.

6. In addition to working various jobs in construction and as a mechanic, I always prioritized my faith and was involved in a church. Around 2003, I became a pastor at the Church of Jude Mount Zion in Bridgeport, Connecticut. Now, 22 years later, I am

1 still serving as a pastor at the same church. I give four sermons a week and also teach a class for children on Sundays. My faith teaches me to love God and also to love fellow people. Serving my community as a pastor is my way of honoring God.

7. In 2004, I married my first wife and we started a family together. Our first child, my son Allen, was born in 2005. Two years later, our daughter Natalie was born. Those years were busy but happy, as we both worked and raised our young family. In 2012, we bought a house together in Bridgeport, Connecticut. Having work authorization through TPS is what allowed me to support my family and start to build a solid economic foundation.

8. In 2013, my wife died from ovarian cancer. She was 33 years old. Our children were 8 and 6. Her death devastated our entire family. Overnight, I became a single parent and had to figure out how to care and provide for my children, all while we were deeply grieving the loss of their mother. This was the hardest thing I have ever lived through. I leaned heavily on my faith and on my church, and one day at a time, we continued on.

9. My son Allen has autism and he developed serious behavioral problems after his mother died. He had to go to therapy, appointments with a psychologist, and has a special educational program in school. He graduated high school in 2022, but he still attends a transitional school for children with special needs. He is a gentle, shy person. He tends to withdraw when he is not comfortable, and he struggles to do simple things like preparing food for himself. He will likely need some amount of support throughout his life to accomplish basic tasks and care for himself.

10. Natalie is entering her senior year in high school and will graduate next year. She is a very active and helpful person. She loves to cook and she loves children. She says that she wants to study nursing after she graduates.

11. In 2020, I remarried. My wife Erika and I have two young children. Elias is almost 4 years old and Joel is almost a year and half. Now, we are a family of six people. I had almost forgotten how much work it is to raise young children! Allen and Natalie love

their baby brothers very much and it is very sweet to see all the children together. Elias was also recently diagnosed with autism and he attends a special program to support his development.

12. I am now the sole breadwinner for my family of six. My wife stays home to care for the two youngest children. I work as a mechanic in an autoshop. My bosses and coworkers are also my friends. The wages I earn are just enough to support my family. I pay our mortgage, our utilities, car insurance, groceries, clothing, repairs for our house, and all the other household expenses.

**Effect of Loss of TPS**

13. Without TPS, we will be totally adrift. I will lose my job. I'll have to sell our house, but I don't know where we would go. My four children all depend on me for everything. I feel overwhelmingly sad and worried about what will happen to us without TPS. As a father, feeling afraid of not being able to give your children what they need is a terrible feeling.

14. At the same time, I cannot even imagine trying to return to Honduras with my family. It would be difficult, if not impossible, for me to find work there, as I understand the economic situation is still very dire. I would have no way to support myself and my family. My older children were born and raised in the United States. They do not know Honduras or how to navigate life there. It is still very dangerous in Honduras, more so than when I left. Allen, with his developmental limitations, would be especially vulnerable if he were to go to Honduras. My son Elias would be deprived of the support he is receiving and his development would also be harmed by going to Honduras.

15. On the other hand, leaving my four U.S. citizen children behind in the United States is not an option. For my older children, being separated from me would mean the heartbreaking loss of another parent. For my younger children and my wife, being separated would mean being left with no home, no income, no husband and no father. This is not something I want to event think about.

16. TPS is what has allowed me to build a life, pay my taxes, contribute to

society, and support my family. Terminating TPS based on false narratives about immigrants is a great injustice. I pray that those who are in charge of the immigration laws in this country find love for God and for all of our brothers and sisters who only wish to live in safety and dignity in this country.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Connecticut, 1st  day of July, 2025.

