## DECLARATION OF JHONY SILVA

I, Jhony Silva, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am 29 years old and a citizen of Honduras. I came to the United States in 1998 when I was just three years old, and I have no memories of life in Honduras. Since 1999, I have been a beneficiary of Temporary Protected Status (TPS). If I lose my TPS, I have no other means to continue with my work authorization and maintain protection from deportation and immigration detention.

3. I am a member of the National TPS Alliance, and joined voluntarily because I wholeheartedly believe in the mission of the organization to defend the TPS program.

### Background and Impact of TPS

4. My parents and I were present in the U.S. when Hurrican Mitch devastated Honduras in 1998, making it impossible to return safely. My parents applied for TPS for themselves and for me. We all were granted TPS and diligently sought to renew our status each time the designation for Honduras was extended because it remained unsafe to return there.

5. My parents relied on TPS from 1999 until very recently, when they became permanent residents through my U.S. born sister. Both of my parents are very hard-working. My father worked as a delivery driver and for different furniture companies and now he works as a mechanic for a machinery rental company. My mom was a nurse in Honduras, and in the U.S. she has always worked as a home health aide. She has been caring for the same young woman with cerebral palsy for the past 16 years. My mother is one of my biggest supporters and was the inspiration for me to pursue a career in healthcare.

6. As a child growing up in the United States, I didn't realize that I was any different than any of my friends who had been born here. I remember in middle school, some of my friends would tease me about not being a citizen. I used to laugh along

1  because at the time I didn't understand how seriously my immigration status would affect
2  my life.
3       7.    I completed all of my education, from preschool through high school, in the
4  San Francisco Bay Area. In 2013, I graduated from high school. I considered joining the
5  military, with the hopes to serve the country and attain permanent status here through
6  military service. I spoke with a recruiter and mentioned that I had not been born here, and
7  he told me that the army couldn't help me. I remember feeling sad and dejected that I
8  wasn't even able to sign up to serve the only country I had ever known because I happened
9  to have been born elsewhere.
10      8.    In 2016, my son Alex was born. I began working to support my young
11 family, and held a range of different jobs in my early twenties. Thankfully, I always had
12 work authorization through TPS. Alex's mother and I were married for several years, but
13 we have since divorced. Now, we have joint custody of our son. Alex spends at least half
14 his time with me, my parents and my sister at our family home in Hayward.
15      9.    When Alex was about three or four years old, he was diagnosed with autism.
16 He had some developmental delays, including his speech. When he started school, he was
17 evaluated and given an Individualized Education Plan to support his learning. Now
18 entering third grade, Alex has made a lot of progress and is a well-adjusted, sweet child.
19 He still receives special services at school. He and I have a very close relationship, and I
20 try to provide him with as much support and stability as I can. We like to go out to eat
21 together – Alex's favorite food is pho – and we love to draw together. I have a little bit of
22 artistic ability, but Alex is really talented at drawing.
23      10.   For the past two and a half years, I have been working as a Certified Nursing
24 Assistant in a cardiology unit at Stanford Hospital in Palo Alto, California. I love my job
25 and find a lot of gratification in caring for people. I'm a people person and I like getting to
26 know my patients and earning their trust, even those who are very different from me. I take
27 pride in helping my patients through a difficult and vulnerable moment in their lives by
28 treating them with kindness and respect. In addition to working full time, I am also

currently taking classes to complete all the prerequisites for nursing school.

11. TPS is what has allowed me to build this life for myself and my son. Without the work authorization and protections of TPS, I would never have been able to obtain my CNA certificate and provide the same level of financial support and stability for Alex and myself. Having relied on TPS since I was three years old, I cannot imagine how much more difficult my life path would have been without this protection.

### Effect of Losing TPS Status

12. Now, I am the only member of my family who still relies on TPS. As I watched other countries lose their TPS status in the early days of this administration, I knew that there was a high likelihood that DHS would terminate TPS for Honduras too. This created enormous anxiety, uncertainty and fear.

13. Without TPS, I will lose my job and my only source of income immediately. This would negatively impact me, and also my U.S. citizen son and my LPR parents. I support my son financially and without any income, I could no longer pay for his basic needs. Alex gets really good healthcare through my job at Stanford, but without TPS, we will both lose our health insurance. My parents rely on my to pay a portion of the rent for our home in Hayward, but if I am not working, I would not be able to contribute to our rent. This would place a heavy burden on my family, particularly since housing costs are very high these days. My parents, who are nearing retirement age, would have to work additional hours in order to make ends meet.

14. Without TPS, I would also have to abandon my dreams of becoming a nurse. Without work authorization and legal status, I would not be able to get a job at any hospital. My options would be extremely limited.

15. Without legal status, work authorization, or protection from deporatation and detention, I would be faced with the prospect of going to Honduras, a country that I left when I was only a toddler. I would have nowhere to live, no prospects for work, and no one to help support me. From what I understand, Honduras remains a very dangerous and unstable country, and I do not believe that I could safely relocate there.

16. In addition to these questions about how I would survive in Honduras, I would be separated from my entire family. My parents, my sister, and my son all live in the United States and are U.S. citizens or green card holders. While I cannot imagine living apart from any of my family members, the idea of being separated from my son Alex keeps me up at night. Alex is sensitive to change, and he is very attached to me. I worry that being separated from me would have a huge impact on his emotional well-being, his health, and his learning. He would have a hard time understanding why his dad had to leave. Further, since I have joint custody of him, if I were to be forced to leave the United States, Alex would likely have to live full time with his mother, and he would no longer spend half his time at our family home with his grandparents, who also provide him with a lot of support, love and consistency.

17. I know a lot of people, including friends from childhood and people who go to my family's church, who voted for President Trump and agree with his policy of mass deportation. When I ask them why they would support my deportation, most of them say things like "don't worry, it won't affect you." But the reality is that the government's extreme anti-immigrant agenda does affect me, and countless others like me across the country. Having lived in the United States for nearly all my life, I am deeply affected by the loss of TPS status. But I am also in a unique position to be able to speak out against the racism and cruelty of the current government's immigration policies, and this is why it is important to me to participate in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Hayward, California this 1st day of July, 2025.

_____

Jhony Silva