**DECLARATION OF MARIA ELENA HERNANDEZ**

I, Maria Elena Hernandez, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am 67 years old and a citizen of Nicaragua. I live in Florida with my U.S. citizen brother and sister-in-law. I came to the United States in 1996, almost 30 years ago. I have had Temporary Protected Status (TPS) since Nicaragua was designated in 1999. Without TPS, I would lose my work authorization and protection from detention and deportation to a country where it is not safe for me to return. I would also lose my social security, which I have paid into for decades.

3. I am a member of the National TPS Alliance (NTPSA). I joined voluntarily because I believe in the mission of the organization to defend TPS and TPS holders.

**Background**

4. I grew up in Nicaragua against the backdrop of growing tensions and instability. My family was targeted by the Nicaraguan government because they had worked for the state in a prior regime. As a result, one of my brothers was a political prisoner for about a decade. Several of my siblings fled Nicaragua and sought asylum in the United States. Everyone who could leave, did.

5. I studied telecommunication engineering in university. When the war ended, I tried to build a life for myself in Nicaragua, but the country was still reeling from the war, and I feared for my safety.

6. I came to the United States with a tourist visa in December 1996 to visit my brother in Florida, and extended my permission to stay for another six months. Then Hurricane Mitch devastated Nicaragua, and Nicaragua was designated for TPS. When I heard the TPS announcement, I was so relieved. I applied as quickly as I could.

7. With TPS, I was able to get work at an aquatic plant nursery. I worked there for about six years. In 2008, I began to work for a cleaning company, as a cleaner at a university. There were many labor abuses and unjust conditions. I could not tolerate seeing

my coworkers treated unfairly. Together with my coworkers we contacted the labor union SEIU 32BJ and asked them to represent us. I began organizing my coworkers in 2012 and by 2013 we were unionized. Now, our conditions are more fair and our pay and benefits have improved. My coworkers voted for me to be their representative with the union as a shop steward, and I have been shop steward for the last 12 years. I am proud of what we have accomplished so that my co-workers have dignity and respect and can't be unfairly fired for speaking up. I have worked as a cleaner at the university for almost 18 years. Since I started working, I have always filed my taxes.

8. When I turned 65, I began to draw on my social security, which provides essential suplemental income. I had paid into the social security system for more than 20 years. I have continued to work, however.

9. I live with asthma and a heart condition that requires daily medication for my survival. Thankfully I receive good health insurance through my job that allows me to receive the care I need.

**Effect of Loss of TPS**

10. Losing TPS is terrifying. First, I would lose my job, where I have worked for almost 18 years. As a single senior with health issues, I would not be able to support myself without this income.

11. In addition to losing my job, I would lose my social security income, even though I paid into social security for more than 25 years. I would be left with no way to support myself.

12. Even more critically, I would lose my health insurance, which I receive through work, and I would not be eligible for Medicaid. I have two chronic conditions that require daily treatment. Without healthcare, something routine like an asthma attack could quickly become fatal. I worry that my health will rapidly decline without continued healthcare access.

13. My government ID is also set to expire on July 5, 2025, and without TPS I will not be able to renew it, since Florida requires proof of lawful presence to get ID, such

as work authorization.

14. Beyond being devastating for my health and financial situation, losing TPS would put me at risk of detention and deportation on the one hand, and return to Nicaragua and family separation on the other. I fear that if I returned to Nicaragua, I would face persecution for my views and my family background.

15. I would also face the risk of family separation. I am very close to my siblings. They are my life. But they are all U.S. citizens who do not feel safe in Nicaragua. If I had to return to Nicaragua, I would be separated from them indefinitely. This terrifies me.

16. Not knowing whether TPS would be extended caused me tremendous anxiety and uncertainty. The fact that the government waited to announce a decision until so close to the expiration date is also difficult because it has been hard to know what to communicate to my employer. I understand that the government must give us at least 60 days' notice from the publication of any Federal Register notice terminating TPS, during which our protections and work authorization remain valid. But because my work permit says it expires on July 5, it has created a lot of uncertainty for me and my employer about whether I can continue to work on July 6 and I worry that my ability to work will be disrupted.

