## DECLARATION OF O.C.

I, O.C., declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am a native of Nicaragua and I am a beneficiary of Temporary Protected Status (TPS). I am 60 years old, and I have lived in the United States since 1997. TPS is my only form of immigration status, and I am submitting this declaration to describe the harm I will suffer without the protections of TPS.

3. I grew up in a small town in Nicaragua. When I was in my twenties, I was involuntarily conscripted into the military. After I left the military, I studied agronomy, but there were no opportunities in Nicaragua.

4. I came to the United States in 1997 at the age of 33. My sister, who is now a U.S. citizen, was already here. Shortly after I arrived in the U.S., Hurricane Mitch struck Nicaragua. Nicaragua was always poor, but after Hurricane Mitch, things got much worse. The country's infrastructure was destroyed and, along with it, the economy. My family told me that, even if you had money, there was no food to buy.

5. After Nicaragua was designated for TPS, I applied and was approved. Since then, I have always maintained my TPS status. I established my own janitorial business, which would have been impossible without my work permit and social security number. I ran that business for many years. Currently, I work for a company that prepares juices and salads for local restaurants. I have had the same job for the last 7 years.

6. I live with my sister and her husband, who are both U.S. citizens, in San Pablo, California. I do not have children of my own, but my sister has two daughters with whom I am very close. They are now grown up, working and studying. I am very proud of them.

7. Losing TPS after 28 years would be tragic and have serious consequences for me. Without a work permit, I would lose my job. Without income, I would have no way to support myself. I wouldn't be able to pay rent or make my car payments. I wouldn't be

able to buy my own food. I would also lose the health insurance that my job provides. I am diabetic, and I rely on medication to keep me healthy. Wihout insurance, there is no way I could afford to buy medicine and pay for the medical care that I need.

8. I have not returned to Nicaragua since I left there almost 30 years ago. I do not have a life there, and I cannot start over at my age. From what I understand, Nicaragua is still a very poor country with a weak economy. There aren't enough jobs, and I believe that I would not be able to obtain work as an older person. I do not know how I would survive.

9. I know what it is like to live under a dictatorship. I know what it is like to be afraid of being punished for speaking your mind. It is terrible to see the United States, the country that has been my home for half my life, going down the road of repression and authoritarianism. I stand to lose everything without TPS. But, I feel that I must stand up for what is right, and that is why I am choosing to participate in this lawsuit.

10. I would like to use my name publicly, but unfortunately, I am afraid. I am afraid for my safety and that of my mother in Nicaragua. I worry that speaking out against the government of the United States could put us at risk of retaliation, either here or there. I do not have any other immigration status besides TPS, so without TPS, I will be very vulnerable to being arrested by immigration officials. I worry that using my name would increase the risk that I would be targeted for detention and deportation.

11. I am a member of the National TPS Alliance. I joined this group in solidarity with their mission to defend TPS and advocate for TPS holders like myself and so many others.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Pablo, California, this 1st day of July, 2025.



| | |
|---|---|
| **DATE OF TRANSLATION:** | 6/30/2025 |
| **ENGLISH ELECTRONIC FILE NAME:** | DECLARATION OF O.C. |
| **SOURCE LANGUAGE:** | English |
| **TARGET LANGUAGE:** | Spanish |
| **TRANSPERFECT JOB ID:** | US2099321 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.<br>
TRANSPERFECT GLOBAL HQ<br>
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0

# DECLARACIÓN DE O.C.

Yo, O.C., declaro lo siguiente:

1. Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2. Nací en Nicaragua y actualmente gozo del Estatus de Protección Temporal (*Temporary Protected Status*, TPS). Tengo 60 años y vivo en Estados Unidos desde 1997. El TPS es mi única forma de estatus migratorio, y presento esta declaración para describir el daño que sufriré sin las protecciones de dicho estatus.

3. Crecí en un pueblito de Nicaragua. Cuando tenía veintitantos años, me alistaron involuntariamente en las fuerzas armadas. Después de terminar el servicio militar, estudié agronomía, pero no había oportunidades en Nicaragua.

4. Vine a los Estados Unidos en 1997, a los 33 años. Mi hermana, que ahora es ciudadana estadounidense, ya vivía aquí. Poco después de haber llegado a los EE. UU., el huracán Mitch golpeó Nicaragua. Nicaragua siempre fue pobre, pero después del huracán Mitch, las cosas empeoraron mucho. La infraestructura del país quedó destruida y lo mismo ocurrió con la economía. Mi familia me dijo que, incluso aunque tuvieran dinero, no había comida para comprar.

5. Después de que Nicaragua fuera designada para el TPS, lo solicité y me lo concedieron. Desde entonces, siempre he mantenido mi estatus de TPS. Armé mi propia empresa de limpieza, lo cual hubiera sido imposible sin un permiso de trabajo y un número de seguro social. Llevé adelante ese negocio durante muchos años. Actualmente, trabajo para una compañía que prepara jugos y ensaladas para restaurantes locales. Tengo el mismo trabajo desde hace 7 años.

6. Vivo con mi hermana y su esposo, que son ciudadanos estadounidenses, en San Pablo, California. No tengo hijos propios, pero mi hermana tiene dos hijas con las que tengo un vínculo muy cercano. Ahora ya son grandes, trabajan y estudian. Siento un gran orgullo por ellas.

7. Perder el TPS después de 28 años sería trágico y tendría graves consecuencias para mí. Sin un permiso de trabajo, perdería mi empleo. Sin ingresos, no tendría forma de mantenerme. No podría pagar el alquiler ni realizar los pagos de mi automóvil. No podría comprar mi propia

comida. También perdería el seguro médico que me proporciona mi empleo. Sufro de diabetes y mi salud depende de los medicamentos. Sin seguro, no hay manera de que pueda comprar medicamentos y pagar la atención médica que necesito.

8. No he regresado a Nicaragua desde que me fui hace casi 30 años. No tengo una vida allí y, a mi edad, ya no puedo volver a empezar. Por lo que entiendo, Nicaragua sigue siendo un país muy pobre con una economía débil. No hay suficiente trabajo y creo que no podría conseguir un empleo ya que soy una persona mayor. No sé cómo sobreviviría.

9. Sé cómo es vivir bajo una dictadura. Sé cómo es tener miedo de que te castiguen por expresar tus ideas. Es terrible ver a los Estados Unidos, el país que ha sido mi hogar durante la mitad de mi vida, en el camino de la represión y el autoritarismo. Estoy a punto de perder todo sin el TPS. Sin embargo, siento que debo defender lo que es correcto, y es por eso que elijo participar en esta demanda.

10. Me gustaría usar mi nombre públicamente, pero lamentablemente, tengo miedo. Temo por mi seguridad y la de mi madre en Nicaragua. Me preocupa que, si hablo contra el gobierno de los Estados Unidos, podríamos sufrir represalias, ya sea aquí o allá. No tengo ningún otro estatus migratorio además del TPS, por lo que, sin el TPS, seré muy vulnerable a que me arresten los funcionarios de inmigración. Me preocupa que, si uso mi nombre, podría correr un mayor riesgo de que me detengan y deporten.

11. Soy miembro de la Alianza Nacional del TPS. Me uní a este grupo en solidaridad con su misión de defender el TPS y defender a los titulares de TPS como yo y tantos otros.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto, y que esta declaración se firmó en San Pablo, California, hoy, 1 de julio de 2025.