**DECLARATION OF SANDHYA LAMA**

I, Sandhya Lama, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am a native of Nepal and I am a beneficiary of Temporary Protected Status (TPS). I am 43 years old, and I have lived in the United States since 2008. I am a single mother and I have three U.S. born children, aged 16, 9, and 2. I currently work as a CXO Multi Site Lead at Amazon. TPS is my only form of immigration protection. I registered for TPS in 2015 and have had it ever since. Because of this administration's termination of TPS, I am at risk of losing my legal immigration status in August 2025. I also will lose my work authorization, and face the risk of immigration detention and deportation.

3. I am a member of the National TPS Alliance (NTPSA). I joined the NTPSA because I believe that all of us with TPS should be united together to fight for TPS and support one another.

**Background**

4. I grew up in Kathmandu, Nepal. My early life was difficult because my father was an outspoken political leader who opposed the Maoist (Communist) Party. Because of my father's disagreement with the Maoist Party, my family suffered a lot of persecution from the government. For example, one time when I was younger, the Maoist Party took my brother as hostage. Additionally, our ancestral house was bombed during my childhood.

5. I attended school in Nepal and studied at the Nepal Academy of Tourism and Hotel Management. I got married in 2008.

6. That same year, in 2008, I came to the United States because I wanted to continue my education in hospitality and business studies, and I studied at a university in Virginia. My husband came five months later on an F-2 visa. I graduated in 2009, and I moved to Colorado to continue studying for my master's degree at the Keller Graduate School of Management. I graduated from that program in 2014. During this program, I was

able to pursue my interest in business and management. I've always been interested in this industry because of my bilingual skills, and I wanted to give back to my community. After graduate school, I worked at a variety of jobs, including as a medical interpreter because of the high demand for people with bilingual skills. I am now a CXO Multi Site Lead at Amazon.

7. I have one sister in Seattle, who is a U.S. citizen. My brother lives in Virginia near me, and he is a TPS holder.

**Impact of TPS**

8. When Nepal was designated for TPS in 2015 because of the earthquake that devastated the country, I was very grateful for the opportunity to attain legal status, and I applied quickly. My TPS was approved. Because of TPS, I knew that I would have work authorization so long as it remained unsafe to return to Nepal. With my student visa, I did not have a work permit, so this was important to be able to make ends meet for my family.

9. As my family grew, having work authorization became more and more important to be able to support myself and my family. My first child was born in 2008. Then, in 2016, my second child was born. My youngest child is two years old, and was born in 2022. TPS has provided the protection and stability to support my family, and my children are thriving here in the United States.

10. While my children were young, I worked in various jobs. I was hired by Amazon in 2021. There, I started off as a CXO Multi Site Lead L1, and then worked my way up to my position as CXO Multi Site Lead L3. Without TPS, I never would have been able to get this Amazon job and start this new career path.

11. I recently separated from my husband, and have known that I could support my children on my own because of TPS. Although my husband visits from Colorado every few months, it is not on a regular cadence and I am the sole caretaker of my children. They depend on me financially and emotionally. Without TPS, I won't have the financial means to take care of my children. I already applied for child support, but am still waiting to see what happens.

12. After separating from my husband, I recently moved to Virginia and explored different areas to try to find a good school for my children. My oldest child is in high school. She loves it, and she hopes to become a software engineer. My middle child, who is nine years old, hopes to be in the medical field, but she is still young and exploring. My children have never been to Nepal and don't know what life is like there, because the U.S. is the only place that they've ever known. They go to school, where they do well. They have friends and a community.

**Impact of the Decision to Terminate TPS**

13. When I read the news online that TPS had been terminated, I immediately thought about my children. I am the primary caretaker of my children. I need to work full-time in order to take care of them. Without TPS, I will not have employment authorization. I do not know how I would be able to support my family without TPS.

14. My children are U.S. citizens and would be entitled to stay in the United States even if I lost my legal status and right to remain. However, separating our family does not feel like an option, since I am their sole caretaker. If I lost TPS, I would move myself and my children back to Nepal with me, but they would lose all of the opportunities that they currently have in the United States. I cannot imagine uprooting my children from their lives here and bringing them to a country that they have never been to.

15. If our whole family was forced to go to Nepal, I would be especially concerned about my 16-year-old child. She has severe allergies and needs specialized medical treatment that she has been able to get in the United States, but would not be able to get in Nepal. In the United States, we have had to call 911 at least two times when she suffered from a severe allergic reaction that needed immediate medical attention. I worry that if we went back to Nepal and she suffered from an allergic reaction, that she would die before getting treatment.

16. It is also dangerous for my family to return to Nepal because of my father's leadership in politics. The current party in power, the Communisty Party, opposes his political views and my family's lives would be in danger if we returned. I have never been

back to Nepal since I moved here because it is unsafe for me.

17. I have good moral character, no criminal background, and I've always paid taxes. I've been in this country for more than ten years. President Trump previously stated in his campaign that he would give a green card to people who had graduated from American universities. I really had hope that he saw us as hard-working contributors to society, so I am devastated that things have changed.

18. I decided to participate in this lawsuit because I want to be a voice for all of the TPS beneficiaries who are scared to speak up in public. There might be people in my situation who could be inspired by my story but would be afraid to speak out themselves. I'm standing up not just for the Nepali community, but for the entire TPS community. I need to fight for all of our rights.

19. I am also participating for my children. My kids are the future of America. They have grown up here their whole lives, and deserve to be with their parents. This fight is important to me because it's for my children's futures.

20. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Fairfax, Virginia, this 30th day of June, 2025.

_____
Sandhya Lama