**DECLARATION OF S.K.**

I, S.K., declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am 33 years old and a citizen of Nepal. I came to the United States in 2011 on a student visa to attend college. I was nineteen when I arrived in the U.S., and I have lived here since that time. I am a recipient of Temporary Protected Status since 2016. TPS is currently my only form of protection from deportation, detention, and my only source of work authorization. Without TPS, I would stand to be separated from my U.S. citizen fiancé, lose my legal status in the only country I have lived in since I became an adult, be at risk of detention and deportation, and lose my work authorization.

**Background**

3. I am a member of the National TPS Alliance, and joined voluntarily because I support the mission of the organization to defend the TPS program.

4. I graduated from college in 2015 with a degree in sociology, the same year that the earthquake hit Nepal. My family was very impacted by the disaster. Our family home was severely damaged. At that time, my father was no longer working and did not have the economic resources to do the necessary repairs. It was very difficult to be so far away from my family, and in fact, I have not seen them since before the earthquake. After I graduated, I realized that I could not go back to Nepal. The country was incredibly unstable. There were no jobs, and the country was reeling from the disaster. My family needed financial support. I applied for TPS so I could remain in the United States with work authorization. My TPS was granted in 2016, and since then I have been working and supporting myself as well as my family in Nepal.

**Impact of TPS**

5. I have worked as a theater manager for almost 9 years, first in New York and Michigan and later in San Francisco, where I moved in 2022 to be near a cousin and his young family, who are among the only members of my extended family in the U.S.

6. My passion is for the arts and social justice, and the Bay Area has a lot of opportunities to do that work. I am grateful for the TPS program, which is what has allowed me to build a life and a career in the United States. I have lived my whole adult life in this country, and while I obviously will always be Nepali, I also feel very American. I volunteer at a community organization in Oakland that supports free events for artists and musicians and provides a safe space for community members. We don't turn anyone away, so when an unhoused person needs to use the bathroom, we let them. I take pride in being part of such a vibrant and caring community.

7. Having TPS and living legally in the United States is also what led me to meet my partner, to whom I am now engaged. He is a U.S. citizen. We are planning to marry soon, and then I hope to eventually obtain a green card. However, I know that process can take a long time, even up to two years. In the meantime, I will continue to rely on TPS for work authorization and protection from deporatation and detention.

**Impact of TPS Termination**

8. TPS for Nepal has now been terminated by the Trump administration twice. The first time was in 2018. For the next few years, I was in limbo as litigation prevented the termination from taking effect. It was such a scary time, especially when the pandemic hit. I was afraid that I would be left without status and would accrue unlawful presence, but I also couldn't travel outside of the country because travel was locked down. I remember feeling trapped and panicked. Thankfully, the termination was ultimately rescinded in 2023, and I was able to maintain my status.

9. When Nepal's TPS termination was announced again in June 2025, I was brought right back to the feeling of panic and fear I had the first time. I have had to change my plans because of the uncertainty. For example, I was planning to go back to school for data science. I have loved my career in theater, but I feel like I have plateaued a little bit, so I want to add skills to be able to advance in my career. However, when TPS was terminated, I abandoned those plans. I am feeling very anxious every day, as the date that Nepal's termination will become effective creeps closer.

10. If I lose my TPS, my life would be turned upside down. If I no longer have work authorization, I would lose my job and my only source of income. I wouldn't be able to pay rent on my apartment or support myself financially. My family in Nepal relies on remittances that I send, so if I lose TPS, they will also suffer from a loss of necessary income.

11. It would be very difficult for me to return to Nepal, where I have not lived since I was young. I have never worked in Nepal, and would have no income there. After nearly 15 years of living in the U.S., I would struggle to adjust to life in Nepal, which is a very patriarchal society where women's opportunities are significantly curtailed. Additionally, I would be separated from my fiancé, and our lives would be put on hold indefinitely. He is not Nepali and would not be able to relocate there because he does not speak the language and wouldn't be able to work. Furthermore, Nepal's discriminatory immigration laws do not grant Nepali women the same rights to petition for citizenship for their foreign husband that Nepali men have.

12. I am a law-abiding person and a hard worker. I have always been very diligent about maintaining my TPS, filing the forms on time, and following all the rules. It is painful to me to hear elected officials describe TPS holders as "illegal" and "criminals." This couldn't be farther from the truth, and I am saddened to see how immigrants, particularly black and brown people, are being scapegoated by politicians who use racist anti-immigrant rhetoric to create fear and division among communities.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California this 30th day of June, 2025.

