# DECLARATION OF TEOFILO MARTINEZ

I, Teofilo Martinez, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am 57 years old and a citizen of Honduras. I came to the United States in 1997, when I was about 30 years old. I have had Temporary Protected Status (TPS) since the U.S. designated Honduras for TPS in 1999. Without TPS, I will lose my work authorization and protection from detention and deportation, my driver's license and professional licenses, and risk separation from my life partner.

3. I am a member and leader of the National TPS Alliance (NTPSA). I have been active in the NTPSA for more than six years. I joined voluntarily because I believe in the mission of the organization to defend the TPS program, and I wanted to help my community.

## Background

4. I grew up in a poor family in Honduras. My father died when I was just five years old, and my mother died when I was a teenager, leaving me homeless. As a young, person on my own, life was difficult and dangerous. Honduras did not have resources for people in my situation. I was also vulnerable to gangs and organized crime syndicates that wanted to recruit me. I left Honduras in search of safety, security and stability.

5. I arrived in the United States in 1997 and have lived in Georgia ever since. In 1999, Honduras was designated for TPS. I applied as soon as I could. I was granted TPS and have extended my status each time the designation for Honduras was extended.

6. TPS made it possible for me to get an education, buy a home, and pursue a career. My entire life is here. Everything I have accomplished, I have accomplished here.

7. One of the first things I did after receiving TPS was go to school to learn English. I enrolled at a local college in Georgia. I also got my driver's license and opened my bank account.

8. In 2000, I met my life partner in an English class we were both taking. We fell in love and we have lived together since 2001.

9. I earned my GED in 2008. I went on to become a licensed soccer instructor and realtor. I have been a member in good standing of the National Association of Realtors since 2017. Membership requires taking certain classes including in professional ethics and fair housing, and I complete annual refresher courses to maintain my membership and stay up to date on industry best practices. I also opened my own landscaping business, through which I have employed a number of workers over the years. Today, I work primarily as a realtor and a landscaper.

10. I am always looking for ways to give back to my community. I have been a volunteer with the Honduran Consulate for the last seven years. In 2019 I joined NTPSA after I was invited to a regional assembly. I founded the Georgia committee of the NTPSA, and in 2021 I was elected to the Executive Committee, which coordinates the alliance nationally. As part of this work, I have participated in advocacy trips, leadership development trainings, and strategic planning meetings across the country. I also co-host a radio show for TPS holders, informing them of immigration-related issues, legal developments, and the NTPSA's work.

11. In 2019 I returned briefly to Honduras on advance parole. That brief trip confirmed for me how unsafe Honduras continues to be, and how difficult it would be for me to survive there. It felt like visiting a new country I didn't know.

**Effect of Loss of TPS Status**

12. Losing TPS would be devastating. It would affect every aspect of my life.

13. Without TPS, I will lose my job as a realtor and my realtor's license, which requires proof of work authorization. I would also lose my soccer instruction license.

14. Without TPS, I would not be able to renew my driver's license, which currently expires on July 5, 2025. My ability to drive is essential for my work, including my landscaping business. Without it I couldn't get to my clients. And driving without a

license would put me at risk of criminal charges.

15. Without TPS, I would not be able to travel safely, which would make it difficult for me to continue my volunteer work with the NTPSA.

16. Losing TPS also affects other financial decisions. I am currently pre-approved to buy a home, but if I lose my TPS, I won't be able to get a mortgage because I would lose my job.

17. The idea of returning to Honduras fills me with anxiety. After almost 30 years in the United States, I feel like a stranger there. The economic situation remains very difficult, and criminality is high. The economy is so bad, that children are forced into gangs to survive. But remaining in the United States would mean living with the constant fear of detention and deportation.

18. If I returned to Honduras, not only would I lose everything I've built here, but I would be separated from the love of my life, my partner of 25 years. My partner and I come from different countries. She would not be able to come to Honduras with me, nor would it be safe for her there. And I would not be able to go with her to her country of origin. The fear of separation hangs over us.

19. On behalf of my fellow TPS holders, I ask the government to consider our clean records and the cultural and economic contributions that we have made to this country, which has become our country.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Gwinnett County, Georgia, this 29 day of June, 2025.

_____
Teofilo Martinez