**DECLARATION OF R.A.**

I, R.A., declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am a citizen of Nepal. As a child, I moved with my parents to Guam. After TPS was designated for Nepal in 2015, we applied for and received TPS. I came to the United States in 2016, when I was 16 years old. I am now 26, and have been in the U.S. for nine years. My mother also resides in the U.S. and is a TPS recipient.

3. I am a member of the National TPS Alliance, and joined voluntarily because I believe in the mission of the organization to defend the TPS program.

4. After we arrived in the United States, my family settled in San Francisco. I attended high school there and graduated in 2018.

5. I applied to colleges and I was accepted to U.C. Davis, which was my dream school. I happily accepted, and was in the process of looking for a dorm room. Then, I learned that because I was on TPS, I did not qualify for any federal aid. I remember sobbing on the street when I found out that I was not eligible for financial aid. There was no way my working-class family could afford to pay tuition out-of-pocket. I felt like my dreams of going to medical school were crushed.

6. Instead, I enrolled in City College of San Francisco. I worked several jobs throughout college, including as a patient coordinator at U.C. San Francisco hospital. I was working there in 2020, when the COVID pandemic hit. I was a front-line worker, screening patients for symptoms of COVID and transporting people with potential COVID infections to a quarantine area. At the time, I lived in a small studio apartment with my mom. It was a scary time, because I knew that we were both at risk. Thankfully, I was one of the first people in San Francsico to receive a vaccine.

7. In 2021, I graduated with three separate associate's degrees in biological science, behavioral and social science, and science and mathematics. I was also working full-time at UCSF as a patient navigator/clinical trial coordinator for an international

program. The research program I worked for was an international clinical trial for pediatric neuro-oncology – treating children with brain cancer. Our patients and their families came from all over the world. My job was to be the point of contact for prospective patients and to gather their medical records, insurance information, and schedule their care. It was an invaluable learning experience, but it was also extraordinarily sad. Still, I felt good about helping people in such difficult circumstances. I hoped that my experience with such a specialized medical field would help me secure permanent immigration status, and I remember feeling hopeful about my future.

8. As time went on, I realized that my dream of becoming a medical doctor was going to be much more difficult due to my immigration status and the lack of availability of student aid. I decided instead to pursue nursing, with the goal of getting a job that would be meaningful and help people, and that might also be able to sponsor me for a green card.

9. In 2022, I moved to Texas and enrolled in an accelerated bachelor's in nursing program. I graduated in December 2023, and began working at my current job. I am a labor and delivery nurse at a hospital in Austin, Texas. I absolutely love my job. Helping mothers deliver their babies is so gratifying. It is an honor to be present for one of the most important moments in people's lives. I work on level 4, which means that there are usually one or more complications present. My job requires me to be on my toes at all times.

10. When I was hired, my employer agreed to sponsor me for an EB-3 green card for skilled workers. One of the conditions of the application is that I maintain lawful status and employment authorization until the time that my application for adjustment of status is granted. The paperwork was submitted in 2024, and is still pending.

11. However, with the termination of TPS, I stand to lose everything. Without TPS, I will have no status or work authorization. Aside from losing my job and my income, without lawful status, I will become ineligible for the employment-based green card. I asked my employer if it was possible to leave the country and wait for the application to be processed. They told me no, and that if I leave the country my application

will be considered abandoned. I don't know what to do. I have worked so hard for so many years, doing difficult, intense work, all with the hopes that I would be able to contribute to scoeity and also qualify myself for permanent status in the only country that feels like home to me. It is absolutely heartbreaking to be faced with the loss of everything I have worked to achieve.

12. I was recently diagnosed with depression. Over the past few months, with all of the anti-immigrant sentiment and TPS being terminated, my depression has gotten much worse. Some days, I feel like my life is over. My mental health has suffered so much that I began taking anti-depressants for the first time a couple of months ago.

13. I want to participate in this lawsuit and share my story because I know that there are so many other young people struggling due to their immigration status. I feel like I need to speak out for other people who are feeling hopeless in the face of all the uncertainty and fear. At the same time, I worry about becoming a target for deporation or detention if I speak out. For this reason, I chose not to put my full name on this declaration, even though I would have liked to do so. I hope my story makes a difference.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Austin, Texas this 30th day of June, 2025.

R. A.