### DECLARATION OF A.C.

I, A.C., declare:

1.      I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2.      I am 54 years old and a citizen of Honduras. I came to the United States in 1997, when I was about 27 years old. I have had Temporary Protected Status (TPS) since the U.S. designated Honduras for TPS in 1999. Without TPS, I would lose my work authorization and protection from detention and deportation, my driver's license, and the career I have been building toward for years.

3.      I am a member of the National TPS Alliance (NTPSA). I have been active in the NTPSA for about four years. I joined voluntarily because I believe in the mission of the organization to defend the TPS program and TPS holders.

### Background

4.      I came to the United States in 1997 and settled in Louisiana, where I have lived now for 28 years. In 1998, Hurricane Mitch devastated Honduras, and the U.S. government designated Honduras for TPS soon after. I applied as soon as I could. I was approved and I have maintained my TPS ever since, applying to extend my TPS each time Honduras's TPS designation was extended, because it remained an unsafe place to return to.

5.      Over the years I have worked in gardening, metal work, in the offshore drilling industry, and in construction, including ship construction and repair. Before I had TPS, I worked for an exploitative employer. After I received TPS, I was able to get jobs with better conditions, where I felt safer and with better pay. I was also able to get a driver's license and eventually buy a car.

6.      After Hurricane Katrina devastated New Orleans in 2005, I was one of many workers who helped to cleanup and rebuild the city. During the COVID-19 pandemic, I worked as an essential worker for a company constructing barges that transported petroleum. Currently, I work in ship repair, where I am a shift leader.

7.     In 2015 and 2024 I visited Honduras with advance parole. I was shocked at the conditions there. The lack of safety, the corruption, the level of economic desperation. It hurt me to see Honduras like that.

8.     In 2020, I joined the NTPSA, after my neighbor invited me to a meeting. I joined because I have seen the many abuses that immigrant workers face. I wanted to defend our rights, and work with others to advocate for a better future. As an individual, I can't do much. But together, we can do a lot.

9.     Around 2021, I decided to pursue my dream to be a commercial pilot. I began studying aviation and training with certified pilots. I have to continue working full time to pay for my training, and the flight hours are very expensive. So far, I have invested about $35,000 into my pilot training. After four years, I have finally completed enough training hours and courses to take the exam to become a certified private pilot. I hope to take the exam later this year. My ultimate dream is to be a charter pilot for hospitals, helping people get the emergency medical care that they need.

**Effect of Loss of TPS Status**

10.    Losing TPS would hit hard. After the end of TPS, I will lose everything: my license, my work permit. Without these things, I would lose my job and my mobility. I would not be able to support myself.

11.    Without TPS, I could not pass my pilot exam, because they require proof of my work authorization. It would be heartbreaking not to be able to realize a dream I have worked so hard toward and invested so much in.

12.    Without TPS, I would be faced with the impossible choice: stay here without status and face the constant threat of detention and deportation, or go back to Honduras, a country where I do not feel safe, and lose everything I've built here.

13.    I can't event think about going back to Honduras. I saw on my brief visits how difficult the situation is there. I would be even more vulnerable as someone who has lived in the United States for decades. As someone in my 50s it would also be very difficult to find work there. It would be a shock to try to adjust to life in Honduras.

14.    I don't understand the phrase that we are all criminals. The government keeps saying that. But the government knows that we are not here to do harm, because they have our complete records. We are here for a better future for our families. I hope they will reconsider their position and allow us to continue contributing to this country.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Kenner, Louisiana, this 30 day of June, 2025.

_/s/ A.C._

A.C.

**CIVIL LOCAL RULE 5.1 ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.


 /s/ Jessica Karp Bansal
Jessica Karp Bansal



**DATE OF TRANSLATION:**                                6/29/2025


**ENGLISH ELECTRONIC FILE NAME:**        **DECLARATION OF A.C.**


**SOURCE LANGUAGE:**                        English
**TARGET LANGUAGE:**                        Spanish
**TRANSPERFECT JOB ID:**                    US2099321


TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.


TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0

## DECLARACIÓN DE A. C.

Yo, A.C., declaro lo siguiente:

1.      Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2.      Tengo 54 años y soy ciudadano de Honduras. Llegué a los Estados Unidos en 1997, cuando tenía alrededor de 27 años. He tenido el Estatus de Protección Temporal (TPS) desde que Honduras fue designada para el TPS en 1999. Sin el TPS, perdería mi autorización de trabajo y protección contra la detención y la deportación, mi licencia de conducir y la carrera que he estado construyendo durante años.

