# DECLARATION OF RAJBIN SHRESTHA

I, Rajbin Shrestha, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am a citizen of Nepal. I came to the United States at the age of 19 in 1997. Now, I am 47 years old, and have lived in the United States for nearly 28 years. I have had Temporary Protected Status since Nepal was designated for TPS in 2015.

3. I am a member of the National TPS Alliance, and joined voluntarily because I believe in the mission of the organization to defend the TPS program. I deeply admire how they fight and advocate for all TPS holders regardless of where people come from. I am also a founding coordinator of TPS Nepal, a group that works in close coordination with NTPSA.

## Background and Impact of TPS

4. I grew up in Lalitpur in Nepal, a town outside of the capital, Kathmandu. When I was 16, I had to start working full time because of my family's limited resources. I taught math and science at an elementary school. I did not see a future for myself in Nepal, so I convinced my parents to let me go to the United States to study.

5. In 1997, when I was 19, I came to the United States. I studied for a short time in Arkansas and then New York, but due to my limited resources, I was unable to complete my studies and worked for a time at different restaurants.

6. My future wife also came to the United States in 1997 from Nepal, but we did not meet until 1999. We got married in 2014. We have three children, who are 17, 16, and six. My oldest daughter just finished her junior year of high school, so we are now supporting her in applying for college and studying for the SAT. She hopes to go to medical school to become a doctor. My middle daughter finished her sophomore year of high school, and she is contemplating either medical school or architecture school. My youngest daughter will be in second grade, and she just loves to goof around and play with our dog.

7. When there was a severe earthquake in Nepal in 2015, my wife and I were very concerned about our family members still in Nepal. My mother's side of the family is all still living on the outskirts of the Kathmandu valley, and many of their houses were severely damaged with a lot of cracks that could never be fully repaired. We were worried that if we ever had to go back to Nepal, we would not have a house to live.

8. As a result of the earthquake, Nepal was designated for TPS. I registered immediately. My wife did as well, and we have had TPS ever since.

9. Because of TPS, I was able to go back to school and do IT training. As a result, I got the job that I have right now as an IT Analyst at a New Jersey-based real estate company. I wouldn't have been able to advance in my career and take care of my family if I hadn't gotten TPS. My wife has also relied on TPS for her career. She had initially come to the U.S. to pursue her education because her sister had already started college in the U.S., and then she started working at a jewelry company. She worked her way up to a job as a production assistant, doing quality control on the jewelry pieces and distributing them to the right vendors. Without TPS, my wife and I would not have been able to provide for our children.

**Effect of Loss of TPS**

10. When my wife and I found out that the Trump administration was ending TPS for Nepal, we were absolutely devastated. Our whole lives are here. Our three children are all U.S. citizens who were born here, and are now aged 17, 16, and six.

11. If my wife and I lose status, we will face the difficult decision of whether to return to Nepal with our children, or separate the family. I cannot imagine what would happen if we all had to return to Nepal. I don't know if I can find any other words to describe how I feel besides being absolutely panicked. My wife and I are also close to age 50, and it is very difficult to find a job in Nepal at that age. I know my whole family would have a hard time in Nepal. My children have never visited Nepal and they do not speak the language, so it would be a huge culture shock for them and for us. I cannot imagine where and how we would educate my children. Additionally, we bought a house in New Jersey

three years ago, and we don't know who would manage our assets if we had to return to Nepal.

12. The two oldest children understand what's going on with TPS and the imminent loss of legal status for their parents. They are scared that if or when their parents lose status, we will all have to go back to Nepal. They don't speak the language, and they've never visited Nepal and don't have community there, so they have a lot of anxiety, fear, and uncertainty about that potential outcome. Because they are 17 and 16 years old, they are also preparing to go to college in the U.S., and they would be heartbroken if they did not have that opportunity.

13. However, if my wife and I move back to Nepal and leave our children in the United States, we don't know who would take care of them. My wife has a sister and an aunt who both live in the U.S. and are both U.S. citizens, but their lives are in New York and they are not prepared to take care of our children.

14. If I lost TPS, my elderly parents, who currently live with us, would also have to move back to Nepal because they depend on me and my wife financially. My dad is a U.S. citizen and my mom received a green card through him. They are both elderly and retired, and do not receive enough money in social security benefits to support themselves.

15. On top of that, my mother-in-law still lives in Nepal and depends on my wife for financial support. My wife has been sending money back to her mother every month for the past 20 years. If my wife loses TPS and does not have work authorization, she would no longer be able to send money to her mother.

16. I cannot believe that after decades here in the United States—and with the life that I have built—I am at risk of losing it all.

17. I wanted to be a part of this lawsuit because there are thousands of people from our Nepali community who rely on TPS. I feel privileged in some ways because I can speak English, and we have a middle-class income now thanks to TPS, and we can live a bit more comfortably than other members of our community who have fewer resources. I want to speak out not just for myself, but for my fellow community members. Many

people in our community also send money back home to Nepal, and ending TPS would disrupt and destroy the lives for people in Nepal who rely on their family in the U.S.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in New Jersey on __30__ day of June, 2025.

/s/ Rajbin Shrestha
_____

Rajbin Shrestha

**CIVIL LOCAL RULE 5.1 ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

                         /s/ Jessica Karp Bansal
                         Jessica Karp Bansal