1    **DECLARATION OF PATRICIA CARBAJAL**

2         I, Patricia Carbajal, declare:

3         1.    I have personal knowledge of the facts set forth in this declaration. If called

4    upon to testify as a witness, I could do so and would testify to these facts.

5         2.    I am a citizen of Honduras. I came to the United States at the age of 18.

6    Now, I am 46 years old, and have lived in the United States for nearly 27 years. I have had

7    Temporary Protected Status since Honduras was designated for TPS in 1998.

8         3.    I am a member of the National TPS Alliance, and joined voluntarily because

9    I believe in the mission of the organization to defend the TPS program.

10   **Background and Impact of TPS**

11        4.    My life in Honduras was difficult. My mother emigrated to the United States

12   when I was about 11 years old. My siblings and I were left in the care of different relatives.

13   We were very poor, and sometimes lacked basic necessities like clothing. I began to work

14   when I was about 13 years old. I worked in the fields, cutting coffee, and later I left home

15   and went to work in the factories. I left school after sixth grade.

16        5.    It was also very dangerous in Honduras. Once, I didn't have money for a taxi

17   and had to walk home alone. A group of boys chased me with knives, wanting to rob me or

18   do something worse to me. After that, I was always afraid and I no longer wanted to work

19   or study, or do anything. I knew that I needed to leave Honduras for my own safety, as

20   well as stability.

21        6.    When I was 18, I came to the United States. Shortly after I arrived,

22   Hurricane Mitch struck Honduras. Many Hondurans in the U.S. didn't know whether their

23   families were alive or dead. This was true for me too. My siblings who still lived in

24   Honduras had to flee into the mountains to escape the flooding, but then the mountains

25   began to give way and mudslides swept entire villages away. My siblings barely survived.

26   The houses of our relatives were destroyed.

27        7.    Honduras was designated for TPS because it was unsafe to return due to the

28   destruction and humanitarian crisis that followed the hurricane. I applied for TPS right

1  away after the designation, and have maintained my TPS status since then.

2      8.      Thanks to my work authorization, I have always been able to work. For

3  years, I worked as a nanny and in restaurants. Now, I am a member of the Laborers

4  International Union of North America (LIUNA), and I work in excavation and

5  construction. It is very hard work, especially when the weather is very hot or very cold.

6  But I've always been a hard worker, and I enjoy working with my hands.

7      9.      In 2013, my daughter was born. I love my daughter more than my own life.

8  Her father was never present in her life, so it's always been just her and me. Being a single

9  mother has been very difficult, but thanks to God, we have always managed. When she

10  was an infant, I used to go to work with her strapped to me. She is now 11 years old and

11  going into middle school this fall. She gets very good grades, helps around the house and

12  takes care of our dog. She has such a good heart and I am so proud of her.

13      10.      When President Biden was in office, my daughter wrote him a letter in

14  support of TPS, explaining that she is an American citizen and that her mother relies on

15  TPS.

16      11.      My mother also has TPS. She lives in Minnesota and is now retired. She

17  depends on Social Security, for which she is eligible only because she had work

18  authorization through TPS for many years, and paid into the social security system. I also

19  have a sister with TPS and a brother who is a lawful permanent resident. My father is the

20  only person in my family who is still in Honduras. He is elderly, has health issues, and

21  relies on remittances from me to survive.

22                    **Effect of Loss of TPS**

23      12.      Without TPS, I would lose my job. I would have no way to provide for

24  myself and my daughter. I wouldn't be able to pay rent, or my car payments, or buy food. I

25  have never received child support for my daughter, so I am solely responsible for her.

26  What little savings I have would quickly be exhausted and we would quickly lose

27  everything. I truly do not know what I would do.

28      13.      I cannot believe that after decades here in the United States—and with the

1  life that I have built—I am at risk of losing it all.

2        14.    As a single mother with a young daughter, I cannot return to Honduras. I am

3  most afraid of the rampant violence against women. Femicide and sexual violence is

4  commonplace there, and the authorities do not protect women. Single women are

5  particularly at risk.

6        15.    Aside from my fear of being victimized in Honduras, there is very little work

7  available there. I don't know where we would live or how I would put food on the table. I

8  have no family there who could support me. The idea of having to leave behind everything

9  I have worked for, the humble but happy life I have built here for my daughter and myself,

10 is heartbreaking.

11       16.    TPS holders only want to care for our families and provide a decent life for

12 our children. We are not criminals. We deserve the same dignity as everyone else. And we

13 need the humanitarian protection that TPS provides because it is unsafe to go back to our

14 home countries. For me, and other Hondurans who have lived in the U.S. for decades,

15 home is here.

16

17 I declare under penalty of perjury that the foregoing is true and correct, and that this

18 declaration was executed in Massachussetts this 1st day of July, 2025.

19

20

21

22 _____

23                    Patricia Carbajal

24

25

26

27

28