Exhibit 5

| **From:** | PHAM, TONY </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C428C1739EB4A9697AD1D8044DA61DD-CAFEC68D-C1> |
|---|---|
| **Sent:** | Tuesday, January 28, 2025 12:33 PM |
| **To:** | Rosenblum, Marc Redacted PII                    GUNDUZ, IHSAN Redacted PII |
| **Subject:** | RE: TPS VZ Termination: Data & Policy Matters |

Hey Marc,

Not sure if anyone responded, but we are chugging along with USCIS and OGC on the nuts and bolts so we have a small window of flexibility.  When do you think we can get some of the data?

**From:** Rosenblum, Marc <Redacted PII
**Sent:** Monday, January 27, 2025 4:07 PM
**To:** GUNDUZ, IHSAN Redacted PII                    PHAM, TONY Redacted PII
**Subject:** RE: TPS VZ Termination: Data & Policy Matters

Thanks, both. How soon is this needed?

Marc Rosenblum
Redacted PII

**From:** GUNDUZ, IHSAN <Redacted PII
**Sent:** Monday, January 27, 2025 1:01 PM
**To:** PHAM, TONY <Redacted PII                    Rosenblum, Marc Redacted PII
**Subject:** RE: TPS VZ Termination: Data & Policy Matters

Marc,

I have also tasked USCIS with other information requested below.

Ihsan Gunduz
Director, Border Security and Immigration Policy
Office of Strategy, Policy, and Plans | Department of Homeland Security
Redacted PII

**From:** PHAM, TONY <Redacted PII
**Sent:** Monday, January 27, 2025 12:51 PM
**To:** Rosenblum, Marc <Redacted PII
**Cc:** GUNDUZ, IHSAN Redacted PII
**Subject:** FW: TPS VZ Termination: Data & Policy Matters

Marc,

I am not sure if your shop tracks any of the below data points.  This is a project involving termination of TPS status and we need to tell the data story if can be.

However, in addition to the below topics, I would ask if we have data on the following:

- number of Venezuelans removed from the US to any country since the designation
- number of non immigrant visas issued to Venezuelan nationals since the designation

Following up to our morning meeting, below are the relevant data points/policy matters which we discussed and for which you are seeking info from PLCY/Tony Pham, USCIS/Joe Edlow, DOS, etc.

Re the TPS designations for Venezuela:
1. What were migration patterns for Venezuelans after S1 designated Venezuela for TPS in 2021?
2. What is the inter-relationship between the Columbia Honduras Nicaragua Venezuela (CHNV) Parole Processes and TPS?  For example, how many CHNV (VZ specifically) parolees later transferred to TPS?
3. Information on violence in Venezuela, such as gang violence.
4. The impact of TPS in Latin America and whether it is a pull factor.