Exhibit 6

| PRIVID | DOCID | DOCDATE | RECORD TYPE | PGCOUNT | Prod_BEGDOC# | Prod_BEGDOC#_OLD |
|---|---|---|---|---|---|---|
| NTPSA_PRIVID_000363 | NTPSA-DHSHQ_00000211 | 1/26/2025 | E-MAIL | 6 | NTPSA2_000363 | |

| Prod_ENDDOC# | Prod_ENDDOC#_OLD | AUTHOR | CUSTODIAN | DUPECUSTODIAN | FROM | TO |
|---|---|---|---|---|---|---|
| NTPSA2_000363 | | | James Percival | James Percival | Mazzara, Joe Redact PII | PERCIVAL, JAMES Redact PII |

| CC | BCC | DATE TIME SENT | DATE TIME RCVD | TIME ZONE OFFSET | SUBJECT | ATTACHLIST |
|----|-----|----------------|----------------|------------------|---------|------------|
|    |     | 1/26/2025 13:42 | 1/26/2025 13:42 |                | FW: TPS VZ Termination: Draft Notice | Options for Venezuela TPS Extension and Redesignation.docx;SUMMARY Options for Venezuela TPS Extension (9.25.23).docx;TPS Vacatur - Venezuela 2025-01-26 at 1021 am.docx |

| FILENAME | FILEPATH | PROD_ATTACHIDS | Prod_BEGATTACH | Prod_BEGATTACH_OLD | PROD_PARENTID |
|---|---|---|---|---|---|
| FW: TPS VZ Termination: Draft Notice.htm | Redact PII (Primary)\Top of Information Store\Inbox | NTPSA2_000364;NTPSA2_000365;NTPSA2_000366 | NTPSA2_000363 | | |

| Prod_GR OUPID | INTERNE T MSGID | HASH VALUE | TAG - Priviege | TAG - Privilege Descriptions |
|---|---|---|---|---|
| | | B56035CFA94AB20F79B34379A01DB629 | AC - Attorney Client; DP - Deliberative Process; | Email communications reflecting predecisional, deliberative discussions among DHS counsel regarding policy options and legal advice for Venezuela TPS termination. |