Exhibit 7

| | |
|---|---|
| **From:** | Kim, Ted H <Redacted PII> |
| **Sent:** | Tuesday, January 28, 2025 12:42 PM |
| **To:** | Edlow, Joseph B <Redacted PII> |
| **Subject:** | Venezuela country conditions |
| **Attach:** | Relevant quotes from updated Venezuela COI sources (012825)_positive improvements highlighted.docx |

I asked the team to focus on any improvements in Venezuela since our last research paper was submitted to OP&S for TPS purposes in August 2024.
I highlighted 7 excerpts that support some improvements in Venezuela during that stretch.

---

Ted Kim
Associate Director
Refugee, Asylum & International Operations
USCIS/DHS

CONFIDENTIAL