Exhibit 15

1

2

3

4

5

6

7

8

9

10

11

12

13    March 5, 2024

14    CBS News' Major Garrett interviews Governor

15    Kristi Noem

16

17

18

19

20

21

22

23

24

25

Page 1

1          MAJOR GARRETT:  Several prominent
2    Republicans have had their names floated as a
3    possible running mate for President Trump, should
4    he claim the Republican nominee.  One of them is
5    South Dakota's governor, Kristi Noem and she
6    joins us now.  Governor Noem, always good to see
7    you.
8          To the degree you might want to
9    dispense advice tonight to Nikki Haley, what
10   would it be?
11         KRISTI NOEM:  Well, I would just tell
12   her it's never a good thing if people are voting
13   for you only because they're against someone
14   else.  People don't know what she stands for,
15   what she believes.  She's been on both sides of
16   many different issues, and at this point it's
17   time for her to get out of the race.
18         So, I would hope that she would do that
19   for the good of the country, recognizing that the
20   Republican Party has obviously chosen President
21   Donald Trump as their nominee and that it's time
22   to really fight for this country, to fight
23   against the policies of Joe Biden that really are
24   wrecking every family's budget and allowing this
25   invasion over our southern border.

1          MAJOR GARRETT:  Governor Noem, when you

2     look at the results in the contest so far, Haley

3     clocks at around 25-30, sometimes 35, maybe 40

4     percent on our her best day.  Does that give you

5     any concern about the solidity of the Republican

6     coalition going into a general election?

7          KRISTI NOEM:  No, I think she's

8     underperforming, honestly.  And I think she

9     thought she would do better.  She's not.  It

10    should be a reality check for her.  And I think

11    it shows that Republicans are united.  And I

12    would say that going into this election cycle,

13    that's a very good thing.  We've been in

14    different circumstances in election cycles in the

15    past and it's interesting to watch tonight play

16    out because the Super Tuesday is actually pretty

17    boring, Major.  There's not a lot going on

18    because we all knew President Trump would win.

19    He's doing just as well as we all expected him to

20    do because we loved his policies.

21          Every family did better when he was in

22    the White House than they are under Joe Biden,

23    and that's really the story -- is people are

24    feeling the elevated gas prices, they can't

25    afford their groceries and they're really

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    wondering how this country could tank so quickly

2    in just three short years.

3             MAJOR GARRETT:  Governor Noem, you had

4    a meeting with the former president recently,

5    about two and a half hours I'm told.  Was that to

6    discuss a possible inclusion of you on the

7    ticket, should he become the nominee?

8             KRISTI NOEM:  Well, I've known

9    President Trump for years.  We worked together.

10   I supported him in 2016.  When I was in Congress

11   we worked on tax reform. So, we covered a lot of

12   different topics, so I probably won't discuss our

13   private conversations.

14            MAJOR GARRETT:  When you think about

15   that, possibly being on the ticket, you would

16   also have to think about possibly becoming vice

17   president, and anyone who's in that position has

18   to think about possibly becoming president.  So,

19   in that context alone, do you think a president,

20   whether it's former President Trump or any

21   occupant of the White House, should have what the

22   former president has told the Supreme Court he

23   must have, which is absolute immunity for

24   prosecution?

25            KRISTI NOEM:  Well, I never heard

                                              Page  4

1    anybody complain, especially out of the press
2    when President Clinton claimed he needed immunity
3    when Paula Jones sued him.  So, I think that we
4    need to make sure that we're treating every
5    president exactly the same and recognize that
6    this is nothing new for what President Trump is
7    talking about.
8            MAJOR GARRETT:  Governor Noem, you know
9    that was about a civil matter that was outside of
10   the purview of the presidency itself.  That's a
11   different circumstance.  I'm asking about the
12   president itself, should any president have
13   absolute immunity?  Because there are those who
14   are constitutional scholars who say that would
15   create essentially a monarchy in this country,
16   something our founders never intended.
17           KRISTI NOEM:  Our country's a republic,
18   and President Trump has defended our freedoms in
19   this republic for many years.  I expect him to
20   continue to be able to do that in the White
21   House, and I'm looking forward to his return to
22   Washington, D.C. so we really can fix this
23   country.
24           MAJOR GARRETT:  When the former
25   president talks, as he often does, about future

