Exhibit 17









# Post





Document title: (3) Secretary Kristi Noem on X: &quot;Met with Honduran Minister of Foreign Affairs @EnriqueReinaHN to discuss how to best work together on migratio…
Capture URL: https://x.com/Sec_Noem/status/1902870288921927870
Capture timestamp (UTC): Wed, 02 Jul 2025 22:31:45 GMT



Case 3:25-cv-05687-TLT   Document 18-17   Filed 07/08/25   Page 8 of 16



Document title: (3) Secretary Kristi Noem on X: &quot;Met with Honduran Minister of Foreign Affairs @EnriqueReinaHN to discuss how to best work together on migratio…
Capture URL: https://x.com/Sec_Noem/status/1902870288921927870
Capture timestamp (UTC): Wed, 02 Jul 2025 22:31:45 GMT                                                                                      Page 7 of 15







Document title: (3) Secretary Kristi Noem on X: &quot;Met with Honduran Minister of Foreign Affairs @EnriqueReinaHN to discuss how to best work together on migratio…
Capture URL: https://x.com/Sec_Noem/status/1902870288921927870
Capture timestamp (UTC): Wed, 02 Jul 2025 22:31:45 GMT
Page 10 of 15











**C M Ciebiera** @ciebiera_m · Mar 21
Is there anyway to designate Crockett and Omar as anti American subversives, then persona non grata and then kick their unAmerican butts out of the country? Unfortunately not, but What a Wonderful World?

18

**Altan Alpay** @Altan · Mar 21
It's very impressive that Kristi is managing 3 separate photo sessions everyday, surpassing most influenciers in instagram. Kim Kardasian must be jealous and want to hire your social media manager!

26

**Rod Julius** @RodJulius4 · Mar 22
You always look so beautiful Kristi

4

**Purple Swan** @jiyoon_rhee · Mar 24
👍👍👍👍👍👍👍👍👍👍👏👏👏👏👏👏👏👏👏👏⚖️💥🐀🐁🎬💥⚖️💩🚀🌿🗑️👎👎👎👎👎👎👎👎👎👎🇺🇸👍🇺🇸👍👍
🇺🇸👍👍👎👎

11

Show probable spam

David Michaels
@DavidMi47644829

Document title: (3) Secretary Kristi Noem on X: &quot;Met with Honduran Minister of Foreign Affairs @EnriqueReinaHN to discuss how to best work together on migratio…
Capture URL: https://x.com/Sec_Noem/status/1902870288921927870
Capture timestamp (UTC): Wed, 02 Jul 2025 22:31:45 GMT
Page 14 of 15



Document title: (3) Secretary Kristi Noem on X: &quot;Met with Honduran Minister of Foreign Affairs @EnriqueReinaHN to discuss how to best work together on migratio…
Capture URL: https://x.com/Sec_Noem/status/1902870288921927870
Capture timestamp (UTC): Wed, 02 Jul 2025 22:31:45 GMT
Page 15 of 15