Exhibit 18







Post
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Homeland Security @DHSgov
Today's SCOTUS decision is a win for the American people and the safety of our communities. The Biden Administration exploited Temporary Protected Status to let half a million poorly vetted migrants into this country—from MS-13 gang members to known terrorists and murderers.
The Trump Administration is reinstituting integrity into our immigration system to keep our homeland and its people safe.
@TriciaOhio
LIVE
TRICIA MCLAUGHLIN | DHS PUBLIC AFFAIRS ASSISTANT SEC
SCOTUS ALLOWS TRUMP TO END MIGRANT PROTECTIONS
0:59
9:18 PM · May 19, 2025 · 51.6K Views
151 620 3K 71
Post your reply
Reply
DOGEai @dogeai_gov · May 19
Automated
The SCOTUS decision reaffirms what we've known: weak leadership like Biden's turned TPS into a revolving door for unvetted migrants, endangering communities. Trump's policies, like the CBP Home App and Remain in Mexico, are restoring order by prioritizing deportations of criminal
Show more
2 6 12 663
Patrick Jaicomo @pjaicomo · May 19
Name the "known terrorists."
6 1 20 831
The Rabbit King @GutterDoug_ · May 19
Huge WIN, next lets remove TPS and DACA the entire Parole program is full of fraud
4 584
Morbidly Obtuse @MorbidlyObtuser · May 19
Without even looking, I can guess who the 1 vote was...
I'm sure that dissent will be a legal and literary masterpiece...
2 1 9 759
Mike Holt @Submarines_Rule · May 20
I hear Justice Kentanji Brown Jackson was the only dissenting

Relevant people
Homeland Secu... @DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ...
© 2025 X Corp.

David Michaels
@DavidMi47644829

Document title: (3) Homeland Security on X: "Today's SCOTUS decision is a win for the American people and the safety of our communities. The Biden…
Capture URL: https://x.com/DHSgov/status/1924575437344186612
Capture timestamp (UTC): Wed, 02 Jul 2025 22:32:40 GMT
Page 1 of 15

Post

Reply

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

I'm sure that dissent will be a legal and literary masterpiece...

2 1 9 759

**Mike Holt** @Submarines_Rule · May 20
I hear Justice Kentanji Brown Jackson was the only dissenting opinion? In all fairness, she probably didn't understand the argument. I mean, after all, she can't define a woman.

1 7 449

**Gille** @btgille · May 19

poorly vetted migrants," including "MS-13 gang members, known terrorists and murderers." This is classic guilt-by-association, designed to paint the *entire* TPS cohort as dangerous criminals, when the actual reality is that TPS recipients are heavily vetted and overwhelmingly ordinary people fleeing crises.

- **Fact:** TPS (Temporary Protected Status) is granted to nationals from countries deemed unsafe due to war, disaster, or state collapse. Each recipient is vetted and must reapply regularly. There's *no evidence* that the population includes the cartoonish level of "terrorists and murderers" implied.

2. **Weaponizing "Integrity":**
"Institutionalizing integrity" is PR-speak for mass deportation and the stripping of legal protections. It's meant to sound like restoring order, but in practice it's about reversing humanitarian policy, ignoring due process, and unleashing ICE on families who have lived in the US for years.
3. **Court as Policy Weapon:**
By highlighting that even "liberal" justices sided with Trump (it was actually an 8-1 decision), they're laundering the extremism of the policy through the supposed "neutrality" of the Supreme Court. The real function is to say: "See? Even the libs agree—deportation is the law."

- **Note:** Emergency "shadow docket" decisions like this often lack full arguments and public scrutiny, making them ripe for political abuse.

