Exhibit 19



SUBSCRIBE FOR $1/WEEK    LOG IN

**U.S. Immigration** | Birthright Citizenship Order | View From the Border | Detention at Guantánamo | Deportation Flights to Venezuela | Immigration Deal in Florida

ADVERTISEMENT



# Vance Vows an End to Programs for Legal Immigrants

Hundreds of thousands of immigrants live and work in the United States through programs that give them temporary legal status. In the border state of Arizona, JD Vance vowed they would stop.

 Share full article        



Senator JD Vance at a campaign event in Peoria, Ariz., on Tuesday. He promised to crack down on programs that allow hundreds of thousands of immigrants to live and work in the United States legally.  Ross

Tell us about yourself. **Take the survey.**

Senator JD Vance at a campaign event in Peoria, Ariz., on Tuesday. He promised to crack down on programs that allow hundreds of thousands of immigrants to live and work in the United States legally. Ross D. Franklin/Associated Press



**By Chris Cameron**
Reporting from Peoria, Ariz.

Oct. 22, 2024

Senator JD Vance of Ohio, former President Donald J. Trump's running mate, escalated Mr. Trump's attacks against legal immigration on Tuesday, vowing to end programs that authorize hundreds of thousands of immigrants to live and work in the United States.

"What Donald Trump has proposed doing is we're going to stop doing mass parole. We're going to stop doing mass grants of Temporary Protected Status," Mr. Vance said at a campaign event in Peoria, Ariz. "Of course, you're going to have people fleeing from tyranny, but that happens on a case-by-case basis, not by waving the magic government wand."

Later in Tucson, Mr. Vance deflected questions from local reporters about deporting DACA recipients and restarting family separations at the border. Without specifically addressing DACA, which stands for Deferred Action for Childhood Arrivals, Mr. Vance said "we also have to deport people, not just the bad people who came into our country, but people who violated the law coming into this country. We've got to be willing to deport them."

About 864,000 immigrants have legal residency through a program known as Temporary Protected Status, which Congress created in 1990 for people fleeing war and other crises in their home countries. The program currently grants legal protection to immigrants from 16 countries, with most coming from Venezuela, El Salvador and Haiti.

ADVERTISEMENT



Tell us about yourself. **Take the survey.**

Document title: Vance Vows an End to Programs for Legal Immigrants - The New York Times
Capture URL: https://www.nytimes.com/2024/10/22/us/politics/vance-trump-legal-immigrants.html
Capture timestamp (UTC): Fri, 14 Feb 2025 22:24:06 GMT

This month, Mr. Trump had vowed to revoke that legal status for Haitian immigrants, who have been the target of accusations by the former president and Mr. Vance — most prominently in Springfield, Ohio. Mr. Vance's remarks on Tuesday appeared to widen that pledge, suggesting that all immigrants granted Temporary Protected Status would have to find other methods to stay in the country or face deportation. Immigrants from many of those countries would not have a clear alternative path to temporary protection.

A representative for Mr. Vance declined to comment when asked about specifics of the plan to end Temporary Protected Status.

Mr. Vance also appeared to propose the end of other parole programs that allow hundreds of thousands of immigrants to live in the United States for a short period without a visa or green card. This month, the Biden administration said it would allow one of those programs — for people from Cuba, Venezuela, Haiti and Nicaragua — to lapse, reflecting the political pressure President Biden and Vice President Kamala Harris face on immigration, and the desire to blunt attacks from Republicans on the issue in the final days before the election.

A reporter from Telemundo had asked Mr. Vance in Peoria about Mr. Trump's vow to deport Haitians living in the United States under Temporary Protected Status, and if that effort would extend to immigrants from other countries and in other migration programs. Mr. Vance again described immigrants in those programs as "illegal immigrants," even though they are in the country legally, and blamed them for rising costs and other issues.

"What Kamala Harris has done," Mr. Vance said at a factory for military equipment in Peoria, "is she has used programs that are meant to help people who are escaping tyranny, and she's used it to grant amnesty to millions upon millions of people who have no legal right to be in the country, and that has to stop."

**Chris Cameron** covers politics for The Times, focusing on breaking news and the 2024 campaign. More about Chris Cameron

See more on: 2024 Elections: News, Polls and Analysis, JD Vance, Donald Trump, Republican Party

 Share full article  

## Our Coverage of U.S. Immigration

- **Sent to Panama:** The U.S. deported over 100 migrants from Asia to Panama, in a move that could signal much faster removals of those whose countries have made

### Editors' Picks


'The White Lotus' Is Coming to Thailand. So Are the Tourists.


