Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., and TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.  3:25-cv-05687-TLT<br><br>**DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE PRODUCTION OF THE CERTIFIED ADMINISTRATIVE RECORDS**<br><br>Complaint Filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong *(Pro Hac Vice)*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice pending*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

# DECLARATION OF JESSICA KARP BANSAL

I, Jessica Karp Bansal, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am an attorney with the National Day Laborer Organizing Network and counsel of record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I file this Declaration in support of Plaintiffs' Administrative Motion to Expedite Production of the Certified Administrative Records.

3. This matter pertains to the Department of Homeland Security's ("DHS") unlawful decision to terminate Temporary Protected Status ("TPS") for Honduras, Nicaragua, and Nepal. The termination of Nepal's 2015 designation will go into effect on August 5, 2025; thereafter, Nepali TPS holders will lose their work authorization and become subject to deportation. The terminations of Honduras and Nicaragua's TPS designations will go into effect on September 8, 2025. Thereafter, Honduran and Nicaraguan TPS holders will lose their work authorization and become subject to deportation. Plaintiffs allege that the DHS Secretary's decisions to terminate are unlawful under the Administrative Procedure Act ("APA") and the Anti-Discrimination guarantee of the Fifth Amendment's Due Process Clause, and must be set aside.

4. On July 8, 2025, my co-counsel Emilou MacLean emailed Defendants' counsel to inform them that Plaintiffs would seek expedited production of the certified administrative records ("CARs") within seven (7) days for Defendants' decisions terminating TPS for Nepal, Honduras, and Nicaragua in this case, as well as for Defendants' decision terminating TPS for Haiti in *National TPS Alliance, et al. v. Noem, et. al.*, Case No. 25-cv-1766 (N.D. Cal. filed Feb. 19, 2025) ("*National TPS Alliance I*"). When Defendants stated they could not produce all four CARs within seven days and requested that Plaintiffs propose a different schedule, Ms. MacLean stated that Plaintiffs would be amenable to the production of the administrative records for Nepal and Nicaragua within seven (7) days, and for Honduras and Haiti within fourteen (14) days. Defendants' counsel would not agree to either of Plaintiffs' proposed schedules, and said the fastest they could produce the CARs would

1

DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE PRODUCTION OF THE CERTIFIED ADMINISTRATIVE RECORDS – CASE NO. 3:25-CV-05687-TLT

1  be one CAR every two weeks or all four CARs within six weeks. This correspondence is attached as
2  **Exhibit 1**.

3  5. In *Nat'l TPS Alliance v. Noem*, No. 3:25-cv-01766-EMC (N.D. Cal. 2025), the Court ordered Defendants to produce the Venezuela CARs within seven days. After producing the Venezuela CARs, the Court ordered Defendants to produce the Haiti CAR within 7 days. All three CARs contained fifty or fewer documents. *See id.* at ECF Nos. 103–04, 110. In *Ramos v. Nielson,* Case No. 3:18-cv-01554-EMC (N.D. Cal. June 25, 2018), ECF No. 34 at 4, the relevant CARs were ordered produced in ten days (Sudan and Nicaragua) and seven days after that (El Salvador and Haiti). All four CARs contained fewer than 50 documents. *Id.* at ECF Nos. 111–14.

6. There have been no prior time modifications in this case, and this time modification would have no direct effect on the schedule for the case, except for allowing for more expeditious filing of future merits motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2025, in Claremont, California.

                                    */s/ Jessica Karp Bansal*
                                    Jessica Karp Bansal