UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 25-cv-05687-TLT<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE PRODUCTION OF CERFITIED ADMINISTRATIVE RECORDS**<br><br>Re: Dkt. No. 42 |

    Pending before the Court is Plaintiffs' Administrative Motion to Expedite Production of the Certified Administrative Records ("CARs"). ECF 42. Plaintiffs seek expedited production of the CARs for the Temporary Protected Status ("TPS") terminations for Honduras, Nepal, and Nicaragua because the CARs are relevant to the Court's review of Plaintiffs' pending motion to postpone and Defendants have been on notice of Plaintiffs' intent to litigate the TPS terminations. *Id*. at 2–3. Defendants argue that their resources are constrained and the CARs are voluminous and complex. ECF 46 at 2–3.

    Having carefully considered Plaintiffs' request, Defendants opposition, relevant legal authority, and the current record, the Court finds good cause and **GRANTS** Plaintiffs' motion and orders the Defendants to produce the CARs for Defendants' decisions to terminate TPS for Nepal, Nicaragua, and Honduras no later than seven days from the issuance of this order: July 22, 2025. *See* 5 U.S.C. § 706.

    This order resolves ECF 42.

    **IT IS SO ORDERED.**

Dated: July 15, 2025

_____
TRINA L. THOMPSON
United States District Judge