Exhibit 1

LIVE TV | Elizabeth Vargas Reports

# Trump on Springfield Haitian migrants: 'They have to be removed'

- Springfield, Ohio, has seen an influx of Haitian migrants
- Immigrants living there under temporary protected status
- Trump has made false claims about Haitian immigrants eating pets



[Damita Menezes](#), [Ali Bradley](#)
Updated: OCT 2, 2024 / 09:41 PM CDT

Not sure how to find NewsNation on your TV? **Find your channel here**.  Get 24/7 fact-based unbiased news coverage with the **NewsNation app.**

**Former President Donald Trump spoke with Ali Bradley, who leads NewsNation's daily coverage of the border. Follow** [Ali on X](#) **and** [click here to download the NewsNation app](#) **to see exclusive reporting from the border every day.**

The Republican nominee was at a private fundraiser in Texas when he addressed the situation in Springfield, telling NewsNation border reporter Ali Bradley that 32,000 Haitian migrants had been relocated to a community of 52,000 residents.

Trump told NewsNation he believes Haiti would accept the migrants back under his leadership.

"It has nothing to do with Haiti or anything else. You have to remove the people, and you have to bring them back to their own country," he said.

"Springfield is such a beautiful place. Have you seen what's happened to it? It's been overrun. You can't do that to people. I'd revoke (the protected status), and I'd bring (the migrants) back to their country."

### Voter Guide 2024: Breaking down the candidates, policies and issues

The comments come after Trump's running mate, Republican Ohio Sen. JD Vance, revisited false claims he made about immigrants in Springfield, Ohio eating pets, saying now he is "concerned for the American citizens" in the city.

"In Springfield, and communities across this country, you have schools that are overwhelmed, housing that is totally unaffordable because we brought in millions of illegal immigrants to compete with Americans for scarce homes," Vance said while debating Minnesota Gov. Tim Walz, his Democratic opponent, in the election's only vice presidential debate.

### Trump calls Jack Smith filing 'pure election interference'

# Enabling and protecting border law enforcement

The former president told NewsNation he would enable local law enforcement to execute what he calls the largest deportation in American history and potentially deploy military forces to combat drug cartels.

Trump said border agents "know everything about [migrants] … they know the good ones, the bad ones, and they're going to get them out."

Addressing cartel violence along the southern border, Trump proposed a "military operation" to counter increasingly sophisticated tactics by Mexican drug organizations, which reportedly now employ drone jammers and have been found with rocket-propelled grenades and improvised explosive devices near the border.

"They're very rich, and they're very evil," Trump said of the cartels. "We're going to have to get in some military action. … They're killing 300,000 people a year."

### Exclusive: Mexican cartels using devices to disrupt U.S. drones

The Sinaloa and Jalisco cartels have established a sophisticated supply chain, sourcing precursor chemicals from China and manufacturing fentanyl in clandestine Mexican labs before smuggling it across the U.S. border, according to Drug Enforcement Administration (DEA) reports.

Mexican drug cartels operating along the U.S.-Mexico border are using electronic devices to disrupt drones being used by U.S. border officials to track immigrants who crossed into the United States illegally, NewsNation learned.

In September 2023, Border Patrol agents in Texas discovered a backpack with what appeared to be cannonball-sized IEDs. It wasn't the first time the U.S. government had found potential explosive devices at the border.

In May 2023, NewsNation reported border officials recovered a rudimentary device created using an M&M container that was bound with electrical tape.

The former president also praised GOP Texas Governor Greg Abbott's border initiatives but maintained that border security ultimately requires federal action, stating, "All you have to do if you're the president is say to the Border Patrol and to the states, 'Nobody come in, it's closed.'"

Trump predicted he would win New Mexico because of the southern border. Trump lost the state in 2020 by about 11 points and in 2016 by about 8 points.

### Houston teens carjack driver to smuggle migrants

## How many people are crossing the border?

U.S. Border Patrol arrests along the Southwest border rose slightly from July to August but remained among the Biden administration's lowest monthly numbers.

According to U.S. Customs and Border Protection data, agents had 58,038 encounters between ports of entry in August, up from 56,399 in July.

The actual number of encounters at America's borders is expected to reach about 10 million by the end of the fiscal year, including repeat crossings and deportations.

These encounters include repeat crossings and deportations, which means the actual number of unique individuals entering the country is much lower.

### Walz, Vance spar on immigration