BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM H. WEILAND
ANNA DICHTER
Senior Litigation Counsels
ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
AMANDA B. SAYLOR
JEFFREY M. HARTMAN
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>           Plaintiff,<br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>           Defendants. | Case No. 3:25-cv-5687<br><br>**DEFENDANTS' NOTICE OF APPEAL (PRELIMINARY INJUNCTION APPEAL)**<br><br>Hon. Trina L. Thompson |

PLEASE TAKE NOTICE that all named Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's July 31, 2025 order (ECF No. 73), granting Plaintiffs' motion (ECF No. 17) for a stay under 5 U.S.C. § 705.  This appeal involves an interlocutory order under Ninth Circuit R. 3-3(a).

Dated: August 1, 2025                                                     Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM H. WEILAND
ANNA DICHTER
Senior Litigation Counsels

ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
JEFFREY M. HARTMAN
AMANDA SAYLOR
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys

/s/ *Jeffrey Hartman*
JEFFREY HARTMAN
Trial Attorney (WSBA 49810)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4404
Jeffrey.M.Hartman@usdoj.gov

*Attorneys for the Defendants*

DEFENDANTS' NOTICE OF APPEAL
No. 3: 25-cv-5687