BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM H. WEILAND
Acting Assistant Director
ANNA DICHTER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
AMANDA B. SAYLOR
JEFFREY M. HARTMAN
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-5687-TLT <br><br> **DEFENDANTS' EMERGENCY MOTION TO SHORTEN TIME** <br><br> Judge: Hon. Trina L. Thompson |

Defendants have filed an emergency motion to stay the Court's July 31, 2025, order postponing certain actions taken by Defendant Kristi Noem, Secretary of Homeland Security. ECF No. 73. Expedited briefing is necessary because the Court's order prevents the Secretary's terminations of TPS for Honduras, Nepal, and Nicaragua. *See Termination of the Designation of Honduras for [TPS]*, 90 Fed. Reg. 30,089 (July 8, 2025) (termination effective Sept. 8, 2025); *Termination of the Designation of Nepal for [TPS]*, 90 Fed. Reg. 24,151 (June 6, 2025) (termination effective August 5, 2025); *Termination of the Designation of Nicaragua for [TPS]*, 90 Fed. Reg. 30,086 (July 8, 2025) (termination effective Sept. 8, 2025). Specifically, Defendants request that the Court issue a decision on Defendants' motion for a stay pending appeal no later than 12:01 p.m. PDT on August 8, 2025. If the Court does not grant Defendants' motion by then, Defendants intend to move for a stay pending appeal of this Court's order (ECF No. 73) with the United States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 8(a). Plaintiffs were notified of this motion by email on August 1, 2025, and did not provide a position before filing; Defendants believe that Plaintiffs are opposed to this motion and intend to file a response.

| | |
|---|---|
| Dated: August 1, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| | WILLIAM H. WEILAND<br>Acting Assistant Director |
| | ANNA DICHTER<br>Senior Litigation Counsels |
| | ERIC SNYDERMAN<br>LAUREN BRYANT<br>CATHERINE ROSS<br>JEFFREY M. HARTMAN<br>AMANDA SAYLOR<br>DANIEL CAPPELLETTI<br>SHELBY WADE<br>Trial Attorneys |
| | /s/ *Jeffrey Hartman*<br>JEFFREY HARTMAN<br>Trial Attorney (WSBA 49810)<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4404<br>Jeffrey.M.Hartman@usdoj.gov |
| | *Attorneys for the Defendants* |