1 | BRETT A. SHUMATE
Assistant Attorney General
2 | YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
3 | Civil Division
WILLIAM H. WEILAND
4 | Acting Assistant Director
ANNA DICHTER
5 | Senior Litigation Counsel
ERIC SNYDERMAN
6 | LAUREN BRYANT
CATHERINE ROSS
7 | AMANDA B. SAYLOR
JEFFREY M. HARTMAN
8 | DANIEL CAPPELLETTI
SHELBY WADE
9 | Trial Attorneys
U.S. Department of Justice, Civil Division
10 | Office of Immigration Litigation
General Litigation and Appeals Section
11 | P.O. Box 868, Ben Franklin Station
Washington, DC 20044
12 |
Attorneys for Defendants
13 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-5687 <br><br><br> **SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD HONDURAS TPS TERMINATION** |

Defendants in the above-captioned matter hereby file a supplement to the Administrative Record

for the Honduras TPS Termination.[1] The Supplemented Administrative Record includes the following

documents:

**INDEX OF ADMINISTRATIVE RECORD – HONDURAS TPS TERMINATION**

| | Document Name | Page(s) |
|---|---|---|
| 1 | Termination of the Designation of Honduras for Temporary Protected Status, 90 Fed. Reg. 30,089 (July 8, 2025). | 000001 - 000004 |
| 2 | Signed Decision Document re USCIS Notice: Termination of Designation of Honduras for Temporary Protected Status (June 30, 2025) | 000005 |
| 3 | Letter from Marco Rubio, Sec'y of State, to Kristi Noem, Sec'y of Homeland Sec. (Apr. 8, 2025) | 000006 - 000007 |
| 4 | Memorandum from U.S. Citizenship and Immigr. Servs. re Honduras: Temporary Protected Status (TPS) Country of Origin Information (COI) Considerations (Mar. 21, 2025) | 000008 - 000020 |
| 5 | Memorandum re Temporary Protected Status (TPS) Legal Authority (May 1, 2025) | 000021 - 000022 |
| 6 | Memorandum from Immigr. & Customs Enf't to U.S. Citizenship & Immigr. Servs. re Indiviudals Returned to a Number of Countries Data Request (Mar. 3, 2025) | 000023 |
| 7 | Memorandum from U.S. Citizenship & Immigr. Servs. re Form I-821 Application for Temporary Protected Status Current Beneficiaries by Country of Designation (Mar. 11, 2025) | 000024 |
| 8 | Memorandum from U.S. Citizenship & Immigr. Servs. re Form I-131 Application for Travel Documents, Parole Documents, and Arrival/Departure Records (Apr. 1, 2025) | 000025- 000027 |
| 9 | Memorandum from U.S. Citizenship & Immigr. Servs. re Honduras as TPS-Designated Country: Comparisons of Country Conditions between Initial and Latest (May 1, 2025) | 000028 - 000036 |
| 10 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Dsignations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 85 Fed. Reg. 79,208 (Dec. 9, 2020). | 000037 - 000044 |
| 11 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for Nepal and Honduras, 84 Fed. Reg. 20,647 (May 10, 2019). | 000045 - 000051 |

---

[1] The filing of this Administrative Record is not a concession that the decision of Secretary Kristi Noem is subject to judicial review.

