

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Office of the Director
Camp Springs, MD 20588-0009

May 1, 2025

## DECISION

MEMORANDUM FOR THE SECRETARY

FROM: Kika M. Scott
Senior Official Performing the Duties of Director

Digitally signed by KIKA M SCOTT
Date: 2025.05.01 18:01:53 -04'00'

SUBJECT: **Temporary Protected Status for Honduras**

HondurasAR001161

Case 3:25-cv-05687-TLT   Document 77-2   Filed 08/04/25   Page 2 of 8

HondurasAR001162

HondurasAR001163

HondurasAR001164

HondurasAR001165

HondurasAR001166

HondurasAR001167

**Secretary's Decision:**

1. <u>Terminate</u>: Terminate Honduras' designation

   Approve/date _____
   5-05-25

HondurasAR001168