UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-05687<br><br>**CERTIFICATION OF THE SUPPLEMENTAL ADMINISTRATIVE RECORD** |

**CERTIFICATION**

I, Juliana Blackwell, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am employed with the U.S. Department of Homeland Security ("DHS"), as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communications intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security, and the maintenance of official Department records. I have held this position since August 2019.

2. I certify that, to the best of my knowledge and belief, the unredacted portion of the USCIS decision memorandum listed in the accompanying Supplemental Index and contained in the PDF files annexed hereto, in combination with the documents submitted to this Court (ECF No. 62), constitute a true and accurate list of all nonprivileged documents and materials directly or indirectly considered by DHS and that these documents constitute the administrative record the agency considered in issuing the Federal Register Notice entitled *Termination of the Designation of Honduras for Temporary Protected Status*, 90 Fed. Reg. 30,089 (July 8, 2025).

I certify under penalty of perjury that the foregoing is true and correct.

1  Executed on: August 4, 2025

 

                                                                          Juliana Blackwell

                                                                          Deputy Executive Secretary