BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM H. WEILAND
Acting Assistant Director
ANNA DICHTER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
AMANDA B. SAYLOR
JEFFREY M. HARTMAN
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-5687<br><br>**NOTICE OF ERRATA RE: ADMINISTRATIVE RECORD NICARAGUA TPS TERMINATION (ECF No. 63)** |

NOTICE OF ERRATA RE: ADMINISTRATIVE RECORD
NICARAGUA TPS TERMINATION
No. 3:25-cv-5687
1

1  **NOTICE OF ERRATA REGARDING THE ADMINISTRATIVE RECORD – NICARAGUA**

2  Defendants, by and through undersigned counsel, respectfully file this Notice of Errata regarding

3  the Certified Administrative Record ("CAR") that Defendants filed on July 28, 2025. ECF No. 63. After

4  filing the CAR, Defendants became aware that it did not contain the signature page of the USCIS Decision

5  Memorandum indicating the date on which the determination was made. Defendants now submit the full

6  USCIS Decision Memorandum with the correct signature page unredacted. The remainder of the

7  memorandum is protected by the deliberative process privilege. *See Blue Mountains Biodiversity Project*

8  *v. Jeffries*, 99 F.4th 438, 445 (9th Cir. 2024) (the "whole record" is ordinarily the 'record the agency

9  presents' and certain 'predecisional deliberative materials' are not properly included in the whole

10  record). The redacted memorandum with relevant signature pages has been appended to the CAR on bates-

11  stamped pages 1,710-16.

Dated: August 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM H. WEILAND
Acting Assistant Director

ANNA DICHTER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
DANIEL CAPPELLETTI
AMANDA B. SAYLOR
Trial Attorneys

/s/ *Shelby Wade*
SHELBY WADE
(NY Bar No. 5696067)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 285-8379
Shelby.Wade2@usdoj.gov

*Attorneys for the Defendants*