| | |
|---|---|
| 1 | BRETT A. SHUMATE |
|   | Assistant Attorney General |
| 2 | YAAKOV M. ROTH |
|   | Principal Deputy Assistant Attorney General |
| 3 | Civil Division |
|   | WILLIAM H. WEILAND |
| 4 | Acting Assistant Director |
|   | ANNA DICHTER |
| 5 | Senior Litigation Counsel |
|   | ERIC SNYDERMAN |
| 6 | LAUREN BRYANT |
|   | CATHERINE ROSS |
| 7 | AMANDA B. SAYLOR |
|   | JEFFREY M. HARTMAN |
| 8 | DANIEL CAPPELLETTI |
|   | SHELBY WADE |
| 9 | Trial Attorneys |
|   | U.S. Department of Justice, Civil Division |
| 10 | Office of Immigration Litigation |
|   | General Litigation and Appeals Section |
| 11 | P.O. Box 868, Ben Franklin Station |
|   | Washington, DC 20044 |
| 12 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*, | |
| Plaintiffs, | Case No. 3:25-cv-5687 |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, | **SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD NICARAGUA TPS TERMINATION** |
| Defendants. | |

SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD
NICARAGUA TPS TERMINATION
No. 3:25-cv-5687
1

Defendants in the above-captioned matter hereby file a supplement to the Administrative Record for the Nicaragua TPS Termination.[1] The Supplemented Administrative Record includes the following documents:

**INDEX OF ADMINISTRATIVE RECORD – NICARAGUA TPS TERMINATION**

| | Document Name | Page(s) |
|---|---|---|
| 1 | Termination of the Designation of Nicaragua for Temporary Protected Status, 90 Fed. Reg. 30,086 (July 8, 2025) | 000001 - 000004 |
| 2 | Signed Decision Document re USCIS Notice: Termination of Designation of Nicaragua for Temporary Protected Status (July 3, 2025) | 000005 |
| 3 | Letter from Antony Blinken, Sec'y of State, to Alejandro Mayorkas, Sec'y of Homeland Sec. (Nov. 19, 2024) | 000006 - 000020 |
| 4 | Memorandum from U.S. Citizenship & Immigr. Servs. re Nicaragua: Temporary Protected Status (TPS) Country of Origin Information (COI) Considerations (Apr. 10, 2025) | 000021 - 000036 |
| 5 | Memorandum re Temporary Protected Status (TPS) Legal Authority (May 1, 2025) | 000037 - 000038 |
| 6 | Memorandum from Immigr. & Customs Enf't to U.S. Citizenship & Immigr. Servs. re Indiviudals Returned to a Number of Countries Data Request (Mar. 3, 2025) | 000039 |
| 7 | Memorandum from U.S. Citizenship & Immigr. Servs. re Form I-821 Application for Temporary Protected Status Current Beneficiaries by Country of Designation (Mar. 11, 2025) | 000040 |
| 8 | Memorandum from U.S. Citizenship & Immigr. Servs. re Form I-131 Application for Travel Documents, Parole Documents, and Arrival/Departure Records (Apr. 1, 2025) | 000041 |
| 9 | Memorandum from U.S. Citizenship & Immigr. Servs. re Nicaragua as TPS-Designated Country: Comparisons of Country Conditions between Initial and Latest (May 1, 2025) | 000044 - 000050 |
| 10 | Automatic Extension of Employment Authorization Documentation for Honduran and Nicaraguan TPS Beneficiaries, 70 Fed. Reg. 39,325 (July 7, 2005) | 000051 - 000052 |
| 11 | Automatic Extension of Work Authorization for Hondurans and Nicaraguans Under Temporary Protected Status Program, 66 Fed. Reg. 35,270 (July 3, 2001) | 000053 - 000054 |
| 12 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 86 Fed. Reg. 50,725 (Sept. 10, 2021) | 000055 - 000063 |

---

[1] The filing of this Administrative Record is not a concession that the decision of Secretary Kristi Noem is subject to judicial review.

