

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Office of the Director
Camp Springs, MD 20588-0009

U.S. Citizenship and Immigration Services

May 1, 2025

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM:  Kika M. Scott   KIKA M SCOTT  Digitally signed by KIKA M SCOTT
Date: 2025.05.01 18:02:18 -04'00'
Senior Official Performing the Duties of Director

SUBJECT:  **Temporary Protected Status for Nicaragua**

NicAR001710

NicAR001711

NicAR001712

NicAR001713

NicAR001714

NicAR001715

**Secretary's Decision:**

1. <u>Terminate</u>: Terminate Nicaragua's designation

   Approve/date _____ 05-05-25

NicAR001716