1  BRETT A. SHUMATE
   Assistant Attorney General
2  YAAKOV M. ROTH
   Principal Deputy Assistant Attorney General
3  Civil Division
   WILLIAM H. WEILAND
4  Acting Assistant Director
   ANNA DICHTER
5  Senior Litigation Counsel
   ERIC SNYDERMAN
6  LAUREN BRYANT
   CATHERINE ROSS
7  AMANDA B. SAYLOR
   JEFFREY M. HARTMAN
8  DANIEL CAPPELLETTI
   SHELBY WADE
9  Trial Attorneys
   U.S. Department of Justice, Civil Division
10 Office of Immigration Litigation
   General Litigation and Appeals Section
11 P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
12
   Attorneys for Defendants
13
                      UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

17 NATIONAL TPS ALLIANCE, *et al.*,            Case No. 3:25-cv-5687

18              Plaintiffs,

           v.                                **SUPPLEMENTED INDEX OF**
19 KRISTI NOEM, in her official capacity as   **ADMINISTRATIVE RECORD**
   Secretary of Homeland Security, *et al.*,  **NEPAL TPS TERMINATION**

20              Defendants.

21

22

23

24        SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD
                    NEPAL TPS TERMINATION
                      No. 3:25-cv-5687
                            1

Defendants in the above-captioned matter hereby file a supplement to the Administrative Record for the Nepal TPS Termination.[1] The Supplemented Administrative Record includes the following documents:

## INDEX OF ADMINISTRATIVE RECORD – NEPAL TPS TERMINATION

|   | Document Name | Page(s) |
|---|---|---|
| 1 | Termination of the Designation of Nepal for Temporary Protected Status, 90 Fed. Reg. 24,151 (June 6, 2025) | 0001-0004 |
| 2 | Signed Decision Document re USCIS Notice: Termination of Designation of Nepal for Temporary Protected Status (May 29, 2025) | 0005 |
| 3 | Letter from Antony Blinken, Sec'y of State, to Alejandro Mayorkas, Sec'y of Homeland Sec. (Jan. 16, 2025) and accompanying memorandum | 0006-0014 |
| 4 | Memorandum from U.S. Citizenship & Immigr. Servs. re Honduras: Temporary Protected Status (TPS) Country of Origin Information (COI) Considerations (Mar. 10, 2025) | 0015-0025 |
| 5 | Memorandum re Temporary Protected Status (TPS) Legal Authority (Apr. 16, 2025) | 0026-0027 |
| 6 | Memorandum from Immigr. & Customs Enf't to U.S. Citizenship & Immigr. Servs. re Indiviudals Returned to a Number of Countries Data Request (Mar. 3, 2025) | 0028 |
| 7 | Memorandum from U.S. Citizenship & Immigr. Servs. re Form I-821 Application for Temporary Protected Status Current Beneficiaries by Country of Designation (Mar. 11, 2025) | 0029 |
| 8 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Honduras, Nepal, Nicaragua, and Sudan, 84 Fed. Reg. 59,403 (Nov. 4, 2019) | 0030-0037 |
| 9 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 85 Fed. Reg. 79,208 (Dec. 9, 2020) | 0038-0045 |
| 10 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 86 Fed. Reg. 50,725 (Sept. 10, 2021) | 0046-0054 |
| 11 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 87 Fed. Reg. 68,717 (Nov. 16, 2022) | 0055-0063 |

---

[1] The filing of this Administrative Record is not a concession that the decision of Secretary Kristi Noem is subject to judicial review.

