PRE-DECISIONAL/DELIBERATIVE

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009

U.S. Citizenship and Immigration Services

**April 16, 2025**

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM: Kika M. Scott
Senior Official Performing the Duties of Director

KIKA M SCOTT

Digitally signed by KIKA M SCOTT
Date: 2025.04.16 16:24:18 -04'00'

SUBJECT: **Temporary Protected Status for Nepal**

[redacted]

Nepal AR001485

Case 3:25-cv-05687-TLT    Document 79-2    Filed 08/04/25    Page 3 of 8

Nepal AR001486

Nepal AR001487

Nepal AR001488

Nepal AR001489

Nepal AR001490

**Secretary's Decision:**

1. *Terminate: Terminate Nepal's designation*

Approve/date ________ 04-23-25

Nepal AR001491