Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687- TLT<br><br>**DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO STAY** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
diana.sanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.com
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

## **DECLARATION OF JESSICA KARP BANSAL**

I, Jessica Karp Bansal, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am an Attorney at National Day Laborer Organizing Network, counsel of record in this action for Plaintiffs. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiffs' Opposition to the Motion to Stay.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the U.S. Department of Homeland Security Press Release, dated August 1, 2025, *DHS Statement on Activist Judge Delaying TPS Termination for Honduras, Nepal, and Nicaragua*, and available at https://www.dhs.gov/news/2025/08/01/dhs-statement-activist-judge-delaying-tps-termination-honduras-nepal-and-nicaragua.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of August 2025, at Claremont, CA.

 */s/ Jessica Karp Bansal*
Jessica Karp Bansal

# Exhibit 1



U.S. Department of Homeland Security

# DHS Statement on Activist Judge Delaying TPS Termination for Honduras, Nepal, and Nicaragua

**Release Date:** August 1, 2025

*For decades, TPS has been abused as a de facto amnesty program to allow unvetted aliens to remain in U.S. indefinitely*

WASHINGTON – Today, the Department of Homeland Security (DHS) issued the following statement after a federal judge in California postponed the termination of Temporary Protected Status (TPS) for Honduras, Nepal, and Nicaragua, wrongly finding the cancellation was rooted in "racial animus."

In a judicial ruling that sounds like a *New York Times* opinion piece, activist Judge Trina Thompson—a Biden appointee—wrote that Secretary Kristi Noem is telling the 60,000 aliens on TPS to *"atone for their race, leave because of their names, and purify their blood."* She even likened terminating TPS to the Atlantic slave trade because *"the United States has a long history of transporting individuals against their will, to places unfamiliar with them."*

Judge Thompson's editorializing is not only disgusting but also ignores the plain meaning of federal law. TPS was always intended to be temporary. Both Nicaraguan and Honduran TPS have been in place for over 20 years following natural disasters. Since then, the countries have made tremendous strides to recover, and as a result, it is safe for their nationals to return home.

*"Restoring integrity to our immigration system to keep our homeland and its people safe. That is all we—and the American people who elected President Trump in a landslide election—seek,"* said **Assistant Secretary Tricia McLaughlin**. *"TPS was never meant to be a de facto asylum system, yet that is how previous administrations have used it for decades. This is yet another example of how out of control judges are race-baiting to distract from the facts and President's constitutionally vested powers under Article II. We will appeal, and we expect a higher court to vindicate us."*

For decades, TPS has been abused as a *de facto* amnesty program to allow unvetted aliens to remain in U.S. indefinitely. Too often these programs have been exploited to allow criminal aliens to come to our country and terrorize American citizens. When child abusers and other violent criminals can hide behind a humanitarian designation, the system is broken. President Trump and Secretary Noem are restoring common sense to our immigration system and returning TPS to its original status: TEMPORARY.

Below are some examples of criminal aliens who exploited the TPS program:

- **Angel Ponce**, a criminal alien from Honduras, convicted of **aggravated assault and the offense of possessing, selling, or manufacturing a dangerous weapon.**



- **Jose Zelaya Andrades**, a criminal alien from Honduras, convicted of **aggravated assault with a deadly weapon with intent to kill**.

8/6/25, 1:27 PM     DHS Statement on Activist Judge Delaying TPS Termination for Honduras, Nepal, and Nicaragua | Homeland Security

Case 3:25-cv-05687-TLT    Document 82-1    Filed 08/07/25    Page 6 of 6



- **Getsel Enrique Gonzalez Ocampo**, a criminal alien from Honduras, convicted of **assault on a female (domestic violence) and resisting a public officer**.



- **Jose Amilcar Funez**, a criminal alien from Honduras, convicted of **assault in the second degree and sex offense against child - fondling**.



- **Juan Erazmo Ferrufino**, a criminal alien from Honduras, convicted of **domestic violence, several public intoxications.**



###

**Topics**

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

**Keywords**

ALIEN (/KEYWORDS/ALIEN)    ILLEGAL (/KEYWORDS/ILLEGAL)    TEMPORARY PROTECTED STATUS (/KEYWORDS/TEMPORARY-PROTECTED-STATUS)

Last Updated: 08/04/2025