Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[Filed concurrently with Motion, supporting Attorney Declarations of Ahilan T. Arulanantham, Emilou H. MacLean, and Erik Crew; and [Proposed] Order]<br><br>Assigned to: Hon. Trina L Thompson<br><br>Date: September 16, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 9<br><br>Complaint Filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitrán (SBN 302081)
ebitran@aclusocal.org
Diana Sánchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

## DECLARATION OF JESSICA KARP BANSAL

I, Jessica Karp Bansal, hereby declare:

1. I am an attorney at law licensed to practice in the State of California, and I am counsel with the National Day Laborer Organizing Network ("NDLON"). I am counsel of record for Plaintiffs in this action and I make this declaration in support of Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I was admitted to practice law in California in 2011 and admitted to practice in New York in 2010, and am a member in good standing of both state bars. I graduated from Columbia Law School in 2009, after which, I served as a judicial clerk to the Honorable Stephen Reinhardt of the Ninth Circuit Court of Appeals. From 2010 to July 2019, I worked at the National Day Laborer Organizing Network, where I held the titles of Staff Attorney, Litigation Director, and Legal Director. From 2013 to 2015, I also worked as an adjunct law professor at the immigrant rights clinic at the University of California at Irvine School of Law. From 2019 to 2022, I worked as a senior staff attorney at the ACLU of Southern California. From 2022 to 2025, I worked as the Legal Director for Organized Power in Numbers. Since February 2025, I have returned to the National Day Laborer Organizing Network.

3. In addition to being admitted to practice in both California and New York, I am admitted to several federal courts, including the United States Court of Appeals for the Ninth Circuit, the Northern District of California, and the Central District of California.

4. NDLON is dedicated to advancing the rights of immigrant and low-wage workers in the United States, including through litigation and advocacy.

5. NDLON has substantial expertise in class action litigation and immigrants' rights litigation, and has participated in numerous cases in federal court related to policies and practices of the federal immigration system.

6. I have spent my entire legal career working on immigrants' rights cases and have thus obtained substantial experience litigating cases involving immigrants' rights. I have represented immigrants in a number of cases addressing systemic issues in the federal immigration system

1

through class actions. For example, I was co-lead counsel in the following class actions challenging federal immigration enforcement and detention policies: *Hernandez Roman v. Wolf*, No. 20-cv-00768 (C.D. Cal. 2020) (class action challenge to constitutionality of immigration detention during the COVID-19 pandemic); *Gonzalez v. ICE*, 416 F. Supp. 3d 995 (C.D. Cal. 2019) (finding that ICE violated the Fourth Amendment by systemically issuing detainers to class members without probable cause).

7. I was also counsel in a class action challenging the lack of appointed legal representatives for immigrants with serious mental abilities, *see Franco-Gonzalez v. Holder*, Case No. 2:10-02211-DMG-DTB (C.D. Cal. 2011); a class action raising constitutional and state law challenges to the Los Angeles Sheriff's Department's practices with respect to detention of individuals pursuant to requests from federal immigration officers, *see Roy v. Cty. of L.A.*, No. 12-9012, (C.D. Cal. 2012); and a class action challenging an Arizona state law that sought to regulate immigration and criminalize the solicitation of day labor. *See Sol v. Whiting*, No. CV-10-01061-PHX-SRB, 2015 WL 12030514 (D. Ariz. Sept. 4, 2015).

8. In addition, I have represented immigrants in a number of non-class cases raising complex legal issues. For example, I serve or have served as co-lead counsel in *National TPS Alliance et al. v. Noem et al* (*NTPSA I*), Case No. 25-cv-01766 (N.D. Cal. 2025) (challenging termination of Temporary Protected Status for over one million immigrants from Haiti and Venezuela); *Ramos v. Nielsen*, No. 18-cv-01554 (N.D. Cal. 2018) (challenging the termination of Temporary Protected Status for over 400,000 immigrants from El Salvador, Haiti, Honduras, Nepal, Nicaragua, and Sudan); and *Puente v. Arpaio*, No. CV-14-01356 (D. Ariz. 2014) (challenging worksite raids in Maricopa County on constitutional grounds).

