UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNÁNDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-5687-TLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

**[PROPOSED] ORDER**

Pending before the Court is Plaintiffs' Motion for Class Certification ("Motion"). Plaintiffs' Motion was heard on September 16, 2025 at 2:00 p.m. by this Court. Having considered all papers filed in support of and in opposition of the Motion, oral arguments, and all other pleadings and papers on file in this matter, this Court **GRANTS** Plaintiffs' Motion and **ORDERS** the following:

1. The Court certifies the claims alleged in the Complaint (Dkt. 1) against Defendants for the below classes of Temporary Protected Status ("TPS") holders from Honduras, Nepal and Nicaragua pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(2):

   - **Honduras TPS Class:** All persons who have been granted TPS pursuant to the TPS designation of Honduras and who have not adjusted status to lawful permanent residence;

   - **Nepal TPS Class:** All persons who have been granted TPS pursuant to the TPS designation of Nepal and who have not adjusted status to lawful permanent residence; and

   - **Nicaragua TPS Class:** All persons who have been granted TPS pursuant to the TPS designation of Nicaragua and who have not adjusted status to lawful permanent residence.

2. The Court appoints Plaintiffs Teofilo Martinez, Denis Molina, and Jhony Silva as Representatives for the Honduras TPS Class; Plaintiff Sandhya Lama as the Representative for the Nepal TPS Class; and Plaintiff Maria Elena Hernandez as the Representative for the Nicaragua TPS Class; and

3. The Court appoints Jessica Karp Bansal, Ahilan T. Arulanantham, Eva L. Bitrán, Diana Sánchez, Emilou MacLean, Michelle (Minju) Y. Cho, Amanda Young, and Erik Crew as Class Counsel.

**IT IS SO ORDERED.**

Date: _____

_____
The Honorable Trina L. Thompson
UNITED STATES DISTRICT JUDGE