UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National TPS Alliance<br><br>　　　　Plaintiff,<br><br>　　v.<br>Noem<br><br>　　　　Defendant. | Case No.  25-cv-05687-TLT<br>9th Circuit: 25-4901<br><br>**CASE MANAGEMENT AND SCHEDULING ORDER**<br><br>ECF 70, 84 |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, **THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

1. DISPOSITIVE MOTIONS HEARING:   November 18, 2025

2. LAST DAY TO FILE REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS:   November 4, 2025

3. LAST DAY TO FILE OPPOSITIONS TO DISPOSITIVE MOTIONS:   October 28, 2025

4. LAST DAY TO FILE DISPOSITIVE MOTIONS:   October 14, 2025

5. EXPERT DISCOVERY CUT-OFF:   October 8, 2025

6. EXPERT REPORTS:   Opening reports by September 29, 2025
   Rebuttal reports by October 3, 2025

7. FACT DISCOVERY CUT-OFF:   September 23, 2025

8. [if requested by the parties, District / Ninth Circuit ADR]   Settlement conference with a Magistrate Judge to be completed by November 1,

|  |  | 2025 |
|---|---|---|
| 9. | LAST DAY TO AMEND PLEADING: | September 22, 2025 |
| 10. | CLASS CERTIFICATION HEARING*: | September 16, 2025 |
| 11. | LAST DAY TO FILE REPLY IN SUPPORT OF CLASS CERTIFICATION: | August 29, 2025 |
| 12. | LAST DAY TO FILE OPPOSITION TO CLASS CERTIFICATION: | August 25, 2025 |
| 13. | LAST DAY TO FILE CLASS CERTIFICATION MOTION: | August 15, 2025 |
| 14. | FURTHER STATUS CONFERENCE: | October 2, 2025, 2:00 p.m. |

**IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order or Civil Pretrial and Bench Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-thompson/).

### SCHEDULING ORDER MODIFICATIONS

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause. Parties may file a formal brief, but a letter brief will suffice. The requesting party shall serve the opposing party on the same day the motion is filed and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline. **The parties may not modify the pretrial schedule by stipulation**. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order.

**IT IS SO ORDERED.**

1  Dated: August 14, 2025

                                                                                          _____
                                                                                          TRINA L. THOMPSON
                                                                                          United States District Judge

January 3, 2026