# Exhibit A

Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**PLAINTIFF NATIONAL TPS ALLIANCE'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT U.S. DEPARTMENT OF HOMELAND SECURITY (SET ONE)** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

| | |
|---|---|
| **PROPOUNDING PARTY:** | Plaintiff National TPS Alliance |
| **RESPONDING PARTY:** | Defendant U.S. Department of Homeland Security |
| **NO.:** | One |

Plaintiff National TPS Alliance hereby requests that Defendant U.S. Department of Homeland Security ("DHS") produce for inspection and photocopying all documents and tangible things responsive to the categories described below to the attention of Emilou MacLean at the offices of ACLU of Northern California, 39 Drumm St., San Francisco, CA 94111 or via electronic submission to Plaintiffs' counsel. For purposes of responding to these requests, in addition to producing responsive documents and communications maintained in centrally located systems, folders (electronic or physical), or databases, responsive documents and communications should be produced for the custodians identified or described in the attached Exhibit 1 – Custodians.

**REQUEST FOR PRODUCTION NO. 1:**

All draft and final USCIS Decision Memoranda concerning the 2025 periodic review of TPS for Honduras, Nicaragua and Nepal.

**REQUEST FOR PRODUCTION NO. 2:**

The fully-executed "Record of Clearance and Approval" (or the equivalent approval document), with attachments, for the 2025 decisions to terminate TPS for Honduras, Nicaragua and Nepal, and to publish the terminations in the Federal Register.

**REQUEST FOR PRODUCTION NO. 3:**

All communications with or involving DHS personnel regarding the periodic review of the TPS designations of Honduras, Nicaragua and Nepal in 2025, and the decisions whether to extend or terminate those designations.

Date: August 6, 2025

Respectfully submitted,

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

 /s/ *Emilou MacLean*
Emilou MacLean
Michelle (Minju) Y. Cho
Amanda Young

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran
Diana Sanchez
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Jessica Karp Bansal
Lauren Michel Wilfong (*Pro Hac Vice*)
NATIONAL DAY LABORER
ORGANIZING NETWORK

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE Alliance

*Attorneys for Plaintiffs*

**Exhibit 1 - Custodians**

I.  Individuals Who Have Signed Relevant Records of Clearance and Approval
    A.  Signatories of Clearance and Approval Records for Decisions to Terminate TPS for Honduras, Nicaragua, or Nepal
    B.  Signatories of Clearance and Approval Records for Decisions to Publish the Federal Register Notices Terminating TPS for Honduras, Nicaragua or Nepal

II. Senior DHS Leadership
    A.  DHS Secretary Kristi Noem
    B.  DHS Secretary Kristi Noem's Executive Assistant
    C.  DHS Senior Advisor Corey Lewandowski
    D.  DHS Senior Counselor Rob Law, Nominee for DHS Undersecretary, Office of Strategy, Policy and Plans
    E.  DHS Deputy Secretary Troy Edgar
    F.  DHS Senior Advisor and General Counsel Nominee James Percival
    G.  DHS Senior Advisor Joseph Guy
    H.  (Former) DHS Senior Advisor Joe Edlow

III. DHS Office of General Counsel (who have been leading the early TPS decisionmaking process)
    A.  General Counsel
        - Joseph Mazzara
    B.  Personnel Involved in TPS Decisionmaking
        - Christina McDonald, Associate General Counsel for Regulatory Affairs
        - Nader Baroukh

IV. USCIS Senior Leadership
    A.  USCIS Director
        - Jennifer Higgins
        - Kika Scott
        - Joe Edlow
    B.  USCIS Chief of Staff to Director
        - Aaron Calkins

V.  USCIS Subject Matter Experts—Office of Policy & Strategy (OP&S)
    A.  Chief
        - Samantha Deshommes
    B.  Policy Advisor(s) (with a role related to TPS)
        - Amany Ezeldin
        - Karine Noncent
        - OP&S Policy Advisors involved in drafting the USCIS Decision Memos for Honduras, Nepal and Nicaragua

      C.      Humanitarian Affairs Division
- Rena Cutlip Mason, Division Chief
- Sasha Ridley

VI.    USCIS Country Conditions Experts—Refugee, Asylum and International Operations Directorate (RAIO)
      A.      Associate Director Ted Kim
      B.      RAIO personnel involved in country conditions review for Honduras, Nepal or Nicaragua

VII.   USCIS Operational Personnel—Service Center Operations Directorate
      A.      Associate Director Connie Nolan

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2025, I served, or caused to be served, the foregoing document described as **PLAINTIFF NATIONAL TPS ALLIANCE'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT U.S. DEPARTMENT OF HOMELAND SECURITY (SET ONE)** via email at the email address(es) listed below:

Amanda B. Saylor
amanda.b.saylor@usdoj.gov
Anna Dichter
anna.l.dichter@usdoj.gov
William Weiland
William.h.weiland@usdoj.gov
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-6837

*Attorneys for the Defendants*

        */s/ Emilou MacLean*
        Emilou MacLean