FILED

AUG 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATIONAL TPS ALLIANCE; et al.,<br><br>　　　Plaintiffs - Appellees,<br><br>　v.<br><br>KRISTI NOEM; et al.,<br><br>　　　Defendants - Appellants. | No. 25-4901<br><br>D.C. No.<br>3:25-cv-05687-TLT<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: HAWKINS, CALLAHAN, and MILLER, Circuit Judges.

　　The government's motion for a stay pending appeal (Dkt. No. 5) is granted. The district court's order granting plaintiffs' motion to postpone, entered July 31, 2025, is stayed pending further order of this court. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (factors governing issuance of a stay pending appeal).

　　The previously entered briefing schedule (Dkt. No. 2) is suspended. Within seven days of the issuance of a decision in *National TPS Alliance v. Noem*, No. 25-2120, the parties shall submit proposed schedules to govern further proceedings in this case.

　　The government's motion for a stay of proceedings in the district court (Dkt. No. 5) is denied. Management of the docket is within the discretion of the district court. *See Bigfoot Ventures Ltd. v. Knighton*, 132 F.4th 1138, 1143 (9th Cir. 2025). The government has stated that it intends to move for reassignment of this case to a

different district judge, but it has not shown that the possibility of such a future motion justifies a stay of proceedings at this time.