# Exhibit A

## TPS Terminations and Associated Orderly Transition Periods Prior to Current Trump Administration

|   | Country | Date of Initial Designation | Date of Publication of Termination Notice | Effective Date of Termination | Orderly Transition Period | Federal Register Citation |
|---|---|---|---|---|---|---|
| 1. | Kuwait | March 27, 1991 | Jan. 24, 1992 | March 27, 1992 | *None* | 57 Fed. Reg. 2930 (Jan. 24, 1992) |
| 2. | Lebanon | March 21, 1991 | Feb. 8, 1993 | April 9, 1993 | *None* | 58 Fed. Reg. 7582 (Feb. 8, 1993) |
| 3. | Rwanda | June 7, 1994 | June 19, 1997 | Dec. 6, 1997 | 6 months | 62 Fed. Reg. 33442 (June 19, 1997) |
| 4. | Liberia | March 27, 1991 | March 31, 1998 | Sept. 28, 1998 | 6 months | 63 Fed. Reg. 15437 (March 31, 1998) |
| 5. | Liberia | Sept. 29, 1998 | July 30, 1999 | Sept. 28, 1999 | *None* | 64 Fed. Reg. 41463 (July 30, 1999) |
| 6. | Guinea-Bissau | March 11, 1999 | March 20, 2000 | September 10, 2000 | 6 months (default extension under 8 U.S.C. § 1254a(b)(3)(C)) | 65 Fed. Reg. 15016 (Mar. 20, 2000) |
| 7. | Kosovo | June 8, 1999 | May 23, 2000 | December 8, 2000 | 6 months (default extension under 8 U.S.C. § 1254a(b)(3)(C)) | 65 Fed. Reg. 33356 (May 23, 2000) |
| 8. | Bosnia-Herzegovina | August 10, 1992 | August 30, 2000 | Feb. 10, 2001 | 6 months (default | 65 Fed. Reg. 52789 |

|  |  |  |  |  | extension under 8 U.S.C. § 1254a(b)(3)(C)) | (Aug. 30, 2000) |
|---|---|---|---|---|---|---|
| 9. | Angola | March 29, 2000 | Jan. 27, 2003 | March 29, 2003 | *None* | 68 Fed. Reg. 3896 (Jan. 27, 2003) |
| 10. | Sierra Leone | Nov. 4, 1997 | Sept. 3, 2003 | May 3, 2004 | 6 months | 68 Fed. Reg. 52407 (Sept. 3, 2003) |
| 11. | Monserrat | August 28, 1997 | July 6, 2004 | Feb. 27, 2005 | 6 months | 69 Fed. Reg. 40642 (July 6, 2004) |
| 12. | Liberia | Oct. 1, 2002 | Sept. 20, 2006 | Oct. 1, 2007 | 12 months | 71 Fed. Reg. 55000 (Sept. 20, 2006) |
| 13. | Burundi | Nov. 4, 1997 | Oct. 29, 2007 | May 2, 2009 | 18 months | 72 Fed. Reg. 61172 (Oct. 29, 2007) |
| 14. | Guinea | Nov. 21, 2014 | Sept. 26, 2016 | May 21, 2017 | 6 months | 81 Fed. Reg. 66064 (Sept. 26, 2016) |
| 15. | Liberia | Nov. 21, 2014 | Sept. 26, 2016 | May 21, 2017 | 6 months | 81 Fed. Reg. 66059 (Sept. 26, 2016) |
| 16. | Sierra Leone | Nov. 21, 2014 | Sept. 26, 2016 | May 21, 2017 | 6 months | 81 Fed. Reg. 66054 (Sept. 26, 2016) |
| 17. | Sudan* | Nov. 4, 1997 | Oct. 11, 2017 | Nov. 2, 2018 | 12 months | 82 Fed. Reg. 47228 (Oct. 11, 2017) |
| 18. | Nicaragua* | Jan. 5, 1999 | Dec. 15, 2017 | Jan. 5, 2019 | 12 months | 82 Fed. Reg. 59636 (Dec. 15, 2017) |

| 19. | El Salvador* | March 9, 2001 | Jan. 18, 2018 | Sept. 9, 2019 | 18 months | 83 Fed. Reg. 2654 (Jan. 18, 2018) |
| --- | --- | --- | --- | --- | --- | --- |
| 20. | Haiti* | Jan. 21, 2010 | Jan. 18, 2018 | July 22, 2019 | 18 months | 83 Fed. Reg. 2648 (July 18, 2018) |
| 21. | Nepal* | June 24, 2015 | May 22, 2018 | June 24, 2019 | 12 months | 83 Fed. Reg. 23705 (May 22, 2018) |
| 22. | Honduras* | Jan. 5, 1999 | June 5, 2018 | Jan. 5, 2020 | 18 months | 83 Fed. Reg. 26074 (June 5, 2018) |

\* Termination did not go into effect due to litigation. *See Ramos v. Nielsen*, 709 F. Supp. 3d 871, 876-80 (N.D. Cal. 2023) (describing procedural history).