UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., and TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 25-cv-05687-TLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

On August 25, 2025, Plaintiffs moved for partial summary judgment pursuant to 5 U.S.C. section 706 to set aside the terminations of TPS for Honduras, Nepal, and Nicaragua. After consideration of the briefs and arguments of counsel, the evidence filed in support of and in opposition to Plaintiffs' Motion, and being fully advised, the Court finds that Plaintiffs have demonstrated that there is no genuine dispute of material fact and that they are entitled to judgment as a matter of law as to each challenged agency action.

This Court concludes Defendants' termination of TPS for Honduras, Nepal, and Nicaragua was unlawful and should be set aside because Defendants violated Section 706 of the APA by arbitrarily and capriciously failing to acknowledge or explain their departure from two decades of unbroken agency practice of providing at least a six-month orderly transition period when terminating a TPS designation.

Accordingly, it is HEREBY ORDERED:

1. Plaintiffs' Motion for Partial Summary Judgment is GRANTED. Defendants' terminations of TPS for Honduras, Nepal, and Nicaragua are hereby SET ASIDE.

SO ORDERED.

Date: _____, 2025

_____
The Honorable
UNITED STATES DISTRICT JUDGE