Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou H. MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 3:25-cv-05687-TLT<br><br>**PLAINTIFFS' NOTICE OF MOTION AND OPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE MULTIPLE MOTIONS FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Complaint Filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong *(Pro Hac Vice)*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

# NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, on September 8, 2025, or as soon thereafter as this matter may be heard, before the Honorable Trina L. Thompson of the United States District Court for the Northern District of California, Plaintiffs move for leave to file multiple motions for summary judgment. This Motion (which Defendants oppose) is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; pleadings and filings in this case; any additional matter of which the Court may take judicial notice; and such further evidence or argument as may be presented before, at, or after the hearing.

Respectfully submitted,

NATIONAL DAY LABORER
ORGANIZING NETWORK
 /s/    *Jessica Karp Bansal*
Jessica Karp Bansal
Lauren Michel Wilfong (*Pro Hac Vice* pending)

Emilou MacLean
Michelle (Minju) Y. Cho
Amanda Young
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW
AND POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran
Diana Sanchez
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice pending*)
HAITIAN BRIDGE ALLIANCE

Attorneys for Plaintiffs

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs respectfully seek leave to file two motions for summary judgment.[1] The first motion—filed today—would address a narrow and purely legal claim requiring no discovery: that Defendants violated Section 706 of the APA by arbitrarily and capriciously failing to acknowledge or explain their departure from two decades of unbroken agency practice of providing at least a six-month orderly transition period when terminating a TPS designation. The Court already considered this issue in connection with Plaintiffs' postponement motion, and expedited resolution on summary judgment is critical because the Ninth Circuit's stay of the postponement order (Dkt. 96) exposes Plaintiffs and tens of thousands of others to imminent loss of TPS protection. Plaintiffs' second motion for summary judgment, to be filed by October 14, 2025 (Dkt. 91), would address Plaintiffs' other APA claim regarding the pretextual and predetermined nature of the termination decisions.

"District courts have discretion to entertain successive motions for summary judgment," which can "promote[] just, speedy, inexpensive resolution of suits." *Casa Nido P'ship v. Kwon*, No. 20-cv-07923-EMC, 2024 WL 628438, at *1 (N.D. Cal. Feb. 14, 2024) (citing *Hoffman v. Tonnemacher*, 593 F.3d 908, 911 (9th Cir. 2010)); *accord Martinez v. High*, 91 F.4th 1022, 1027–28 (9th Cir. 2024) (holding that second motion for summary judgment "was neither frivolous nor simply repetitive, and the district court was free to entertain it"). This Court considers additional motions for summary judgment upon a showing of "good cause." Standing Order for Civil Cases Before District Judge Trina L. Thompson ¶ 24.

There is good cause for a separate, immediate motion on the departure-from-past-practice claim because the issue is purely legal, the Court has examined it already, and the challenged terminations of TPS for Honduras and Nicaragua are scheduled to take effect on September 9, 2025—before the Court rules on the dispositive motions due October 14. Although the Ninth Circuit withdrew the interim protection this Court granted—perhaps because the Ninth Circuit credited Defendants' arguments regarding the balance of equities or the proper scope of interim relief under Section 705, neither of which is at issue in the proposed motion on the Section 706 claim—the stay

---

[1] Defendants oppose this Motion.

decision provides no reasoning and is not precedent, so it does not dictate the resolution of the Section 706 claim.

If the Court grants Plaintiffs leave to file a separate motion for summary judgment on the departure-from-past-practice claim in addition to the October 14 summary judgment motion on all other issues, Plaintiffs propose the following timeline:

- **August 25, 2025**: Plaintiffs file their Motion for Partial Summary Judgment on the claim that Defendants violated Section 706 of the APA by arbitrarily and capriciously failing to acknowledge or explain their departure from agency practice of providing at least a six-month orderly transition period when terminating a TPS designation.
- **August 29, 2025**: Defendants file their Response to Plaintiffs' Motion for Partial summary Judgment.
- **September 2, 2025**: Plaintiffs file an Optional Reply in Support of the Motion.
- **September 8, 2025**: The Court schedule a hearing on the Motion by September 8 (the day before the Honduras and Nicaragua terminations are scheduled to take effect) or, in the alternative, consider the Motion at the September 16, 2025 hearing on class certification.

Date: August 25, 2025                                  Respectfully submitted,

NATIONAL DAY LABORER ORGANIZING NETWORK
 /s/ *Jessica Karp Bansal*
 Jessica Karp Bansal
 Lauren Michel Wilfong (*Pro Hac Vice*)

Emilou MacLean
Michelle (Minju) Y. Cho
Amanda Young
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran

2

PLAINTIFFS' NOTICE OF MOTION & OPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE MULTIPLE MOTIONS FOR SUMMARY JUDGMENT
CASE NO. 3:25-CV-05687-TLT

Diana Sanchez
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

NATIONAL DAY LABORER ORGANIZING NETWORK

*/s/ Jessica Karp Bansal*
Jessica Karp Bansal
