1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 | NATIONAL TPS ALLIANCE, DENIS | Case No. 3:25-cv-05687-TLT
MOLINA, JHONY SILVA, MARIA ELENA

13 | HERNANDEZ, O.C., SANDHYA LAMA, S.K., | **[PROPOSED] ORDER GRANTING**
and TEOFILO MARTINEZ, | **PLAINTIFFS' ADMINISTRATIVE**

14 | | **MOTION FOR LEAVE TO FILE**
| **MULTIPLE MOTIONS FOR SUMMARY**

15 |        Plaintiffs, | **JUDGMENT**

16 |        vs.

17 | KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; UNITED

18 | STATES DEPARTMENT OF HOMELAND
SECURITY; and UNITED STATES OF

19 | AMERICA,

20 |        Defendants.

21

22

23

24

25

26

27

28

1    This matter is before the Court on Plaintiffs' Motion for Leave to File Multiple Motions for

2  Summary Judgement. Having considered Plaintiffs' Request and having found good cause, the Court

3  GRANTS the Request and ORDERS the parties to comply with the following schedule:

4    • **August 25, 2025**: Plaintiffs shall file their Motion for Partial Summary Judgment on the

5       claim that Defendants violated Section 706 of the APA by arbitrarily and capriciously failing

6       to acknowledge or explain their departure from agency practice of providing at least a six-

7       month orderly transition period when terminating a TPS designation.

8    • **August 29, 2025**: Defendants shall file their Response to Plaintiffs' Motion for Partial

9       summary Judgment.

10   • **September 2, 2025**: Plaintiffs shall file an Optional Reply in Support of the Motion.

11   • **September 8, 2025**: The Court will schedule a hearing on the Motion by September 8 (the

12      date the Honduras and Nicaragua terminations are scheduled to take effect) or, in the

13      alternative, consider the Motion at the September 16, 2025 hearing on class certification.

14

15   SO ORDERED.

16

Date:  August __, 2025

17                                                    _____

                                                      The Honorable
18                                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28                                              1