1  Ahilan T. Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
2  CENTER FOR IMMIGRATION LAW AND
   POLICY, UCLA SCHOOL OF LAW
3  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
4  Telephone: (310) 825-1029

5  Emilou MacLean (SBN 319071)
   emaclean@aclunc.org
6  Michelle (Minju) Y. Cho (SBN 321939)
   mcho@aclunc.org
7  Amanda Young (SBN 359753)
   ayoung@aclunc.org
8  ACLU FOUNDATION
   OF NORTHERN CALIFORNIA
9  39 Drumm Street
   San Francisco, CA 94111-4805
10 Telephone: (415) 621-2493
   Facsimile: (415) 863-7832
11
   Attorneys for Plaintiffs
12 *[Additional Counsel Listed on Next Page]*

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., and TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 25-cv-5687-TLT<br><br>**DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE**<br><br>Complaint Filed: July 7, 2025 |

DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE – CASE NO. 25-CV-5687-TLT

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong *(Pro Hac Vice)*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

# DECLARATION OF JESSICA KARP BANSAL

I, Jessica Karp Bansal, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am an attorney with the National Day Laborer Organizing Network and counsel of record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I file this Declaration in support of Plaintiffs' Administrative Motion for Order Shortening Time and Setting Schedule Re: Plaintiffs' Motion for Partial Summary Judgment and Motion for Leave to File Multiple Motions for Summary Judgment ("Motion for Order Shortening Time").

3. This matter pertains to the Department of Homeland Security's ("DHS") unlawful decision to terminate Temporary Protected Status ("TPS") for 60,000 people from Honduras, Nicaragua, and Nepal.

4. On July 31, 2025, this Court granted Plaintiffs' motion to postpone all three termination decisions until November 18, 2025. Dkt. 73. Defendants moved to stay that order. After this Court denied Defendants' request for a stay on August 8, 2025, Dkt. 87, the Ninth Circuit granted a stay of this Court's postponement order on August 20, 2025, Dkt. 96.

5. As a result of the Ninth Circuit stay order, the termination of Nepal's TPS designation has taken effect. Nepali TPS holders no longer have work authorization and are subject to detention and deportation. The terminations of Honduras and Nicaragua's TPS designations will go into effect on September 9, 2025, at which point Honduran and Nicaraguan TPS holders will lose their work authorization and become subject to detention and deportation.

6. Plaintiffs allege that the DHS Secretary's decisions to terminate are unlawful under the Administrative Procedure Act (APA) and the Anti-Discrimination guarantee of the Fifth Amendment's Due Process Clause, and must be set aside. Under the APA, Plaintiffs allege that (1) Defendants' termination decisions were arbitrary and capricious because they were not based on a review of country conditions as required by statute, but instead on a preordained, political decision to terminate TPS wholesale, and (2) that Defendants arbitrarily and capriciously failed to

1

DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE – CASE NO. 25-CV-5687-TLT

acknowledge or explain their departure from two decades of unbroken agency practice of providing at least a six-month orderly transition period when terminating a TPS designation.

7. Plaintiffs' Motion for Partial Summary Judgment seeks summary judgment only on Plaintiffs' second APA claim.

8. Unlike Plaintiffs' first APA claim, Plaintiffs' second APA claim is purely legal, and requires no further factual development. The Ninth Circuit's stay of this Court's Postponement Order does not bar this Court from entering partial summary judgment on that claim before September 9—when an additional (more than) 50,000 people will otherwise lose their right to live and work in this country under Defendants' illegal TPS terminations.

9. On August 22, 2025, my co-counsel Emilou MacLean emailed Defendants' counsel to request an accelerated briefing and hearing schedule for Plaintiffs' forthcoming Motion for Partial Summary Judgment and Motion for Leave to File Multiple Motions for Summary Judgment. On August 25, 2025, Defendants responded that they oppose accelerating briefing and hearing and stated that "If any hearing is to be held for [summary judgment] in September, it should happen on the date the Court already set aside on its calendar – September 16."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2025, in Claremont, California.

                                                 */s/ Jessica Karp Bansal*
                                                 Jessica Karp Bansal