UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., and TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 25-cv-05687-TLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE** |

This matter is before the Court on Plaintiffs' Administrative Motion for Order Shortening Time and Setting Schedule under Civ. L.R. 6-3 and L.R. 7-11 ("Request"), in connection with Plaintiffs' Motion for Partial Summary Judgment and Motion for Leave to File Multiple Motions for Summary Judgment, Dkts. 100 & 101. Having considered Plaintiffs' Request, the Court finds good cause and GRANTS the Request, and ORDERS that that parties file as follows:

- Defendants shall file their Responses to Plaintiffs' Motion for Partial Summary Judgment and Motion for Leave to File Multiple Motions for Summary Judgment by August 29, 2025 at 11:59 pm PST;
- Plaintiffs shall file their Replies in Support of their Motion for Partial Summary Judgment and Motion for Leave to File Multiple Motions for Summary Judgment, if any, by September 2, 2025 at 11:59 pm PST; and
- The Court will hear argument on the Motion for Partial Summary Judgment and Motion for Leave to File Multiple Motions for Summary Judgment on September 8, 2025, or, in alternative, at the Motion for Class Certification hearing already scheduled for September 16, 2025, at 11:00 am PST.

SO ORDERED.

Date: August __, 2025

The Honorable
UNITED STATES DISTRICT JUDGE