BRETT SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
WILLIAM H. WEILAND
Acting Assistant Director
LAUREN BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
ERIC SNYDERMAN
SHELBY WADE
DANIEL CAPPELLETTI
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*,<br><br>　　　　　　　Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**UNOPPOSED REQUEST FOR REMOTE APPEARANCE**<br><br>Judge: Hon. Trina L. Thompson |

1

Defendants respectfully request this Court to permit remote appearance of defense counsel at the hearing on Plaintiffs' Motion for Class Certification, scheduled for September 16, 2025, at 11:00 a.m. PDT. ECF No. 98. While Defendants will be providing a written response to the Court's questions, and believe the matter may be resolved on the written filings, counsel for Defendants, Daniel Cappelletti and William Weiland, have made arrangements to appear in person. However, travel to San Franscisco from Washington, D.C. will entail what adds up to three days out of the office, which complicates their ability to respond to other deadlines during this timeframe. Additionally, a technology conference in the city during these same travel dates has pushed lodging costs for hotels near the courthouse well beyond what is authorized for government travel. As a result, defense counsel have had to make reservations at lodging that is a substantial distance from the courthouse, further complicating their travel.

Plaintiffs' counsel have been consulted and have stated that while they intend to be present in person, they do not object to Defendants' request for an accommodation to appear remotely. Defense counsel acknowledge the short-fused nature of this request given their impending travel and appreciate the Court's indulgence.

Dated: September 12, 2025                               Respectfully submitted,

BRETT A. SHUMATE                                        /s/ *Daniel M. Cappelletti*
Assistant Attorney General                              DANIEL M. CAPPELLETTI
                                                        (DC Bar. No. 1672879)
YAAKOV M. ROTH                                          Trial Attorney
Deputy Assistant Attorney General                       U.S. Department of Justice, Civil Division
Civil Division                                          Office of Immigration Litigation
                                                        General Litigation and Appeals Section
WILLIAM H. WEILAND                                      P.O. Box 868, Ben Franklin Station
Acting Assistant Director                               Washington, DC 20044
                                                        Tel: (202) 353-2999
ERIC SNYDERMAN                                          daniel.cappelletti@usdoj.gov
LAUREN BRYANT
CATHERINE ROSS
SHELBY WADE
JEFFREY HARTMAN
Trial Attorneys                                         *Attorneys for Defendants*



**Good cause was not recited, Defendant shall appear in person.**    Dated: 9/12/2025

DENIED — Judge Trina L. Thompson

DEFS.' UNOPPOSED REQUEST FOR REMOTE APPEARANCE
No. 3:25-cv-5687
                                                        1