UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>        Defendants. | Case No. 25-cv-05687-TLT  (SK)<br><br>**ORDER REGARDING *IN CAMERA* REVIEW**<br><br>Regarding Docket No. 129 |

Defendants have withheld documents based on the deliberative process and attorney-client privileges. Plaintiffs contest that these documents were properly withheld. The Court HEREBY ORDERS that by no later than October 3, 2025, Plaintiffs shall identify twenty of the documents withheld by the deliberative privilege and provide that list to Defendants. By no later than October 7, 2025, Defendants shall provide those documents as well as the full set of the twenty documents withheld under the attorney-client privilege to the Court for *in camera* review by emailing them to skpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: October 1, 2025

_____
SALLIE KIM
United States Magistrate Judge