BRETT SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Deputy Assistant Attorney General
Civil Division
WILLIAM H. WEILAND
Acting Assistant Director
ERIC SNYDERMAN
LAUREN BRYANT
SHELBY WADE
CATHERINE ROSS
JEFFREY HARTMAN
DANIEL CAPPELLETTI
LORI MACKENZIE
ILANA KRAMER
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-5687<br><br>**DEFENDANTS' MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE IN APPROPRIATIONS**<br><br>Judge: Hon. Trina L. Thompson |

DEFS' MOTION FOR STAY OF PROCEEDINGS
3:25-CV-5687

| | |
|---|---|
| Dated: October 1, 2025 | Respectfully submitted, |
| | BRETT SHUMATE<br>Assistant Attorney General |
| | YAAKOV M. ROTH<br>Deputy Assistant Attorney General<br>Civil Division |
| | WILLIAM H. WEILAND<br>Acting Assistant Director |
| | ERIC SNYDERMAN<br>SHELBY WADE<br>DANIEL M. CAPPELLETTI<br>LAUREN BRYANT<br>CATHERINE ROSS<br>JEFFREY HARTMAN<br>LORI MACKENZIE<br>ILANA KRAMER<br>Trial Attorneys |
| | */s/ Lauren E. Bryant*<br>LAUREN E. BRYANT<br>Trial Attorney (NY Bar 5321880)<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 919-1366<br>Lauren.e.bryant@usdoj.gov<br>Attorneys for the Defendants |

DEFS' MOTION FOR STAY OF PROCEEDINGS
3:25-CV-5687

**MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of all proceedings in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Because Defendants will not agree to stay implementation of the termination of TPS for Honduras, Nepal, and Nicaragua until Congress restores funding, Plaintiffs are unable to agree to stay these proceedings until that time. Plaintiffs also request an opportunity to file opposition to the motion within 48 hours.

Therefore, although Defendants greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 2, 2025

1

Respectfully Submitted,

BRETT SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Deputy Assistant Attorney General

WILLIAM H. WEILAND
Acting Assistant Director

DANIEL CAPPELLETTI
CATHERINE ROSS
SHELBY WADE
ERIC SNYDERMAN
JEFFREY HARTMAN
ILANA KRAMER
LORI MACKENZIE
Trial Attorneys

*/s/ Lauren E. Bryant*
LAUREN E. BRYANT
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I, Lauren Bryant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 2, 2025                                    By: */s/ Lauren E. Bryant*
                                                              Lauren E. Bryant
                                                              Trial Attorney