Brett Shumate
Assistant Attorney General
Civil Division
Yaakov Roth
Principal Deputy Assistant Attorney General
William H. Weiland (MA Bar 661433)
Acting Assistant Director
Lauren Bryant (NY Bar 5321880)
Jeffrey Hartman (WA Bar 49810)
Daniel Cappelletti (DC Bar 1672879)
Shelby Wade (NY Bar 5696067)
Catherine Ross (DC Bar 9007404)
Eric Snyderman (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**NOTICE OF LODGING**<br><br>Magistrate Judge Sallie Kim |

In accordance with the Court's Order Regarding *In Camera* Review (ECF No. 130), Defendants submitted 20 documents for *in camera* review, along with associated privilege log entries and declarations supporting Defendants' deliberative process privilege invocations, on October 7, 2025. The declarations have been attached to this notice. *See* Rory Burke Decl., Ex. A; Angelica Alfonso-Royals Decl., Ex. B.

Date: October 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Acting Assistant Attorney General

WILLIAM H. WEILAND
Acting Assistant Director

ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
AMANDA B. SAYLOR
JEFFREY M. HARTMAN
SHELBY WADE
ILANA KRAMER
Trial Attorneys

/s/ *Daniel M. Cappelletti*
DANIEL M. CAPPELLETTI
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-2999
Daniel.Cappelletti@usdoj.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                 */s/ Daniel M. Cappelletti*
                                                 Daniel M. Cappelletti