Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO ADD CLASS COUNSEL**<br><br>Assigned to: Hon. Trina L Thompson<br><br>Complaint Filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (Admitted *Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitrán (SBN 302081)
ebitran@aclusocal.org
Diana Sánchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (Admitted *Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

1   Plaintiffs respectfully submit this unopposed motion to add Lauren Michel Wilfong as class counsel for Plaintiff Class. Good cause exists for this request, and Mx. Wilfong satisfies the requirements to represent the class under Federal Rule of Civil Procedure 23(g).

On October 2, 2025, this Court granted Plaintiffs' motion for class certification. Dkt. 134. The Court ordered that Ahilan Arulanantham be appointed as lead class counsel, and that Emilou MacLean, Eva Bitrán, Michelle, (Minju) Y. Cho, Diana Sánchez, Amanda Young, Jessica Karp Bansal, and Erik Crew be appointed as class co-counsel. *Id.* at 24-26, 29. Mx. Wilfong argued the class certification motion for Plaintiffs along with Ms. MacLean and Mx. Wilfong's qualifications are listed in the record at Dkt. 89-1 ¶¶9-12. *See also* Dkt. 89 at 12 (requesting appointment of undersigned counsel, including Mx. Wilfong, as class counsel). Plaintiffs believe the omission of Mx. Wilfong from the Court's order appointing class counsel may be due to Plaintiffs' own inadvertent oversight in omitting Mx. Wilfong from the proposed order submitted in support of Plaintiffs' motion for class certification. *See* Dkt. 89-5. Plaintiffs sincerely apologize to the Court for this error and respectfully request that the Court appoint Lauren Michel Wilfong as class co-counsel in this matter. Defendants do not oppose this request.

Date:   October 10, 2025                                    Respectfully submitted,

NATIONAL DAY LABORER
ORGANIZING NETWORK

 */s/* Jessica Karp Bansal
Jessica Karp Bansal
Lauren Michel Wilfong
(Admitted *Pro Hac Vice*)

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

Eva L. Bitrán
Diana Sánchez
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Emilou MacLean
Michelle (Minju) Y. Cho
Amanda Young
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Erik Crew (Admitted *Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE

Attorneys for Plaintiffs