UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., and TEOFILO MARTINEZ,<br><br>        Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No. 25-cv-5687-TLT<br><br>**[PROPOSED] ORDER APPOINTING ADDITIONAL CLASS CO-COUNSEL** |

|   |   |
|---|---|
| 1 | Good cause having been shown in Plaintiffs' Unopposed Motion to Add Class Co-Counsel, |
| 2 | this Motion is hereby granted. |
| 3 | Lauren Michel Wilfong is hereby appointed as class co-counsel. Mx. Wilfong will represent |
| 4 | Plaintiff classes along with lead class counsel Ahilan Arulanantham and class co-counsel Emilou |
| 5 | MacLean, Eva Bitrán, Michelle, (Minju) Y. Cho, Diana Sánchez, Amanda Young, Jessica Karp |
| 6 | Bansal, and Erik Crew. |
| 7 |   |
| 8 | IT IS SO ORDERED. |
| 9 |   |
| 10 | Date: October    , 2025 |

The Honorable Trina L. Thompson
UNITED STATES DISTRICT JUDGE