Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-5687<br><br>**EXHIBIT INDEX IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
diana.sanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.com
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
| 1 | Confirmation Hearing of Homeland Security Secretary Kristi Noem (Jan. 15, 2025) | 104:03-105:02 |
| 2 | NewsNation Video (Oct. 2, 2024) | 14:18-16:7 |
| 3 | Chris Cameron, *Vance Vows an End to Programs for Legal Immigrants*, N.Y. TIMES (Oct. 22, 2024) | 1-3 |
| 4 | DHS Press Release: Secretary Noem Rescinds Previous Administration's Extension of Haiti's Temporary Protected Status (Feb. 20, 2025) | 1 |
| 5 | CNN News Central, Transcript of Interview with Sec. Noem (Jan. 29, 2025) | 4-5 |
| 6 | State Department Travel Advisory: Afghanistan (May 10, 2025) | 1-3 |
| 7 | State Department Travel Advisory: Venezuela | 1-3 |
| 8 | State Department Travel Advisory: Honduras | 1-3 |
| 9 | State Department Travel Advisory: Nicaragua | 1-4 |
| 10 | State Department Travel Advisory: Syria | 1-2 |
| 11 | DHS Press Release: "DHS Terminating Temporary Protected Status for Afghanistan" (May 12, 2025) | 1 |
| 12 | DHS Press Release: "DHS Terminates TPS For Nicaragua: It Was Never Meant to Last 25 Years" | 1 |

|    |                                                                                                                                 |                                              |
|----|---------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------|
|    | (Jul. 7, 2025)                                                                                                                  |                                              |
| 13 | Department of Homeland Security social media post, May 19, 2025                                                                 | 1                                            |
| 14 | Secretary Kristi Noem social media post, March 20, 2020                                                                         | 1                                            |
| 15 | USCIS Decision Memo, Venezuela Extension, Jan. 9, 2025                                                                          | NTPSA2_000074-NTPSA2_000074_0010             |
| 16 | USCIS Decision Memo, Venezuela Termination, Jan. 31, 2025                                                                       | NTPSA2_000004-NTPSA2_000004_0005             |
| 17 | Emails within DHS with subject "For your review - Memo for USCIS TPS Haiti [sic] Notice," June 4, 2025                           | NTPSA2_00000257                              |
| 18 | USCIS Decision Memo, Nepal, signed by USCIS Director April 16, 2025; signed by DHS Secretary April 23, 2025                     | NTPSA2-00000026- NTPSA2-00000033             |
| 19 | Emails within DHS and USCIS with subject "Honduras and Nicaragua recommendations," April 8, 2025                                | NTPSA2_00002463                              |
| 20 | Email within USCIS with subject "RRU COI - Nicaragua and Honduras," April 8, 2025                                               | NTPSA2_00002462                              |
| 21 | USCIS RAIO Country Conditions Memo, Nepal, March 10, 2025                                                                       | Nepal AR000015- Nepal AR000025               |
| 22 | Emails between DHS and USCIS with subject "Nepal," March 11, 2025                                                               | NTPSA2_00000631                              |

| 23 | Emails within DHS with subject "For your review - Memo for USCIS TPS Nicaragua Notice," June 11, 2025 | NTPSA2_00001015 |
|---|---|---|
| 24 | Emails within DHS with subject "For your review - USCIS Notice for TPS Nepal," May 15, 2025 | NTPSA2_00000226- NTPSA2_00000227 |
| 25 | Emails within DHS with subject "[For CL/S1 Review] USCIS TPS Honduras Termination Notice (25-15068)," June 19, 2025 | NTPSA2_00001136 |
| 26 | Official Translation of Letter from Honduran Foreign Minister Eduardo Enrique Reina to DHS Secretary Kristi Noem, March 18, 2025 | NTPSA2_00001145- NTPSA2_00001146 |
| 27 | Emails within USCIS with subject "TPS Expiration Dates & DOS Reports Due," March 11, 2025 | NTPSA2_00002501- NTPSA2_00002502 |
| 28 | USCIS RAIO Country Conditions Memo, Honduras, March 21, 2025 | HondurasAR000008- HondurasAR000020 |
| 29 | USCIS OP&S Comparison of Conditions Memo, Honduras ("Honduras as TPS-Designated Country: Comparison of Country Conditions between Initial and Latest") | NTPSA2_0000095- NTPSA2_00000103 |
| 30 | Emails within USCIS with subject "Honduras and Nicaragua TPS," April 7 and 8, 2025 | NTPSA2_00002566 |
| 31 | Emails between DHS and USCIS with subject "TPS Expiration Dates & DOS Reports Due," March 10 and April 8, 2025 | NTPSA2_00002767 |
| 32 | State Department Recommendation, Nepal, January 16, 2025 (Former Secretary of State Blinken to Former DHS Secretary Mayorkas) | Nepal AR000006- Nepal AR000007 |

