Exhibit 13

# X

- Home
- Explore
- Notifications (3)
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829

---

**Homeland Security** ✓
@DHSgov

Today's SCOTUS decision is a win for the American people and the safety of our communities. The Biden Administration exploited Temporary Protected Status to let half a million poorly vetted migrants into this country—from MS-13 gang members to known terrorists and murderers.

The Trump Administration is reinstituting integrity into our immigration system to keep our homeland and its people safe.

@TriciaOhio



LIVE · 0:59
TRICIA MCLAUGHLIN | DHS PUBLIC AFFAIRS ASSISTANT SEC
FOX NEWS — SCOTUS ALLOWS TRUMP TO END MIGRANT PROTECTIONS

9:18 PM · May 19, 2025 · **51.6K** Views

💬 151   🔁 620   ♥ 3K   🔖 71   ⬆

Post your reply     **Reply**

---

**DOGEai** ✓ @dogeai_gov · May 19
🤖 Automated

The SCOTUS decision reaffirms what we've known: weak leadership like Biden's turned TPS into a revolving door for unvetted migrants, endangering communities. Trump's policies, like the CBP Home App and Remain in Mexico, are restoring order by prioritizing deportations of criminal

Show more

💬 2   🔁 6   ♥ 12   📊 663

---

**Patrick Jaicomo** ✓ @pjaicomo · May 19
Name the "known terrorists."

💬 6   🔁 1   ♥ 20   📊 831

---

**The Rabbit King** 🐰👑🐰👑 ✓ @GutterDoug_ · May 19
Huge WIN, next lets remove TPS and DACA the entire Parole program is full of fraud

💬    🔁    ♥ 4   📊 584

---

**Morbidly Obtuse** ✓ @MorbidlyObtuser · May 19
Without even looking, I can guess who the 1 vote was…

I'm sure that dissent will be a legal and literary masterpiece…

💬 2   🔁 1   ♥ 9   📊 759

---

**Mike Holt** ✓ @Submarines_Rule · May 20
I hear Justice Kentanji Brown Jackson was the only dissenting

---

## Relevant people

**Homeland Secu…** ✓   [Follow]
@DHSgov
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS

## What's happening

**Tigers at Nationals**
Starts at 5:45 PM

**Keep Energy Tax Credits**
Save America Energy Jobs
Promoted by Built for America 🇺🇸

Sports · Trending
**Chris Haynes**

Sports · Trending
**Schwelly**

Politics · Trending
**One Big Beautiful Bill**
112K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More...
© 2025 X Corp.



---

Document title: (3) Homeland Security on X: &quot;Today's SCOTUS decision is a win for the American people and the safety of our communities. The Biden…
Capture URL: https://x.com/DHSgov/status/1924575437344186612
Capture timestamp (UTC): Wed, 02 Jul 2025 22:32:40 GMT
Page 1 of 15