Exhibit 14





Document title: (3) Secretary Kristi Noem on X: &quot;Met with Honduran Minister of Foreign Affairs @EnriqueReinaHN to discuss how to best work together on migratio…
Capture URL: https://x.com/Sec_Noem/status/1902870288921927870
Capture timestamp (UTC): Wed, 02 Jul 2025 22:31:45 GMT

Page 1 of 15