Exhibit 17

| | |
|---|---|
| From: | McDonald, Christina (OGC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EC91D2A23D6547D8861E5A6ECC2651BC-MCDONALD, C] |
| Sent: | 6/4/2025 4:34:57 PM |
| To: | Graham, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a41bac0585fd4c1e8d136ef3dc3c7a16-DAVID.GRAHA] |
| CC: | FOLLICK, JULIA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=39d68a260aeb4da3a2d7d01997d2560e-JULIA.S.FOL] |
| Subject: | FW: For your review - Memo for USCIS TPS Haiti Notice |
| Attachments: | S-1 Memo - TPS Honduras - to Joseph.docx; 6.3.25_TPS_FRN_Honduras final-clean.docx |

FYI

**Christina E. McDonald**
████████████ (mobile)
████████████████

---

**From:** McDonald, Christina (OGC)
**Sent:** Wednesday, June 4, 2025 4:35 PM
**To:** Mazzara, Joseph <████████████████████>
**Cc:** DOUGLAS, MACKENZIE <████████████████████>; JACKSON, KATELAND <████████████████████>; PERCIVAL, JAMES <████████████████████>
**Subject:** For your review - Memo for USCIS TPS Haiti Notice

Joseph:

Attached, for your review, is the memo for the USCIS **TPS Haiti Termination Notice**. I also attached the underlying notice.

This matter is time-sensitive because it is an Administration priority.

- On May 5, S1 made the decision to terminate TPS for Honduras. This notice announces that decision.

- The termination will go into effect 60 days after this notice publishes in the *Federal Register*.

Let me know if you have any questions. Thank you.

**Christina E. McDonald**
Associate General Counsel
  for Regulatory Affairs
U.S. Department of Homeland Security
████████████████

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

NTPSA2_00000257
NTPSA2_00000257