Exhibit 19

**Sent**:       4/8/2025 10:53:45 AM
**To**:         GUNDUZ, IHSAN ███████████████████████; Ridley, Sasha M [/o=ExchangeLabs/ou=Exchange Administrative
               Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=08164540ac5d4d65807c810fa5226bb1-Ridley, Sas]
**CC**:         Cutlip-Mason, Rená E [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso]
**Subject**:    RE: Honduras and Nicaragua recommendations

I'll respond to Sasha's email as well, but just confirming that we submitted the Honduras TPS COI report to HAD on March 24. For the Nicaragua TPS COI report, we need to complete our review and finalize the report, and we are working to get that to HAD by noon Thursday, 4/10.

Best,
Rebecca

**From:** GUNDUZ, IHSAN ███████████████████
**Sent:** Tuesday, April 08, 2025 10:35 AM
**To:** Ridley, Sasha M ███████████████████; Tanner, Rebecca S ███████████████████
**Cc:** Cutlip-Mason, Rená E ███████████████████
**Subject:** RE: Honduras and Nicaragua recommendations

Hi Sasha,

███████████████████████████████████████████████████████████████████

Ihsan Gunduz
*Acting* Deputy Assistant Secretary, Border and Immigration Policy
Office of Strategy, Policy, and Plans | Department of Homeland Security
(M): ████████████████
(O): █████████

**From:** Ridley, Sasha M ███████████████████
**Sent:** Tuesday, April 8, 2025 10:05 AM
**To:** GUNDUZ, IHSAN ███████████████████; Tanner, Rebecca S ███████████████████
**Cc:** Cutlip-Mason, Rená E ███████████████████
**Subject:** Honduras and Nicaragua recommendations

Hello, S1 needs to make a decision on Honduras and Nicaragua TPS by 5/4. **We have drafted decision memos for both countries** ███████████████████████████████████████████ Thanks very much, Sasha

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
████████████████████████████████
**Call:** ████████████   **Email:** ███████████████████

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION