Exhibit 20

| | |
|---|---|
| **From:** | Cutlip-Mason, Rená E [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=444ED8D5A6E94408AA13181A0C866672-CUTLIP-MASO] |
| **Sent:** | 4/8/2025 6:40:29 AM |
| **To:** | Tanner, Rebecca S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2ad5bc6e270c47ffb72149ca68464a2d-Tanner, Reb] |
| **Subject:** | RRU COI - Nicaragua and Honduras |
| **Flag:** | Follow up |

Hi Rebecca,

I wanted to check in about COI for Nicaragua and Honduras. We are currently prepping both DMs to circulate this week, but I am not sure we have the COI from RRU. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Do you have an ETA? Thanks, Rena

Rena E. Cutlip-Mason
Chief, Humanitarian Affairs Division
Office of Policy & Strategy
US Citizenship and Immigration Services
Phone (cell) ▓▓▓▓▓▓