Exhibit 21

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Refugee, Asylum and International Operations Directorate
5900 Capital Gateway Drive
Camp Springs, MD 20529



# Nepal: Temporary Protected Status (TPS) Country of Origin Information (COI) Considerations[1]

## Overview

An earthquake of magnitude 7.8 struck Nepal on April 25, 2015.[2] Estimates placed the quake's epicenter 77 to 81 kilometers (km) northwest of Kathmandu, Nepal's capital.[3] Dozens of aftershocks followed, including one of magnitude 7.3 on May 12, 2015.[4] According to early estimates, over 8 million people—roughly 25% to 33% of Nepal's population—were affected in 39 of Nepal's 77 districts. Over 2 million people lived in the 11 most critically hit districts. In these districts, half of the population was initially estimated to be affected.[5]

In 2016, data from the government of Nepal indicated that about 600,000 homes had been destroyed in the 2015 earthquake, and 280,000 more had been badly damaged.[6] Approximately 9,000 people were killed and "[w]hole towns, centuries-old temples and other historic sites were reduced to rubble then, with more than a million houses destroyed, at a cost to the economy of $6 billion."[7]

---

[1] The reporting period for this report is December 24, 2016, to March 10, 2025.
[2] More than 1900 killed by 7.8 magnitude quake in Nepal, Washington Post, Apr. 26, 2015, available at: https://www.washingtonpost.com/world/magnitude-79-earthquake-hits-densely-populated-area-of-nepal/2015/04/25/1c1b3f46-eb21-11e4-9a6a-c1ab95a0600b_story.html (last visited March 18, 2025).
[3] UN Nepal Earthquake Flash Appeal, U.N. Development Program, Jul. 28, 2017, available at: https://www.undp.org/publications/un-nepal-earthquake-flash-appeal.
[4] Deadly aftershock rocks Nepal, CBS News, May 14, 2015, available at: https://www.cbsnews.com/pictures/earthquake-rocks-nepal/ (last visited March 18, 2025).
[5] UN Nepal Earthquake Flash Appeal, U.N. Development Program, Jul. 28, 2017, available at: https://www.undp.org/publications/un-nepal-earthquake-flash-appeal (last visited March 18, 2025).
[6] One year after Nepal's devastating quake, victims still wait to rebuild, Christian Science Monitor, Apr. 25, 2016, available at: https://www.csmonitor.com/World/Asia-South-Central/2016/0425/One-year-after-Nepal-s-devastating-quake-victims-still-wait-to-rebuild (last visited March 18, 2025).
[7] Gopal Sharma, Nepal earthquake kills at least 128, toll could rise, officials say, Reuters, Nov. 4, 2023, available at: https://www.reuters.com/business/environment/nepal-hit-by-64-earthquake-felt-new-delhi-2023-11-03/ (last visited March 18, 2025).

The most recent earthquake to strike Nepal was the Jajarkot earthquake in November 3, 2023, which registered a magnitude of 6.4, killing over 100 people and injuring dozens, particularly in the western regions.[8] The western region is sparsely populated especially compared to the region hit in 2015. According to Reuters:

> At least 128 people were killed and dozens injured in Nepal when a strong earthquake struck the western area of Jajarkot, officials said on Saturday, as houses in the area collapsed and buildings as far as New Delhi in neighboring India shook. The quake occurred at 11:47 p.m. (1802 GMT) on Friday with a magnitude 6.4, Nepal's National Seismological Centre said. The German Research Centre for Geosciences measured the quake at 5.7, downgrading it from 6.2, while the U.S. Geological Survey pegged it at 5.6. The quake is the deadliest since 2015.[9]

The United Nations Resident Coordinator's Office (UNRCO) in Nepal issued a Situation Report on November 16, 2023, providing a situation overview and other information:

> After the initial magnitude 6.4 earthquake that struck the districts of Jajarkot, Rukum West and Salyan of Karnali Province in western Nepal on 3 November, a series of over 350 aftershocks further damaged already partially damaged homes and buildings, forcing people to sleep outside in freezing overnight temperatures. A week and a half after the initial earthquake, the Government-led life-saving phase of the response is concluding, with the Government and humanitarian partners now shifting their efforts to reconstruction and recovery with a focus on the winterization of transitional shelters for those that cannot return to their homes.
>
> According to the [National Emergency Operations Centre], by 15 November, approximately 62,000 homes were affected (35,455 partially damaged, 26,557 completely damaged) by the earthquake.[10]

In addition, Nepal encountered a major flash flooding event that struck the capital Kathmandu and other areas in September 2024.[11]

