Exhibit 22

**From:**       Calkins, Aaron L ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:**        3/11/2025 5:10:28 PM
**To:**          LAW, ROB [/o=ExchangeLabs/ou=Exchange Administrative Group
                 (FYDIBOHF23SPDLT)/cn=Recipients/cn=e64aaea5081b41d783d9868ebf048ff3-fe62cbe9-36]
**Subject:**    Nepal
**Attachments:**  Nepal Country Conditions Report 2025.pdf; 2025000316-FD.pdf

See attached.

Aaron L. Calkins
Chief of Staff
Office of the Director
U.S. Citizenship and Immigration Services
Cell: ▮▮▮▮▮▮▮▮▮

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION