Exhibit 23

| | |
|---|---|
| **From**: | Mazzara, Joseph [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=91FE3A8DB9DE4DA988710BDDC9929926-AB23ED8A-A7] |
| **Sent**: | 6/11/2025 10:03:34 AM |
| **To**: | McDonald, Christina (OGC) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ec91d2a23d6547d8861e5a6ecc2651bc-McDonald, C] |
| **CC**: | JACKSON, KATELAND [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ef4fdeb0f4042969414fb320a81e1be-9dd5d3a0-34]; DOUGLAS, MACKENZIE [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=396b04ac0a024c55864a5cdb44541f2f-f1078b32-00] |
| **Subject**: | Re: For your review - Memo for USCIS TPS Nicaragua Notice |

Cleared for autopen.

---

**From:** McDonald, Christina (OGC) <███████████████████████>
**Sent:** Wednesday, June 11, 2025 9:49:26 AM
**To:** Mazzara, Joseph <██████████████████████>
**Cc:** JACKSON, KATELAND <███████████████████████>; DOUGLAS, MACKENZIE <███████████████████>
**Subject:** For your review - Memo for USCIS TPS Nicaragua Notice

Joseph:

Attached, for your review, is the memo for the **USCIS TPS Nicaragua Termination Notice**.

This matter is time-sensitive because it is an Administration priority.

- On May 5, S1 made the decision to terminate TPS for Nicaragua.  This notice announces that decision.

- The termination will go into effect 60 days after this notice publishes in the *Federal Register*.

Let me know if you have any questions.  Thank you.

**Christina E. McDonald**
Associate General Counsel
 for Regulatory Affairs
U.S. Department of Homeland Security
████████████████████████████