Exhibit 24

| | |
|---|---|
| **From:** | Hunnings, Hillary [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8F0CF3A2A84B4558BA9DAF53B000AB6C-HILLARY.HUN] |
| **Sent:** | 5/15/2025 3:36:35 PM |
| **To:** | McDonald, Christina (OGC) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ec91d2a23d6547d8861e5a6ecc2651bc-McDonald, C] |
| **CC:** | FOLLICK, JULIA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=39d68a260aeb4da3a2d7d01997d2560e-JULIA.S.FOL] |
| **Subject:** | RE: For your review - USCIS Notice for TPS Nepal |

Great. Thanks for the update.

Hillary Holton Hunnings
Attorney-Advisor
Regulatory Affairs Law Division
Office of the General Counsel
U.S. Department of Homeland Security

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** McDonald, Christina (OGC)
**Sent:** Thursday, May 15, 2025 3:32 PM
**To:** Hunnings, Hillary
**Cc:** FOLLICK, JULIA
**Subject:** FW: For your review - USCIS Notice for TPS Nepal

Thanks for moving the Nepal package swiftly, Hillary. I just submitted the package to the acting GC.

Christina E. McDonald

**From:** McDonald, Christina (OGC)
**Sent:** Thursday, May 15, 2025 3:31 PM
**To:** Mazzara, Joseph
**Cc:** DOUGLAS, MACKENZIE ; PERCIVAL, JAMES ; JACKSON, KATELAND
**Subject:** For your review - USCIS Notice for TPS Nepal

Joseph:

Attached, for your review, is the memo for the USCIS TPS Nepal Termination Notice. I also attached the underlying notice.

This matter is time-sensitive because it is an Administration priority.

- On April 23, S1 made the decision to terminate TPS for Nepal. This notice announces that decision.

- The termination will go into effect 60 days after this notice publishes in the Federal Register.

Let me know if you have any questions. Thank you.

**Christina E. McDonald**
Associate General Counsel
 for Regulatory Affairs
U.S. Department of Homeland Security

[redacted]