Exhibit 25

| | |
|---|---|
| From: | WHITAKER, ANDREW [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8511883F807B47919537C8B8BA0D9929-572FACAB-3F] |
| Sent: | 6/19/2025 3:32:49 PM |
| To: | LEWANDOWSKI, COREY [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8d349c65e05548adaaf5b25b47a46469-1b6fb993-9c]; MUNOZ, STEVEN [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b7e3be84cb3343fd853942cd6dd1e84c-5339d5f1-83] |
| CC: | SIMMONS, ANDREW [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=66873537cc774966af76e2cf2f24eeb7-704bde78-b6] |
| Subject: | [For CL/S1 Review] USCIS TPS Honduras Termination Notice (25-15068) |
| Attachments: | 25-15068 OGC - S1 Action Memo - USCIS Notice Termination of the Designation of Honduras for TPS.pdf; 25-15068 OGC - Attachment A - Dec Doc TPS Honduras.docx; 25-15068 OGC - Attachment B (2 of 2) - TPS FRN Honduras 06.10.2025.docx |

Mr. Lewandowski & Mr. Munoz,

Please see attached the USCIS TPS Honduras Termination Notice, ready for your review. Due to upcoming travel, please advise if wet signature or autopen is preferred, if approved by the Secretary.

Cleared by Rob Law, Jimmy Percival, Joseph Mazzara, and Joe Guy. S2 is reviewing concurrently, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

OPA is working on the Press Release and Talking Points, and the White House is tracking. We will also coordinate the FRN, once approved.

*Respectfully,*

Andrew J. Whitaker
Executive Secretary
U.S. Department of Homeland Security
Email: ▮▮▮▮▮▮▮▮▮▮
Mobile: ▮▮▮▮▮▮