Exhibit 27

| | |
|---|---|
| **From:** | Deshommes, Samantha L [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D56508A89F604D6991F68C84B274F9AB-DESHOMMES,] |
| **Sent:** | 3/11/2025 12:16:50 PM |
| **To:** | Cutlip-Mason, Rená E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso]; Mahmoudi, Sheila C [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=542b47ba54e34e269d67d9369a48eaae-Mahmoudi, S] |
| **Subject:** | Re: TPS Expiration Dates & DOS Reports Due |

Ah so this wasn't issued under this Administration (I guess there was just a delay in transmission???). Even still, the recommendation was to terminate so we should move forward. Thanks!

*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy,*
*U.S. Citizenship and Immigration Services, DHS*
*Tel:*

---

**From:** Cutlip-Mason, Rená E
**Sent:** Tuesday, March 11, 2025 12:09:23 PM
**To:** Mahmoudi, Sheila C <​​​​​​​​​​​​​​​​>; Deshommes, Samantha L <​​​​​​​​​​​​​​​​>
**Subject:** RE: TPS Expiration Dates & DOS Reports Due

Of course! Happy to share, please see attached. Thanks, Rená

Rená (Ruh-NAY) E. Cutlip-Mason
Chief, Humanitarian Affairs Division
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Office:

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

---

**From:** Mahmoudi, Sheila C <​​​​​​​​​​​​​​​​>
**Sent:** Tuesday, March 11, 2025 11:38 AM
**To:** Cutlip-Mason, Rená E <​​​​​​​​​​​​​​​​>; Deshommes, Samantha L <​​​​​​​​​​​​​​​​>
**Subject:** RE: TPS Expiration Dates & DOS Reports Due

Thank you- can you please send me the Nepal recommendation? thanks

---

**From:** Cutlip-Mason, Rená E <​​​​​​​​​​​​​​​​>
**Sent:** Tuesday, March 11, 2025 10:52 AM
**To:** Mahmoudi, Sheila C <​​​​​​​​​​​​​​​​>; Deshommes, Samantha L <​​​​​​​​​​​​​​​​>
**Subject:** Re: TPS Expiration Dates & DOS Reports Due

Hi Sheila,

Thank you so much! Just one quick clarification, we do have the Nepal recommendation from this Administration. ▮▮▮▮▮▮ Thanks, Rena

Rena E. Cutlip-Mason
Chief, Humanitarian Affairs Division
Office of Policy & Strategy
US Citizenship and Immigration Services
Phone (cell) ▮▮▮▮

**From:** Mahmoudi, Sheila C <▮▮▮>
**Sent:** Tuesday, March 11, 2025 10:41:17 AM
**To:** GUNDUZ, IHSAN <▮▮▮>
**Cc:** Cutlip-Mason, Renà E <▮▮▮>; Noncent, Karine A <▮▮▮>; Deshommes, Samantha L <▮▮▮>
**Subject:** RE: TPS Expiration Dates & DOS Reports Due

Hi- just a ping on this – would be great if we could get Cameroon and Nepal soon

**From:** GUNDUZ, IHSAN <▮▮▮>
**Sent:** Monday, March 10, 2025 1:31 PM
**To:** Deshommes, Samantha L <▮▮▮>
**Cc:** Mahmoudi, Sheila C <▮▮▮>; Cutlip-Mason, Renà E <▮▮▮>; Noncent, Karine A <▮▮▮>
**Subject:** RE: TPS Expiration Dates & DOS Reports Due

Hi Sam,

I will connect with State PRM and CC you. Thanks

Ihsan Gunduz
*Acting* Deputy Assistant Secretary, Border and Immigration Policy
Office of Strategy, Policy, and Plans | Department of Homeland Security
(M): ▮▮▮

**From:** Deshommes, Samantha L <▮▮▮>
**Sent:** Monday, March 10, 2025 11:35 AM
**To:** GUNDUZ, IHSAN <▮▮▮>
**Cc:** Mahmoudi, Sheila C <▮▮▮>; Cutlip-Mason, Renà E <▮▮▮>; Noncent, Karine A <▮▮▮>
**Subject:** TPS Expiration Dates & DOS Reports Due
**Importance:** High

Hi Ihsan,

I hope you had a wonderful weekend with your family. ▮▮▮▮▮▮

Thanks,
Sam

*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel:*

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

NTPSA2_00002504
NTPSA2_00002501