Exhibit 30

| | |
|---|---|
| From: | Cutlip-Mason, Rená E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso] |
| Sent: | 4/8/2025 6:38:15 AM |
| To: | Ridley, Sasha M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=08164540ac5d4d65807c810fa5226bb1-Ridley, Sas] |
| Subject: | Re: Honduras and Nicaragua TPS |

Hi Sasha,

I will do the reach out.

Thanks, Rena

Rena E. Cutlip-Mason
Chief, Humanitarian Affairs Division
Office of Policy & Strategy
US Citizenship and Immigration Services
Phone (cell)

---

**From:** Ridley, Sasha M
**Sent:** Monday, April 7, 2025 11:54:45 AM
**To:** Cutlip-Mason, Rená E
**Subject:** Honduras and Nicaragua TPS

Hi! These countries are due 5/4 for S1 decision. We have DM's written for termination.

Nic – we have old DOS and PRD – **can you please ping RRU?**
Hond – we have RRU, PRD, but no DOS – **can you/Sam please ping Ihsan?**

**Assuming Sam doesn't want to see them without more COI, can you please confirm – thanks!**

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)

Call:    | Email: