Exhibit 31

**From:** Deshommes, Samantha L [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D56508A89F604D6991F68C84B274F9AB-DESHOMMES,]
**Sent:** 4/8/2025 9:09:55 AM
**To:** GUNDUZ, IHSAN [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4963f07670a14300b83082e1d7944ca3-ihsan.gundu]
**CC:** Mahmoudi, Sheila C [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=542b47ba54e34e269d67d9369a48eaae-Mahmoudi, S]; Cutlip-Mason, Rená E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso]; Noncent, Karine A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6229e12df96d4321a582322278bcef18-Noncent, Ka]
**Subject:** Re: TPS Expiration Dates & DOS Reports Due

Hi Ihsan,

Can you check with State on Honduras and Nicaragua?

*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy,*
*U.S. Citizenship and Immigration Services, DHS*
*Tel:* [redacted]

---

**From:** GUNDUZ, IHSAN <[redacted]>
**Sent:** Monday, March 10, 2025 1:31 PM
**To:** Deshommes, Samantha L <[redacted]>
**Cc:** Mahmoudi, Sheila C <[redacted]>; Cutlip-Mason, Rená E <[redacted]>; Noncent, Karine A <[redacted]>
**Subject:** RE: TPS Expiration Dates & DOS Reports Due

Hi Sam,

I will connect with State PRM and CC you. Thanks

Ihsan Gunduz
*Acting* Deputy Assistant Secretary, Border and Immigration Policy
Office of Strategy, Policy, and Plans | Department of Homeland Security
(M): [redacted]

---

**From:** Deshommes, Samantha L <[redacted]>
**Sent:** Monday, March 10, 2025 11:35 AM
**To:** GUNDUZ, IHSAN <[redacted]>
**Cc:** Mahmoudi, Sheila C <[redacted]>; Cutlip-Mason, Rená E <[redacted]>; Noncent, Karine A <[redacted]>
**Subject:** TPS Expiration Dates & DOS Reports Due
**Importance:** High

Hi Ihsan,

I hope you had a wonderful weekend with your family.

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION



CONFIDENTIAL – PERSONNEL CONTACT INFORMATION



Thanks,
Sam

Samantha Deshommes
*(Acting) Chief,*
*Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel:*

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.