Exhibit 32

THE SECRETARY OF STATE
WASHINGTON

January 16, 2025

The Honorable
Alejandro N. Mayorkas
Secretary of the Department of Homeland Security
Washington, DC 20528

Dear Secretary Mayorkas:

The Department of State assesses that, while Nepal continues to face ongoing challenges, there is no longer an environmental disaster in Nepal causing a substantial, but temporary, disruption of living conditions, and that Nepal is currently able to handle adequately the return of its nationals. The Department therefore supports the termination of Temporary Protected Status (TPS) for Nepal based on environmental disaster and recommends a delayed effective date of 18 months to provide time for both beneficiaries and the Government of Nepal to prepare for returns.

The 7.8 magnitude "Gorkha" earthquake in April 2015 and subsequent aftershocks in Nepal killed nearly 9,000 people, affected eight million people, and caused extensive damage to infrastructure. This substantial, but temporary, disruption of living conditions made it unsafe for nationals in the United States to return to Nepal and led to the designation of TPS for Nepal on June 24, 2015. Following recovery efforts by the Government of Nepal and the international community, these conditions resulting from the 2015 earthquake have abated to the point where they are no longer causing a substantial disruption in living conditions that would make Nepal unable to handle the return of its nationals.

The UN flash appeal launched in April 2015 to provide critical life-saving services to millions of people affected by the earthquake concluded in September 2015. Donors contributed $280.2 million against the $421.9 million appeal (66.4 percent funded). Humanitarian assistance

reached 3.7 million people under the appeal. Nepal's National Reconstruction Authority, which the Government of Nepal established in 2015 to manage Nepal's recovery from the earthquake, disbanded in 2021 and handed over responsibilities to the National Disaster Risk Reduction and Management Authority after rebuilding had been completed for the majority of impacted structures.

Given that the conditions which led to the designation of Nepal for TPS no longer prevent Nepal from adequately handling the return of its nationals, I recommend you terminate TPS for Nepal with an 18-month wind-down period. To help inform your decision, the Department has prepared the attached country conditions assessment.

Sincerely,

Antony J. Blinken