Exhibit 33

| | |
|---|---|
| **From:** | LAW, ROB [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E64AAEA5081B41D783D9868EBF048FF3-FE62CBE9-36] |
| **Sent:** | 4/24/2025 5:58:05 PM |
| **To:** | Olowski, Lew J [ ] |
| **Subject:** | TPS Nic |

Lew,

We still haven't received the signed letter from Secretary Rubio on Nicaragua. We received the Honduras letter weeks ago.

Both countries were designated for the same reason, Hurricane Mitch 1998.

Thanks,
RTL