Exhibit 34

Case 3:25-cv-05687-TLT   Document 145-35   Filed 10/14/25   Page 2 of 2

| | |
|---|---|
| **From:** | Deshommes, Samantha L |
| **Sent:** | 4/2/2025 12:25:48 PM |
| **To:** | LAW, ROB [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e64aaea5081b41d783d9868ebf048ff3-fe62cbe9-36] |
| **CC:** | Calkins, Aaron L [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4df75fbe4fe74dacab0727a8fb60830c-7e24f4ce-f2] |
| **Subject:** | TPS Nepal - Draft memo |
| **Attachments:** | Nepal TPS Decision Memo - DO Cleared.docx; Attachment A - Temporary Protected Status (TPS) Legal Authority.pdf; Attachment B - USCIS Country Conditions Report Nepal_Edited.pdf; Attachment C - DOS Recommendation and Country Conditions Report on TPS for Nepal.pdf |
| **Importance:** | High |

Hi Rob,

Here's another one for your review (you also have Cameroon sent on Monday). Attached is the draft DM for Nepal. Can you let me know if you have any feedback before we finalize, sign and send it up formally for S1? S1 must make a decision by April 25th.

Thus far, we don't have an updated DOS report, but the report DOS sent in January under the prior administration recommended termination w/ an 18-month delayed effective date.

Happy to answer any questions you may have. Otherwise, standing by for your feedback, if any.

Sam

*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel: 202-573-3355*

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

NTPSA2_00000689
NTPSA2_00000689