Exhibit 35



THE SECRETARY OF STATE

WASHINGTON

April 8, 2025

The Honorable
Kristi Noem
Secretary of the U.S. Department of Homeland Security
Washington, DC 20528

Dear Secretary Noem:

On behalf of the U.S. Department of State, I have assessed that permitting
nationals of Honduras to remain temporarily in the United States under 8
U.S.C. 1254a is contrary to the national interest of the United States and in
any case is no longer appropriate because Honduras no longer continues to
meet the conditions for designation under 8 U.S.C. 1254a(b)(1)(B).
Accordingly, I recommend that you terminate the designation of Honduras
pursuant to 8 U.S.C. 1254a(b)(3)(A)–(B).

On January 22, 2025, I determined that "to advance our national interest,"
the foreign policy of the United States is that "we must curb mass migration
and secure our borders. The State Department will no longer undertake any
activities that facilitate or encourage mass migration." Then, on February 21,
I further declared, "Securing America's borders and protecting its citizens
from external threats is the first priority foreign affairs function of the United
States." The designation of Honduras is "contrary to the national interest of
the United States" under 8 U.S.C. 1254a(b)(1)(C) because it facilitates and
encourages mass migration by causing more than 76,000 Honduran
beneficiaries to remain in the United States.

Also, under Executive Order 14150, "the foreign policy of the United States
shall champion core American interests and always put America and
American citizens first." Designating Honduras under 8 U.S.C. 1254a(b)(1)
does not champion core American interests or put America and American
citizens first. Honduras has recovered sufficiently from the temporary

disruption in living conditions that resulted from the environmental disaster caused by Hurricane Mitch in 1999 such that Honduras can adequately handle the return of its nationals. Therefore, the conditions under 8 U.S.C. 1254a(b)(1)(B) no longer even apply.

For these reasons, in consultation with you under 8 U.S.C. 1254a(b)(3)(A), I am recommending that you terminate this designation under 8 U.S.C. 1254a(b)(3)(B).

Sincerely,

Marco Rubio