Exhibit 36

| | |
|---|---|
| **From:** | Deshommes, Samantha L [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D56508A89F604D6991F68C84B274F9AB-DESHOMMES,] |
| **Sent:** | 4/28/2025 10:14:16 AM |
| **To:** | Tragesser, Matthew J [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=abe231147bfc46bf9f225a9dc5706afa-0dd2f748-e0]; Patching, Laura D [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=077fc3d5074b4871b026dec6d2e87fe0-Patching, L] |
| **CC:** | Calkins, Aaron L [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=473c832ab3bc45e58a6feee8c7b230e1-6461e7a6-ba]; Williamson, Bryan J [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2113248984a34dbb9e90f085183f6d58-Williamson,] |
| **Subject:** | FW: Close-Hold: TPS Honduras & Nicaragua DM \| Comms Now Needed For S1 Decisions |
| **Attachments:** | Attachment C - USCIS OP&S Country Conditions Report, Honduras.pdf; Honduras_TPS_Decision_Memo_04.24.25.docx; Attachment A - Temporary Protected Status (TPS) Legal Authority, Honduras.pdf; Attachment B - USCIS RAIO Country Conditions Report, Honduras.pdf; Nicaragua_TPS_Decision_Memo_04.24.25.docx; Attachment D - 2024 DOS Recommendation and Country Conditions Report on TPS for Nicaragua.pdf; Attachment A - Temporary Protected Status (TPS) Legal Authority, Nicaragua.pdf; Attachment C - USCIS OP&S Country Conditions Report, Nicaragua.pdf; Attachment B - USCIS RAIO Country Conditions Report, Nicaragua.pdf; Attachment D - DOS Recommendation on TPS for Honduras 04.08.2025.pdf |
| **Importance:** | High |

Hi All –

@Tragesser, Matthew J and @Patching, Laura D – DHS just made a decision that they want comms when S1 makes a decision on TPS countries (so reverting back to how we used to process these). I'm flagging Honduras and Nicaragua – both of which S1 must make a decision on by May 6th.

Separately, I'll also share the signed DM from S1 for Nepal; she made a decision on that one last week.

Reach out to me if you have any questions and I'll tell the RCD team to loop your assigned OPA POCs during the development of the decision memos.

Thanks,
Sam

*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel:* ▓▓▓▓▓▓

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

---

**From:** Deshommes, Samantha L < ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >
**Sent:** Thursday, April 24, 2025 3:42 PM
**To:** Dumas, Jessica L < ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >; Kilgore, Garry R < ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >
**Cc:** Williamson, Bryan J < ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >; Deshommes, Samantha L ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >; Martin, Heather A < ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >

**Subject:** Close-Hold: TPS Honduras & Nicaragua DM | URGENT DO REVIEW requested by COB Friday, April 25th
**Importance:** High

Good Afternoon,

Please find attached the Honduras and Nicaragua TPS decision memo packages for DO review.

Please note that we have only received updated DOS recommendations for Honduras; as of this email, we have not received an updated recommendation from DOS for Nicaragua and only have the Dec. 2024 recommendation at this point. I sent a follow-up nudge to DHS earlier this week. ███████████████

██████████████████████████████████████████████████████████████████████

S1 must make a decision for both countries by **May 6th**; which is why I needed to flag this for urgent review and clearance as we still need to have DHS review (PLCY, OGC, and FO advisor) prior to finalizing the memos and obtaining Kika's signature.

I'm cc'ing Heather on this email so she'll be on the lookout and route the DMs to Aaron, Joe and any other DO advisors as appropriate.

**<u>POD Clearance History:</u>**
OP&S – Samatha Deshommes 4/21
SCOPS – Connie Nolan 4/23
RAIO – Rebecca Tanner 4/23
OCC – Carolyn Kim 4/23

Let me know if you have any questions or need anything else.

I'm cc'ing the Project Manager from my team who has been entrusted with moving this close-hold project thus far for any follow-up.

Thanks,
Sam

*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel:* ██████████

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*