Exhibit 37

| | |
|---|---|
| **From:** | Deshommes, Samantha L [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D56508A89F604D6991F68C84B274F9AB-DESHOMMES,] |
| **Sent:** | 4/24/2025 3:00:11 PM |
| **To:** | Williamson, Bryan J [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2113248984a34dbb9e90f085183f6d58-Williamson,]; Mahmoudi, Sheila C [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=542b47ba54e34e269d67d9369a48eaae-Mahmoudi, S] |
| **CC:** | Noncent, Karine A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6229e12df96d4321a582322278bcef18-Noncent, Ka]; Rigdon, Jerry L [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c8d4c64b17ca4e0e87aac4db6a261239-Rigdon, Jer]; Smith, Mirna [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8af513269788405ebfd147d37769acc5-Smith, Mirn]; McGivern, Mark D [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=86cc99285fe94b37a9342924255a5c32-McGivern, M] |
| **Subject:** | RE: TPS Honduras & Nicaragua DM for the DO |

Thanks, Bryan!

**From:** Williamson, Bryan J <​>
**Sent:** Thursday, April 24, 2025 1:25 PM
**To:** Deshommes, Samantha L <​>; Mahmoudi, Sheila C <​>
**Cc:** Noncent, Karine A <​>; Rigdon, Jerry L <​>; Smith, Mirna <​>; McGivern, Mark D <​>
**Subject:** TPS Honduras & Nicaragua DM for the DO

Good afternoon Sam & Sheila,

Please find attached the Honduras and Nicaragua TPS decision memo packages for DO review. I believe you have (or will have) the DOS letters to add to the respective packages.

As a reminder, the S1 statuary date to make a decision for both memos is May 6th.

Let me know if you have any questions or need anything else.

Thanks,

**Bryan Williamson**
Project Manager
Regulatory Management Branch
Regulatory Coordination Division
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: