Exhibit 38

| | |
|---|---|
| **From:** | Fauquet, Stephanie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=60CDCA23931042618C7E18371470C080-STEPHANIE.F] |
| **Sent:** | 6/1/2025 9:01:12 AM |
| **To:** | McDonald, Christina (OGC) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ec91d2a23d6547d8861e5a6ecc2651bc-McDonald, C]; ESEC-Internal Liaison [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a4cbdc3887842e4b38b6a4a38b5970e-ESEC-Intern] |
| **CC:** | FOLLICK, JULIA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=39d68a260aeb4da3a2d7d01997d2560e-JULIA.S.FOL]; Hunnings, Hillary [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8f0cf3a2a84b4558ba9daf53b000ab6c-Hillary.Hun]; OGC Exec Sec [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=58e10909609e4ed691d98a3d31569bb7-OGCExecSec]; Blackwell, Juliana [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7135e993c6464fe7a654b20510aab271-Blackwell,] |
| **Subject:** | RE: For S1 signature - USCIS TPS Nepal Notice |
| **Attachments:** | 25-13543 OGC - S1 SIGNED - Decision Document - USCIS Notice - TPS Termination - Nepal - 05.30.2025.pdf; 25-13543 S1 SIGNED - USCIS Notice - TPS Termination - Nepal v2 05.16.2025.docx |

S1 signed docs attached! ESEC is closing this WP.
25-13543

Thank you!

*Stephanie Fauquet*
Assistant Executive Secretary
  for Communications and Operations
Office of the Executive Secretary
U.S. Department of Homeland Security

---

**From:** McDonald, Christina (OGC) <
**Sent:** Friday, May 16, 2025 8:26 AM
**To:** ESEC-Internal Liaison <
**Cc:** FOLLICK, JULIA <          ; Hunnings, Hillary <
**Subject:** For S1 signature - USCIS TPS Nepal Notice

ESEC Internal Team:

OGC is submitting the following package to you: **USCIS TPS Nepal Termination Notice.**

- On April 23, S1 made the decision to terminate TPS for Nepal. This notice announces that decision.

- The termination will go into effect 60 days after this notice publishes in the Federal Register.

Let me know if you have any questions. Thank you

Christina E. McDonald
Associate General Counsel
  for Regulatory Affairs
Office of the General Counsel
U.S. Department of Homeland Security
                (mobile)

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

NTPSA2_00000339
NTPSA2_00000338