Exhibit 39

| | |
|---|---|
| **From:** | KALTENBAUGH, STEVEN [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00640ED6CE5C49179275226C9A44AC7C-16D0041E-4F] |
| **Sent:** | 4/16/2025 11:30:30 AM |
| **To:** | Blackwell, Juliana [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7135e993c6464fe7a654b20510aab271-Blackwell,]; Fauquet, Stephanie [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=60cdca23931042618c7e18371470c080-Stephanie.F] |
| **CC:** | Internal Team [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2114589b677a49308e5e5fa4c7ad3d63-399b6ff1-5d] |
| **Subject:** | FFOR: For S1 Decision - TPS Nepal (25-11611) |
| **Attachments:** | 25-11611 USCIS - S1 Decision Memo - 4.11.25.pdf; 25-11611 USCIS - Attachment 3 of 3 - DOS Recommendation and Country Conditions Report on TPS for Nepal.pdf; 25-11611 USCIS - Attachment 2 of 3 - USCIS Country Conditions Report Nepal_Edited.pdf; 25-11611 USCIS - Attachment 1 of 3 - Temporary Protected Status (TPS) Legal Authority.pdf |

Good morning,

This is the **For S1 Decision - TPS Nepal** package, prepared by USCIS for S1's signature. PLCY and OGC cleared prior to ESEC receipt. Thank you!

**Steve Kaltenbaugh**
Correspondence Analyst
DHS-HQ ESEC
Internal Team
Teams: ▮▮▮▮▮▮▮▮ / Cell: ▮▮▮▮▮▮▮▮