Exhibit 41

| | |
|---|---|
| From: | Deshommes, Samantha L [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D56508A89F604D6991F68C84B274F9AB-DESHOMMES,] |
| Sent: | 4/8/2025 5:04:19 PM |
| To: | GUNDUZ, IHSAN [                          ]; Noncent, Karine A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6229e12df96d4321a582322278bcef18-Noncent, Ka] |
| CC: | Alexander, Shannon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d44c4e509450489c9f7ff55113380e5e-shannon.ale] |
| Subject: | RE: Secretary of State letters to the Secretary of Homeland Security regarding TPS Terminations for Cameroon and Honduras |

Thank you; we will keep these close-hold. Any update on Nicaragua?

*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel:*

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

---

**From:** GUNDUZ, IHSAN
**Sent:** Tuesday, April 08, 2025 4:55 PM
**To:** Deshommes, Samantha L                                    ; Noncent, Karine A
**Cc:** Alexander, Shannon
**Subject:** FW: Secretary of State letters to the Secretary of Homeland Security regarding TPS Terminations for Cameroon and Honduras

Ihsan Gunduz
*Acting* Deputy Assistant Secretary, Border and Immigration Policy
Office of Strategy, Policy, and Plans | Department of Homeland Security
(M):
(O):