Exhibit 43

| | |
|---|---|
| From: | Krichinsky, Emmarie K (Emma) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0B609966DC69441189E211794C8B02BC-KRICHINSKY,] |
| Sent: | 6/2/2025 4:03:51 PM |
| To: | Kim, Ted H [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=241506feef9f416b8dce501cce76aac1-Kim, Ted H]; Stone, Mary M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=edd6eb34877c40399a2f62682ebc7c00-Stone, Mary] |
| CC: | Tanner, Rebecca S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2ad5bc6e270c47ffb72149ca68464a2d-Tanner, Reb] |
| Subject: | RE: Outstanding RAIO RU TPS country condition reports |
| Attachments: | |

Dear Ted and MM,

[redacted] Alex Schank drafted it, with assistance from Shireen El-Ayyan. Peter Bessada provided the peer review for the report. Rebecca, Joseph Sebarenzi and myself reviewed as supervisors.

Thank you so much for your time. I hope that you had a great weekend and that you are having a happy Monday 😊

Best,

Emma

---

**From:** Krichinsky, Emmarie K (Emma)
**Sent:** Wednesday, May 14, 2025 11:03 PM
**To:** Kim, Ted H [redacted]; Stone, Mary M [redacted]
**Cc:** Tanner, Rebecca S [redacted]
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Dear Ted and MM,

For your awareness, RAIO research submitted the Venezuela 2021 (which is one of two Venezuela COI reports that we produce, one for a TPS designation that was initiated in 2021, and the other for one that was initiated in 2023) TPS COI report to OP&S HAD today. Rebecca, Gustavo, and I reviewed as supervisors, and Jessica Robles and Daniel Villena reviewed as peers. I put the final touches on the Venezuela TPS COI report, which Tom Perkowski drafted as Tom Perkowski was OOO today.

Thank you so much for your time. I hope that you have a good evening and rest of your week 😊

Best,

Emma

---

**From:** Krichinsky, Emmarie K (Emma)
**Sent:** Thursday, April 10, 2025 4:01 PM
**To:** Kim, Ted H [redacted] Stone, Mary M [redacted]
**Cc:** Tanner, Rebecca S [redacted]
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Dear Ted and MM,

For your awareness, RAIO researcher Daniel Villena submitted the Nicaragua TPS COI report to OP&S HAD today. Rebecca, Gustavo, and I reviewed as supervisors, and Juan Carlos Plata and Daniel Villena reviewed as a peer. Daniel put the final touches on the Nicaragua TPS COI report, which Tom Perkowski drafted and which we have reviewed.

Thank you so much for your time.

Best,

Emma

---

**From:** Krichinsky, Emmarie K (Emma)
**Sent:** Monday, March 31, 2025 1:23 PM
**To:** Kim, Ted H <[redacted]>; Stone, Mary M <[redacted]>
**Cc:** Tanner, Rebecca S <[redacted]>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Hi Ted,

I apologize for my email, yes our Americas research Jessica Robles submitted both Honduras and Haiti back to back in a short time span this March. Please find both papers attached.

Best,

Emma

---

**From:** Kim, Ted H <[redacted]>
**Sent:** Monday, March 31, 2025 10:47 AM
**To:** Krichinsky, Emmarie K (Emma) <[redacted]>; Stone, Mary M <[redacted]>
**Cc:** Tanner, Rebecca S <[redacted]>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Thanks, Emma. I think you attached two Haiti reports by accident? Could you please send me the Honduras one? Thanks, Ted

---

**From:** Krichinsky, Emmarie K (Emma) <[redacted]>
**Sent:** Wednesday, March 26, 2025 1:23 PM
**To:** Kim, Ted H <[redacted]>; Stone, Mary M <[redacted]>
**Cc:** Tanner, Rebecca S <[redacted]>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Hi Ted and MM,

For your awareness, RAIO researcher Jessica Robles submitted the Honduras TPS COI report to OP&S HAD on Monday (attached). Rebecca, Gustavo, and I reviewed as supervisors, and Juan Carlos Plata reviewed as a peer. Jessica put the final touches on the Haiti TPS COI report, which Gabby Parris-Ramfjord from the Statelessness Branch drafted and which we have reviewed.

