Exhibit 44

| | |
|---|---|
| **From:** | Tanner, Rebecca S [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2AD5BC6E270C47FFB72149CA68464A2D-TANNER, REB] |
| **Sent:** | 4/10/2025 3:57:31 PM |
| **To:** | Villena, Daniel A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=73d564a152b14b8e99f7e2a7f1194e7a-Villena, Da]; Plata, Juan C (Juan Carlos) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ba4ef07473f54577ba964fbdcfb1b147-Plata, Juan] |
| **CC:** | Rivera, Gustavo Jr [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=efdd5a164c3146e7ae078814b9794f93-Rivera, Gus]; Krichinsky, Emmarie K (Emma) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0b609966dc69441189e211794c8b02bc-Krichinsky,] |
| **Subject:** | RE: TPS Country Report for Nicaragua |

Hi Daniel and Juan Carlos,

Many, many thanks for your dedicated and thorough work yesterday afternoon and today [redacted] !

Best,
Rebecca

Rebecca Tanner
Division Chief
Research & TRIG (R&T) Division
Refugee, Asylum and International Operations Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: [redacted]

---

**From:** Villena, Daniel A [redacted]
**Sent:** Thursday, April 10, 2025 3:49 PM
**To:** Ezeldin, Amany S [redacted]; Block, Andrew J [redacted]; Ridley, Sasha M [redacted]
**Cc:** RAIO Research [redacted]; Tanner, Rebecca S [redacted]; Krichinsky, Emmarie K (Emma) [redacted]; Rivera, Gustavo Jr [redacted]; Perkowski, Thomas B [redacted]; Robles, Jessica C [redacted]; Plata, Juan C (Juan Carlos) [redacted]
**Subject:** TPS Country Report for Nicaragua

Good afternoon, I have attached a Word and PDF version of the TPS Country Report for Nicaragua. If there are any questions just let us know.

Best,

**Daniel Villena**
Adjudications Officer (Americas Researcher)
Research & TRIG (R&T) Division
Refugee, Asylum, and International Operations
U.S. Citizenship and Immigration Services
Department of Homeland Security
[redacted]