Exhibit 53

| | |
|---|---|
| **From:** | LAW, ROB [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E64AAEA5081B41D783D9868EBF048FF3-FE62CBE9-36] |
| **Sent:** | 4/7/2025 12:06:56 PM |
| **To:** | Olowski, Lew J ; Zerbinopoulos, Adam |
| **CC:** | Rhodes, Matthew ; Chretien, Spencer |
| **Subject:** | RE: Afghanistan TPS letter reminder |

Lew, please advise on the status of the 3 letters you mentioned on April 3. Secretary Noem must decide TPS Nepal by April 25.

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
M:

---

**From:** LAW, ROB
**Sent:** Friday, April 4, 2025 11:18 AM
**To:** Olowski, Lew J <...>; Zerbinopoulos, Adam <...>
**Cc:** Rhodes, Matthew <...>; Chretien, Spencer <...>
**Subject:** RE: Afghanistan TPS letter reminder

Please send signed consultation letters.

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
M:

---

**From:** Olowski, Lew J <...>
**Sent:** Thursday, April 3, 2025 7:10 PM
**To:** Zerbinopoulos, Adam <...>; LAW, ROB <...>
**Cc:** Rhodes, Matthew <...>; Chretien, Spencer <...>
**Subject:** RE: Afghanistan TPS letter reminder

Dear Rob:

Three TPS consultation letters are attached: Cameroon, Nicarague, and Honduras.

-Lew

SBU - DELIBERATIVE PROCESS

**From:** Zerbinopoulos, Adam <​>
**Sent:** Tuesday, April 1, 2025 12:06 PM
**To:** Olowski, Lew J <​>; LAW, ROB <​>
**Cc:** Rhodes, Matthew <​>; Chretien, Spencer <​>
**Subject:** RE: Afghanistan TPS letter reminder

[redacted]

SBU - DELIBERATIVE PROCESS

**From:** Olowski, Lew J <​>
**Sent:** Tuesday, April 1, 2025 12:06 PM
**To:** Zerbinopoulos, Adam <​>; LAW, ROB <​>
**Cc:** Rhodes, Matthew <​>; Chretien, Spencer <​>
**Subject:** RE: Afghanistan TPS letter reminder

[redacted]

-Lew

—

[redacted]

SBU - DELIBERATIVE PROCESS

**From:** Zerbinopoulos, Adam <​>
**Sent:** Tuesday, April 1, 2025 11:46 AM
**To:** Olowski, Lew J <​>; LAW, ROB <​>
**Cc:** Rhodes, Matthew <​>; Chretien, Spencer <​>
**Subject:** RE: Afghanistan TPS letter reminder

Good morning!  Flagging that PRM has received requests from USCIS for TPS country condition reports on Honduras and Haiti – the latter by Friday. [redacted]

[redacted]

Best,
Adam

SBU - DELIBERATIVE PROCESS

**From:** Olowski, Lew J <████████████>
**Sent:** Wednesday, March 19, 2025 12:26 PM
**To:** LAW, ROB <████████████>; Zerbinopoulos, Adam <████████████>
**Cc:** Rhodes, Matthew <████████████>
**Subject:** RE: Afghanistan TPS letter reminder

Yes, sir! The letter is attached ████████████

Sincerely,

Lew

---

**From:** LAW, ROB <████████████>
**Sent:** Wednesday, March 19, 2025 12:20 PM
**To:** Olowski, Lew J <████████████>; Zerbinopoulos, Adam <████████████>
**Cc:** Rhodes, Matthew <████████████>
**Subject:** RE: Afghanistan TPS letter reminder

I need this today so the memo can be presented to S1 tomorrow.

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
M: ████████████

---

**From:** Olowski, Lew J <████████████>
**Sent:** Monday, March 17, 2025 2:26 PM
**To:** LAW, ROB <████████████>; Zerbinopoulos, Adam <████████████>
**Cc:** Rhodes, Matthew <████████████>
**Subject:** RE: Afghanistan TPS letter reminder

████████████████████████████████████████

-Lew

---

**From:** LAW, ROB <████████████>
**Sent:** Monday, March 17, 2025 2:23 PM
**To:** Olowski, Lew J <████████████>; Zerbinopoulos, Adam <████████████>
**Subject:** RE: Afghanistan TPS letter reminder

████████████

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
M: ████████████

**From:** Olowski, Lew J <​████████████​>
**Sent:** Thursday, March 13, 2025 8:09 PM
**To:** Zerbinopoulos, Adam <​████████████​>; LAW, ROB <​████████████​>
**Subject:** RE: Afghanistan TPS letter reminder

[redacted]

-Lew

**From:** Zerbinopoulos, Adam <​████████████​>
**Sent:** Thursday, March 13, 2025 8:04 PM
**To:** Olowski, Lew J <​████████████​>; LAW, ROB <​████████████​>
**Subject:** Re: Afghanistan TPS letter reminder

[redacted]

**From:** Olowski, Lew J <​████████████​>
**Sent:** Thursday, March 13, 2025 8:02 PM
**To:** LAW, ROB <​████████████​>; Zerbinopoulos, Adam <​████████████​>
**Subject:** RE: Afghanistan TPS letter reminder

[redacted]

-Lew

**From:** LAW, ROB <​████████████​>
**Sent:** Thursday, March 13, 2025 7:51 PM
**To:** Zerbinopoulos, Adam <​████████████​>; Olowski, Lew J <​████████████​>
**Subject:** Re: Afghanistan TPS letter reminder

**From:** LAW, ROB <█████████████>
**Sent:** Thursday, March 13, 2025 7:33 PM
**To:** Zerbinopoulos, Adam <█████████████████████>; Olowski, Lew J <█████████████████>
**Subject:** Re: Afghanistan TPS letter reminder

███ Thank you.

**From:** Zerbinopoulos, Adam <█████████████████>
**Sent:** Thursday, March 13, 2025 7:29:10 PM
**To:** Olowski, Lew J <█████████████████>
**Cc:** LAW, ROB <█████████████████>
**Subject:** RE: Afghanistan TPS letter reminder

This email is from an external US Government agency.

Thanks, Lew! ███████████████████████████████████████████████
███████

SBU - DELIBERATIVE PROCESS

**From:** Olowski, Lew J <█████████████████>
**Sent:** Thursday, March 13, 2025 7:16 PM
**To:** Zerbinopoulos, Adam <█████████████████>
**Cc:** LAW, ROB <█████████████████>
**Subject:** RE: Afghanistan TPS letter reminder

Dear Adam and Rob:

Sincerely,

-Lew

P.S.

The Honorable

Kristi Noem

Secretary of the U.S. Department of Homeland Security

Washington, DC 20528

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

NTPSA2_00000781
NTPSA2_00000776



Sincerely,

Marco Rubio

SBU - DELIBERATIVE PROCESS

**From:** Olowski, Lew J <​>
**Sent:** Thursday, March 13, 2025 10:53 AM
**To:** Zerbinopoulos, Adam <​>
**Cc:** LAW, ROB <​>
**Subject:** Re: Afghanistan TPS letter reminder

Yes!

Get Outlook for iOS

---

**From:** Zerbinopoulos, Adam <​>
**Sent:** Thursday, March 13, 2025 9:54:09 AM

**To:** Olowski, Lew J
**Cc:** LAW, ROB
**Subject:** Afghanistan TPS letter reminder

Hi Lew, just a friendly ping on this as requested. I've cc-ed Rob, the POC at DHS. Thanks!

PS – Thanks for the invite yesterday, great event.

SBU - DELIBERATIVE PROCESS