Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**DECLARATION OF MARCOS MIRALDA IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Assigned to: Hon. Trina L Thompson<br><br>Date: November 18, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 9<br><br>Complaint Filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (Admitted *Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitrán (SBN 302081)
ebitran@aclusocal.org
Diana Sánchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (Admitted *Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

**DECLARATION OF MARCOS MIRALDA**

I, Marcos Miralda, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could and would testify to these facts.

2. I am a citizen of Honduras. I am 56 years old and live in Hesperia, California with my wife and four U.S. citizen children. I came to the United States in February 1995. I have been a TPS holder since 1999, after the designation of Honduras for TPS. TPS has allowed me to live and work in the United States legally for over two decades. Throughout this time, I have had valid work authorization that has enabled me to maintain a stable job, provide health care for my severely disabled child, pay for college tuition for my children, save money to buy a home, guarantee healthcare for myself and my family, and otherwise provide for my family's basic needs. Having TPS has also allowed me to fully participate in my community without living in constant fear of detention or deportation. Losing TPS and the ability to provide for my family not only threatens my livelihood but also the wellbeing and stability of my family.

3. I have four U.S. citizen children, including one of my youngest sons who has a severe brain condition that has made him blind and mute. My oldest daughter is 22 years old and recently married with a veteran of the U.S. Marines. She is studying to be a teacher. My 19-year-old son is currently in college and I help provide for him financially, paying for his college tuition and living expenses. I also have a set of twins who are 15 years old and are currently in high school. One of the twins requires constant medical treatments and interventions because of severe physical disabilities caused by a brain condition he has had since birth.

4. I have been a commercial truck driver since 2007 and have relied on my TPS and work authorization to obtain my commercial driver's license. My wife is a stay-at-home parent and the primary caretaker of our special-needs son. I am the primary breadwinner for my family. Prior to the end of TPS and the loss of my work authorization, I made about $8,000 a month. Now, I don't even know how I can make $800 a week to pay for all of my family's necessities.

5. One of my twin boys was born with a severe brain condition that impacts his mobility, ability to eat, ability to talk, and hearing. He has undergone more than 20 surgeries since

1

1  birth. From a young age, he has faced health challenges that most children and families never
2  encounter. Our family has been focused on caring for him to the best of our ability. Until recently,
3  my 15-year-old son needed to be fed through a feeding tube. He still depends on diapers. He also
4  recently had surgery to try to gain mobility in his legs, but the surgery was not successful. Each
5  surgery he has undergone has required careful monitoring, long hospital stays, and intensive care at
6  home. This has placed an enormous physical and financial burden on our family. As a commercial
7  trucker, I have been able to cover for the needs of my son but now, without TPS, valid work
8  authorization, or a commercial driver's license, it's unclear how I will provide for his healthcare
9  needs.

      6.     I have also worked tirelessly to make sure my children can pursue higher education without being burdened by the financial stress of tuition. For my two oldest children, I have covered everything—tuition, textbooks, gas, and food—so that they don't have to work and can focus on their studies. I have sacrificed my own personal needs to prioritize my children's education. I worry that losing my job will mean that my son in college will have to pause his studies and work so that we don't lose our home.

      7.     Since learning that TPS was terminated for Honduras, I have lived in constant worry about how I will provide for my family and pay our bills. I also constantly fear being detained or separated from my family, which makes it difficult to take my son to his doctor's appointments or even to leave the house to get fresh air. This anxiety is crushing and affects every aspect of my daily life.

      8.     My anxiety worsened when I was unable to renew my commercial driver's license due to the loss of my TPS. My commercial driver's license was the foundation of my livelihood and the means by which I have provided for my family. When I learned that I could no longer renew it and would be out of a job, I felt devastated, overwhelmed, and uncertain about how I could continue to provide for my family. I started to wonder how I would pay for my son's medical care, whether my own health would worsen because of my stress, whether I'd lose our family home if I couldn't pay the mortgage, and how I would manage our mounting bills without going into bankruptcy. I worry the most about my young son and how to maintain his healthcare.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Hesperia, California, this October 13, 2025.

*Marcos Miralda*
Marcos Miralda