Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**DECLARATION OF ANIL JUNG SHAHI IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Assigned to: Hon. Trina L Thompson<br><br>Date: November 18, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 9<br><br>Complaint Filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (Admitted *Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitrán (SBN 302081)
ebitran@aclusocal.org
Diana Sánchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (Admitted *Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

## DECLARATION OF ANIL JUNG SHAHI

I, Anil Jung Shahi, declare:

1. I have personal knowledge of the facts set forth in this declaration, which details the experiences and harms suffered by Nepali TPS holders.

2. I am the founding coordinator of United for Temporary Protected Status Nepal (UTPSN). UTPSN is a non-partisan, nonprofit organization registered under Section 501(c)(3) of the Internal Revenue Code and incorporated in the State of New York. UTPSN was founded in March 2025 with a mission to protect Temporary Protected Status (TPS) for Nepali nationals in the short term and to advocate for a permanent, long-term solution, such as lawful permanent residency, for Nepali TPS holders and their families.

3. UTPSN has a registered membership of over 1,300 Nepali nationals currently or formerly holding TPS. Our members reside in all 50 states of the United States. The organization is entirely volunteer-led and composed of Nepali TPS holders who have a direct and personal stake in the outcome of the litigation concerning the continuation or termination of TPS for Nepal.

4. As an organization composed of Nepali TPS holders, UTPSN and its members are directly and adversely affected by the termination of TPS. The loss of lawful status, income, health coverage, and stability has inflicted widespread harm that undermines the organization's mission and threatens the wellbeing of its members and their U.S.-born children.

### UTPSN SURVEY

5. Following the termination of TPS for Nepal, UTPSN conducted an informal survey among its membership to assess the scope of harm caused by the termination. The online survey invited our members to answer questions about how their lives, and the lives of their family members, have been affected by both TPS and the termination of Nepal's TPS designation. All contributions were voluntary and freely offered. This declaration describes the results of the online survey.

6. Between September 6 and October 4, 2025, 213 Nepali TPS holders responded to UTPSN's survey. Survey respondents were distributed throughout 29 different states. Their responses reveal how these long-term TPS holders have built lives, homes, careers and families.

1

Declaration of Anil Jung Shahi in Support of Plaintiffs' Motion for Partial Summary Judgment - Case No. 3:25-cv-05687-TLT

The results likewise show that, since the termination, a majority of Nepali TPS holders have faced severe hardship, including the loss of employment, housing, and/or health insurance. Many can no longer provide for their children, manage severe health conditions, or pay their rent or mortgage payments. Many describe themselves as overwhelmed by anxiety about their future.

### Community Profile

7. Nepali TPS holders had TPS for ten years at the time of the termination of Nepal's TPS designation. Of the 213 respondents to the survey, nearly half reported living in the U.S. for 16 years or more.

8. Nearly 30% of respondents reported that they owned their own home, including nearly 40% of respondents who have lived in the U.S. for 16 years or more.

9. One third of respondents have at least one U.S. citizen child, including 17% who have more than one U.S. citizen child living with them at home.

10. Survey respondents also reported significant contributions to their communities in the United States. Over one-third of respondents reported that, prior to the termination, they spent multiple hours a week helping to organize community events or volunteering at nonprofits or religious institutions, with some spending over ten hours a week volunteering at community events.

### Loss of Employment and Financial Hardship

11. The Nepali survey respondents reported severe financial impacts from the termination of TPS, with most reporting losing their jobs. Over 80% of respondents lost all or a substantial part of their income following termination. Of these 80% of respondents who lost a substantial part of their income, 40% had child dependents at home. Over 60% of respondents reported that they now have no income whatsoever, including a majority of those who formerly earned over $60,000 per year working jobs as varied as software engineer, chef, registered nurse, social worker, electrical engineer, and accountant, among others. Among those who wholly lost their income following the termination are 55% of the survey respondents with children living at home. Another 21% of respondents reported losing one-quarter to three-quarters of their income.

