UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNÁNDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-5687-TLT<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' REQUEST FOR CLARIFICATION**<br><br>Judge: Hon. Sallie Kim<br><br>Complaint Filed: July 7, 2025 |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Request for Clarification re: Order on Withheld Documents Based on Privilege (Dkt. 155). Having considered Plaintiffs' Request, the Court clarifies its Order on Withheld Documents Based on Privilege (Dkt. 155) as follows:

1. Defendants are required to produce all the documents or portions of documents they have withheld based on their assertion of the deliberative process privilege;
2. Defendants must make that production, along with the production of the specific documents or portions of documents the Court found were not protected by attorney-client privilege, by October 22, 2025.

**IT IS SO ORDERED.**

Date: _____

_____
The Honorable Sallie Kim
UNITED STATES MAGISTRATE JUDGE