Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**DECLARATION OF EMILOU H. MACLEAN IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLARIFICATION RE: ORDER ON WITHHELD DOCUMENTS BASED ON PRIVILEGE**<br><br>Judge: Hon. Sallie Kim<br><br>Complaint Filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitrán (SBN 302081)
ebitran@aclusocal.org
Diana Sánchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

DECLARATION OF EMILOU H. MACLEAN IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLARIFICATION -
Case No. 3:25-cv-05687-TLT

## DECLARATION OF EMILOU H. MACLEAN

I, Emilou H. MacLean, hereby declare:

1. I am an attorney at law licensed to practice in the State of California, and I am a Senior Staff Attorney at the American Civil Liberties Union Foundation of Northern California. I am counsel of record for Plaintiffs in this action and I make this declaration in support of Plaintiffs' Request for Clarification re: Order on Withheld Documents Based on Privilege. I have personal knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. On October 16, 2025, I emailed Defendants' counsel regarding the timing of their production in response to the Court's Order of that same day. I followed up by email on October 17 and again by phone and email on October 20. On October 20, at 2:44 pm PT, I received for the first time a substantive response to my email. Attached hereto as Exhibits A and B are true and correct copies of this email exchange.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on October 20, 2025, in San Francisco, California.

*/s/Emilou H. MacLean*
Emilou H. MacLean

DECLARATION OF EMILOU H. MACLEAN IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLARIFICATION - Case No. 3:25-cv-05687-TLT