BRETT A. SHUMATE
Assistant Attorney General
Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
WILLIAM H. WEILAND
Acting Assistant Director
ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
JEFFREY HARTMAN
DANIEL CAPPELLETTI
SHELBY WADE
LORI MACKENZIE
ILANA KRAMER
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:25-cv-5687<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (ECF NO. 169)**<br><br>Judge: Hon. Trina L. Thompson |

**[PROPOSED] ORDER**

Before the Court is Defendants' Emergency Motion for Relief from Nondispersive Order of Magistrate Judge (ECF No. 169). ECF No. 170. Having considered Defendants' Motion, it is hereby,

ORDERED that Defendants may withhold predecisional and deliberative material unrelated to Temporary Protected Status found on the "Withheld DPP," *see* ECF No. 170-1, and it is further,

ORDERED that Defendants may withhold in full the pages of the "I&A Documents" (NTPSA2_00000570, NTPSA2_00000868, NTPSA2_00000891, NTPSA2_00000914, and NTPSA2_00000937").

**IT IS SO ORDERED.**

Date: _____                    _____

The Honorable Trina L. Thompson
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFS.' EM. MOT. FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAG. J. (ECF NO. 169) – No. 3:25-cv-5687

2