```
 1 | BRETT A. SHUMATE
   | Assistant Attorney General
 2 | Civil Division
   | YAAKOV M. ROTH
 3 | Principal Deputy Assistant Attorney General
   | WILLIAM H. WEILAND
 4 | Acting Assistant Director
   | ERIC SNYDERMAN
 5 | LAUREN BRYANT
   | CATHERINE ROSS
 6 | JEFFREY HARTMAN
   | DANIEL CAPPELLETTI
 7 | SHELBY WADE
   | LORI MACKENZIE
 8 | ILANA KRAMER
   | Trial Attorneys
 9 | U.S. Department of Justice, Civil Division
   | Office of Immigration Litigation
10 | General Litigation and Appeals Section
   | P.O. Box 868, Ben Franklin Station
11 | Washington, D.C. 20044

12 | Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NATIONAL TPS ALLIANCE, *et al.*, | |
|---|---|
| Plaintiffs, | Case No. 3:25-cv-5687 |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, | **DEFENDANTS' EMERGENCY MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (ECF NO. 169)** |
| Defendants. | **EXHIBIT A – WITHHELD DPP LIST** |
| | Judge: Hon. Trina L. Thompson |

**EXHIBIT A – WITHHELD DPP**

1. NTPSA2_00000216
2. NTPSA2_00000244
3. NTPSA2_00000247
4. NTPSA2_00000385
5. NTPSA2_00000388
6. NTPSA2_00000391
7. NTPSA2_00000393
8. NTPSA2_00000413
9. NTPSA2_00000545
10. NTPSA2_00000861
11. NTPSA2_00000884
12. NTPSA2_00000907
13. NTPSA2_00000930
14. NTPSA2_00001040
15. NTPSA2_00001042
16. NTPSA2_00001155
17. NTPSA2_00001156
18. NTPSA2_00001157
19. NTPSA2_00001159
20. NTPSA2_00001160
21. NTPSA2_00001178
22. NTPSA2_00001179
23. NTPSA2_00001180
24. NTPSA2_00001182
25. NTPSA2_00001183
26. NTPSA2_00001334
27. NTPSA2_00001335
28. NTPSA2_00001336
29. NTPSA2_00001339
30. NTPSA2_00001361
31. NTPSA2_00001366
32. NTPSA2_00001369
33. NTPSA2_00001464
34. NTPSA2_00001490
35. NTPSA2_00001599
36. NTPSA2_00001625
37. NTPSA2_00001914
38. NTPSA2_00002547
39. NTPSA2_00002554
40. NTPSA2_00002556
41. NTPSA2_00002558
42. NTPSA2_00002569
43. NTPSA2_00002572
44. NTPSA2_00002582
45. NTPSA2_00002585
46. NTPSA2_0000273
47. NTPSA2_00002962