                                        __/s/ Dennis Molina_____

                                        Denis Molina

**CIVIL LOCAL RULE 5.1 ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

                         /s/ Jessica Karp Bansal
                         Jessica Karp Bansal



| | |
|---|---|
| **DATE OF TRANSLATION:** | 6/29/2025 |
| **ENGLISH ELECTRONIC FILE NAME:** | DECLARATION OF DENIS MOLINA |
| **SOURCE LANGUAGE:** | English |
| **TARGET LANGUAGE:** | Spanish |
| **TRANSPERFECT JOB ID:** | US2099321 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.<br>
TRANSPERFECT GLOBAL HQ<br>
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0

## DECLARACIÓN DE DENIS MOLINA

Yo, Denis Molina, declaro:

1. Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2. Soy ciudadano de Honduras. Llegué a los Estados Unidos en 1997, en busca de seguridad y protección. Tengo 48 años ahora y he organizado mi vida en Estados Unidos. Tengo cuatro hijos ciudadanos estadounidenses, que van de los 20 años a solo un año de edad. En mi vida diaria, tengo muchos roles. Soy padre, esposo, pastor, mecánico, propietario de mi vivienda, vecino y amigo. También soy beneficiario del Estatus de Protección Temporal y miembro de la Alianza Nacional de TPS. Escribo esta declaración para explicar cómo confío en TPS y cómo mi familia y yo sufriremos daños por la rescisión del TPS.

3. Fui demandante en la demanda *Bhattarai v. Nielsen*, que impugnó la primera rescisión del TPS por parte de la administración de Trump para Honduras en 2018. Ser demandante fue una experiencia muy poderosa para mí. Al principio, estaba nervioso por participar en la demanda. Pero decidí unirme porque quería defender a mi comunidad. Ser demandante me ayudó a sentirme empoderado, realista y esperanzado en un momento de gran incertidumbre. Ahora me encuentro de nuevo con el llamado para unirme al esfuerzo de defender el TPS.

### Antecedentes e impacto del TPS

4. Nací en Honduras en 1976. Fui criado por mi madre y mi padre junto con mis hermanas y mi hermano en una ciudad pequeña. Mi familia era muy religiosa. De joven, asistí a una escuela técnica para convertirme en mecánico, pero no pude encontrar trabajo. Honduras también se estaba volviendo cada vez más y más peligrosa a medida que las pandillas y el narcotráfico se apoderaban del territorio.

5. Llegué a los Estados Unidos en 1997. Poco después de venir a los Estados Unidos, el huracán Mitch azotó Honduras y el país fue designado para el TPS. Solicité y recibí el TPS y siempre mantuve ese estatus.

6. Además de trabajar en varios trabajos de construcción y como mecánico, siempre prioricé mi fe y participé en una iglesia. Alrededor de 2003, me convertí en pastor en la Iglesia de Jude Mount Zion en Bridgeport, Connecticut. Ahora, 22 años después, sigo siendo pastor en la misma iglesia. Doy cuatro sermones a la semana y también enseño una clase para niños los domingos. Mi fe me enseña a amar a Dios y también a amar a los compañeros. Servir a mi comunidad como pastor es mi forma de honrar a Dios.

7. En 2004, me casé con mi primera esposa y comenzamos una familia juntos. Nuestro primer hijo, mi hijo Allen, nació en 2005. Dos años después, nació nuestra hija Natalie. Esos años eran ajetreados pero felices, ya que ambos trabajábamos y criábamos a los niños de nuestra familia. En 2012, compramos una casa juntos en Bridgeport, Connecticut. Tener autorización de trabajo a través del TPS es lo que me permitió apoyar a mi familia y comenzar a construir una base económica sólida.

8. En 2013, mi esposa murió de cáncer de ovario. Tenía 33 años. Nuestros hijos tenían 8 y 6 años. Su muerte devastó a toda nuestra familia. De la noche a la mañana, me convertí en padre soltero y tuve que averiguar cómo cuidar y mantener a mis hijos, todo mientras llorábamos profundamente la pérdida de su madre. Esto fue lo más difícil que he vivido. Me apoyaba mucho en mi fe y en mi iglesia y, un día a la vez, continuamos avanzando.