17. To have only 60 days to wrap up my affairs, after thirty years here, with the loss of status, employment authorization, healthcare, and social security, as well as the risk of detention and deportation, on the other side of the 60 days, is unfathomable.

18. I wish the government understood that we immigrants are not criminals, even as they criminalize us. I hope they consider the thousands of families who came here, built their homes, their businesses, have their children, and are contributing to the economy and to the culture.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Broward County, Florida, place this 30 day of June, 2025.

| | |
|---|---|
| 1 | |
| 2 | */s/ Maria Elena Hernandez* |
| 3 | Maria Elena Hernandez |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **CIVIL LOCAL RULE 5.1 ATTESTATION** |
| 2 | I hereby attest that I have on file all holographic signatures corresponding to any signatures |
| 3 | indicated by a conformed signature (/S/) within this e-filed document. |

                                               /s/ Jessica Karp Bansal
                                               Jessica Karp Bansal



| | |
|---|---|
| **DATE OF TRANSLATION:** | 6/29/2025 |
| **ENGLISH ELECTRONIC FILE NAME:** | **DECLARATION OF MARIA ELENA HERNANDEZ** |
| **SOURCE LANGUAGE:** | English |
| **TARGET LANGUAGE:** | Spanish |
| **TRANSPERFECT JOB ID:** | US2099321 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0

**DECLARACIÓN DE MARIA ELENA HERNANDEZ**

Yo, Maria Elena Hernandez, declaro:

1. Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2. Tengo 67 años y soy ciudadana de Nicaragua. Vivo en Florida con mi hermano ciudadano estadounidense y mi cuñada. Vine a los Estados Unidos en 1996, hace casi 30 años. He tenido un Estatus de Protección Temporal (TPS) desde que Nicaragua fue designada en 1999. Sin el TPS, perdería mi autorización de trabajo y la protección contra la detención y deportación a un país donde no es seguro para mí regresar. También perdería mi seguro social, que he pagado durante décadas.

3. Soy miembro de la Alianza Nacional del TPS (National TPS Alliance, NTPSA). Me inscribí voluntariamente porque creo en la misión de la organización de defender el TPS y a quienes cuentan con el estatus de TPS.

**Antecedentes**

4. Crecí en Nicaragua en un contexto de tensiones e inestabilidad crecientes. Mi familia fue blanco del gobierno nicaragüense porque habían trabajado para el estado en un régimen anterior. Como resultado de ello, uno de mis hermanos fue un prisionero político durante aproximadamente una década. Varios de mis hermanos huyeron de Nicaragua y buscaron asilo en los Estados Unidos. Todos los que pudieron irse lo hicieron.

5. Estudié ingeniería en telecomunicaciones en la universidad. Cuando terminó la guerra, intenté construir una vida para mí en Nicaragua, pero el país aún se estaba recuperando de la guerra y temía por mi seguridad.

6. Llegué a los Estados Unidos con una visa de turista en diciembre de 1996 para visitar a mi hermano en Florida y prorrogué mi permiso para quedarme durante otros seis meses. Luego, el huracán Mitch devastó Nicaragua y Nicaragua fue designada para el TPS. Cuando escuché el anuncio del TPS, me sentí muy aliviada. Solicité dicho estatus lo más rápido posible.

7. Con el TPS, pude trabajar en un vivero de plantas acuáticas. Trabajé allí

durante unos seis años. En 2008, comencé a trabajar para una empresa de limpieza, como limpiadora en una universidad. Hubo muchos abusos laborales y condiciones injustas. No podía tolerar que mis compañeros de trabajo fueran tratados injustamente. Junto con mis compañeros de trabajo, nos comunicamos con el sindicato SEIU 32BJ y les pedimos que nos representaran. Comencé a organizar a mis compañeros de trabajo en 2012 y nos sindicalizamos para 2013. Ahora, nuestras condiciones laborales son más justas y nuestro sueldo y beneficios han mejorado. Mis compañeros de trabajo votaron por mí para que fuera su representante en el sindicato como delegada sindical, y he sido delegada sindical durante los últimos 12 años. Estoy orgullosa de lo que hemos logrado para que mis compañeros de trabajo tengan dignidad y respeto y no puedan ser despedidos injustamente por alzar la voz. He trabajado como limpiadora en la universidad durante casi 18 años. Desde que comencé a trabajar, siempre he presentado mis impuestos.