3.      Soy miembro de la Alianza Nacional del TPS (National TPS Alliance, NTPSA). He sido miembro activo en la NTPSA durante aproximadamente cuatro años. Me inscribí voluntariamente porque creo en la misión de la organización de defender el programa del TPS y a quienes cuentan con el estatus de TPS.

### Antecedentes

4.      Llegué a los Estados Unidos en 1997 y me asenté en Luisiana, donde he vivido ahora durante 28 años. En 1998, el huracán Mitch devastó Honduras y el gobierno de los EE. UU. designó a Honduras para el TPS poco después. Solicité dicho estatus lo más pronto posible. Me aprobaron y he mantenido mi TPS desde entonces, solicitando prorrogar mi TPS cada vez que se amplió la designación del TPS de Honduras, porque seguía siendo un lugar inseguro al que regresar.

5.      A lo largo de los años he trabajado en jardinería, metalurgia, en la industria de perforación "offshore", incluida la construcción y reparación de barcos. Antes de tener el TPS, trabajé para un empleador explotador. Después de recibir el

1  TPS, pude conseguir empleos con mejores condiciones, donde me sentí más seguro y con

2  mejor salario. También pude obtener una licencia de conducir y finalmente comprar un

3  automóvil.

4  6.     Después de que el huracán Katrina devastó Nueva Orleans en 2005, fui uno

5  de los muchos trabajadores que ayudó a limpiar y reconstruir la ciudad. Durante la

6  pandemia de COVID-19, trabajé como trabajador esencial para una empresa que construía

7  barcazas que transportaban petróleo. Actualmente, trabajo en la reparación de barcos,

8  donde soy líder de turno.

9  7.     En 2015 y 2024, visité Honduras con un permiso de viaje (advance parole).

10  Me sorprendieron las condiciones allí: la falta de seguridad, la corrupción, el nivel de

11  desesperación económica. Me dolió ver a Honduras así.

12  8.     En 2020, me uní a la NTPSA, después de que mi vecino me invitó a una

13  reunión. Me uní porque he visto los muchos abusos que enfrentan los trabajadores

14  inmigrantes. Quería defender nuestros derechos y trabajar con otros para defender un

15  futuro mejor. Como individuo, no puedo hacer mucho. Pero juntos podemos hacer mucho.

16  9.     Alrededor de 2021, decidí perseguir mi sueño de ser piloto comercial.

17  Comencé a estudiar aviación y capacitarme con pilotos certificados. Tengo que seguir

18  trabajando a tiempo completo para pagar mi capacitación, y las horas de vuelo son muy

19  costosas. Hasta ahora, he invertido alrededor de $35,000 en mi capacitación como piloto.

20  Después de cuatro años, finalmente he completado suficientes horas de capacitación y

21  cursos para tomar el examen para convertirme en piloto privado certificado. Espero

22  realizar el examen más adelante este año. Mi sueño final es ser un piloto chárter para

23

hospitales, ayudando a las personas a obtener la atención médica de emergencia que necesitan.

### Efecto de la pérdida del estatus de TPS

10.     Perder el TPS me afectaría mucho. Después de la terminación del TPS, lo perderé todo: mi licencia, mi permiso de trabajo. Sin estas cosas, perdería mi trabajo y mi movilidad. No podría mantenerme.

11.     Sin el TPS, no podría aprobar mi examen de piloto porque requieren una prueba de mi autorización de trabajo. Sería desgarrador no poder hacer realidad un sueño en el que he trabajado tanto e invertido tanto.

12.     Sin el TPS, me enfrentaría a la opción imposible: quedarme aquí sin estatus y enfrentar la amenaza constante de detención y deportación, o regresar a Honduras, un país donde no me siento seguro, así como perder todo lo que he construido aquí.

13.     No puedo concebir el volver a Honduras. Vi en mis breves visitas lo difícil que es la situación, la cual sería aún más vulnerable como alguien que ha vivido en los Estados Unidos durante décadas. Como alguien de alrededor de los 50 años, también sería muy difícil encontrar trabajo allí. Sería un shock intentar adaptarse a la vida en Honduras.

14.     No entiendo la frase de que todos somos delincuentes. El gobierno sigue diciendo eso. Pero el gobierno sabe que no estamos aquí para hacer daño, porque tienen nuestros registros completos. Estamos aquí para lograr un futuro mejor para nuestras familias. Espero que reconsideren su postura y nos permitan continuar contribuyendo a este país.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto, y que esta

declaración se firmó en Kenner, Louisiana, el día de hoy, 30 de junio de 2025.