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    immigration policies, he not just mentions
2    executive orders he put in place but he also
3    talks about a mass deportation in this country.
4    And he's also specifically talked about camps to
5    hold people as they are to be deported out of
6    this country.  Does any of that make you
7    uncomfortable, even in terms of its optics or
8    practical application?
9          KRISTI NOEM:  Oh, Major, these people
10   came into our country illegally.  They broke our
11   laws.  And our president facilitated that from
12   the White House.  So, absolutely.  We've seen
13   these countries that hate us empty out their
14   prisons, their mental institutions.  They've
15   given us their responsibilities and some of the
16   most dangerous people in the world have made
17   their way to the United States of America.
18          We have to be a country with borders
19   and we have to be supporting deportation to make
20   sure that we actually are a nation of laws and
21   that are people are safe.
22          MAJOR GARRETT:  Governor Noem, I heard
23   that reference to those who are criminals or from
24   mental institutions.  Do you have a sense in even
25   a general way what percentage of those who have

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    crossed illegally that makes up?

2              KRISTI NOEM:  I don't.  But I do know

3    that for over a year and a half that we've had

4    press reporting that countries such as Venezuela

5    and Cuba have emptied out their prisons and many

6    of the people that they are responsible for

7    taking care of, and they've sent them to America.

8              I've been to the border several times

9    now and I've talked to people who were crossing

10   that border that were told that the border was

11   open, it was time to come here and sent here by

12   their country's leadership.  So, we know for a

13   fact that this is facilitated, that the White

14   House has this invasion happening on purpose, and

15   it is to remake the foundation of this country.

16             So, I think the American people have

17   their eyes wide open as to what's happening and

18   how it's undermining this very precious gift that

19   we've been given in the United States of America.

20             MAJOR GARRETT:  Governor Noem, the

21   Biden-Harris reelection campaign points to the

22   State of the Union as a relaunch moment for the

23   campaign.  Is there anything you're going to be

24   looking for Thursday night?

25             KRISTI NOEM:  I wish them luck.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    Everything they've done to try to relaunch that

2    campaign over and over again has been just

3    another misstep, mishap.  I expect it to be

4    entertaining.  It would be nice if there would be

5    something in there that would give us a little

6    bit of a hope for the future but I'm not

7    expecting much.

8             MAJOR GARRETT:  Governor Kristi Noem,

9    thank you so much for your time.

10            KRISTI NOEM:  Thank you, Major.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8

9    _Sonya M. Ledanski Hyde_

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date:  February 18, 2025

17

18

19

20

21

22

23

24

25

                                    Page  9

**[11501 - expecting]**

| 1 |
|---|
| **11501**  9:14 |
| **12151**  9:9 |
| **18**  9:16 |

| 2 |
|---|
| **2016**  4:10 |
| **2024**  1:13 |
| **2025**  9:16 |
| **25-30**  3:3 |

| 3 |
|---|
| **300**  9:13 |
| **330**  9:12 |
| **35**  3:3 |

| 4 |
|---|
| **40**  3:3 |

| 5 |
|---|
| **5**  1:13 |

| a |
|---|
| **able**  5:20 |
| **absolute**  4:23 5:13 |
| **absolutely**  6:12 |
| **accurate**  9:4 |
| **actually**  3:16 6:20 |
| **advice**  2:9 |
| **afford**  3:25 |
| **allowing**  2:24 |
| **america**  6:17 7:7,19 |
| **american**  7:16 |
| **anybody**  5:1 |