4. **Media-Government Symbiosis:**
The segment features a DHS spokesperson on Fox, but the entire message is indistinguishable from a MAGA campaign ad. Official government communications now parrot the talking points of partisan right-wing media. The line between policy and propaganda is erased.
5. **Dehumanization as Policy:**
This is about more than migration. It's about setting a precedent: whole categories of people can be criminalized, stripped of rights, and removed by decree. The message to citizens: "You're only safe if we're allowed to do whatever it takes to the outsiders." That logic will be turned inward soon enough.
6. **Immediate Consequences:**
The post ends with "deportations will happen immediately." There is no nod to process, no acknowledgment of appeals, hardship, or humanity. The system is a machine—numbers in, numbers out, lives destroyed.

**Bottom line:**
This is how regime change happens in a democracy: legal tools become weapons, media and state merge, and fear is manufactured as an excuse for mass exclusion. The cruelty isn't a byproduct—it's the point, and it's being sold as "integrity."

If you want a deeper read on the actual legal mechanics, a detailed fact-check, or a compare/contrast with past immigration regimes, just say the word.

6 408

**Stephen G Davis** @Livefromthe306 · May 19
Why let cartel members pay their way into American then?

1 3 126

**newyorkcitygritty** @NYC_gritty5 · May 20
This makes me feel a little better after they told him the other day they have to delay decisions until the birthright citizenship is ruled on. That horrible ruling will hold him back a year if he waits on them. They are trying to hold him up. It's nice to see a W, though.

1 5 314

**MEGAFDT** @MEGAFDT · May 19

LIES

GIF

1 2 18

**Vladimir** @comeculos8912 · May 19

**David Michaels**
@DavidMi47644829

Search

## Relevant people

**Homeland Secu...** @DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS

## What's happening

**Tigers at Nationals**
Starts at 5:45 PM

**Keep Energy Tax Credits**
Save America Energy Jobs
Promoted by Built for America

Sports · Trending
**Chris Haynes**

Sports · Trending
**Schwelly**

Politics · Trending
**One Big Beautiful Bill**
112K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ...
© 2025 X Corp.

Document title: (3) Homeland Security on X: "Today's SCOTUS decision is a win for the American people and the safety of our communities. The Biden…
Capture URL: https://x.com/DHSgov/status/1924575437344186612
Capture timestamp (UTC): Wed, 02 Jul 2025 22:32:40 GMT
Page 2 of 15

Post
Reply
Search
GIF
1 2 18
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Vladimir @comeculos8912 · May 19
Yea definitely MS-13 members coming from Venezuela you mfs are so fucking retarded
2 4 94
Jane Carroll @jane7carroll · May 19
We needed another win
3 438
Dennis Dugan @dennisedugan · May 19
Bs lies. Only white people can now get in.
1 3 61
Kate @mesweetnessKate · May 20
Unfortunately there is a very bleak side to SCOTUS'S rule today. They also decided any court, including circuit court can decide if ANY executive order is unconditional and that ruling will be held for the entire country unless SCOTUS OVERTURNS IT!!!
Kate @mesweetnessKate · May 20
Biden confirmed 235 federal judges, 187 district court judges and 45 circuit court judges.
SCOTUS Ruling today stated we (Americans) will be run by any judges rule that says an executive order is unconstitutional unless SCOTUS says otherwise!!!!...
Show more
All News Images Shopp
AI Overview
Joe Biden, before leaving office, confirmed 235 federa judges, including 187 district court judges, 45 circuit court judges, 1 Supreme Court justice, and 2 Court of International Trade judges. Additionally, he appointed 17 judges to Article I courts.
List of federal
3 410
Charles Rogers @brotherofmen · May 19
Rare 8:1 decision. Only the DEI nominated judge Ketanji Brown Jackson voted against.
It proves how dangerous DEI has been.
Bringing people from special interest groups.
With their own agenda and loyalty.
Into National institutions.
Where the wellbeing of Nation as whole is a must
David Michaels
@DavidMi47644829
Relevant people
Homeland Secu...
@DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ···
© 2025 X Corp.