Live From This Italian Restaurant, It's 'Saturday Night'!


My Obsessive Quest for a Thrilling Beef Noodle Soup

Tell us about yourself. **Take the survey.**

Document title: Vance Vows an End to Programs for Legal Immigrants - The New York Times
Capture URL: https://www.nytimes.com/2024/10/22/us/politics/vance-trump-legal-immigrants.html
Capture timestamp (UTC): Fri, 14 Feb 2025 22:24:06 GMT

- **Sent to Panama:** The U.S. deported over 100 migrants from Asia to Panama, in a move that could signal much faster removals of those whose countries have made it difficult to return them.

- **ICE Agents at Rikers:** After meeting President Trump's border czar, Mayor Eric Adams said he would issue an executive order to allow federal immigration authorities into the Rikers Island jail complex, a significant shift in New York City's sanctuary policies.

- **'My Brother Is Not a Criminal':** Luis Alberto Castillo arrived in the United States so that he could "give everything to his son," said his sister. Then, while scrolling on TikTok, she found out he was headed to Guantánamo.

- **Religious Groups Sue:** A collection of Christian and Jewish groups sued the Department of Homeland Security over its policy of conducting immigration enforcement actions at places of worship.

- **Dreams Dashed by Trump Orders:** President Trump's moves to pause refugee resettlement, freeze foreign aid and suspend funds to promote democracy have added more chaos to one of the world's most urgent humanitarian crises.

ADVERTISEMENT

The New York Times

**NEWS**
Home Page
U.S.
World
Politics
New York
Education
Sports
Business
Tech
Science
Weather
The Great Read
Obituaries
Headway
Visual Investigations
The Magazine

**ARTS**
Book Review
Best Sellers Book List
Dance
Movies
Music
Pop Culture
Television
Theater
Visual Arts

**LIFESTYLE**
Health
Well
Food
Restaurant Reviews
Love
Travel
Style
Fashion
Real Estate
T Magazine

**OPINION**
Today's Opinion
Columnists
Editorials
Guest Essays
Op-Docs
Letters
Sunday Opinion
Opinion Video
Opinion Audio

**MORE**
Audio
Games
Cooking
Wirecutter
The Athletic
Jobs
Video
Graphics
Trending
Live Events
Corrections
Reader Center
TimesMachine
The Learning Network
School of The NYT
inEducation

**ACCOUNT**
₸ Subscribe
⚇ Manage My Account
🖥 Home Delivery
₸ Gift Subscriptions

Group Subscriptions
Gift Articles
Email Newsletters

NYT Licensing
Replica Edition
Times Store

© 2025 The New York Times Company   NYTCo   Contact Us   Accessibility   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

Tell us about yourself. **Take the survey.**   ⟩

Without Power and Causes Havoc on Highways

**Editors' Picks**



Nervous About Going to Crowded Events? How to Stay Safer.

Can a Fake Reality Show Keep Spring Breakers Away From Miami Beach?

How Healthy Are Chickpeas?

ADVERTISEMENT

## The New York Times

Go to Home Page »

**NEWS**
Home Page
U.S.
World
Politics
New York
Education
Sports
Business
Tech
Science
Weather
The Great Read
Obituaries
Headway
Visual Investigations
The Magazine

**ARTS**
Book Review
Best Sellers Book List
Dance
Movies
Music
Pop Culture
Television
Theater
Visual Arts

**LIFESTYLE**
Health
Well
Food
Restaurant Reviews
Love
Travel
Style
Fashion
Real Estate
T Magazine

**OPINION**
Today's Opinion
Columnists
Editorials
Guest Essays
Op-Docs
Letters
Sunday Opinion
Opinion Video
Opinion Audio

**MORE**
Audio
Games
Cooking
Wirecutter
The Athletic
Jobs
Video
Graphics
Trending
Live Events
Corrections
Reader Center
TimesMachine
The Learning Network
School of The NYT
inEducation

**ACCOUNT**
Subscribe
Manage My Account
Home Delivery
Gift Subscriptions
Group Subscriptions
Gift Articles
Email Newsletters

NYT Licensing
Replica Edition
Times Store

© 2025 The New York Times Company   NYTCo   Contact Us   Accessibility   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

Your Privacy Choices

Tell us about yourself. **Take the survey.**

Document title: Vance Vows an End to Programs for Legal Immigrants - The New York Times
Capture URL: https://www.nytimes.com/2024/10/22/us/politics/vance-trump-legal-immigrants.html
Capture timestamp (UTC): Fri, 14 Feb 2025 22:24:06 GMT