| | | | |
|---|---|---|---|
| | 12 | Continuation of Documentation for Beneficiaries of Temporary Protected Status for El Salvador, Haiti, Honduras, Nepal, Nicaragua, and Sudan, 84 Fed. Reg. 59,403 (Nov. 4, 2019). | 000052 - 000059 |
| | 13 | Continuation of Documentation for Beneficiaries of Temporary Protected Status for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 86 Fed. Reg. 50,725 (Sept. 10, 2021). | 000060 - 000068 |
| | 14 | Continuation of Documentation for Beneficiaries of Temporary Protected Status for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 87 Fed. Reg. 68,717 (Nov. 16, 2022). | 000069 - 000077 |
| | 15 | Designation of Honduras Under Temporary Protected Status, 64 Fed. Reg. 524 (Jan. 5, 1999). | 000078 - 000080 |
| | 16 | E.O. 14159, Protecting the American People Against Invasion, 90 Fed. Reg. 8,443 (Jan. 20, 2025). | 000081 - 000086 |
| | 17 | Extension of Re-Registration Periods for Extensions of TPS, 88 Fed. Reg. 86,665 (Dec. 14, 2023). | 000087 - 000089 |
| | 18 | Extension of the Designation of Honduras for Temporary Protected Status, 82 Fed. Reg. 59,630 (Dec. 15, 2017). | 000090 - 000096 |
| | 19 | Reconsideration and Rescission of Termination of the Designation of Honduras for TPS, 88 Fed. Reg. 40,304 (June 21, 2023). | 000097 - 000108 |
| | 20 | Termination of the Designation of Honduras for Temporary Protected Status, 83 Fed. Reg. 26,074 (June 5, 2018). | 000109 - 000115 |
| | 21 | DHS, Acting Secretary Elaine Duke Announcement on Temporary Protected Status for Nicaragua And Honduras (Nov. 6, 2017) | 000116 - 000117 |
| | 22 | DHS, Project Homecoming Charter Flight Brings Self-Deporters to Honduras, Colombia (May 19, 2025) | 000118 - 000119 |
| | 23 | DHS, Record of Environmental Consideration for Categorically Excluded Actions under NEPA - Honduras | 000120 - 000135 |
| | 24 | DHS, Secretary of Homeland Security Kirstjen M. Nielsen Announcement on Temporary Protected Status for Honduras (May 4, 2018) | 000136 |
| | 25 | USCIS, Temporary Protected Status Calendar Year 2023 Annual Report (May 15, 2024) | 000137 - 000192 |
| | 26 | USCIS, Temporary Protected Status, CY2024 Annual Report (Report to Congress), Draft Version | 000193 - 000217 |
| | 27 | CIA, The World Factbook, Honduras (Dec. 15, 2024) | 000218 - 000226 |
| | 28 | CIA, The World Factbook, Honduras (June 25, 2025) | 000227 - 000235 |
| | 29 | Cong. Rsch. Serv., Honduras, Background and U.S. Relations (Summary) (Nov. 30, 2023) | 000236 - 000261 |
| | 30 | DOS, 2023 Country Report on Human Rights Practices, Honduras (Apr. 23, 2024) | 000262 - 000282 |
| | 31 | DOS, 2024 Investment Climate Statements, Honduras (Mar. 7, 2025) | 000283 - 000318 |
| | 32 | DOS, Honduras Travel Advisory (Dec. 10, 2024) | 000319 - 000321 |

SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD
HONDURAS TPS TERMINATION
No. 3:25-cv-5687

| | | |
|---|---|---|
| 33 | National Environmental Satellite, Data, and Information Service, 25 Years Later, Looking Back at the October Monster Named Mitch (Oct. 27, 2023) | 000322 - 000331 |
| 34 | National Oceanic and Atmospheric Admin., National Hurricane Center Tropical Cyclone Report, Tropical Storm Pilar (Mar. 8, 2024) | 000332 - 000352 |
| 35 | U.S. Insititute of Peace, The Afro-Indigenous Peoples of Honduras - Exclusion, Conflict, and Migration | 000353 - 000354 |
| 36 | Agencia EFE (Spa.), La capital de Honduras recuerda, entre lluvias, los daños del huracán Mitch en 1998 | 000355 - 000363 |
| 37 | Amnesty Int'l, ORAL STATEMENT, Item 10-ID on technical cooperation in Honduras Penitentiary system, security and justice - enhancement of technical cooperation and capacity-building to protect human rights in Honduras, UN Human Rights Council, 57th session, Sept 9–Oct 11, 2024 | 000364 - 000365 |
| 38 | Amnesty Int'l, Activists face harassment and killings in campaign to protect rivers in Honduras (Jan. 24, 2024) | 000366 - 000373 |
| 39 | Amnesty Int'l, Honduras, Government emulates human rights violations policies of Bukele's government in El Salvador to tackle public security challenges | 000374 - 000376 |
| 40 | AP, Honduras' president is asked to resign after corruption scandal she says is a plot to oust her (Sep. 4, 2024) | 000377 - 000384 |
| 41 | Armed Conflict Location & Event Data (ACLED), Fighting Gangs Under the State of Exception in Honduras | 000385 - 000393 |
| 42 | Bertelsmann Stiftung, Bertelsmann Stiftung's Transformation Index 2024 Country Report – Honduras (Mar. 19, 2024) | 000394 - 000432 |
| 43 | BMI, Risks To Stability To Linger In Honduras Amid Weak Policymaking And Security Environment | 000433 - 000435 |
| 44 | Brevitas, Why Honduras is Gaining Popularity for Real Estate Investment and Airbnb Rentals (Aug. 30, 2024) | 000436 - 000441 |
| 45 | CNN, Honduras declares health emergency as Central America starts peak dengue season (June 1, 2024) | 000442 - 000452 |
| 46 | Cntr for Strat. and Int'l Studies, From Bad to Worse, The Xiomara Castro Administration Begins to Weaponize the Honduran State (Nov. 4, 2024) | 000453 - 000459 |
| 47 | Colin Moynihan, The New York Times, Former President of Honduras Sentenced to 45 Years in Sweeping Drug Case | 000460 - 000463 |
| 48 | Fitch Solutions, Upward Revision To Honduras Growth, But Still Expecting A Slowdown (Mar. 6, 2025) | 000464 |
| 49 | Freedom House, Freedom in the World 2024 - Honduras (Feb. 29, 2024) | 000465 - 000481 |
| 50 | Gov.UK, Foreign travel advice - Honduras (Mar. 12, 2025) | 000482 - 000490 |
| 51 | Govt. of Canada, Honduras travel advice (June 3, 2025) | 000491 - 000526 |

SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD
HONDURAS TPS TERMINATION
No. 3:25-cv-5687
4

| | | |
|---|---|---|
| 52 | Human Rights Watch, UN Rights Council Takes Big Step for Treaty on Free Education (July 10, 2024) | 000527 - 000531 |
| 53 | Human Rights Watch, World Report 2024 - Honduras (Jan. 11, 2024) | 000532 - 000538 |
| 54 | Human Rights Watch, World Report 2025, Honduras Events of 2024 (2025) | 000539 - 000545 |
| 55 | IACHR, Inter-American Court of Human Rights in Case Concerning Honduras Over Violations of Garifuna Community's Right to Collective Property (Dec. 29, 2023) | 000546 - 000548 |
| 56 | InSight Crime, 'Too Many Soldiers' How Bukele's Crackdown Succeeded Where Others Failed (Dec. 6, 2023) | 000549 - 000567 |
| 57 | InSight Crime, Honduras Anti-Gang Crackdown Targets Only One Source of Violence (June 28, 2023) | 000568 - 000570 |
| 58 | InSight Crime, Honduras Makes Few Advances Against Crime During 6-Month State of Exception (June 5, 2023) | 000571 - 000575 |
| 59 | InSight Crime, Honduras Misses Reform Opportunities Amid Drug Scandal Turmoil (Sep. 17, 2024) | 00576 - 000578 |
| 60 | InSight Crime, Honduras Profile (Sep. 6, 2024) | 000579 - 000588 |
| 61 | InSight Crime, InSight Crime's 2024 Homicide Round-Up (Feb. 26, 2025) | 000589 - 000649 |
| 62 | Institute for Policy Studies, The Corporate Assault on Honduras, Mafia-style investments and the Honduran people's struggle for democracy and dignity (Sep. 2024) | 000650 - 000785 |
| 63 | Inter-American Development Bank, IDB Approves $150 Million to Improve the Health System in Honduras (Sep. 27, 2023) | 000786 - 000789 |
| 64 | Intl Centre for Settlement of Investment Disputes, Honduras Denounces the ICSID Convention (Feb. 29, 2024) | 000790 - 000791 |
| 65 | La Gaceta – Diario Oficial de la República de Honduras, Num. 36,732 (Jan. 6, 2025) | 00792 - 000807 |
| 66 | La Prensa (Hon.), Más de 300 hondureños murieron en 85 masacres bajo el estado de excepción (Mar. 7, 2025) | 000808 - 000818 |
| 67 | Medecins Sans Frontieres, Honduras, MSF responds to dengue emergency in Cortés department (Sep. 11, 2024) | 000819 - 000823 |
| 68 | Merrian-Websters Collegiate Dictionary, Definition of Adequate (June 17, 2025) | 000824 - 000832 |
| 69 | Minority Rights Group, Garifuna in Honduras (May 2018) | 000833 - 000845 |
| 70 | OXFAM, Honduras (2025) | 000846 - 000850 |
| 71 | ReportLinker, Honduras Tourism Industry Outlook 2024 – 2028 (Apr. 14, 2025) | 000851 - 000853 |
| 72 | Reuters, Honduras top court declares self-governing ZEDE zones unconstitutional (Sep. 20, 2024) | 000854 - 000864 |
| 73 | Televicentro, Fuertes lluvias azotarán Honduras debido a la depresión tropical 9 (Sep. 24, 2024) | 000865 - 000871 |

SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD
HONDURAS TPS TERMINATION
No. 3:25-cv-5687

| | | | |
|---|---|---|---|
| 1 | 74 | The Guardian, Honduran environmental defenders shot dead in broad daylight (Jan. 11, 2023) | 000872 - 000874 |
| 2 | 75 | The Latin Investor, 14 strong forecasts for real estate in Honduras in 2025 (Feb. 6, 2025) | 000875 - 000894 |
| 3 | 76 | The Tico Times, Honduras Prepares for Mass Deportations Under Trump (Jan. 26, 2025) | 000895 - 000897 |
| 4 | 77 | The World Bank Group, Honduras - Country Climate and Development Report (May 23, 2023) | 000898 - 000969 |
| 5 | 78 | UHCHR, Situation of Human Rights in Honduras (July 23, 2024) | 000970 - 000985 |
| 6 | 79 | UN CRC, Concluding observations on the combined sixth and seventh periodic reports of Honduras (Jan. 31, 2025) | 000986 - 001001 |
| 7 | 80 | UN ECLAC Gender Equality Observatory for Larin America and the Caribbean, Femicide or feminicide (2025) | 001002 - 001005 |
| 8 | 81 | UN OCHA, Central America Tropical Storm Sara - Flash Update No. 2 (Nov. 18, 2024) | 001006 - 001009 |
| 9 | 82 | UN OCHA, Honduras Humanitarian Needs and Response Plan (Mar. 15, 2024) | 001010 - 001082 |
| 10 | 83 | UN OCHA, Honduras Humanitarian Needs and Response Plan 2025 - Summary (Dec. 23, 2024) | 001083 - 001084 |
| 11 | 84 | UN OCHA, Honduras Humanitarian Needs and Response Plan Summary 2024 (Dec. 20, 2024) | 001085 - 001086 |
| 12 13 | 85 | UN OHCHR, Mr Surya Deva, Country visit to Honduras 11-21 November 2024, Preliminary observations and recommendations (Nov. 21, 2024) | 001087 - 001097 |
| 14 | 86 | UNDP, How forests and young people are solving Honduras's water crisis (Sep. 7, 2023) | 001098 - 001106 |
| 15 | 87 | UNHCR, El Salvador, Guatemala and Honduras situation overview - Global Report 2024 (2025) | 001107 - 001109 |
| 16 | 88 | UNHCR, Forced displacement in and from El Salvador, Guatemala and Honduras (Oct. 2024) | 001110 - 001116 |
| 17 | 89 | UNHCR, Promotion and protection of all human rights, civil, political, economic, social and cultural rights, including the right to development (July 10, 2024) | 001117 - 001120 |
| 18 | 90 | UNHCR, Refugee Data Finder (June 24, 2025) | 001121 - 001122 |
| 19 | 91 | UNICEF, UNICEF Honduras Humanitarian Situation Report No. 01 (Tropical Storm SARA) (Nov. 21, 2024) | 001123 - 001127 |
| 20 | 92 | USIP, Honduras and El Salvador, Two Crackdowns on Crime with Different Outcomes (Dec. 5, 2024) | 001128 - 001141 |
| 21 | 93 | Voice of America, Corte Suprema de Honduras declara inconstitucionales zonas económicas especiales (Sep. 21, 2024) | 001142 - 001144 |
| 22 23 | 94 | Washington Office on Latin America, International Organizations & Individuals Stand in Solidarity with the Garifuna people of Honduras (June 12, 2024) | 001145 - 001149 |

24

SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD
HONDURAS TPS TERMINATION
No. 3:25-cv-5687

| 95 | World Bank Group, Honduras Overview (Apr. 23, 2025) | 001150 - 001154 |
| 96 | World Bank Group, Tourism – Honduras (Oct. 31, 2024) | 001155 - 001158 |
| 97 | World Food Programme, WFP Honduras Country Brief (Oct. 2024) | 001159 - 001160 |
| 98 | Signed Decision Document re USCIS Notice: Termination of Designation of Honduras for Temporary Protected Status | 001161-001168 |

Dated: August 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM H. WEILAND
Acting Assistant Director

ANNA DICHTER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
DANIEL CAPPALLETTI
AMANDA B. SAYLOR
Trial Attorneys

/s/ *Shelby Wade*
SHELBY WADE
(NY Bar No. 5696067)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 285-8379
Shelby.Wade2@usdoj.gov

*Attorneys for the Defendants*