| | | |
|---|---|---|
| 13 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 85 Fed. Reg. 79,208 (Dec. 9, 2020) | 000064 - 000071 |
| 14 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 87 Fed. Reg. 68,717 (Nov. 16, 2022) | 000072 - 000080 |
| 15 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 86 Fed. Reg. 52,694 (Sept. 22, 2021) | 000081 - 000082 |
| 16 | Designation of Nicaragua Under Temporary Protected Status, 64 Fed. Reg. 526 (Jan. 5, 1999) | 000083 - 000085 |
| 17 | Designation of Nicaragua Under Temporary Protected Status; Correction, 64 Fed. Reg. 15,817 (Apr. 1, 1999) | 000086 |
| 18 | Extension of Designation of Nicaragua Under Temporary Protected Status Program, 65 Fed. Reg. 30,440 (May 11, 2000) | 000087 - 000089 |
| 19 | Extension of Nicaragua for Temporary Protected Status; Correction, 69 Fed. Reg. 67,362 (Nov. 17, 2004) | 000090 |
| 20 | Extension of Re-Registration Period and Work Authorization for Nicaraguans Under Temporary Protected Status Program, 65 Fed. Reg. 36,721 (June 9, 2000) | 000091 - 000092 |
| 21 | Extension of Re-Registration Periods for Extensions of the Temporary Protected Status Designations of El Salvador, Haiti, Honduras, Nepal, Nicaragua, and Sudan, 88 Fed. Reg. 86,665 (Dec. 14, 2023) | 000093 - 000095 |
| 22 | Extension of the Designation of Nicaragua for Temporary Protected Status, 73 Fed. Reg. 57,138 (Oct. 1, 2008) | 000096 - 000101 |
| 23 | Extension of the Designation of Nicaragua for Temporary Protected Status, 78 Fed. Reg. 20,128 (Apr. 3, 2013) | 000102 - 000107 |
| 24 | Extension of the Designation of Nicaragua for Temporary Protected Status, 79 Fed. Reg. 62,176 (Oct. 16, 2014) | 000108 - 000114 |
| 25 | Extension of the Designation of Nicaragua for Temporary Protected Status, 81 Fed. Reg. 30,325 (May 16, 2016) | 000115 - 000121 |
| 26 | Extension of the Designation of Nicaragua for Temporary Protected Status and Automatic Extension of Employment Authorization Documentation for Nicaraguan TPS Beneficiaries, 75 Fed. Reg. 24,737 (May 5, 2010) | 000122 - 000125 |
| 27 | Extension of the Designation of Nicaragua for Temporary Protected Status and Automatic Extension of Employment Authorization Documentation for Nicaraguan TPS Beneficiaries, 76 Fed. Reg. 68,493 (Nov. 4, 2011) | 000126 - 000131 |
| 28 | Extension of the Designation of Nicaragua for Temporary Protected Status; Automatic Extension of Employment Authorization Documentation for Nicaraguan TPS Beneficiaries, 72 Fed. Reg. 29,534 (May 29, 2007) | 000132 - 000137 |

| | | |
|---|---|---|
| 29 | Extension of the Designation of Nicaragua Under the Temporary Protected Status Program, 66 Fed. Reg. 23,271 (May 8, 2001) | 000138 - 000140 |
| 30 | Extension of the Designation of Nicaragua Under the Temporary Protected Status Program, 67 Fed. Reg. 22,454 (May 3, 2002) | 000141 - 000143 |
| 31 | Extension of the Designation of Nicaragua Under Temporary Protected Status Program; Automatic Extension of Employment Authorization Documentation for Nicaraguans, 68 Fed. Reg. 23,748 (May 5, 2003) | 000144 - 000147 |
| 32 | Extension of the Designation of Temporary Protected Status for Nicaragua; Automatic Extension of Employment Authorization Documentation for Nicaragua TPS Beneficiaries, 69 Fed. Reg. 64,088 (Nov. 3, 2004) | 000148 - 000151 |
| 33 | Extension of the Designation of Temporary Protected Status for Nicaragua; Automatic Extension of Employment Authorization Documentation for Nicaragua TPS Beneficiaries, 71 Fed. Reg. 16,333 (Mar. 31, 2006) | 000152 - 000157 |
| 34 | Extension of the Designation of Temporary Protected Status for Nicaragua; Automatic Extension of Employment Authorization Documentation for Nicaragua TPS Beneficiaries; Correction, 71 Fed. Reg. 29,166 (May 19, 2006) | 000158 - 000159 |
| 35 | Extension of the Designation of Temporary Protected Status for Nicaragua; Automatic Extension of Employment Authorization Documentation for Nicaragua TPS Beneficiaries; Correction, 71 Fed. Reg. 29,971 (May 24, 2006) | 000160 |
| 36 | Extension of the Registration Period for Hondurans and Nicaraguans Under the Temporary Protected Status Program, 64 Fed. Reg. 42,991 (Aug. 6, 1999) | 000161 - 000162 |
| 37 | Reconsideration and Rescission of Termination of the Designation of Nicaragua for Temporary Protected Status; Extension of the Temporary Protected Status Designation for Nicaragua, 88 Fed. Reg. 40,294 (June 21, 2023) | 000163 - 000173 |
| 38 | Termination of the Designation of Nicaragua for Temporary Protected Status, 82 Fed. Reg. 59,636 (Dec. 15, 2017) | 000174 - 000180 |
| 39 | DHS Press Release, Acting Secretary Elaine Duke Announcement on Temporary Protected Status for Nicaragua and Honduras | 000181 - 000183 |
| 40 | DHS, Record of Environmental Consideration for Categorically Excluded Actions under NEPA - Nicaragua | 000184 - 000199 |
| 41 | CIA, The World Factbook | 000200 - 000208 |
| 42 | DOS, 2023 Country Reports on Human Rights Practices - Nicaragua | 000209 - 000267 |
| 43 | DOS, 2023 Report on International Religious Freedom - Nicaragua | 000268 - 000290 |
| 44 | DOS, 2024 Investment Climate Statements - Nicaragua | 000291 - 000319 |
| 45 | DOS, 2024 Trafficking in Persons Report - Nicaragua | 000320 - 000328 |
| 46 | DOS, Nicaragua Travel Advisory | 000329 - 000332 |