| | | |
|---|---|---|
| 12 | Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for Nepal and Honduras, 84 Fed. Reg. 20,647 (May 10, 2019) | 0064-0070 |
| 13 | Designation of Nepal for Temporary Protected Status, 80 Fed. Reg. 36,346 (June 24, 2015) | 0071-0075 |
| 14 | E.O.14159, Protecting the American People Against Invasion, 90 Fed. Reg. 8,443 (Jan. 29, 2025) | 0076-0081 |
| 15 | Extension of Re-Registration Periods for Extensions of the Temporary Protected Status Designations of El Salvador, Haiti, Honduras, Nepal, Nicaragua, and Sudan, 88 Fed. Reg. 86,665 (Dec. 14, 2023) | 0082-0084 |
| 16 | Extension of the Designation of Nepal for Temporary Protected Status, 81 Fed. Reg. 74,470 (Oct. 26, 2016) | 0085-0090 |
| 17 | Reconsideration and Rescission of Termination of the Designation of Nepal for Temporary Protected Status; Extension of the Temporary Protected Status Designation for Nepal, 88 Fed. Reg. 40,317 (June 21, 2023) | 0091-0102 |
| 18 | Termination of the Designation of Nepal for Temporary Protected Status, 83 Fed. Reg. 23,705 (May 22, 2018) | 0103-0108 |
| 19 | USCIS, DHS, Record of Environmental Consideration for Categorically Excluded Actions under NEPA-Nepal | 0109-0124 |
| 20 | DOS, 2022 Country Reports on Human Rights Practices - Nepal | 0125-0165 |
| 21 | DOS, Country Reports on Human Rights Practices - Nepal | 0166-0208 |
| 22 | Libr. of Congr., Blackwood, M., Congressional Research Service, Nepal | 0209-0211 |
| 23 | U.S. Congr., Letter from Rep. Meng et al. to Sec. Mayorkas and Sec. Blinken regarding TPS for Nepali Nationals | 0212-0215 |
| 24 | U.S. Embassy in Nepal, USAID Announces up to $85 Million to Support Access to Quality Education in Nepal | 0216 |
| 25 | USAID, Bureau for Humanitarian Assistance, Nepal Assistance Overview | 0217-0218 |
| 26 | USDA, Jennifer Lee, et al, Economic Research Service, U.S. Department of Agriculture, Global Fertilizer Market Challenged by Russia's Invasion of Ukraine | 0219-0227 |
| 27 | A. Palikhe, et al, Situation Report on Nepal's Agrifood Systems (July 2024 Bulletin Number 20) The Cereal Systems Initiative for South Asia (CSISA) and Transforming Agrifood Systems in South Asia (TAFSSA), Kathmandu, Nepal | 0228-0238 |
| 28 | Anil Pokhrel, Nepali Times, Rebuilding Resilience 7 Years Later | 0239-0248 |
| 29 | AP News, Cascading disasters push residents of a Nepalese valley to the brink | 0249-0269 |
| 30 | Asian Dev. Bank, Asian Development Bank Member Fact Sheet | 0270-0273 |

SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD
NEPAL TPS TERMINATION
No. 3:25-cv-5687
3

| 31 | Asian Development Bank, Asian Development Outlook, Economic Forecasts for Asia and the Pacific | 0274-0287 |
|---|---|---|
| 32 | Assessment Capacities Project, Nepal Earthquake in Jajarkot District | 0288-0291 |
| 33 | Int'l Org. for Migration, Assisted Voluntary Return and Reintegration | 0292-0294 |
| 34 | Asian Dev. Bank, Building a Better Future-Five Years after the Nepal Earthquake, Video Transcript | 0295-0297 |
| 35 | CBS News, Deadly Aftershock Rocks Nepal | 0298--387 |
| 36 | Chandan Kumar, et. al, National Library of Medicine, Climate-Driven Dengue Fever outbreaks in Nepal-Trends, Challenges, and Strategies, World Journal of Virology, Vol. 13, No. 4 | 0388-0397 |
| 37 | Christian Science Monitor, One year after Nepal's devastating quake, victims still wait to rebuild | 0398-0406 |
| 38 | Internal Displacement Monitoring Center, Disaster displacement: Nepal country briefing | 0407-0421 |
| 39 | Editorial, The Rising Nepal (Jan. 9, 2025) | 0422-0433 |
| 40 | EOS, Trends in the Occurrence of Landslides in Nepal from 2011 to 2020 | 0434-0437 |
| 41 | European Centre for Disease Prevention and Control, Dengue Worldwide Overview, Situation Update, June 2025 | 0438-0440 |
| 42 | Financial Tracking Srvc, Nepal Flash Appeal Earthquake 2015 | 0441-0443 |
| 43 | Food and Agriculture Organization of the United Nations | 0444-0455 |
| 44 | Freedom House, Freedom in the World 2022, Nepal | 0456-0467 |
| 45 | fwd.us, Temporary Protected Status protects families while also boosting the U.S. economy | 0477-0495 |
| 46 | Gopal Sharma, Reuters, Nepal Earthquake Kills at Least 128, Toll Could Rise, Officials Say | 0496-0501 |
| 47 | Government of Nepal, Ministry of Culture, Tourism and Civil Aviation, Statistics 2024 | 0502-0506 |
| 48 | Gov't of Nepal, Constitution of Nepal | 0507-0549 |
| 49 | Gov't of Nepal, Ministry of Home Affairs, Disaster Risk Reduction and Managment Act 2019 | 0550-0591 |
| 50 | Govt of Nepal, Ministry of Home Affairs, National Policy for Disaster Risk Reduction | 0592-0647 |
| 51 | Govt of Nepal, Ministry of Home Affairs, Nepal Disaster Report-Focus on Reconstruction and Resilience | 0648-0731 |
| 52 | Hairam Upreti, The Kathmandu Post, They were struck by Earthquakes in 2015, Now the Ground Beneath Them is Crumbling | 0732-0734 |
| 53 | Helvatas, Support for Returning Migrant Workers | 0735-0740 |
| 54 | Humanitarian Needs and Priorities, Flood Response Plan, Nepal | 0741-0760 |
| 55 | Int'l Monetary Fund, Nepal-IMF Reaches Staff-Level Agreement on 5th Review Under the Extended Credit Facility, Press Release No.25/009 | 0761-0762 |

SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD
NEPAL TPS TERMINATION
No. 3:25-cv-5687
4

| 56 | International Organization for Migration, Displacement Tracking Matrix-Nepal Earthquake 2015, DTM Round 9 | 0763-0774 |
|---|---|---|
| 57 | Int'l Recovery Platform, Final Evaluation-Nepal Earthquake Recovery Programme | 0775-0875 |
| 58 | IOM Regional Office for Asia and the Pacific, Nepal on the Right Track to Achieve Cost-effective Remittance Transfers | 0876-0877 |
| 59 | Johns Hopkins, Univ., Corona Virus Resource Center | 0878-0881 |
| 60 | Kishore, C., Nepali Times, Going up in Smoke | 0882-0889 |
| 61 | Nepal News, County to Make Leap Towards Prosperity in This Term Itself-Finance Minister Paudel | 0890-0901 |
| 62 | Nepal News, Interview: Economy on Recovery Path; Country will make a leap toward prosperity in this term itself, says DPM and Finance Minister Paudel | 0902-0905 |
| 63 | Nepal, National Building Code Updated–Seismic Design of Buildings | 0906-0908 |
| 64 | OnlineKhabar English News, 1.6 Million Nepalis Left the Country in 2023 | 0909-0911 |
| 65 | Poudel, A., The Kathmandu Post, Nepal's Health Sector Under the Buget Knife | 0912-0918 |
| 66 | Prasain, K., The Kathmandu Post, Nepal sees less than expected decline in poverty | 0919-0922 |
| 67 | Rastriya Samachar Samdi, The Himalyan TImes, NRAs Term Comes to an End | 0923-0928 |
| 68 | ReliefWeb, JRAP Info Sheet - Joint Recovery Action Plan-Western Nepal Earthquake | 0929-0930 |
| 69 | ReliefWeb, Nepal - Earthquake - Oct 2023 | 0931-0935 |
| 70 | Stephen Platt, et. al, Int'l Journal of Disaster Risk Red., Speed and Quality of Recovery After the Gorkha Earthquake 2015 Nepal, Vol. 50 | 0936-0946 |
| 71 | The Rising Nepal, Addressing Healthcare Inefficiency in Nepal | 0947-0953 |
| 72 | The Rising Nepal, Supply Chain of Chemical Fertilizers Eased | 0954-0963 |
| 73 | The Washington Post, More than 1,900 Killed by 7.8-Magnitude Quake in Nepal | 0964-0990 |
| 74 | UN Sustainable Development Group, United In the Face of Disaster - Nepal Navigates Climate Risks, | 0991-1001 |
| 75 | UNDP, Nepal Flash Appeal for Response to the Nepal Earthquake | 1002-1019 |
| 76 | UNICEF, 68,000 Children Affected by Nepal Earthquake Still Need Urgent Assistance | 1020-1024 |
| 77 | United Nations Sustainable Development Group, United in the face of Disaster - Nepal Navigates Climate Risks | 1025-1035 |
| 78 | United Nations Sustainable Development Group, United in the face of Disaster - Nepal Navigates Climate Risks | 1036-1043 |
| 79 | UN-Nepal, Joint Recovery Action Plan-Western Nepal Earthquake | 1044-1051 |