9. My colleague and proposed class counsel, Lauren Michel Wilfong, is an immigrants' rights litigator at NDLON. Mx. Wilfong graduated *cum laude* from New York University School of Law in 2021. Following graduation, they completed a two-year Justice Catalyst legal fellowship at Justice Action Center (JAC), a nonprofit organization that brings impact litigation to advance immigrant rights. They joined NDLON in 2023 as a Staff Attorney, where they continue to specialize in immigrant rights. Mx. Wilfong is admitted to practice law in New York and New

2

DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - CASE NO. 3:25-CV-05687-TLT

Jersey, as well as several federal courts, including the United States Court of Appeals for the Ninth Circuit, the District of New Jersey, the Southern District of New York, the Western District of New York, and the District of the District of Columbia.

10. Mx. Wilfong has substantial experience litigating complex immigrants' rights cases in federal court, representing individuals and organizations with large memberships. For example, they serve as counsel in *National TPS Alliance et al. v. Noem et al* (*NTPSA I*), No. 25-cv-01766 (N.D. Cal. 2025) (challenging termination of Temporary Protected Status for over one million immigrants from Haiti and Venezuela) and in *Vasquez Perdomo et al. v. Noem et al.*, No. 2:25-cv-05605-MEMF-SP (C.D. Cal. 2025) (putative class action with pending class certification motion, challenging suspicionless stops and warrantless arrests without identification, explanation, or individualized flight risk assessment).

11. They previously served as counsel in *Haitian Bridge Alliance v. DHS*, No. 21-3317 (EGS) (D.D.C. 2021) (putative class action challenging Title 42 process and DHS's Haitian Deterrence Policy); *Texas v. DHS*, No. 6:23-cv-00007 (S.D. Tex 2023) (representing intervenor-defendants defending against states' challenge of the Cuba, Haiti, Nicaragua, and Venezuela humanitarian parole processes); and *Immigrant Defenders Law Center et al. v. DHS*, No. 2:21-cv-00395-FMO-RAO (C.D. Cal. 2021) (challenging policy denying unaccompanied children subjected to the Migrant Protection Protocols program of their rights under the Trafficking Victims Protection Reauthorization Act). Mx. Wilfong also served as counsel in several Freedom of Information Act lawsuits, including *Haitian Bridge Alliance v. DHS*, No. 1:22-cv-08344-ER (S.D.N.Y. 2022) (seeking documents regarding the treatment of Haitian immigrants detained in Del Rio, Texas in 2021) and *Robert F. Kennedy Human Rights v. ICE*, No. 1:22-cv-00929-LJV-HKS (W.D.N.Y. 2022) (seeking documents regarding policies and conditions of confinement at immigration detention center).

12. NDLON has capacity to thoroughly and vigorously litigate the claims in this case and properly represent Plaintiffs and the proposed classes, alongside our proposed class co-counsel, and intends to commit all necessary resources to do so. If appointed class counsel, I will ensure that

3

DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - CASE NO. 3:25-CV-05687-TLT

NDLON, Mx. Wilfong, and I zealously represent the interests of the classes to the best of our collective ability.

13. If appointed class counsel, I will ensure that the attorneys listed in this declaration and I zealously represent the interests of the class to the best of our collective ability.

14. I am not aware of any conflict among potential class members in this case.

15. I am not aware of any conflicts between NDLON and any members of the potential class that would prevent NDLON from providing zealous representation to the class.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge. Executed on August 15, 2025, in Claremont, California.

                                        */s/ Jessica Karp Bansal*
                                        Jessica Karp Bansal

4

DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - CASE NO. 3:25-CV-05687-TLT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

NATIONAL DAY LABORER ORGANIZING NETWORK

 */s/ Jessica Karp Bansal*
Jessica Karp Bansal
Lauren Michel Wilfong (*Pro Hac Vice*)