| 33 | Email between DHS and State Department with subject "TPS Nic," April 24, 2025 | NTPSA2_00003089 |
|---|---|---|
| 34 | Emails within DHS with subject "TPS Nepal - Draft memo," April 2, 2025 | NTPSA2_00000689 |
| 35 | State Department Recommendation, Honduras, April 8, 2025 | NTPSA2_00000167-NTPSA2_00000168 |
| 36 | Emails within USCIS with subject "Close-Hold: TPS Honduras & Nicaragua DM," April 24, 2025 | NTPSA2_00001398-NTPSA2_00001399 |
| 37 | Emails between DHS and USCIS with subject "TPS Honduras & Nicaragua DM for the DO," April 24, 2025 | NTPSA2_00001999 |
| 38 | Emails within DHS with subject "For S1 signature – USCIS TPS Nepal Notice," May 16 and June 1, 2025 | NTPSA2_00000338 |
| 39 | Emails within DHS with subject "FFOR: For S1 Decision – TPS Nepal (25-11611)," April 16, 2025 | NTPSA2-00000026 |
| 40 | State DepartmentCountry Conditions Memo, Nicaragua, November 19, 2024 ("Department of State Recommendation Regarding Temporary Protected Status (TPS) for Nicaragua") | NicaraguaAR000006-NicaraguaAR000017 |
| 41 | Emails within DHS with subject "Secretary of State letters to the Secretary of Homeland Security regarding TPS Terminations for Cameroon and Honduras," April 8, 2025 | NTPSA2_00002827 |
| 42 | USCIS RAIO Country Conditions Memo, Nicaragua, April 10, 2025 | Nicaragua AR000021-Nicaragua AR000036 |

| 43 | Emails within USCIS with subject "Outstanding RAIO RU RPS country condition reports," between February 25 and June 2, 2025 | NTPSA2_00002439-<br><br>NTPSA2_00002443 |
|---|---|---|
| 44 | Emails within USCIS with subject "TPS Country Report for Nicaragua," April 10, 2025 | NTPSA2_00002428 |
| 45 | USCIS Decision Memo, Nicaragua, dated and signed by USCIS Director May 1, 2025; signed by DHS Secretary Noem May 5, 2025 | NTPSA2_00001121-<br><br>NTPSA2_00001127 |
| 46 | Trial Transcript, Testimony of Former USCIS Director Leon Rodriguez, *Saget, et. al. v. Trump, et. al.*, No. 18-cv-1599 (E.D.N.Y. Jan. 8, 2019) | Trial Tr. at 210:4-215:2; 249:19—255:9. |
| 47 | State Department Recommendation, Nicaragua, November 19, 2024 (Former Secretary of State Blinken to Former DHS Secretary Mayorkas) | Nicaragua AR000018-<br><br>Nicaragua AR000021 |
| 48 | USCIS OP&S Comparison of Conditions Memo, Nicaragua ("Nicaragua as TPS-Designated Country: Comparison of Country Conditions between Initial and Latest") | Nicaragua AR000044-<br><br>Nicaragua AR000050 |
| 49 | State Department Country Conditions Memo, Nepal, December 20, 2024 | Nepal AR000008-<br><br>Nepal AR000014 |
| 50 | 2016 Decision Memo: Extension of Nicaragua's Designation for Temporary Protected Status, with Appendices | DPP_00003865-<br>DPP_00003869 (Decision Memo)<br><br>DPP_00003882-<br>DPP_00003884 (State Department Country |

| | | |
|---|---|---|
| | | Conditions Memo) |
| **51** | 2016 Decision Memo: Extension of El Salvador's Designation for Temporary Protected Status, with Appendices | DPP_00005404-DPP_00005408 (Decision Memo)<br><br>DPP_00005425-DPP_00005431 (State Department Country Conditions Memo) |
| **52** | Declaration of Leon Rodriguez, former Director of U.S. Citizenship and Immigration Services | 1-4 |
| **53** | Emails between DHS and State Department with subject "Afghanistan TPS letter reminder," March 13-April 7, 2025 | NTPSA2_00000776-NTPSA2_00000777 |
| **54** | Emails within USCIS with subject "Nicaragua DM," April 10, 2025 | NTPSA2_00001670 |
| **55** | USCIS Decision Memo, Honduras, dated and signed by USCIS Director May 1, 2025; signed by DHS Secretary Noem May 5, 2025 | NTPSA2-00000009-<br><br>NTPSA2-00000016 |