## 2015 Earthquake Recovery

In September 2024, the Government of Nepal Ministry of Home Affairs published a Nepal Disaster Report that focused on reconstruction, stating:

---

[8] U.N. Office for the Coordination of Humanitarian Affairs, Nepal: Earthquake – Nov 2023, available at: https://reliefweb.int/disaster/eq-2023-000214-npl (last visited March 18, 2025).
[9] Gopal Sharma, Nepal earthquake kills at least 128, toll could rise, officials say, Reuters, Nov. 4, 2023, available at: https://www.reuters.com/business/environment/nepal-hit-by-64-earthquake-felt-new-delhi-2023-11-03/ (last visited March 18, 2025).
[10] UNOCHA, Nepal: Western Nepal Earthquake 2023 – Situation Report No. 03, as of 16 November 2023, available at: https://reliefweb.int/report/nepal/nepal-western-nepal-earthquake-2023-situation-report-no-03-16-november-2023 (last visited March 18, 2025).
[12] Government of Nepal Ministry of Home Affairs, Nepal Disaster Report, September 2024, available at: https://bipad.gov.np/uploads/publication_pdf/Nepal_Disaster_Report_Final_2024.pdf (last visited March 18, 2025).

> Nepal's reconstruction and recovery efforts have rapidly evolved over the past six years, marked by significant achievements in rebuilding and restoring infrastructure through the 'Build Back Better' principle. This approach, which emphasizes resilience and owner-driven methods, has led to the reconstruction of over eight hundred thousand private houses. The comprehensive recovery and reconstruction activities following the 2015 earthquake have made substantial progress across various sectors. Specifically, out of the 833,821 damaged households, 736,767 have been successfully reconstructed, representing an impressive 88.36% completion rate. In the health sector, 925 of the 1,136 damaged facilities have been rebuilt, achieving an 81.43% completion rate.[12]

In August 2024, the Asian Development Bank (ADB) published a fact sheet highlighting its critical role in Nepal's recovery and development since the 2015 earthquake, with $5.9 billion in aid. Key projects include enhancing road infrastructure, strengthening public financial management, and rebuilding essential sectors like healthcare and education.[13] These initiatives have supported Nepal's economic growth and resilience, enabling sustainable development and improved disaster readiness.[14]

A study of reconstruction progress five years after the earthquake, published in March 2022, concluded the following:

> The National Reconstruction Authority (NRA) was established to lead the post-earthquake recovery and reconstruction and complete it within five years. Official reports from Nepalese government institutions, national and international authorities, government databases and research papers on the Gorkha earthquake were reviewed. The numbers of various infrastructures reconstructed and under construction each year after the earthquake and the reconstruction processes adopted are presented. *The results show that 67% of private houses, 74% of educational institutions and 58% of health facilities were reconstructed in the five years* (emphasis added).[15]

Similarly, as of April 2021, according to a disaster risk management analyst for the World Bank:

> Six years on, Nepal's post-earthquake housing reconstruction [was] nearly complete. Ninety-two percent of the targeted population [were] on track to move in refurbished and resilient houses. In the final reconstruction stretch, the teams mobilized by Nepal Reconstruction Authority (NRA) under the World Bank-supported Nepal Earthquake

---

[12] Government of Nepal Ministry of Home Affairs, Nepal Disaster Report, September 2024, available at: https://bipad.gov.np/uploads/publication_pdf/Nepal_Disaster_Report_Final_2024.pdf (last visited March 18, 2025).
[13] Asian Development Bank, Asian Development Bank and Nepal: Fact Sheet, August 2024, available at: https://www.adb.org/publications/nepal-fact-sheet (last visited March 18, 2025).
[14] Asian Development Bank, Asian Development Bank and Nepal: Fact Sheet, August 2024, available at: https://www.adb.org/publications/nepal-fact-sheet (last visited March 18, 2025).
[15] Prabin Acharya et al, Reviewing the progress of reconstruction five years after the 2015 Gorkha earthquake, Nepal, Building Research & Information, Vol. 50, Issue 6, 2022, available at: https://www.tandfonline.com/doi/abs/10.1080/09613218.2022.2043139 (last visited March 18, 2025).