Thank you so much for your time,

Best,
Emma

**From:** Tanner, Rebecca S
**Sent:** Friday, March 21, 2025 3:32 PM
**To:** Kim, Ted H ; Stone, Mary M
**Cc:** Krichinsky, Emmarie K (Emma)
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Hi Ted,

For your awareness, RAIO researcher Jessica Robles submitted the Honduras TPS COI report to OP&S HAD this afternoon (attached). Emma, Gustavo, and I reviewed. Jessica is also working to put the final touches on the Haiti TPS COI report, which Gabby Parris-Ramfjord from the Statelessness Branch drafted and which we have reviewed.

Best,
Rebecca

**From:** Kim, Ted H
**Sent:** Wednesday, March 19, 2025 12:19 PM
**To:** Tanner, Rebecca S ; Stone, Mary M
**Cc:** Krichinsky, Emmarie K (Emma)
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Great—thank you.

Thanks!

**From:** Tanner, Rebecca S
**Sent:** Wednesday, March 19, 2025 12:17 PM
**To:** Kim, Ted H ; Stone, Mary M
**Cc:** Krichinsky, Emmarie K (Emma)
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Hi Ted,

Yes, DOS sends their COI recommendation to OP&S, who shares it with RAIO via Exec Sec/RAIO Clearance.

Best,
Rebecca

**From:** Kim, Ted H
**Sent:** Wednesday, March 19, 2025 12:10 PM
**To:** Tanner, Rebecca S ; Stone, Mary M
**Cc:** Krichinsky, Emmarie K (Emma)
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Thanks for the visibility. Out of curiosity, does your team see what DOS submits for COI in relation to these TPS reviews?

**From:** Tanner, Rebecca S <br>
**Sent:** Wednesday, March 19, 2025 9:54 AM <br>
**To:** Kim, Ted H <​​​​​​​​​​>; Stone, Mary M <​​​​​​​​​​> <br>
**Cc:** Krichinsky, Emmarie K (Emma) <br>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Hi Ted and MM,

For your awareness, yesterday we submitted the attached TPS COI report for Nepal to OP&S.

Best,
Rebecca

---

**From:** Kim, Ted H <​​​​​​​​​​> <br>
**Sent:** Wednesday, February 26, 2025 3:10 PM <br>
**To:** Tanner, Rebecca S <​​​​​​​​​​>; Stone, Mary M <​​​​​​​​​​> <br>
**Cc:** Krichinsky, Emmarie K (Emma) <​​​​​​​​​​> <br>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Appreciate the visibility on this!  Ted

---

**From:** Tanner, Rebecca S <​​​​​​​​​​> <br>
**Sent:** Wednesday, February 26, 2025 12:35 PM <br>
**To:** Kim, Ted H <​​​​​​​​​​>; Stone, Mary M <​​​​​​​​​​> <br>
**Cc:** Krichinsky, Emmarie K (Emma) <​​​​​​​​​​> <br>
**Subject:** FW: Outstanding RAIO RU TPS country condition reports

Hi Ted and MM,

Best,
Rebecca

---

**From:** Tanner, Rebecca S <br>
**Sent:** Tuesday, February 25, 2025 3:25 PM <br>
**To:** Cutlip-Mason, Rená E <​​​​​​​​​​> <br>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Thanks, Rená. We will prioritize finishing up the TPS COI report for Nepal in short order, and then will focus on the COI reports in the sequence listed below.

Best,
Rebecca

**From:** Cutlip-Mason, Rená E <
**Sent:** Tuesday, February 25, 2025 3:21 PM
**To:** Tanner, Rebecca S <
**Subject:** Outstanding RAIO RU TPS country condition reports

Hi Rebecca,

I hope you are well. As we discussed, we are gearing up for another round of draft TPS S1 decision memos. I wanted to provide you with the list in the general order we need them:

- Nepal
- Haiti
- Honduras
- Nicaragua

Please let me know if you have questions or need any further information. Thanks, Rená

Rená (Ruh-NAY) E. Cutlip-Mason
Chief, Humanitarian Affairs Division
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
**Phone (cell):**
**Phone (desk)**

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.   Thank you.