12. Many Nepali TPS holders who reported losing their jobs following termination also

wrote about the attendant harms of that job loss. In narrative responses, at least 16 TPS holders wrote that they had lost or were worried about losing their housing. One respondent wrote that they "don't know how to pay mortgage or support [their] family now." Another wrote that losing their job meant that their family was now at "risk of losing our house and our lives here in [the] US." A third wrote that they "had to give up on [their] apartment." Many others reported that they now live on finite savings; that they were the only source of income for their family; and that they now struggle to afford housing, food, and other basic necessities.

13. Over 10% of respondents reported that they owned a small business prior to the termination, including beauty salons, pet stores, and convenience stores. Approximately half of these respondents have since had to sell their businesses due to the termination.

**Loss of Health Insurance and Medical Hardship**

14. Nearly sixty percent of respondents also reported that they had lost their health insurance following the termination. Of these respondents, roughly half reported that the termination resulted in the loss of health insurance for other family members as well.

15. Many respondents elaborated on this loss of coverage in narrative responses, with over twenty respondents describing severe medical conditions that they or their family members have whose treatment has been interrupted by termination. One wrote that they are expecting a baby but have lost health coverage. Another wrote that their one-year-old U.S. citizen son "has a critical health condition and requires regular blood transfusions," and "his life depends on constant medical check up[s] and doctor's visits[, b]ut because of the uncertainty around [their] legal status and insurance coverage, his appointments have been canceled." A third wrote that their "child is missing his therapy sessions because [they] lost [their] job and no longer have insurance." Yet another wrote that they "have kidney failure issues and [are] doing [their] dialysis in Seattle and waiting for kidney donors."

16. Over one-tenth of respondents reported that their children rely on long-term, specialized medical care which has been interrupted, or where there is a threat of interruption due to the termination. For instance, five different respondents noted, the termination of TPS is particularly disruptive for parents of autistic children. One parent of an autistic child wrote that

3

"the loss of health insurance … ended [their] autistic child's therapies ([applied behavior analysis], speech, and occupational)." Another parent – who has lost their job following termination – wrote: "Our older son is autistic and non-verbal. Our biggest fear is for our son not being able to get him the necessary therapy and support."

**Emotional Impact of Loss of TPS**

17. Approximately one-quarter of survey respondents reported that they have been effectively immobilized by fear resulting from the termination. Fourteen respondents (7% of all respondents) reported that they are now scared to drive, go outside, see friends, and/or go to the store. Others wrote that they are afraid to go outside even for emergencies. 41 respondents (19% of all respondents) reported that they are afraid of getting detained, deported, or stopped by ICE officers.

18. Nepali TPS holders almost universally reported feeling severe stress and other psychological impacts since the termination. All but seven of the respondents (97% of all respondents) reported increased stress and/or anxiety due to the termination. 77% reported that they were increasingly having trouble concentrating.

19. 56% of respondents with children at home reported that the termination was having an emotional impact on their children.

20. In narrative responses, many respondents elaborated further on these harms, with many describing overwhelming fear, anxiety, and terror. One wrote: "Losing TPS has completely shaken the foundation of my life and my family's sense of security and stability. I fear losing the community and home we have built here, and the possibility of being forced to abandon everything we have worked so hard for. I live with constant fear, and I am even scared to go outside." Another respondent described "overthinking, sleepless nights and just pure terror."

**INDIVIDUAL ACCOUNTS**

21. I spoke with several survey respondents to learn more about their individual circumstances. They described significant financial and medical hardships and emotional distress to themselves as well as their family members, including U.S. citizen children. Several described their efforts to obtain other immigration status, such as student visas or employment-based

4

petitions and how the sudden termination of TPS rendered them newly ineligible. All expressed fear, anxiety, and uncertainty about their futures.