9. Mi hijo Allen tiene autismo y desarrolló problemas de comportamiento graves después de que su madre muriera. Tuvo que ir a terapia, citas con un psicólogo y tiene un programa educativo especial en la escuela. Se graduó de la escuela secundaria en 2022, pero todavía asiste a una escuela de transición para niños con necesidades especiales. Es una persona gentil y tímida. Tiende a retraerse cuando no se siente cómodo y tiene dificultades para hacer cosas simples, como prepararse alimentos. Es probable que necesite algo de apoyo durante toda su vida para realizar tareas básicas y cuidarse a sí mismo.

10. Natalie está ingresando a su último año en la escuela secundaria y se graduará el próximo año. Es una persona muy activa y servicial. Le encanta cocinar y ama a los niños. Dice que quiere estudiar enfermería después de graduarse.

11. En 2020, me volví a casar. Mi esposa Erika y yo tenemos dos hijos pequeños. Elías tiene casi 4 años y Joel tiene casi un año y medio. Ahora, somos una familia de seis personas. ¡Casi había olvidado cuánto trabajo da criar a niños pequeños! Allen y Natalie aman mucho a sus hermanos bebés y es muy dulce ver a todos los niños juntos. A Elías

también se le diagnosticó recientemente autismo y asiste a un programa especial para apoyar su desarrollo.

12. Ahora soy el único sostén para mi familia de seis. Mi esposa se queda en casa para cuidar a los dos niños más pequeños. Trabajo como mecánico en una tienda de automóviles. Mis jefes y compañeros de trabajo también son mis amigos. Los salarios que gano son suficientes para mantener a mi familia. Pago nuestra hipoteca, nuestros servicios públicos, seguro de auto, comestibles, ropa, reparaciones de nuestra casa y todos los demás gastos del hogar.

### Efecto de la pérdida del TPS

13. Sin el TPS, estaremos totalmente a la deriva. Perderé mi trabajo. Tendré que vender nuestra casa, pero no sé donde iríamos. Mis cuatro hijos dependen de mí para todo. Me siento abrumadoramente triste y preocupado por lo que nos sucederá sin el TPS. Como padre, sentir miedo de no poder darles a sus hijos lo que necesitan es un sentimiento terrible.

14. Al mismo tiempo, ni siquiera puedo imaginarme tratando de regresar a Honduras con mi familia. Sería difícil, si no imposible, para mí encontrar trabajo allí, ya que entiendo que la situación económica sigue siendo muy grave. No tendría forma de mantenerme a mí y a mi familia. Mis hijos mayores nacieron y crecieron en los Estados Unidos. No conocen Honduras ni cómo andar por la vida allí. Todavía es muy peligroso en Honduras, más que cuando me fui. Allen, con sus limitaciones de desarrollo, sería especialmente vulnerable si fuera a Honduras. Mi hijo Elias sería privado del apoyo que recibe y su desarrollo también se vería perjudicado al ir a Honduras.

15. Por otro lado, dejar a mis cuatro hijos ciudadanos estadounidenses en los Estados Unidos no es una opción. Para mis hijos mayores, estar separado de mí significaría la desgarradora pérdida del padre, tras haber pedido a su madre. Para mis hijos más pequeños y mi esposa, estar separados significaría quedarse sin hogar, sin ingresos, sin esposo y sin padre. Esto no es algo en lo que quiera pensar siquiera.

16. El TPS es lo que me ha permitido construir una vida, pagar mis impuestos, contribuir a la sociedad y apoyar a mi familia. Rescindir el TPS en función de narraciones falsas sobre inmigrantes es una gran injusticia. Oro para que aquellos que están a cargo de las leyes de inmigración en este país encuentren el amor por Dios y por todos nuestros hermanos y hermanas que solo desean vivir en seguridad y dignidad en este país.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto, y que esta declaración se firmó en Connecticut, en este día 1 de Julio de 2025.

Denis Molina