8. Cuando cumplí 65 años, comencé a recurrir a mi seguro social, que proporciona ingresos complementarios esenciales. Había hecho pagos al sistema de seguridad social durante más de 20 años. Sin embargo, he seguido trabajando.

9. Vivo con asma y una afección cardíaca que requiere medicamentos diarios para mi supervivencia. Afortunadamente, recibo un buen seguro médico a través de mi trabajo que me permite recibir la atención que necesito.

**Efecto de la pérdida del TPS**

10. Perder el TPS es aterrador. Primero, perdería mi trabajo, donde he trabajado durante casi 18 años. Como adulta mayor soltera con problemas de salud, no podría mantenerme sin este ingreso.

11. Además de perder mi trabajo, perdería mis ingresos del seguro social, aunque he hecho pagos al seguro social durante más de 25 años. Me dejarían sin forma de mantenerme.

12. Aún más críticamente, perdería mi seguro médico, que recibo a través del trabajo, y no sería elegible para Medicaid. Tengo dos afecciones crónicas que requieren tratamiento diario. Sin atención médica, un evento de rutina como un ataque de asma

podría volverse rápidamente mortal. Me preocupa que mi salud se deteriore rápidamente sin un acceso continuo a la atención médica.

13. Mi identificación gubernamental también está programada para vencer el 5 de julio de 2025 y, sin el TPS, no podré renovarla, ya que Florida requiere una prueba de presencia legal, como una autorización de trabajo, para obtener una identificación.

14. Más allá de ser devastador para mi salud y situación financiera, perder el TPS me pondría en riesgo de detención y deportación por un lado, y de regresar a Nicaragua y la separación familiar por el otro. Temo que si volviera a Nicaragua, enfrentaría una persecución por mis opiniones y mis antecedentes familiares.

15. También enfrentaría el riesgo de la separación familiar. Soy muy cercana a mis hermanos. Son mi vida. Pero todos ellos son ciudadanos estadounidenses que no se sienten seguros en Nicaragua. Si tuviera que regresar a Nicaragua, me separarían de ellos indefinidamente. Esto me aterroriza.

16. No saber si el TPS se prorrogaría me ha causado una enorme ansiedad e incertidumbre. También es difícil el hecho de que el gobierno haya esperado para anunciar una decisión hasta tan cerca de la fecha de vencimiento, porque ha sido difícil saber qué comunicar a mi empleador. Entiendo que el gobierno debe notificarnos con al menos 60 días de anticipación a la publicación de cualquier aviso del Registro Federal que dé por terminado el TPS, plazo durante el cual nuestras protecciones y autorización de trabajo siguen siendo válidas. Pero debido a que mi permiso de trabajo dice que vence el 5 de julio, esto ha creado mucha incertidumbre para mí y mi empleador sobre si podré continuar trabajando el 6 de julio y me preocupa que mi capacidad de trabajar se vea interrumpida.

17. Tener solo 60 días para concluir mis asuntos, después de vivir treinta años aquí, con la pérdida del estatus, la autorización de empleo, la atención médica y el seguro social, así como el riesgo de detención y deportación, en el otro extremo de los 60 días, es inconcebible.

18. Desearía que el gobierno entendiera que los inmigrantes no somos delincuentes, incluso cuando nos criminalizan. Espero que consideren a las miles de

familias que vinieron aquí, construyeron sus hogares, sus negocios, tienen a sus hijos y están contribuyendo a la economía y a la cultura.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto, y que esta declaración se firmó en Broward County, Florida, el día de hoy, 30 de junio de 2025.

*Maria Elena Hernandez*

Maria Elena Hernandez