**application**  6:8
**asking**  5:11

| b |
|---|
| **becoming**  4:16 4:18 |
| **believes**  2:15 |
| **best**  3:4 |
| **better**  3:9,21 |
| **biden**  2:23 3:22 7:21 |
| **bit**  8:6 |
| **border**  2:25 7:8 7:10,10 |
| **borders**  6:18 |
| **boring**  3:17 |
| **broke**  6:10 |
| **budget**  2:24 |

| c |
|---|
| **c**  9:1,1 |
| **campaign**  7:21 7:23 8:2 |
| **camps**  6:4 |
| **can't**  3:24 |
| **care**  7:7 |
| **cbs**  1:14 |
| **certify**  9:3 |
| **check**  3:10 |
| **chosen**  2:20 |
| **circumstance**  5:11 |
| **circumstances**  3:14 |
| **civil**  5:9 |

**claim**  2:4
**claimed**  5:2
**clinton**  5:2
**clocks**  3:3
**coalition**  3:6
**come**  7:11
**complain**  5:1
**concern**  3:5
**congress**  4:10
**constitutional**  5:14
**contest**  3:2
**context**  4:19
**continue**  5:20
**conversations**  4:13
**countries**  6:13 7:4
**country**  2:19 2:22 4:1 5:15 5:23 6:3,6,10 6:18 7:15 9:12
**country's**  5:17 7:12
**court**  4:22
**covered**  4:11
**create**  5:15
**criminals**  6:23
**crossed**  7:1
**crossing**  7:9
**cuba**  7:5
**cycle**  3:12
**cycles**  3:14

| d |
|---|
| **d.c.**  5:22 |
| **dakota's**  2:5 |
| **dangerous**  6:16 |
| **date**  9:16 |
| **day**  3:4 |
| **defended**  5:18 |
| **degree**  2:8 |
| **deportation**  6:3 6:19 |
| **deported**  6:5 |
| **different**  2:16 3:14 4:12 5:11 |
| **discuss**  4:6,12 |
| **dispense**  2:9 |
| **doing**  3:19 |
| **donald**  2:21 |
| **don't**  2:14 7:2 |

| e |
|---|
| **e**  9:1 |
| **election**  3:6,12 3:14 |
| **elevated**  3:24 |
| **emptied**  7:5 |
| **empty**  6:13 |
| **entertaining**  8:4 |
| **especially**  5:1 |
| **essentially**  5:15 |
| **exactly**  5:5 |
| **executive**  6:2 |
| **expect**  5:19 8:3 |
| **expected**  3:19 |
| **expecting**  8:7 |