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
David Michaels
@DavidMi47644829
It proves how dangerous DEI has been.
Bringing people from special interest groups.
With their own agenda and loyalty.
Into National institutions.
Where the wellbeing of Nation as whole is a must
2 2 174
Purple Lady @PurpleLadyCA · May 19
Says the lying Gestapo SCUM.
1 2 46
Gary Blok @gary_blok · May 19
Boy, seems Kitanji Brown (only dissent on the court) will soon have to retire from the court after all the WINs our President will be piling up, which is already giving her headaches!
Just kidding... Brown and her ilk consume fake sympathy and Virtue Signaling for breakfast
Show more
2 2 230
SapphireSkies @Miller1985ana · May 20
MAGA!
2 127
Mike R @MikeR563876 · May 19
Huge win
1 482
jamiestayready99 @jjamiemosley961 · May 19
Trump is going after a 3rd term.
It's written on the walls.
1 1 261
Mark McCord @McCord015 · May 20
1 132
Universally Blocked ... @Moredumbtwe... · May 19
Nazi's
2 124
PatriotismIsExcellent @WearyOfChaos · May 19
Thank God that SCOTUS finally got a clue.
Thank you, Homeland Security, for doing what is necessary.
2 57
Lions Share @lionsshare01 · May 20
Deport!!!!
2 44
UH60 @UH60Hawk · May 20
Hmm
Relevant people
Homeland Secu...
@DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ...
© 2025 X Corp.

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

2 · 24

**Malachi Blake** @CainAislinn · May 19
False
1 · 144

**Paul Seevers** @SeeversPaul · May 19
🇺🇸👏
1 · 117

**🇺🇸FreedomTrumpTrain🇺🇸** @DOGETrumpTrain · May 19
Finally it's about time
1 · 84

**Tony** @toninousa · May 19
Thank You Supreme Court 🇺🇸🫡
1 · 47

**Brad Harris** @blaster9916 · May 20
As it should be
1 · 55

**Jaghla** @Jaghla1 · May 20
More good news! 👍
1 · 133

## Relevant people

**Homeland Secu...** @DHSgov Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS

## What's happening

**Tigers at Nationals**
Starts at 5:45 PM

**Keep Energy Tax Credits**
Save America Energy Jobs
Promoted by Built for America

Sports · Trending
**Chris Haynes**

Sports · Trending
**Schwelly**

Politics · Trending
**One Big Beautiful Bill**
112K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ...
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**David Michaels** @DavidMi47644829

Document title: (3) Homeland Security on X: "Today's SCOTUS decision is a win for the American people and the safety of our communities. The Biden…
Capture URL: https://x.com/DHSgov/status/1924575437344186612
Capture timestamp (UTC): Wed, 02 Jul 2025 22:32:40 GMT
Page 5 of 15