| | | |
|---|---|---|
| 47 | Karla Rios, Cong. Rsch. Serv., R48294, Nicaragua - In Brief | 000333 - 000348 |
| 48 | Karla Rios, Cong. Rsch. Serv., IF12247, Nicaragua | 000349 - 000351 |
| 49 | Larry Kelly, National Hurricane Center, NOAA, National Hurricane Center tropical cyclone report - Tropical Storm Sara (AL192024). | 000352 - 000378 |
| 50 | National Environmental Satellite, Data, and Information Service, NOAA, 25 Years Later - Looking Back at the October Monster Named Mitch | 000379 - 000391 |
| 51 | Peter Meyer, Cong. Rsch. Serv., R48266, U.S. Foreign Assistance to Latin America and the Caribbean - FY2025 Appropriations | 000392 - 000420 |
| 52 | U.S. Commission on International Religious Freedom, U.S. Commission on International Religious Freedom 2025 Annual Report | 000420 - 000516 |
| 53 | U.S. International Trade Administration, Nicaragua Country Commerical Guide | 000517 - 000523 |
| 54 | Agence France-Presse, La tormenta tropical Sara deja cuatro muertos en Honduras y Nicaragua | 000524 - 000525 |
| 55 | Agence France-Presse, Tropical Storm Sara Leaves Four Dead in Honduaras and Nicaragua | 000526 - 000527 |
| 56 | Amnesty International, The State of the World's Human Rights | 000528 - 000937 |
| 57 | Bertelsmann Stiftung, BTI 2024 Country Report - Nicaragua | 000938 - 000976 |
| 58 | DemocracyNow, Nicaragua Is in the Grips of Another Dictatorship, Decades After Sandinista Revolution - Reed Brody | 000977 - 000983 |
| 59 | El 19 Digital, CSJ informa sobre resolución judicial ordenando la pérdida de la nacionalidad nicaragüense a 135 personas | 000984 - 000987 |
| 60 | El 19 Digital, CSJ reports on judicial resolution ordering the loss of Nicaraguan nationality of 135 people | 000988 - 000991 |
| 61 | Freedom House, Freedom in the World 2024 – Nicaragua, Freedom House | 000992 - 001014 |
| 62 | Gabriela Selser, AP, Nicaragua strips citizenship from 135 prisoners released to Guatemala | 001015 - 001020 |
| 63 | Giovanna Dell'Orto, AP, Nicaragua's crackdown on Catholic Church spreads fear among the faithful, there and in exile | 001021 - 001029 |
| 64 | Human Rights Council, United Nations, Report of the Group of Human Rights Experts on Nicaragua | 001030 - 001059 |
| 65 | Human Rights Watch, World Report 2024 - Nicaragua, Human Rights Watch | 001060 - 001072 |
| 66 | Human Rights Watch, World report 2025 - Nicaragua Events of 2024 | 001073 - 001082 |
| 67 | IMF, Facilitating international bond market access in Nicaragua | 001083 - 001084 |
| 68 | IMF, Nicaragua - Staff Report for the 2024 Article IV Consultation | 001085 - 001213 |

SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD
NICARAGUA TPS TERMINATION
No. 3:25-cv-5687
5