| 80 | UNOCHA, Nepal Earthquake - Nov 2023 | 1052-1058 |
|---|---|---|
| 81 | UNOCHA, Nepal Earthquake Humanitarian Response-April-Sept. 2015 | 1059-1090 |
| 82 | UNOCHA, Nepal-Western Nepal Earthquake 2023 | 1091-1099 |
| 83 | UNOCHA, West Nepal Earthquake - Flash Update 01 - 04 Nov 2023 | 1100-1101 |
| 84 | Vibhu Mishra, UN News, Nepal- Hundreds killed as Unprecedented Flash Floods Strike Capital Kathmandu | 1102-1104 |
| 85 | Wester, P. et al., International Centre for Integrated Mountain Development (ICIMOD), Water, Ice, Society, and Ecosystems in the Hindu Kush Himalaya, An Outlook | 1105-1352 |
| 86 | World Bank Group, Climate Change Knowledge Portal, Nepal | 1353 |
| 87 | World Bank Group, Nepal Development Update, Leveraging Resilience and Implementing Reforms for Boosting Economic Growth | 1354-1390 |
| 88 | World Bank Group, The World Bank in Nepal | 1391-1402 |
| 89 | World Bank, Lessons in Earthquake Reconstruction- Five Proven Approaches from Nepal (1) | 1403-1410 |
| 90 | World Bank, Lessons in Earthquake Reconstruction: Five Proven Approaches from Nepal (2) | 1411-1415 |
| 91 | World Bank, Nepal Data | 1416-1425 |
| 92 | World Bank, Nepal Strives to Leave no one Behind in Earthquake Reconstruction | 1426-1436 |
| 93 | World Bank, Nepal, Earthquake Housing Reconstruction Project, Final Implementation Review and Support | 1437-1458 |
| 94 | World Bank, Resource Guide, Nepal's Journey from Post-Earthquake Reconstruction to Resilience | 1459-1461 |
| 95 | World Economics, Nepal GDP: $148 Billion | 1462-1464 |
| 96 | World Health Org., Recent Jajarkot Earthquake Highlights the Importance of Equipping Hospitals with Hospital Disaster Preparedness and Response Plan | 1465-1469 |
| 97 | WorldData.Info, Average Income by Country | 1470-1473 |
| 98 | Adhikaar for Human Rights and Social Justice, Letter from 107 Organizations to Pres. Biden, Sec. Mayorkas, and Sec. Blinken | 1474-1483 |
| 99 | Complete Signed Decision Document re USCIS Notice: Termination of Designation of Nepal for Temporary Protected Status | 1484-1491 |

Dated: August 4, 2025                                    Respectfully submitted,

                                                        BRETT A. SHUMATE
                                                        Assistant Attorney General

                                                        YAAKOV M. ROTH
                                                        Principal Deputy Assistant Attorney General
                                                        Civil Division

                                                        WILLIAM H. WEILAND
                                                        Acting Assistant Director

                                                        ANNA DICHTER
                                                        Senior Litigation Counsel

                                                        ERIC SNYDERMAN
                                                        LAUREN BRYANT
                                                        CATHERINE ROSS
                                                        DANIEL CAPPALLETTI
                                                        AMANDA B. SAYLOR
                                                        Trial Attorneys

                                                        /s/ Shelby Wade
                                                        SHELBY WADE
                                                        (NY Bar No. 5696067)
                                                        Trial Attorney
                                                        U.S. Department of Justice, Civil Division
                                                        Office of Immigration Litigation
                                                        General Litigation and Appeals Section
                                                        P.O. Box 868, Ben Franklin Station
                                                        Washington, DC 20044
                                                        Tel: (202) 285-8379
                                                        Shelby.Wade2@usdoj.gov

                                                        *Attorneys for the Defendants*

SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD
NEPAL TPS TERMINATION
No. 3:25-cv-5687
7