> Housing Reconstruction Project (EHRP) [were] ensuring that all vulnerable residents in earthquake-affected areas get a roof over their heads.[16]

The World Bank-supported EHRP was the largest financial supporter of the NRA, which built over 700,000 earthquake-resilient houses. As the World Bank explained the situation in December 2021:

> The EHRP provided full/partial housing grant support to build over 300,000 earthquake resilient houses through the development of technical guidelines and inspection systems, skills development for communities, and operationalization of accountability mechanisms. With this, the EHRP remained the largest financial support to the Government of Nepal's umbrella Housing Reconstruction Program, which built over 700,000 earthquake resilient houses.
>
> In December 2021, the NRA will end its tenure following the International Conference on Nepal's Reconstruction (ICNR2021) on December 7-9, 2021.[17]

On December 23, 2021, the NRA ceased to exist, having handed over its remaining responsibilities and resources to other designated bodies of the Nepal government.[18]

In November 2020, the International Journal of Disaster Risk Reduction published a survey study of the speed and quality of recovery after Nepal's 2015 earthquake:

> The [survey] results highlight that *the economy recovered in three years, that 90% of people were back in their homes after four years and that infrastructure and non-domestic constructions took five years to rebuild and repair* (emphasis added). Overall, respondents felt the quality of housing and earthquake safety were better. They also thought the public's awareness of earthquake risk had increased.[19]

---

[16] Sulochana Nepali, Nepal strives to leave no one behind in earthquake reconstruction, World Bank Blogs – End Poverty in South Asia, April 25, 2021, available at: https://blogs.worldbank.org/endpovertyinsouthasia/nepal-strives-leave-no-one-behind-earthquake-reconstruction (last visited March 18, 2025).

[17] Lessons in Earthquake Reconstruction: Five Proven Approaches from Nepal, The World Bank, Dec. 1, 2021, available at: https://www.worldbank.org/en/news/feature/2021/12/01/lessons-in-earthquake-reconstruction-five-proven-approaches-from-nepal#:~:text=The%20World%20Bank's%20Earthquake%20Housing,million%20Multi%2Ddonor%20Trust%20Fund (last visited March 18, 2025). *See also*, Resource Guide: Nepal's Journey from Post-Earthquake Reconstruction to Resilience, The World Bank, available at: https://www.worldbank.org/en/country/nepal/brief/post-earthquake-reconstruction-in-nepal (last visited March 18, 2025).

[18] NRA's term comes to an end, The Himalayan Times, Dec. 24. 2021, available at: https://thehimalayantimes.com/nepal/nras-term-comes-to-an-end (last visited March 18, 2025).

[19] Stephen Platt et al, Speed and quality of recovery after the Gorkha Earthquake 2015 Nepal, International Journal of Disaster Risk Reduction, Vol. 50, Nov. 2020, available at: https://www.sciencedirect.com/science/article/pii/S2212420920303332#:~:text=The%20results%20highlight%20that%20the,years%20to%20rebuild%20and%20repair (last visited March 18, 2025).

On April 24, 2020, the ADB published a video showcasing its reconstruction of 162 resilient schools in Nepal, benefiting over 60,000 students after the 2015 earthquake.[20] These schools provide safe learning spaces, disaster preparedness training, and improved facilities, creating a secure educational environment ready for future emergencies.[21]

On June 30, 2018, the British Red Cross (BRC) published a final evaluation report of the Nepal Earthquake Recovery Program. The report concluded, "Especially considering the contextual and operational challenges, the program appears to *have achieved significant progress towards helping targeted communities recover* (emphasis added)."[22]

## 2023/2024 Earthquake and Flooding Impacts and Recovery

### Housing and Shelter

According to the UN, the November 2023 earthquake in the western area of Jajarkot district in Karnali Province, impacted nine districts, including Jajarkot, Jumla, Rukum West, Rukum East, Dolpa, Kalikot, Dailekh, Surkhet, and Salyan.[23] It affected approximately 250,000 people, including approximately 80,000 children, and resulted in over 100 fatalities and over 300 injuries.[24] By November 7, 2023, over 10,000 people had been displaced, and satellite data estimated that 1.3 million people were exposed to the earthquake's impact.[25]

Three months into the recovery in February 2024, UNICEF reported that around 200,000 people, including 68,000 children, have been living in temporary shelters and continue to rely on humanitarian aid for their basic needs as a direct result of the 2015 earthquake.[26] According to UNICEF, these shelters often lacked sufficient insulation and protection from the elements, leaving families exposed to severe winter conditions.[27] To address these needs, UNICEF and its

---

[20] Asian Development Bank, Building a Better Future – Five Years after the Nepal Earthquake, Video, 24 April 2020, available at:  https://www.adb.org/news/videos/building-better-future-five-years-after-nepal-earthquake (last visited March 18, 2025).

[21] Asian Development Bank, Building a Better Future – Five Years after the Nepal Earthquake, Video, 24 April 2020, available at:  https://www.adb.org/news/videos/building-better-future-five-years-after-nepal-earthquake (last visited March 18, 2025).