**Rajbin Shrestha, New Jersey IT Analyst, Father, and Founding Coordinator and Board Member of UTPSN**

22. Rajbin Shrestha came to the U.S. in 1997, and has lived here for nearly 28 years. He and his wife have had TPS since 2015, and they have three children, all of whom are U.S. citizens. They own a home and have been paying a mortgage.

23. Mr. Shrestha was until recently an IT analyst at a real estate firm. His wife worked as a production assistant for a jewelry company. However, after losing TPS, Mr. Shrestha and his wife both lost their jobs because they no longer had work authorization. They are using their savings to pay for their mortgage, but they've been struggling to make ends meet. They also lost their health insurance, and are trying to navigate enrolling in the health marketplace, but will struggle to pay for insurance out of pocket.

24. Mr. Shrestha and his family cannot return to Nepal because of the worsening political situation in the country. Additionally, his oldest daughter is starting college in the U.S. next year, and his middle daughter will be starting college in 2027. His youngest child is only seven. None of his children speak Nepali, and his children are scared to live in a country that they've never been to.

25. Since the termination of TPS for Nepal, Mr. Shrestha's children worry about their parents whenever they leave the house, even if it is just to go to the grocery store or run an errand. Whenever they are driving, and there happens to be a police car behind them, the whole family tenses up and gets scared that they are going to get pulled over and that Mr. Shrestha and his wife will get deported. If Mr. Shrestha is out of the house and doesn't answer his phone when one of his daughters calls him, they get very anxious that he's being held by ICE.

26. "We have built a life and raised our families in this country, and this is our home," Mr. Shrestha said.

**S.B., a California Nurse**

27. S.B. is a TPS holder who has lived in the United States for 18 years. She graduated

5

from college in the United States and became a registered nurse in 2020. She worked in a medical surgery unit in Boston, Massachusetts before moving to California with her family. S.B. lives with her husband and their niece, whom they support.

28. Following the termination of TPS, S.B. lost her job as a nurse. She was the primary breadwinner for her family and the loss of income is causing severe economic hardship for the family. S.B. doesn't have enough money for transportation, and they are struggling to pay rent and purchase basic necessities on her husband's income alone.

29. S.B. has a valid, approved I-140 visa petition filed by her employer. This employment-based visa petition would ultimately provide S.B. a pathway to lawful permanent residence. Based on this petition, S.B. was on track to be eligible for a green card around January 2026. However, the loss of her TPS status and associated work authorization immediately rendered her ineligible to adjust her status and secure a green card via this petition, bringing her years-long effort to obtain permanent status to an abrupt end.

30. S.B. lost her health insurance when TPS was terminated for Nepal. She has been forced to forgo crucial medical care as a result. Around the same time that she lost her TPS and health insurance, she discovered that she was pregnant. This was welcome news to S.B. and her husband, who dream of starting a family. Several weeks later, she suffered a miscarriage. Due to her lack of insurance, S.B. went through the miscarriage alone at home, describing the experience as painful and highly traumatic. "I knew I should see a doctor," she said, "but I can't afford it." Instead, she is relying on her own medical training to monitor herself for any signs of infection or complications.

**S.P., a North Carolina Cybersecurity Professional and Mother of an Autistic Son**

31. S.P. has lived in the United States for 15 years. She resides in North Carolina with her husband, who is also a TPS holder from Nepal, and their 7-year-old U.S. citizen son. Their son is autistic and has significant developmental delays.

32. Prior to the termination of TPS, S.P. and her husband were both employed in cyber-security; she worked for a major insurance company and he for a national telecommunications company. The family was economically stable, and they were beginning the process of purchasing

their first home. With the loss of TPS, both S.P. and her husband lost their jobs. They now have no income and have been spending their limited savings. They have also lost their employer-sponsored health care.

33. S.P.'s U.S. citizen son was previously receiving 40 hours of one-on-one therapy for his significant developmental delays. This therapy was covered in large part by their health insurance. Now uninsured, they cannot afford therapy for their son. They enrolled their son in public school, which does not have sufficient resources to provide him with the individualized care that he needs. S.P. reports that her son refuses to eat while at school and comes home very agitated, though he is unable to communicate what is wrong.