Page 1

**[eyes - needed]**

| | | | |
|---|---|---|---|
| **eyes** 7:17 | **given** 6:15 7:19 | **inclusion** 4:6 | **look** 3:2 |
| **f** | **going** 3:6,12,17 | **institutions** | **looking** 5:21 |
| **f** 9:1 | 7:23 | 6:14,24 | 7:24 |
| **facilitated** 6:11 | **good** 2:6,12,19 | **intended** 5:16 | **lot** 3:17 4:11 |
| 7:13 | 3:13 | **interesting** 3:15 | **loved** 3:20 |
| **fact** 7:13 | **governor** 1:14 | **interviews** 1:14 | **luck** 7:25 |
| **family** 3:21 | 2:5,6 3:1 4:3 | **invasion** 2:25 | **m** |
| **family's** 2:24 | 5:8 6:22 7:20 | 7:14 | **made** 6:16 |
| **far** 3:2 | 8:8 | **issues** 2:16 | **major** 1:14 2:1 |
| **february** 9:16 | **groceries** 3:25 | **it's** 2:12,16,21 | 3:1,17 4:3,14 |
| **feeling** 3:24 | **h** | 3:15 4:20 7:18 | 5:8,24 6:9,22 |
| **fight** 2:22,22 | **haley** 2:9 3:2 | **i'm** 4:5 5:11,21 | 7:20 8:8,10 |
| **fix** 5:22 | **half** 4:5 7:3 | 8:6 | **make** 5:4 6:6 |
| **floated** 2:2 | **happening** 7:14 | **i've** 4:8 7:8,9 | 6:19 |
| **foregoing** 9:4 | 7:17 | **j** | **makes** 7:1 |
| **former** 4:4,20 | **harris** 7:21 | **joe** 2:23 3:22 | **march** 1:13 |
| 4:22 5:24 | **hate** 6:13 | **joins** 2:6 | **mass** 6:3 |
| **forward** 5:21 | **heard** 4:25 6:22 | **jones** 5:3 | **mate** 2:3 |
| **foundation** | **he's** 3:19 6:4 | **k** | **matter** 5:9 |
| 7:15 | **hold** 6:5 | **knew** 3:18 | **meeting** 4:4 |
| **founders** 5:16 | **honestly** 3:8 | **know** 2:14 5:8 | **mental** 6:14,24 |
| **freedoms** 5:18 | **hope** 2:18 8:6 | 7:2,12 | **mentions** 6:1 |
| **future** 5:25 8:6 | **hours** 4:5 | **known** 4:8 | **mineola** 9:14 |
| **g** | **house** 3:22 4:21 | **kristi** 1:15 2:5 | **mishap** 8:3 |
| **garrett** 1:14 2:1 | 5:21 6:12 7:14 | 2:11 3:7 4:8,25 | **misstep** 8:3 |
| 3:1 4:3,14 5:8 | **hyde** 9:3 | 5:17 6:9 7:2,25 | **moment** 7:22 |
| 5:24 6:22 7:20 | **i** | 8:8,10 | **monarchy** 5:15 |
| 8:8 | **illegally** 6:10 | **l** | **n** |
| **gas** 3:24 | 7:1 | **laws** 6:11,20 | **n** 9:1 |
| **general** 3:6 | **immigration** | **leadership** 7:12 | **names** 2:2 |
| 6:25 | 6:1 | **ledanski** 9:3 | **nation** 6:20 |
| **gift** 7:18 | **immunity** 4:23 | **legal** 9:11 | **need** 5:4 |
| **give** 3:4 8:5 | 5:2,13 | **little** 8:5 | **needed** 5:2 |

Page 2

**[never - sure]**

| | | | |
|---|---|---|---|
| **never** 2:12 4:25 5:16 | **percentage** 6:25 | **purview** 5:10 | **road** 9:12 |
| **new** 5:6 | **place** 6:2 | **put** 6:2 | **running** 2:3 |
| **news'** 1:14 | **play** 3:15 | **q** | **s** |
| **nice** 8:4 | **point** 2:16 | **quickly** 4:1 | **safe** 6:21 |
| **night** 7:24 | **points** 7:21 | **r** | **scholars** 5:14 |
| **nikki** 2:9 | **policies** 2:23 3:20 6:1 | **r** 9:1 | **see** 2:6 |
| **noem** 1:15 2:5 2:6,11 3:1,7 4:3,8,25 5:8,17 6:9,22 7:2,20 7:25 8:8,10 | **position** 4:17 | **race** 2:17 | **seen** 6:12 |
| **nominee** 2:4,21 4:7 | **possible** 2:3 4:6 | **reality** 3:10 | **sense** 6:24 |
| **ny** 9:14 | **possibly** 4:15 4:16,18 | **really** 2:22,23 3:23,25 5:22 | **sent** 7:7,11 |
| **o** | **practical** 6:8 | **recently** 4:4 | **several** 2:1 7:8 |
| **o** 9:1 | **precious** 7:18 | **recognize** 5:5 | **she's** 2:15 3:7,9 |
| **obviously** 2:20 | **presidency** 5:10 | **recognizing** 2:19 | **short** 4:2 |
| **occupant** 4:21 | **president** 2:3 2:20 3:18 4:4,9 4:17,18,19,20 4:22 5:2,5,6,12 5:12,18,25 6:11 | **record** 9:5 | **shows** 3:11 |
| **oh** 6:9 | **press** 5:1 7:4 | **reelection** 7:21 | **sides** 2:15 |
| **old** 9:12 | **pretty** 3:16 | **reference** 6:23 | **signature** 9:9 |
| **open** 7:11,17 | **prices** 3:24 | **reform** 4:11 | **solidity** 3:5 |
| **optics** 6:7 | **prisons** 6:14 7:5 | **relaunch** 7:22 8:1 | **solutions** 9:11 |
| **orders** 6:2 | **private** 4:13 | **remake** 7:15 | **sonya** 9:3 |
| **outside** 5:9 | **probably** 4:12 | **reporting** 7:4 | **south** 2:5 |
| **p** | **proceedings** 9:5 | **republic** 5:17 5:19 | **southern** 2:25 |
| **party** 2:20 | **prominent** 2:1 | **republican** 2:4 2:20 3:5 | **specifically** 6:4 |
| **past** 3:15 | **prosecution** 4:24 | **republicans** 2:2 3:11 | **stands** 2:14 |
| **paula** 5:3 | **purpose** 7:14 | **responsibilities** 6:15 | **state** 7:22 |
| **people** 2:12,14 3:23 6:5,9,16 6:21 7:6,9,16 | | **responsible** 7:6 | **states** 6:17 7:19 |
| **percent** 3:4 | | **results** 3:2 | **story** 3:23 |
| | | **return** 5:21 | **sued** 5:3 |
| | | | **suite** 9:13 |
| | | | **super** 3:16 |
| | | | **supported** 4:10 |
| | | | **supporting** 6:19 |
| | | | **supreme** 4:22 |
| | | | **sure** 5:4 6:20 |