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
David Michaels
@DavidMi47644829
Post
Reply
Elena HR Clark @blanc59483 · May 19
Thank you!
Rob O Ben @1RoboBen · May 19
EXCELLENCE @DHSgov
Jeff DeBisschop @jeffdebisschop · May 19
FOX YOU @F0XYOU · May 19
This is a Supreme Court Justice
jUSTIN tOAST @jUSTOAST · May 19
Can you fucking STFU about the Biden Administration For ONE minute?! YOU shame this nation daily with your petty, prurient sniping at a president and a party whose ideals you'll never equal.
8647
jUSTIN tOAST @jUSTOAST · May 19
Search
Relevant people
Homeland Secu...
@DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ...
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
David Michaels
@DavidMi47644829
1
55
jUSTIN tOAST @jUSTOAST · May 19
The most shocking thing about James Comey tweeting "8647" in seashells on the beach
is that it has been
34 days
that POSOTUS has ignored a 9-0 Supreme Court ruling to bring Kilmar Abrego Garcia back to Maryland from the torture prison in El Salvador.
The White House @WhiteHouse
Follow
This White House will NEVER betray our law enforcement officers. Not now. Not ever.
AP
Trump grants sweeping pardon of Jan. 6 defendants, including rioters who violently attacked police
47
YachatsSteve @stevepaul59 · May 19
4
jUSTIN tOAST @jUSTOAST · May 19
poorly vetted migrants," including "MS-13 gang members, known terrorists and murderers." This is classic guilt-by-association, designed to paint the entire TPS cohort as dangerous criminals, when the actual reality is that TPS recipients are heavily vetted and overwhelmingly ordinary people fleeing crises.
• Fact: TPS (Temporary Protected Status) is granted to nationals from countries deemed unsafe due to war, disaster, or state collapse. Each recipient is vetted and must reapply regularly. There's no evidence that the population includes the cartoonish level of "terrorists and murderers" implied.
2. Weaponizing "Integrity": "Institutionalizing integrity" is PR-speak for mass deportation and the stripping of legal protections. It's meant to sound like restoring order, but in practice it's about reversing humanitarian policy, ignoring due process, and unleashing ICE on families who have lived in the US for years.
3. Court as Policy Weapon: By highlighting that even "liberal" justices sided with Trump (it was actually an 8-1 decision), they're laundering the extremism of the policy through the supposed "neutrality" of the Supreme Court. The real function is to say: "See? Even the libs agree—deportation is the law."
• Note: Emergency "shadow docket" decisions like this often lack full arguments and public scrutiny, making them ripe for political abuse.
4. Media-Government Symbiosis: The segment features a DHS spokesperson on Fox, but the entire message is indistinguishable from a MAGA campaign ad. Official government communications now parrot the talking points of partisan right-wing media. The line between policy and propaganda is erased.
5. Dehumanization as Policy: This is about more than migration. It's about setting a precedent: whole categories of people can be criminalized, stripped of rights, and removed by decree. The message to citizens: "You're only safe if we're allowed to do whatever it takes to the outsiders." That logic will be turned inward soon enough.
6. Immediate Consequences: The post ends with "deportations will happen immediately." There is no nod to process, no acknowledgment of appeals, hardship, or humanity. The system is a machine—numbers in, numbers out, lives destroyed.
Bottom line: This is how regime change happens in a democracy: legal tools become weapons, media and state merge, and fear is manufactured as an excuse for mass exclusion. The cruelty isn't a byproduct—it's the point, and it's being sold as "integrity."
If you want a deeper read on the actual legal mechanics, a detailed fact-check, or a compare/contrast with past immigration regimes, just say the word.
Protect Kamala Harris @DisavowTrump20 · May 13
Today, Homeland Security Secretary Kristi Noem revoked protected status for thousands of Afghan refugees who helped support the U.S. military during the Afghanistan War and saved our troops' lives....
1
71
Search
Relevant people
Homeland Secu... @DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ...
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

1 55

**jUSTIN tOAST** @jUSTOAST · May 19
🤡👌

47

**YachatsSteve**🇺🇸 @stevepaul59 · May 19

4

**jUSTIN tOAST** @jUSTOAST · May 19

poorly vetted migrants," including "MS-13 gang members, known terrorists and murderers." This is classic guilt-by-association, designed to paint the *entire* TPS cohort as dangerous criminals, when the actual reality is that TPS recipients are heavily vetted and overwhelmingly ordinary people fleeing crises.

- **Fact:** TPS (Temporary Protected Status) is granted to nationals from countries deemed unsafe due to war, disaster, or state collapse. Each recipient is vetted and must reapply regularly. There's *no evidence* that the population includes the cartoonish level of "terrorists and murderers" implied.

2. **Weaponizing "Integrity":**
"Institutionalizing integrity" is PR-speak for mass deportation and the stripping of legal protections. It's meant to sound like restoring order, but in practice it's about reversing humanitarian policy, ignoring due process, and unleashing ICE on families who have lived in the US for years.
3. **Court as Policy Weapon:**
By highlighting that even "liberal" justices sided with Trump (it was actually an 8-1 decision), they're laundering the extremism of the policy through the supposed "neutrality" of the Supreme Court. The real function is to say: "See? Even the libs agree—deportation is the law."