| | | |
|---|---|---|
| 69 | Inter-American Commission on Human Rights (IACHR), IACHR condemns arbitrary revocation of nationality of 135 recently released prisoners in Nicaragua | 001214 - 001216 |
| 70 | Inter-American Commission on Human Rights, Annual Report 2023 - Chapter IV.B - Nicaragua | 001217 - 001255 |
| 71 | Inter-American Commission on Human Rights, Closure of civic space in Nicaragua | 001256 - 001340 |
| 72 | Inter-American Commission on Human Rights, IACHR condemns massive closure of civil society and religious organizations in Nicaragua | 001341 - 001344 |
| 73 | Inter-American Commission on Human Rights, IACHR warns international community about lack of conditions for free and fair elections in autonomous regions of the Caribbean Coast | 001345 - 001348 |
| 74 | Inter-American Commission on Human Rights, Nicaragua - Six years after social protests, IACHR urges reestablishment of democracy, end to repression and impunity | 001349 - 001353 |
| 75 | Inter-American Commission on Human Rights, Special Monitoring Mechanism for Nicaragua (MESENI) | 001354 - 001358 |
| 76 | International Federation of Red Cross and Red Crescent Societies, Nicaragua - Anticipatory Actions for Tropical Storms, DREF No MDRNI012 - Final Report | 001359 - 001379 |
| 77 | Letícia Gonçalves et. al., World Food Programme, Sovereign disaster risk financing - Linking insurance & other disaster risk finance tools to social protection system in Central America and the Caribbean | 001380 - 001383 |
| 78 | Luis Guillermo Solís, Americas Quarterly, Central America Is Still Recovering from Hurricane Mitch | 001384 - 001398 |
| 79 | Marlon González, AP, La tormenta tropical Sara se disipa y deja cuatro muertos y un remanente de lluvias en Centroamérica | 001399 - 001406 |
| 80 | Marlon González, AP, Tropical Storm Sara dissipates and leaves four dead and a remnant of in Central America | 001407 - 001422 |
| 81 | Nicaraguan Platform of NGO Networks, Tabla resumen de agresiones contra la libertad de asociacion en Nicaragua (2007 - 2025) | 001423 |
| 82 | Norman Andrés Reyes Susano, Proceedings of the 49th Workshop on Geothermal Reservoir Engineering, Stanford University, The Path of Direct Uses of Geothermal Energy in Nicaragua | 001424 - 001430 |
| 83 | Outlook Travel, Nicaragua - Tourism Insights | 001431 - 001438 |
| 84 | ProVention Consortium, Learning from Recovery after Hurricane Mitch - Experience from Nicaragua | 001439 - 001486 |
| 85 | Reuters, Remittances from Nicaraguan migrants mark new record, passing $4 billion | 001487 - 001491 |
| 86 | The Associated Press, Nicaraguan government is cementing total control of the state and violating rights, UN experts warn | 001492 - 001493 |
| 87 | The Business Magnate, Nicaragua's Lucrative Industries - Driving Economic Growth and Development | 001494 - 001496 |

| | | |
|---|---|---|
| 88 | Tico Times, Nicaragua's Ortega Faces Arrest Warrant in Argentina for Crimes Against Humanity | 001497 - 001501 |
| 89 | Trading Economics, Nicaragua Remittances | 001502 - 001509 |
| 90 | UN OHCHR, Human rights situation in Nicaragua | 001510 - 001526 |
| 91 | UN OHCHR, Nicaragua's deepening repression - UN experts call for urgent global action, Group of Human Rights Experts on Nicaragua | 001527 - 001532 |
| 92 | United Nations High Commissioner for Refugees, Refugee Data Finder | 001533 - 001551 |
| 93 | United Nations Office for the Coordination of Humanitarian Affairs (OCHA), Central America - Tropical Storm Sara - Flash Update No. 2 (as of 18 November 2024) | 001552 - 001555 |
| 94 | United Nations Office for the Coordination of Humanitarian Affairs, Latin America & The Caribbean Weekly Situation Update (As of 10 October 2023) | 001556 - 001557 |
| 95 | United Nations Office of the High Commissioner for Human Rights, Human rights situation in Nicaragua - Report of the United Nations High Commissioner for Human Rights | 001558 - 001562 |
| 96 | United Nations Office of the High Commissioner for Human Rights, Nicaragua | 001563 - 001573 |
| 97 | World Bank Group, Personal Remittances Received (% of GDP) - Nicaragua | 001574 |
| 98 | World Bank Group, The World Bank in Nicaragua - Overview | 001575 - 001580 |
| 99 | World Bank Group, The World Bank in Nicaragua | 001581 - 001582 |
| 100 | World Food Programme, Nicaragua Annual Country Report 2023 - Country Strategic Plan 2019 – 2024 | 001583 - 001653 |
| 101 | World Food Programme, Nicaragua country strategic plan (2024–2029) | 001654 - 001689 |
| 102 | World Food Programme, What the World Food Programme is doing in Nicaragua | 001690 - 001707 |
| 103 | World Food Programme, WFP Nicaragua, Country Brief | 001708 - 001709 |
| 104 | Complete Signed Decision Document re USCIS Notice: Termination of Designation of Nicaragua for Temporary Protected Status | 001710-001716 |

Dated: August 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM H. WEILAND
Acting Assistant Director

ANNA DICHTER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
DANIEL CAPPALLETTI
AMANDA B. SAYLOR
Trial Attorneys

/s/ *Shelby Wade*
SHELBY WADE
(NY Bar No. 5696067)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 285-8379
Shelby.Wade2@usdoj.gov

*Attorneys for the Defendants*