[22] International Recovery Platform, Final Evaluation: Nepal Earthquake Recovery Programme, Jun. 2018, available at: https://recovery.preventionweb.net/publication/final-evaluation-nepal-earthquake-recovery-programme (last visited March 18, 2025).

[23] Assessment Capacities Project, Nepal:Earthquake in Jajarkot District, Nov. 10, 2023, available at : https://www.acaps.org/en/countries/archives/detail/nepal-earthquake-in-jajarkot-district (last visited March 18, 2025).

[24] Assessment Capacities Project, Nepal:Earthquake in Jajarkot District, Nov. 10, 2023, available at : https://www.acaps.org/en/countries/archives/detail/nepal-earthquake-in-jajarkot-district (last visited March 18, 2025).

[25] Assessment Capacities Project, Nepal:Earthquake in Jajarkot District, Nov. 10, 2023, available at : https://www.acaps.org/en/countries/archives/detail/nepal-earthquake-in-jajarkot-district (last visited March 18, 2025).

[26] UNICEF, 68,000 children affected by Nepal earthquake still need urgent assistance, UNICEF, Feb. 11, 2024, available at: https://www.unicef.org/press-releases/68000-children-affected-nepal-earthquake-still-need-urgent-assistance-unicef (last visited March 18, 2025).

[27] UNICEF, 68,000 children affected by Nepal earthquake still need urgent assistance, UNICEF, Feb. 11, 2024, available at: https://www.unicef.org/press-releases/68000-children-affected-nepal-earthquake-still-need-urgent-assistance-unicef (last visited March 18, 2025).

partners distributed essential supplies, including tarpaulins, blankets, medical tents, and hygiene kits, to support affected families.[28] According to a Joint Recovery Action Plan (JRAP) Western Nepal Earthquake InfoSheet, "Communities are provided with access to shelter assistance packages and socio-technical support to households rebuilding their homes."[29]

Flash floods in late September 2024 further impacted populations in Nepal. The heavy rains, which began on 27 September and lasted for more than 72 hours, resulted in some of the most intense rainfall in over half a century, causing widespread damage.[30] The floods severely impacted 44 out of Nepal's 77 districts, leading to extensive damage to houses, schools, and hospitals, particularly in the southern parts of Kathmandu.[31] In addition, critical infrastructure, including bridges and roads, was severely disrupted, and telecommunications networks were affected.[32] The UN estimates that around 7,600 families have been severely affected, with many residing in informal settlements that were washed away.[33] Azmat Ullah, head of the International Federation of Red Cross and Red Crescent Societies (IFRC) Nepal office, stated that at the time of the floods, "there [were] still many villages which [were] isolated due to impassable roads and broken bridges." He noted that the Nepal Red Cross and IFRC had been "coordinating with the local authorities to clean roads and access people in need," emphasizing the logistical challenges of delivering aid.[34]

### Water and Sanitation

The November 2023 earthquake and the September 2024 flash floods damaged Nepal's water supply infrastructure, especially in rural and mountainous regions.[35] These events led to disruptions in water systems, with many areas experiencing limited access to safe drinking water.[36] Reports indicate that widespread flooding and subsequent landslides impacted water supply infrastructure, leaving many without reliable access to clean water.[37] As of February 2024, prior

---

[28] UNICEF, 68,000 children affected by Nepal earthquake still need urgent assistance, UNICEF, Feb. 11, 2024, available at: https://www.unicef.org/press-releases/68000-children-affected-nepal-earthquake-still-need-urgent-assistance-unicef (last visited March 18, 2025).
[29] ReliefWeb, JRAP InfoSheet – Joint Recovery Action Plan (JRAP) Western Nepal Earthquake, February 23, 2025, available at https://reliefweb.int/report/nepal/jrap-infosheet-joint-recovery-action-plan-jrap-western-nepal-earthquake (last visited March 18, 2025).
[30] UN News, Nepal: Hundreds killed as 'unprecedented' flash floods strike capital Kathmandu, United Nations, 1 Oct. 2024, available at: https://news.un.org/en/story/2024/10/1155246 (last visited March 18, 2025).
[31] UN News, Nepal: Hundreds killed as 'unprecedented' flash floods strike capital Kathmandu, United Nations, 1 Oct. 2024, available at: https://news.un.org/en/story/2024/10/1155246 (last visited March 18, 2025).
[32] UN News, Nepal: Hundreds killed as 'unprecedented' flash floods strike capital Kathmandu, United Nations, 1 Oct. 2024, available at: https://news.un.org/en/story/2024/10/1155246 (last visited March 18, 2025).
[33] UN News, Nepal: Hundreds killed as 'unprecedented' flash floods strike capital Kathmandu, United Nations, 1 Oct. 2024, available at: https://news.un.org/en/story/2024/10/1155246 (last visited March 18, 2025).
[34] UN News, Nepal: Hundreds killed as 'unprecedented' flash floods strike capital Kathmandu, United Nations, 1 Oct. 2024, available at: https://news.un.org/en/story/2024/10/1155246 (last visited March 18, 2025).
[35] UN Joint Recovery Action Plan, Joint Recovery Action Plan – Western Nepal Earthquake, United Nations, Feb. 19, 2024, available at: https://nepal.un.org/en/270265-joint-recovery-action-plan-western-nepal-earthquake (last visited March 18, 2025).
[36] UN Joint Recovery Action Plan, Joint Recovery Action Plan – Western Nepal Earthquake, United Nations, Feb. 19, 2024, available at: https://nepal.un.org/en/270265-joint-recovery-action-plan-western-nepal-earthquake (last visited March 18, 2025).
[37] UN Joint Recovery Action Plan, Joint Recovery Action Plan – Western Nepal Earthquake, United Nations, Feb. 19, 2024, available at: https://nepal.un.org/en/270265-joint-recovery-action-plan-western-nepal-earthquake (last visited March 18, 2025).