34. S.P. reports being afraid to leave the house, worried that ICE agents will detain or deport her. "I wake up with a pit in my stomach every day," she said. "I don't know what we will do. Every day feels harder than the one before."

**S.S., a California Business Analyst and Mother**

35. S.S. came to the United States on a student visa in 2009. She graduated with a degree in business administration. After graduation, when the earthquake devastated Nepal and the country was designated for TPS, S.S. applied for TPS. Since then, she has worked as a business analyst for a consulting company.

36. S.S. lives in California with her husband and their two daughters, aged 7 and 5. Her older daughter is autistic and is completely non-verbal. She requires intensive supervision and one-on-one care. The specialists tell the family to take each day at a time, and that the most important thing is to maintain a steady routine. The termination of TPS has upended the family's entire life.

37. S.S. lost her job when TPS was terminated. While working, S.S. was able to comfortably provide for her family, but now she feels helpless and constantly worried about the future. Her husband works as a delivery and rideshare driver, and his income is unpredictable and insufficient to support their family of four.

38. S.S.'s daughter was receiving 20 hours of Applied Behavior Analysis (ABA) therapy weekly, but her treatment was disrupted when the family lost their health insurance due to

the termination of TPS.

39. S.S. is terrified of being detained and deported, and of being separated from her children. The specialized services that her daughter needs are not readily available in Nepal. Her quality of life would be severely restricted in Nepal, which has grown increasingly unstable and dangerous in recent weeks. The family could not relocate there.

**A.M., a Maryland Investment Operations Director**

40. A.M. is a TPS holder who has lived in the U.S. for 13 years. He initially arrived as a student and obtained an undergraduate degree in finance. He resides in Maryland with his younger sister, a U.S. citizen whom he supports, and his wife, who is on a student visa.

41. A.M. worked as an operations director for an investment bank, a position he had held for over 9 years. His income comfortably supported his sister and his wife, as well as his parents in Nepal. In 2022, he purchased a home.

42. When the TPS termination went into effect, A.M. was placed on unpaid leave from his work and within three weeks was fired from his job solely due to the loss of work authorization. A.M. is now living off his savings and in a state of limbo.

43. He is attempting to sell his house because he does not see how he could pay his mortgage.

44. He has been struggling emotionally with the uncertainty of how he will continue to live and support himself and his family.

45. A.M. has sought to apply for another status which would allow him to remain in the United States and continue to work legally. However, the manner in which the terminations have gone into effect has made that nearly impossible for him. "I've been trying everything I can think of to stay in lawful status," says A.M. "But it feels like every door is being slammed shut in my face."

**S.T., North Carolina Product Manager and Mother**

46. S.T. has lived in the United States for over ten years. Her now-husband first moved to North Carolina from Nepal in 2007, and S.T. moved to North Carolina to be with him. They married in 2019. S.T.'s husband is also a TPS holder. S.T. is a product manager at an insurance

8

DECLARATION OF ANIL JUNG SHAHI IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - CASE NO. 3:25-CV-05687-TLT

company, and her husband is a service and support analyst for AT&T. However, both S.T.'s and her husband's employers told them that they will be laid off on November 18, 2025, if they cannot provide updated work authorization.

47. S.T. and her husband have a three-year-old daughter, who has autism and is non-verbal. She needs a lot of specialized behavioral and speech therapy, and S.T. is her primary caretaker. S.T. is very anxious about the prospect of moving back to Nepal because the country does not have as many services for children with autism.

48. S.T. is at risk of losing her health insurance if her employer terminates her due to lack of work authorization. S.P. has to receive many injections for back issues, which have required her to be on bed rest for months at a time. However, without insurance, she is worried that she will not be able to continue paying for the injections.

**S.S., New York Medical Devices Designer and Father**

49. S.S. came to the United States in 2008 on a student visa. He studied electrical engineering and completed a master's degree in engineering. He had been working at a medical devices company until TPS was terminated in August.