Page 3

**[t - you're]**

| t |
|---|
| **t**  9:1,1 |
| **talked**  6:4 7:9 |
| **talking**  5:7 |
| **talks**  5:25 6:3 |
| **tank**  4:1 |
| **tax**  4:11 |
| **tell**  2:11 |
| **terms**  6:7 |
| **thank**  8:9,10 |
| **that's**  3:13,23 |
|   5:10 |
| **there's**  3:17 |
| **they're**  2:13 |
|   3:25 |
| **they've**  6:14 |
|   7:7 8:1 |
| **thing**  2:12 3:13 |
| **think**  3:7,8,10 |
|   4:14,16,18,19 |
|   5:3 7:16 |
| **thought**  3:9 |
| **three**  4:2 |
| **thursday**  7:24 |
| **ticket**  4:7,15 |
| **time**  2:17,21 |
|   7:11 8:9 |
| **times**  7:8 |
| **together**  4:9 |
| **told**  4:5,22 7:10 |
| **tonight**  2:9 |
|   3:15 |
| **topics**  4:12 |
| **transcript**  9:4 |

| | |
|---|---|
| **treating**  5:4 | |
| **true**  9:4 | |
| **trump**  2:3,21 | |
|   3:18 4:9,20 5:6 | |
|   5:18 | |
| **try**  8:1 | |
| **tuesday**  3:16 | |
| **two**  4:5 | |

| u |
|---|
| **uncomfortable** |
|   6:7 |
| **under**  3:22 |
| **undermining** |
|   7:18 |
| **underperfor...** |
|   3:8 |
| **union**  7:22 |
| **united**  3:11 |
|   6:17 7:19 |

| v |
|---|
| **venezuela**  7:4 |
| **veritext**  9:11 |
| **vice**  4:16 |
| **voting**  2:12 |

| w |
|---|
| **want**  2:8 |
| **washington** |
|   5:22 |
| **watch**  3:15 |
| **way**  6:17,25 |
| **we're**  5:4 |
| **we've**  3:13 6:12 |
|   7:3,19 |

| | |
|---|---|
| **what's**  7:17 | |
| **white**  3:22 4:21 | |
|   5:20 6:12 7:13 | |
| **who's**  4:17 | |
| **wide**  7:17 | |
| **win**  3:18 | |
| **wish**  7:25 | |
| **wondering**  4:1 | |
| **won't**  4:12 | |
| **worked**  4:9,11 | |
| **world**  6:16 | |
| **wrecking**  2:24 | |

| y |
|---|
| **year**  7:3 |
| **years**  4:2,9 |
|   5:19 |
| **you're**  7:23 |

Page 4