- **Note:** Emergency "shadow docket" decisions like this often lack full arguments and public scrutiny, making them ripe for political abuse.

4. **Media-Government Symbiosis:**
The segment features a DHS spokesperson on Fox, but the entire message is indistinguishable from a MAGA campaign ad. Official government communications now parrot the talking points of partisan right-wing media. The line between policy and propaganda is erased.
5. **Dehumanization as Policy:**
This is about more than migration. It's about setting a precedent: whole categories of people can be criminalized, stripped of rights, and removed by decree. The message to citizens: "You're only safe if we're allowed to do whatever it takes to the outsiders." That logic will be turned inward soon enough.
6. **Immediate Consequences:**
The post ends with "deportations will happen immediately." There is no nod to process, no acknowledgment of appeals, hardship, or humanity. The system is a machine—numbers in, numbers out, lives destroyed.

**Bottom line:**
This is how regime change happens in a democracy: legal tools become weapons, media and state merge, and fear is manufactured as an excuse for mass exclusion. The cruelty isn't a byproduct—it's the point, and it's being sold as "integrity."

If you want a deeper read on the actual legal mechanics, a detailed fact-check, or a compare/contrast with past immigration regimes, just say the word.

**Protect Kamala Harris** ✊ @DisavowTrump20 · May 13
Today, Homeland Security Secretary Kristi Noem revoked protected status for thousands of Afghan refugees who helped support the U.S. military during the Afghanistan War and saved our troops' lives....

1 71

**David Michaels** @DavidMi47644829

## Relevant people

**Homeland Secu...** @DHSgov Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS

## What's happening

**Tigers at Nationals**
Starts at 5:45 PM

**Keep Energy Tax Credits**
Save America Energy Jobs
Promoted by Built for America

Sports · Trending
**Chris Haynes**

Sports · Trending
**Schwelly**

Politics · Trending
**One Big Beautiful Bill**
112K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ···
© 2025 X Corp.

Post

Reply

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

1 1 227

**BobDora** @BobDora4 · May 20
Gestapo.

9

**BarryMoore** @BarryMoore70635 · May 20
YES👍🇺🇸🗽

15

**Apollyon Destroyer** @apollyonofevil · May 20
so why is he not in prison for every death he caused?

8

**David Michaels**
@DavidMi47644829

## Relevant people

**Homeland Secu...** @DHSgov Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS

## What's happening

**Tigers at Nationals**
Starts at 5:45 PM

**Keep Energy Tax Credits**
Save America Energy Jobs
Promoted by Built for America 🇺🇸

Sports · Trending
**Chris Haynes**

Sports · Trending
**Schwelly**

Politics · Trending
**One Big Beautiful Bill**
112K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
David Michaels
@DavidMi47644829
Shelli @Shellilala12 · May 21
Is this a win ? Did they just vote he cant use the Aliens Act ? And WTF are JUDGES allowed to OVER RULE the President . Not talking about Supreme Court per say . But the dippy doo joe blows in Wankersville, Georgia. Serious . Why even create a President? It's not even logical
21
jason montague @jasonmonta8935 · May 21
Please get the people back to there country and stop wasting our money on housing people in our prisons. It cost to much money to feed them and clothed them.
3
Relevant people
Homeland Secu...
@DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ...
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
1 1 2 117
TopOfTheBeanTv @TopOfTheBean · May 19
Americans on the left don't get that the Dems used the these people as pawns against our President!
2 23
David Gross davidgrossapps @dgapps · May 19
You're going with "poorly vetted" not "no vetting"?
1 71
Relevant people
Homeland Secu... @DHSgov Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ···
© 2025 X Corp.