to the flash floods, concerns over health risks had already been raised due to inadequate sanitation, with increased cases of waterborne diseases such as cholera and diarrhea in affected regions.[38] Efforts to restore these essential services were challenged at the time by logistical obstacles, including difficult terrain, harsh weather, ongoing aftershocks, and recurring natural hazards.[39] The Joint Recovery Action Plan (Feb. 2024) highlighted the urgent need for water, sanitation, and hygiene (WASH) interventions, emphasizing the necessity of 'critical WASH supplies'.[40] These efforts include distributing life-saving supplies such as tarpaulins, blankets, medical tents, recreational and educational kits, and hygiene materials to communities in temporary shelters, especially in the most impacted regions.[41] However, limited access to clean water remained a persistent issue for families residing in temporary shelters as a result of the flooding, as they continue to face health risks associated with waterborne diseases.[42]

### Food Security

The November 2023 Jajarkot earthquake impacted Nepal's food security. According to the Joint Recovery Action Plan related to the Jajarkot earthquake, over 62,011 households were affected by the disasters, which led to disruptions in agricultural production and subsistence farming in remote and vulnerable regions.[43] The Joint Recovery Action plan in February 2024 reported that affected families in these areas, already struggling with food scarcity and poverty, faced additional challenges due to widespread damage to infrastructure and the displacement of many households.[44]

### Medical Care

According to the World Health Organization, Surkhet Province Hospital received over 40 patients for treatment following the November 2023 Jajarkot earthquake. Due to early preparedness efforts, the hospital had stockpiled essential medicines, designated treatment areas, and allocated human

---

[38] UN Joint Recovery Action Plan, Joint Recovery Action Plan – Western Nepal Earthquake, United Nations, Feb. 19, 2024, available at: https://nepal.un.org/en/270265-joint-recovery-action-plan-western-nepal-earthquake (last visited March 18, 2025).
[39] UN Joint Recovery Action Plan, Joint Recovery Action Plan – Western Nepal Earthquake, United Nations, Feb. 19, 2024, available at: https://nepal.un.org/en/270265-joint-recovery-action-plan-western-nepal-earthquake (last visited March 18, 2025).
[40] UN Joint Recovery Action Plan, Joint Recovery Action Plan – Western Nepal Earthquake, United Nations, Feb. 19, 2024, available at: https://nepal.un.org/en/270265-joint-recovery-action-plan-western-nepal-earthquake (last visited March 18, 2025).
[41] UNICEF, 68,000 children affected by Nepal earthquake still need urgent assistance, UNICEF, Feb 11, 2024, available at: https://www.unicef.org/press-releases/68000-children-affected-nepal-earthquake-still-need-urgent-assistance-unicef (last visited March 18, 2025).
[42] UN News, Flash Floods in Kathmandu: Humanitarian Response and Damage Assessment, United Nations, 1 Oct. 2024, available at: https://news.un.org/en/story/2024/10/1155246 (last visited March 18, 2025).
[43] UN Joint Recovery Action Plan, Joint Recovery Action Plan – Western Nepal Earthquake, United Nations, Feb. 19, 2024, available at: https://nepal.un.org/en/270265-joint-recovery-action-plan-western-nepal-earthquake (last visited March 18, 2025).
[44] UN Joint Recovery Action Plan, Joint Recovery Action Plan – Western Nepal Earthquake, United Nations, Feb. 19, 2024, available at: https://nepal.un.org/en/270265-joint-recovery-action-plan-western-nepal-earthquake (last visited March 18, 2025).