50. S.S. lives in New York with his wife and two daughters, who are four and two and were born in the United States, as well as his parents who have green cards. His wife has TPS as well, but she filed for asylum, due to a fear of political persecution in Nepal because of her family's connections to an opposing political party, and she is awaiting a hearing. S.S.'s sister is also a U.S. citizen and lives nearby in New York.

51. S.S. had been working with his company to apply for a green card through his work, and the process was going to be done in a few months. However, his company had to lay him off when his TPS was terminated and he lost his employment authorization. Although his company will continue sponsoring the green card process, because S.S. does not have valid immigration status, he is at risk of being ineligible for the green card. "I was so close to having a green card," S.S. said. "If I'd been able to have TPS for a few more months, I could've finally had the green card, but now that seems impossible."

52. S.S. has thought about whether he could go back to Nepal, but his wife could not

9

return with him because of her fear of political persecution. S.S. cannot imagine returning to Nepal without his wife and children, and leaving them alone in the United States.

**N.S., New York Mother and Part-Time Delivery Driver**

53. N.S. is a TPS holder who has lived in the United States for 14 years. She initially came as a student, and since registered for TPS. She lives in New York with her lawful permanent resident husband and their two U.S. citizen children, aged six and three. Her husband's mother and brother are U.S. citizens.

54. N.S. is the primary caretaker for her two young children, though she has also delivered food part-time for Grubhub as the flexibility is compatible with her caretaking responsibilities. Now that N.S. lost TPS, she can no longer work for Grubhub. Her husband drives for Uber, but the income is not stable, so they are very worried about their finances. "We are just trying to survive at this point," N.S. said.

55. N.S.'s youngest child has autism, and she currently receives ABA therapy, and speech and occupational therapy. In January, N.S.'s youngest child is scheduled to start a special education program. N.S. and her husband have thought about returning to Nepal, but are worried because the country does not have access to the same autism therapies that her U.S. citizen daughter has access to in the United States. N.S.'s daughter has just started making a lot of progress with her autism therapies over the past eighteen months, and if they had to move back to Nepal, N.S. is worried that she would regress.

56. N.S. also does not have health insurance anymore, since she lost her job. She has an upcoming appointment to receive a new dose of birth control shots, but she said that she will have to cancel it, because she cannot pay for the shots without insurance.

57. N.S. said that she does not feel safe going outside. When she goes to pick up her daughter from school, she has crippling anxiety while she waits in the car.

**B.S., a Maryland Student and New Father**

58. B.S. has lived in the United States for almost fourteen years. He first came to the United States as a student and studied computer science. He had TPS since 2016 following the devastating earthquake in Nepal, but lost his TPS when Nepal's TPS designation was terminated.

For the last decade, he has primarily worked in restaurants. He recently began continuing his studies for a master's in computer science, and has a valid student visa. While his student visa provides him valid legal status to remain in the United States, it does not authorize him to work.

59. B.S. resides in Maryland with his elderly legal permanent resident parents, his partner, and their newborn baby. Up until TPS was terminated, B.S. was the primary breadwinner for his family. His partner recently gave birth and cannot work because she is caring for their infant. Because neither B.S. nor his partner can work, they have to use their savings to pay the mortgage on their house, health insurance, and school fees.

60. B.S. also supports his parents. His father was diagnosed with oral cancer and has just completed chemotherapy and radiation therapy. He is recovering now and requires constant care. If B.S.'s father requires more treatment next year, B.S. will struggle to cover the treatment costs.

61. A few months ago, ICE agents came to the house where B.S. lives with his family and detained his girlfriend, an immigrant from El Salvador, who was six months pregnant at the time. They ultimately released her, but B.S. lives in constant fear that his girlfriend will be taken by ICE again, and they are scared to leave the house together.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in New Jersey, this 13th day of October, 2025.

_____
Anil Jung Shahi