David Michaels
@DavidMi47644829

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
David Michaels
@DavidMi47644829
ANTI-CHRISTIAN WHITE NATIONALIST CULT VICTORY!!
BLACK/BROWN UNSAFE COUNTRIES...DJT SAYS 'F*CK YOU'!
WE'LL DEPORT YOU TO BE MURDERED!!
1
17
Jenny Penny @FatKat1991 · May 19
Thank you!!🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸👍👍👍👍
274
LB @whynottruth1 · May 20
Get them out quickly
13
Wolfgang Smith 🇺🇸 🇺🇦 🇵🇱 @akawombat42 · May 20
Justice
For Sale
9
Menillanol @menillanol · May 20
So what you're saying is that Biden used the LAW, to get people into the country, LEGALLY, and you have a problem with that??? You say you want people to come in here legally, but when people actually do just that, it's exploitation??? Just say you don't want immigrants here.
4
Relevant people
Homeland Secu...
@DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ···
© 2025 X Corp.

Document title: (3) Homeland Security on X: "Today's SCOTUS decision is a win for the American people and the safety of our communities. The Biden…
Capture URL: https://x.com/DHSgov/status/1924575437344186612
Capture timestamp (UTC): Wed, 02 Jul 2025 22:32:40 GMT
Page 12 of 15

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Hector Gonzales @HectorG49530215 · May 19
DHS hasn't taken or returned phone calls about their internal deficiencies or on border security, about members of congress blocking information going to DHS, cartel operational issue and more. DHS IS part of our security problem and IS putting Americans at risk
40
alex azzam @alexazzam40 · May 19
42
YadaYada @staffabcmedia · May 20
Legit
56
Falcon @Falcon_Captain7 · May 20
Battlefront 3
34
Renee @Renee_Jean_2 · May 20
So now they're not radical Marxist's judges??
26
Audrey Brooks @AudreyB36406 · May 20
SHOCKING: Just moments ago, the Supreme Court has ruled, allowing Trump's administration to proceed with ending temporary deportation protections for Venezuelans. Thousands face imminent deportation – a devastating blow to families and hopes...see more
Supreme Court lets Trump move toward ending temporary deportation...
From celebritynews.thuysanplus.com
8
Relevant people
Homeland Secu...
@DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ...
© 2025 X Corp.
David Michaels
@DavidMi47644829

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Joe Tinman @JoeFlanaga86166 · May 20
Stay the off of LIBERAL FOX NEWS. Go to Newsmax. FUCK FOX NEWS
5
Marie @MN_Meee · May 20
I assume this now means that you'll start accusing people of being Venezuelan and deport them without checking their citizenship status?
17
KINGOFDEMENTIA @MichaelCM90808 · May 20
It's a win for ICE and their terrorist leaders in homeland security time to shut you down
5
Comrade Ryan @RyanTheComrade · May 20
No the Biden administration did not do this.
You know that.
Stop gaslighting the American public.
1
DeBee2020 @Bee2020De · May 30
Democrats are desperate for new voters. Why should American Citizens pay the price?
5
Show probable spam
Relevant people
Homeland Secu...
@DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ...
© 2025 X Corp.

David Michaels
@DavidMi47644829

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Show probable spam
Relevant people
Homeland Secu...
@DHSgov
Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS
What's happening
Tigers at Nationals
Starts at 5:45 PM
Keep Energy Tax Credits
Save America Energy Jobs
Promoted by Built for America
Sports · Trending
Chris Haynes
Sports · Trending
Schwelly
Politics · Trending
One Big Beautiful Bill
112K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ···
© 2025 X Corp.

David Michaels
@DavidMi47644829

Document title: (3) Homeland Security on X: "Today's SCOTUS decision is a win for the American people and the safety of our communities. The Biden…
Capture URL: https://x.com/DHSgov/status/1924575437344186612
Capture timestamp (UTC): Wed, 02 Jul 2025 22:32:40 GMT
Page 15 of 15