resources, allowing for swift triage and patient management.[45] The Emergency Medical Team, deployed to district hospitals, facilitated onsite triage and prioritized patient transfers. Patients requiring immediate treatment were referred to hospitals, while those with minor injuries were managed locally, resulting in reduced caseloads and optimized quality care.[46] Under the Recovery Strategy and Priorities of the Joint Recovery Action Plan, efforts were directed towards equipping hospitals with mobile medical units and distributing essential medical supplies. [47]

### Education

According to UNICEF, the November 2023 Jajarkot earthquake damaged nearly 898 school buildings, with 294 fully destroyed and 604 partially impacted, disrupting the education of approximately 134,000 school-aged children.[48] By February 2024, over 17,000 children had resumed schooling through temporary learning centers established with UNICEF's support, providing a safe learning environment until permanent repairs could be completed.[49] Additionally, UNICEF facilitated emergency vaccination campaigns to mitigate the risk of post-disaster disease outbreaks.[50] Plans were also underway to reconstruct fully damaged schools and repair classrooms, with emphasis on ensuring access to essential facilities such as WASH (water, sanitation, and hygiene) services to safeguard student well-being.[51]

### Return to Nepal

Nepal has undergone recovery and reconstruction efforts since the 2015 earthquake, which displaced many citizens and prompted emigration out of Nepal due to safety and economic concerns. By March 2023, the country has made progress in rebuilding disaster-resilient housing,

---

[45] World Health Organization, Recent Jajarkot Earthquake Highlights the Importance of Equipping Hospitals with Hospital Disaster Preparedness and Response Plan, December 26, 2023, available at: https://www.who.int/nepal/news/detail/26-12-2023-recent-jajarkot-earthquake-highlights-the-importance-of-equipping-hospitals-with-hospital-disaster-preparedness-and-response-plan (last visit March 18, 2025).
[46] World Health Organization, Recent Jajarkot Earthquake Highlights the Importance of Equipping Hospitals with Hospital Disaster Preparedness and Response Plan, December 26, 2023, available at: https://www.who.int/nepal/news/detail/26-12-2023-recent-jajarkot-earthquake-highlights-the-importance-of-equipping-hospitals-with-hospital-disaster-preparedness-and-response-plan (last visit March 18, 2025).
[48] UNICEF, 68,000 children affected by Nepal earthquake still need urgent assistance, UNICEF, Feb. 11, 2024, available at: https://www.unicef.org/press-releases/68000-children-affected-nepal-earthquake-still-need-urgent-assistance-unicef (last visited March 18, 2025).
[48] UNICEF, 68,000 children affected by Nepal earthquake still need urgent assistance, UNICEF, Feb. 11, 2024, available at: https://www.unicef.org/press-releases/68000-children-affected-nepal-earthquake-still-need-urgent-assistance-unicef (last visited March 18, 2025).
[49] UNICEF, 68,000 children affected by Nepal earthquake still need urgent assistance, UNICEF, Feb. 11, 2024, available at: https://www.unicef.org/press-releases/68000-children-affected-nepal-earthquake-still-need-urgent-assistance-unicef (last visited March 18, 2025); see also UN Joint Recovery Action Plan, Joint Recovery Action Plan – Western Nepal Earthquake, United Nations, Feb. 19, 2024, available at: https://nepal.un.org/en/270265-joint-recovery-action-plan-western-nepal-earthquake (last visited March 18, 2025) (on restoring access to education).
[50] UNICEF, 68,000 children affected by Nepal earthquake still need urgent assistance, UNICEF, Feb. 11, 2024, available at: https://www.unicef.org/press-releases/68000-children-affected-nepal-earthquake-still-need-urgent-assistance-unicef (last visited March 18, 2025).
[51] UN Joint Recovery Action Plan, Joint Recovery Action Plan – Western Nepal Earthquake, United Nations, Feb. 19, 2024, available at: https://nepal.un.org/en/270265-joint-recovery-action-plan-western-nepal-earthquake (last visited March 18, 2025).

infrastructure, and community systems, creating a safer and more stable environment for returnees.[52] The Nepal Earthquake Housing Reconstruction Project, supported by the World Bank, has facilitated the construction of over 300,000 earthquake-resilient homes, ensuring safer living conditions.[53]

Under International Organization for Migration (IOM) Nepal's Assisted Voluntary Return And Reintegration program:

> IOM Nepal provides comprehensive support to migrants, including those returning voluntarily, victims of trafficking (VoTs), and other vulnerable groups. Through the Assisted Voluntary Return and Reintegration (AVRR) initiative, IOM ensures safe and dignified returns while offering tailored reintegration assistance, such as livelihood training, enterprise creation, and psychosocial support. For VoTs, specialized care is provided, including rescue, rehabilitation, and legal aid. Additionally, IOM supports returnees with health care services and educational continuity for children, promoting sustainable reintegration and reducing the risk of force[d] re-migration.[54]

Helvetas Swiss Intercooperation (HELVETAS) in Nepal also provides assistance to returnees. It "… supports employment service centers which are located in each municipality across Nepal to collaborate with various institutions, such as banks, other NGOs, and companies to offer the returnees help in finding jobs, starting small businesses, further training, financial literacy and the opportunity to certify skills acquired abroad." [55]

## Freedom of Movement

The Constitution of Nepal (2019) Article 11(2)(d) provides citizens with "freedom to move to or reside in any part of Nepal." [56] In addition, the National Policy on Disaster Risk Reduction (2018) emphasizes the need for relocation and rehabilitation of disaster-affected communities.[57] The

---

[52] World Bank, Nepal – Earthquake Housing Reconstruction Project: Final Implementation Review and Support, March 2023, available at: https://documents.worldbank.org/en/publication/documents-reports/documentdetail/099050823052022936/p1559690634ae900f08b5d062bf08a958f6 (last visited March 18, 2025).

[53] World Bank, Nepal – Earthquake Housing Reconstruction Project: Final Implementation Review and Support, March 2023, available at: https://documents.worldbank.org/en/publication/documents-reports/documentdetail/099050823052022936/p1559690634ae900f08b5d062bf08a958f6 (last visited March 18, 2025).

[54] International Organizational for Migration (IOM) Nepal, available at: https://nepal.iom.int/assisted-voluntary-return-and-reintegration-avrr#:~:text=Under%20its%20Migrant%20Protection%20and,risk%20of%20force%20re%2Dmigration (last visited March 18, 2025).

[55] Helvetas Swiss Intercooperation (HELVETAS), available at : https://www.helvetas.org/en/switzerland/what-we-do/how-we-work/our-projects/asia/nepal/nepal-remigration#:~:text=Strenghten%20offers%20for%20returnees,to%20make%20them%20better%20known (last visited March 18, 2025)

[56] Constitution of Nepal (2019), available at: https://himalaya.socanth.cam.ac.uk/collections/rarebooks/downloads/Nepal_1962_Constitution_English.pdf (last visited March 18, 2025)

[57] Reliefweb, National Policy for Disaster Risk Reduction 2018, May 9, 2021, available at: https://reliefweb.int/report/nepal/national-policy-disaster-risk-reduction-2018-enne (last visited March 18, 2025)

Disaster Risk Reduction and Management Act of 2017 provides a framework for managing disaster-induced displacement, including temporary relocation and rehabilitation.[58]

## Economy

Nepal's Gross Domestic Product is projected to grow by 4.9% in 2025, up from 3.9% in 2024. This growth is attributed to several factors, including robust agricultural outputs, a surge in tourist arrivals, increased electricity production, and a more accommodative monetary policy.[59] In its press release of January 21, 2025, the International Monetary Fund (IMF) reported that the Nepali authorities and the IMF team reached staff-level agreement, subject to approval by the IMF Executive Board, to grant Nepal access to about $40.6 million in financing.[60] In addition, the IMF noted that "[f]ollowing disruptions from recent floods, the recovery is expected to strengthen in the second half of FY2024/25, supported by stronger public capital expenditure, including on post-flood recovery and reconstruction efforts."[61] The IMF further noted: "The authorities are making progress on key structural reforms to improve the anti-money laundering framework, reduce fiscal risks, and strengthen the financial sector."[62]

During a December 2024 interview, Nepal's Finance Minister Bishnu Prasad Paudel highlighted the country's economic recovery, citing the implementation of over 90% of the government's 100-day action plan.[63] He noted improvements in remittances, bank liquidity, and foreign reserves while addressing past challenges like high capital expenditure arrears and declining industrial production. The government is focused on restoring investor confidence, supporting entrepreneurship, and reviving closed industries. Paudel emphasized Nepal's commitment to economic stability and growth, positioning the country as a favorable investment destination with long-term financial reforms and private sector cooperation.[64]

---

[58] Government of Nepal Ministry of Home Affairs, Disaster Risk Reduction and Management Act 2019, available at: https://bipad.gov.np/uploads/publication_pdf/DRRM_Act_and_Regulation_english.pdf (last visited March 18, 2025).

[59] The Rising Nepal, January 9, 2025, available at: https://risingnepaldaily.com/news/55110 (last visited March 18, 2025).

[60] International Monetary Fund Press Release No. 25/009, Nepal: IMF Reaches Staff-level Agreement on 5th Review Under the Extended Credit Facility, January 21, 2025, available at: https://www.imf.org/en/News/Articles/2025/01/21/pr-25009-nepal-imf-reaches-agreement-on-5th-review-under-the-ecf (last visited March 18, 2025).

[61] International Monetary Fund Press Release No. 25/009, Nepal: IMF Reaches Staff-level Agreement on 5th Review Under the Extended Credit Facility, January 21, 2025, available at: https://www.imf.org/en/News/Articles/2025/01/21/pr-25009-nepal-imf-reaches-agreement-on-5th-review-under-the-ecf (last visited March 18, 2025).

[62] International Monetary Fund Press Release No. 25/009, Nepal: IMF Reaches Staff-level Agreement on 5th Review Under the Extended Credit Facility, January 21, 2025, available at: https://www.imf.org/en/News/Articles/2025/01/21/pr-25009-nepal-imf-reaches-agreement-on-5th-review-under-the-ecf (last visited March 18, 2025).

[63] Nepal News, December 12, 2024, available at: https://nepalnews.com/s/politics/interview-economy-on-recovery-path-country-will-make-a-leap-towards-prosperity-in-this-term-itself-says-dpm-and-finance-minister-paudel/ (last visited March 18, 2025).

[64] Nepal News, December 12, 2024, available at: https://nepalnews.com/s/politics/interview-economy-on-recovery-path-country-will-make-a-leap-towards-prosperity-in-this-term-itself-says-dpm-and-finance-minister-paudel/ (last visited March 18, 2025).

### Infrastructure

In September 2024, the Government of Nepal Ministry of Home Affairs published a Nepal Disaster Report that focus on reconstruction and resilience in which it stated that "Nepal's reconstruction and recovery efforts have rapidly evolved over the past six years, marked by significant achievements in rebuilding and restoring infrastructure…"[65]

### Tourism

The Government of Nepal's Ministry of Culture, Tourism, and Civil Aviation provide insights into the country's tourism industry for 2024. According to the Ministry, Nepal welcomed a total of 1,014,871 tourists in 2024, with 914,270 arriving by air and 100,612 by land. Regarding the purpose of visit, 634,301 tourists visited for holiday/pleasure, 132,949 for pilgrimage, 154,262 for trekking, and 93,370 for other reasons.[66]

By April 2021, six years after the 2015 earthquake, a reconstruction progress report indicated that about 67% of private homes, 74% of educational institutions, and 58% of health facilities had been reconstructed.[67]

In August 2024, the Asian Development Bank (ADB) published a report emphasizing the need for continued infrastructure investment in Nepal, especially in critical areas like healthcare, education, and transportation networks (particularly improved roads).[68] The ADB report detailed $5.9 billion in support since the earthquake, underscoring the importance of resilient infrastructure in fostering economic stability and community wellbeing.[69]

Most recently, in September 2024, the Government of Nepal Ministry of Home Affairs published a Nepal Disaster Report that focus on reconstruction and resilience in which it reported that "Nepal's reconstruction and recovery efforts have rapidly evolved over the past six years, marked by significant achievement in rebuilding and restoring infrastructure…"[70]

---

[65] Government of Nepal Ministry of Home Affairs, Nepal Disaster Report, September 2024, available at: https://bipad.gov.np/uploads/publication_pdf/Nepal_Disaster_Report_Final_2024.pdf (last visited March 9, 2025).

[66] Government of Nepal, Ministry of Culture, Tourism and Civil Aviation, Facts 2024, available at: https://www.tourism.gov.np (last visited March 18, 2025)

[67] Prabin Acharya et al, Reviewing the progress of reconstruction five years after the 2015 Gorkha earthquake, Nepal, Building Research & Information, Vol. 50, Issue 6, 2022, available at: https://www.tandfonline.com/doi/abs/10.1080/09613218.2022.2043139 (last visited March 18, 2025.)

[68] Asian Development Bank, Asian Development Bank and Nepal: Fact Sheet, August 2024, available at: https://www.adb.org/publications/nepal-fact-sheet (last visited March 18, 2025).

[69] Asian Development Bank, Asian Development Bank and Nepal: Fact Sheet, August 2024, available at: https://www.adb.org/publications/nepal-fact-sheet (last visited March 18, 2025).

[70] Government of Nepal Ministry of Home Affairs, Nepal Disaster Report, September 2024, available at: https://bipad.gov.np/uploads/publication_pdf/Nepal_Disaster_Report_Final_2024.pdf (last visited March 18, 2025).