```
 1  BRETT A. SHUMATE
    Assistant Attorney General
 2  Civil Division
    YAAKOV M. ROTH
 3  Principal Deputy Assistant Attorney General
    WILLIAM H. WEILAND
 4  Acting Assistant Director
    ERIC SNYDERMAN
 5  LAUREN BRYANT
    CATHERINE ROSS
 6  JEFFREY HARTMAN
    DANIEL CAPPELLETTI
 7  SHELBY WADE
    LORI MACKENZIE
 8  ILANA KRAMER
    Trial Attorneys
 9  U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
10  General Litigation and Appeals Section
    P.O. Box 868, Ben Franklin Station
11  Washington, D.C. 20044

12  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*, <br><br>　　　　　　　　Plaintiffs, <br>　v. <br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br>　　　　　　　　Defendants. | Case No. 3:25-cv-5687 <br><br> **DEFENDANTS' EMERGENCY MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (ECF NO. 169)** <br><br> **EXHIBIT B –** <br> **WITHHELD DPP PRIVILEGE LOG** <br><br> Judge: Hon. Trina L. Thompson |

EXHIBIT B – No. 3:25-cv-5687

| BEG DOC# | END DOC# | DOC DATE | RECORD TYPE | PG COUNT | SUBJECT | FILENAME | FILENAME | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| NTPSA2_00000216 | NTPSA2_00000216 | 3/31/2025 | Attach | 1 | | APR 1 Executive Team Call Agenda.pdf | APR 1 Executive Team Call Agenda.pdf | DP - Deliberative Process | Discussion of topics unrelated to TPS. Agenda contains descriptions of ongoing deliberative projects, reported by principals to the Secretary and Deputy Secretary, including deliberative policy discussions |
| NTPSA2_00000244 | NTPSA2_00000244 | 5/19/2025 | Attach | 4 | | Brfg Memo - Reg List for DHS Cabinet Mtg - 2025-05-19 - to Joseph.docx | Brfg Memo - Reg List for DHS Cabinet Mtg - 2025-05-19 - to Joseph.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative draft briefing materials drafted by attorney Christina Mc Donald for review by the Acting General Counsel (Joseph Mazzara) for submission to the Secretary regarding pre-decisional, unimplemented policies and legal input regarding those policies, most of which are unrelated to TPS and challenged determinations at issue in this case. |
| NTPSA2_00000247 | NTPSA2_00000247 | 5/19/2025 | Attach | 4 | | Brfg Memo - Reg List for DHS Cabinet Mtg - 2025-05-19 - to Joseph.docx | Brfg Memo - Reg List for DHS Cabinet Mtg - 2025-05-19 - to Joseph.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative draft briefing materials drafted by DHS attorney Christina McDonald for review by the Acting General Counsel (Joseph Mazzara) for submission to the Secretary regarding pre-decisional, unimplemented policies and legal input regarding those policies, most of which are unrelated to TPS and challenged determinations at issue in this case. |
| NTPSA2_00000385 | NTPSA2_00000385_0008 | 3/24/2025 | Attach | 9 | | USCIS Priority list for 3-25-25.docx | USCIS Priority list for 3-25-25.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative document discussing content and development of numerous unimplemented, non-final proposed regulatory policies, the vast majority of which are unrelated to TPS shared between Jerry Rigdon (Acting Chief, Regulatory Coordination Division, USCIS) and DHS OGC attorney Christina McDonald (among others). Document reflects requests for and discussions of legal advice from the Department of Justice regarding non-TPS policy proposals. |
| NTPSA2_00000388 | NTPSA2_00000388_0008 | 4/21/2025 | Attach | 9 | | USCIS Priority list for 4-22-25.pdf | USCIS Priority list for 4-22-25.pdf | AC - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative document discussing content and development of numerous unimplemented, non-final proposed regulatory policies, the vast majority of which are unrelated to TPS shared between Jerry Rigdon (Acting Chief, Regulatory Coordination Division, USCIS) and DHS OGC attorney Christina McDonald (among others). Document reflects requests for and discussions of legal advice from the Department of Justice regarding non-TPS policy proposals and discussion of legal review and feedback from the Office of the General Counsel and USCIS's Office of Chief Counsel on non-TPS policy proposals. |
| NTPSA2_00000391 | NTPSA2_00000391_0008 | 4/21/2025 | Attach | 9 | | USCIS Priority list for 4-22-25.docx | USCIS Priority list for 4-22-25.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative document discussing content and development of numerous unimplemented, non-final proposed regulatory policies, the vast majority of which are unrelated to TPS shared between Jerry Rigdon (Acting Chief, Regulatory Coordination Division, USCIS) and DHS OGC attorney Christina McDonald (among others). Document reflects requests for and discussions of legal advice from the Department of Justice regarding non-TPS policy proposals and discussion of legal review and feedback from the Office of the General Counsel and USCIS's Office of Chief Counsel on non-TPS policy proposals. |
| NTPSA2_00000393 | NTPSA2_00000393_0009 | 5/26/2025 | Attach | 10 | | USCIS Priority list for 5.27.25.docx | USCIS Priority list for 5.27.25.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative document discussing content and development of numerous unimplemented, non-final proposed regulatory policies, the vast majority of which are unrelated to TPS shared between Jerry Rigdon (Acting Chief, Regulatory Coordination Division, USCIS) and DHS OGC attorney Christina McDonald (among others). Document reflects requests for and discussions of legal advice from the Department of Justice regarding non-TPS policy proposals and discussion of legal review and feedback from the Office of the General Counsel and USCIS's Office of Chief Counsel on non-TPS policy proposals. |
| NTPSA2_00000413 | NTPSA2_00000413 | 5/21/2025 | Attach | 4 | | Brfg Memo - Reg List for DHS Cabinet Mtg - 2025-05-19 - to Joseph (LCS).docx | Brfg Memo - Reg List for DHS Cabinet Mtg - 2025-05-19 - to Joseph (LCS).docx | AC - Attorney Client Privilege; DP - Deliberative Process | Draft memo prepared by counsel for review by Acting General Counsel Joseph Mazzara regarding ongoing, unimplemented policies and policy development. |

| Bates Begin | Bates End | Date | Type | Pages | Filename | Attachment | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| NTPSA2_00000545 | NTPSA2_00000628 | 5/21/2025 | Attach | 84 | | S2 Briefing Book 05.22.2025 - Full Mats.pdf | S2 Briefing Book 05.22.2025 - Full Mats.pdf | AC - Attorney Client Privilege; DP - Deliberative Process; LE - Law Enforcement | LEP - Redactions made according to court orders dated 10/31/25 and 10/16/25. Note: Order dated Oct. 16 stated, "The bullet points under DHS will on NTPSA2_00000588" but those bullet points extend into NTPSA2_00000589 and NTPSA2_00000590 so redacted those bullet points as well. ACP - Includes information prepared by the Acting General Counsel for presenting at senior leadership meeting reflecting content of legal reviews of unimplemented policies, unrelated to TPS, by the Office of the General Counsel and the Department of Justice. |
| NTPSA2_00000861 | NTPSA2_00000881 | 6/13/2025 | Attach | 21 | | 06.17.2025 - Component Cabinet Meeting - Full Mats.pdf | 06.17.2025 - Component Cabinet Meeting - Full Mats.pdf | AC - Attorney Client Privilege; DP - Deliberative Process; LE - Law Enforcement | Discussion of pre-decisional, deliberative Department-wide proposed policies unrelated to TPS, as well as law enforcement initiatives and information unrelated to TPS. Includes information prepared by the Acting General Counsel for presenting at senior leadership meeting reflecting content of legal reviews of unimplemented policies, unrelated to TPS, by the Office of the General Counsel and the Department of Justice. |
| NTPSA2_00000884 | NTPSA2_00000904 | 6/13/2025 | Attach | 21 | | 06.17.2025 - Component Cabinet Meeting - Full Mats.pdf | 06.17.2025 - Component Cabinet Meeting - Full Mats.pdf | AC - Attorney Client Privilege; DP - Deliberative Process; LE - Law Enforcement | LEP - Redactions made according to court orders dated 10/31/25 and 10/16/25. ACP - Includes information prepared by the Acting General Counsel for presenting at senior leadership meeting reflecting content of legal reviews of unimplemented policies, unrelated to TPS, by the Office of the General Counsel and the Department of Justice. |
| NTPSA2_00000907 | NTPSA2_00000927 | 6/13/2025 | Attach | 21 | | 06.17.2025 - Component Cabinet Meeting - Full Mats.pdf | 06.17.2025 - Component Cabinet Meeting - Full Mats.pdf | AC - Attorney Client Privilege; DP - Deliberative Process; LE - Law Enforcement | LEP - Redactions made according to court orders dated 10/31/25 and 10/16/25. Redactions on NTPSA2_00000914, NTPSA2_0000925, and NTPSA2_0000927, while not specifically mentioned on the court orders, had identical redactions on other documents named in the court orders so made those consistent with other redactions. ACP - Includes information prepared by the Acting General Counsel for presenting at senior leadership meeting reflecting content of legal reviews of unimplemented policies, unrelated to TPS, by the Office of the General Counsel and the Department of Justice. |
| NTPSA2_00000930 | NTPSA2_00000950 | 6/13/2025 | Attach | 21 | | 06.17.2025 - Component Cabinet Meeting - Full Mats.pdf | 06.17.2025 - Component Cabinet Meeting - Full Mats.pdf | AC - Attorney Client Privilege; DP - Deliberative Process; LE - Law Enforcement | LEP - Redactions made according to court orders dated 10/31/25 and 10/16/25. Redactions on NTPSA2_00000937, NTPSA2_00000948, and NTPSA2_00000950, while not specifically mentioned on the court orders, had identical redactions on other documents named in the court orders so made those consistent with other redactions. ACP - Includes information prepared by the Acting General Counsel for presenting at senior leadership meeting reflecting content of legal reviews of unimplemented policies, unrelated to TPS, by the Office of the General Counsel and the Department of Justice. |
| NTPSA2_00001040 | NTPSA2_00001040 | 6/23/2025 | Attach | 12 | | USCIS Priority list for 6.23.25.docx | USCIS Priority list for 6.23.25.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative document containing deliberations regarding numerous unimplemented policies, most unrelated to challenged TPS determinations, as well as legal advice provided to USCIS by DHS OGC and USCIS OCC on the same. |
| NTPSA2_00001042 | NTPSA2_00001042 | 6/24/2025 | Attach | 12 | | USCIS Priority list for 6.23.25.docx | USCIS Priority list for 6.23.25.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative document containing deliberations regarding numerous unimplemented policies, most unrelated to challenged TPS determinations, as well as legal advice provided to USCIS by DHS OGC and USCIS OCC on the same. |
| NTPSA2_00001155 | NTPSA2_00001155 | 6/6/2025 | Attach | 1 | [Review Request] CFIUS Cases (25-069) | [Review Request] CFIUS Cases (25-069) | [Review Request] CFIUS Cases (25-069) | DP - Deliberative Process | Deliberative discussion between DHS staff - Kellie Benz (DHS Office of the Executive Secretary), Jospeh Guy (Deputy Chief of Staff), Jimmy Percival, and Jospeh Mazzara (DHS AGC) - about predecisional issues about non-TPS issues. |
| NTPSA2_00001156 | NTPSA2_00001156 | 6/6/2025 | Attach | 1 | | | 25-14509 - CFIUS 25-069 Decision Memo.docx | DP - Deliberative Process | Deliberative draft document about predecisional decisions about non-TPS issues. |
| NTPSA2_00001157 | NTPSA2_00001157 | 6/6/2025 | Attach | 1 | | | 25-14509 - CFIUS 25-069 Tab A Cert to Congress [CoLead].docx | DP - Deliberative Process | Deliberative draft document about predecisional issues about non-TPS issues. |

| Bates Begin | Bates End | Date | Type | Pages | Filename | Filename | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| NTPSA2_00001159 | NTPSA2_00001159 | 5/9/2025 | Attach | 13 | | 25-11586 PLCY - MOC Between US and Belize on BDSP - Final.docx | DP - Deliberative Process | Deliberative draft ocument about predecisional issues about non-TPS issues. |
| NTPSA2_00001160 | NTPSA2_00001160 | 6/3/2025 | Attach | 3 | | 25-11586 PLCY - S1 Action Memo - Belize MOC Signing.pdf | DP - Deliberative Process | Deliberative draft document about predecisional issues about non-TPS issues. |
| NTPSA2_00001178 | NTPSA2_00001178 | 6/6/2025 | Attach | 1 | [Review Request] CFIUS Cases (25-069) | [Review Request] CFIUS Cases (25-069) | DP - Deliberative Process | DP - Deliberative discussion of clearance process and approvals for various topics not involving TPS. |
| NTPSA2_00001179 | NTPSA2_00001179 | 6/6/2025 | Attach | 1 | | 25-14509 - CFIUS 25-069 Decision Memo.docx | DP - Deliberative Process | DP - Deliberative discussion of clearance process and approvals for various topics not involving TPS.. Draft as it is not signed yet. Also recommendation from PLCY to Secretary without finalized Secretary input. Non-TPS issue. LEP - Name of classified case DP - Deliberative discussion of clearance process and approvals for various topics not involving TPS. LES - Name of non-TPS (classified part not in CORA) |
| NTPSA2_00001180 | NTPSA2_00001180 | 6/6/2025 | Attach | 1 | | 25-14509 - CFIUS 25-069 Tab A Cert to Congress [CoLead].docx | DP - Deliberative Process | Deliberative discussion of clearance process and approvals for various topics not involving TPS. |
| NTPSA2_00001182 | NTPSA2_00001182 | 5/9/2025 | Attach | 13 | | 25-11586 PLCY - MOC Between US and Belize on BDSP - Final.docx | DP - Deliberative Process | Predecisional, deliberative policy initiative unrelated to TPS that also has law enforcement impact with our international law enforcement partners. |
| NTPSA2_00001183 | NTPSA2_00001183 | 6/3/2025 | Attach | 3 | | 25-11586 PLCY - S1 Action Memo - Belize MOC Signing.pdf | DP - Deliberative Process | Predecisional, deliberative, unadopted recommendation memorandum unrelated to TPS regarding unimplemented international law enforcement agreement. |
| NTPSA2_00001334 | NTPSA2_00001334 | 6/24/2025 | Edoc | 12 | USCIS monthly regs list - 06-24-25 - w Cem notes.docx | USCIS monthly regs list - 06-24-25 - w Cem notes.docx | AC - Attorney Client Privilege; DP - Deliberative Process | The document is a draft and pre-decisional chart of non-finalized, proposed USCIS regulations and also has ACC information, including communications provided by OGC Counsel Julia Follick to client re questions to further provision of legal advice. |
| NTPSA2_00001335 | NTPSA2_00001335 | 6/16/2025 | Edoc | 4 | Brfg Memo - Reg List for DHS Cabinet Mtg - 2025-06-16 - to Joseph Updated.docx | Brfg Memo - Reg List for DHS Cabinet Mtg - 2025-06-16 - to Joseph Updated.docx | AC - Attorney Client Privilege; DP - Deliberative Process | DP - This is a draft document with highlights to be filled-in communicating proposed, non-final rules by Department and Components. ACP - This document contains comments from DHS AGC Jospeh Mazzara for DHS Cabinet Meeting regarding status updates as to non-final Rules, including coordination with DOJ and client on statues / next steps of the Rules. |
| NTPSA2_00001336 | NTPSA2_00001336 | 6/26/2025 | Edoc | 12 | Rule Tracker - 2025-06-26.docx | Rule Tracker - 2025-06-26.docx | AC - Attorney Client Privilege; DP - Deliberative Process; WP - Work Product | AC/DP/WP - Document drafted by Office of the General Counsel with information reflecting attorney work and review of regulatory policy initiatives, largely unimplemented, and reflecting legal advice and analysis regarding those initiatives. |
| NTPSA2_00001339 | NTPSA2_00001339 | 6/11/2025 | Edoc | 4 | Brfg Memo - Reg List for DHS Cabinet Mtg - 2025-06-10_46EB765A-82B1-47E2-B307-A122F982FB83 2025-06-11T17-16-32.docx | Brfg Memo - Reg List for DHS Cabinet Mtg - 2025-06-10_46EB765A-82B1-47E2-B307-A122F982FB83 2025-06-11T17-16-32.docx | AC - Attorney Client Privilege; DP - Deliberative Process | DP - This is a draft document with highlights to be filled-in communicating proposed, non-final rules by Department and Components. ACP - This document contains comments from DHS AGC Jospeh Mazzara for DHS Cabinet Meeting regarding status updates as to non-final Rules, including coordination with DOJ and client on statues / next steps of the Rules. |
| NTPSA2_00001361 | NTPSA2_00001361 | 6/30/2025 | Email | 1 | 000000001DAB8ED63C313A499A5354882419014A24002000.MSG | 000000001DAB8ED63C313A499A5354882419014A24002000.MSG | AC - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative discussion reflecting possible policy decision for Honduras TPS, as well as other policies unrelated to TPS, with comments from DHS policy staff advisor Paul McLaughlin to Deputy Chief of Staff Joseph Guy. Includes information regarding request to be made for legal advice regarding non-immigration decisionmaking. |
| NTPSA2_00001366 | NTPSA2_00001366 | 6/11/2025 | Attach | 2 | Regulatory Actions Under DHS Review (11JUN2025).docx | Regulatory Actions Under DHS Review (11JUN2025).docx | DP - Deliberative Process | Predecisional, deliberative notes reflecting possible policy decisions and USCIS Regulatory Actions that are under DHS review but not necessarily finalized. TPS items left unredacted. |
| NTPSA2_00001369 | NTPSA2_00001369 | 3/31/2025 | Attach | 1 | Component Input to S1 Morning Brief_USCIS 04.01.25.docx | Component Input to S1 Morning Brief_USCIS 04.01.25.docx | DP - Deliberative Process | Deliberative, draft proposed briefing material for Secretary regarding various policy initiatives. |

| Bates Begin | Bates End | Date | Type | | Subject | Filename | Filename (2) | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| NTPSA2_00001464 | NTPSA2_00001464 | 5/21/2025 | Attach | 1 | | Component Input to S1 Morning Brief_USCIS 5.22.25.docx | Component Input to S1 Morning Brief_USCIS 5.22.25.docx | DP - Deliberative Process | Deliberative, draft proposed briefing material for Secretary regarding various policy initiatives. |
| NTPSA2_00001490 | NTPSA2_00001493 | 5/2/2025 | Email | 4 | RE: Priority Items for Clearance - 5/2/25 | 0000000063AFA5B07515CD49AE4F8E846CBD5D48A4272000.MSG | 0000000063AFA5B07515CD49AE4F8E846CBD5D48A4272000.MSG | DP - Deliberative Process | This document is an email from Acting Chief of the Executive Secretariat Jessica Dumas to several members of USCIS leadership regarding priority items for clearance. The document contains details about the inner workings of DHS and USCIS policy development and setting of priorities. |
| NTPSA2_00001599 | NTPSA2_00001599_0003 | 3/24/2025 | Attach | 4 | | Memorandum for the Secretary and Deputy Secretary - S1_S2 Weekly Report - 3.17.2025_3.21.2025 (USCIS Clean) 3.21.25.pdf | Memorandum for the Secretary and Deputy Secretary - S1_S2 Weekly Report - 3.17.2025_3.21.2025 (USCIS Clean) 3.21.25.pdf | DP - Deliberative Process; LE - Law Enforcement | LEP: This document is a memorandum from USCIS leadership to the DHS Secretary outlining priorities. Portions of the memorandum would disclose techniques and procedures for law enforcement investigations or prosecutions. DPP: This is a memorandum from USCIS leadership to the DHS Secretary. Document includes mention of proposed and unimplemented policy decisions, most of which are unrelated to TPS |
| NTPSA2_00001625 | NTPSA2_00001625 | 4/7/2025 | Attach | 6 | | Memorandum for the Secretary and Deputy Secretary - S1_S2 Weekly Report_March 31 - April 4 - USCIS Clean.pdf | Memorandum for the Secretary and Deputy Secretary - S1_S2 Weekly Report_March 31 - April 4 - USCIS Clean.pdf | DP - Deliberative Process | This is a memorandum from USCIS leadership to the DHS Secretary containing updates on priorities, including on non-finalized, proposed, draft policy decisions that are not TPS-related. TPS-related discussion left unredacted. |
| NTPSA2_00001914 | NTPSA2_00001914_0002 | 2/12/2025 | Attach | 3 | | Memorandum for the Secretary and Deputy Secretary - Weekly Report 0210-0214.docx | Memorandum for the Secretary and Deputy Secretary - Weekly Report 0210-0214.docx | DP - Deliberative Process | Predecisional, deliberative draft document identifying numerous nascent, unimplemented policies unrelated to TPS. Discussions of Nepal, Honduras, Nicaragua TPS left unredacted. |
| NTPSA2_00002547 | NTPSA2_00002550 | 2/26/2025 | Email | 4 | RE: DO Tiger team list | 00000000E57EC14FC004C43B95B5C99567F77DE44112000.MSG | 00000000E57EC14FC004C43B95B5C99567F77DE44112000.MSG | DP - Deliberative Process | This document is protected by the deliberative process privilege as it involves internal agency deliberation. - specifically, it involves a draft team list of priorities and a USCIS staff member's edits to that list. Redactions are non-TPS matters. |
| NTPSA2_00002554 | NTPSA2_00002554_0004 | 3/31/2025 | Attach | 5 | | Memorandum for the Secretary and Deputy Secretary - S1_S2 Weekly Report - (USCIS Clean) 3.27.25.docx | Memorandum for the Secretary and Deputy Secretary - S1_S2 Weekly Report - (USCIS Clean) 3.27.25.docx | DP - Deliberative Process; LE - Law Enforcement | Deliberative, draft briefing memorandum reflecting numerous non-TPS policy considerations and policy development, as well as law enforcement information. |
| NTPSA2_00002556 | NTPSA2_00002556_0002 | 3/26/2025 | Attach | 3 | | Memorandum for the Secretary and Deputy Secretary - S1_S2 Weekly Report - Template.docx | Memorandum for the Secretary and Deputy Secretary - S1_S2 Weekly Report - Template.docx | DP - Deliberative Process; LE - Law Enforcement | DPP - Draft version of memorandum for Secretary from USCIS Acting Deputy Director with comments from USCIS staff reflecting draft changes/edits. |
| NTPSA2_00002558 | NTPSA2_00002561 | 2/26/2025 | Email | 4 | FW: DO Tiger team list | 00000000E57EC14FC004C43B95B5C99567F77DE04112000.MSG | 00000000E57EC14FC004C43B95B5C99567F77DE04112000.MSG | DP - Deliberative Process | This document is protected by the deliberative process privilege as it involves internal agency deliberation. - specifically, it involves a draft team list of priorities and a USCIS staff member's edits to that list not related to TPS and not related to TPS designations at issue in this case - Nicaragua, Honduras, Nepal. |
| NTPSA2_00002569 | NTPSA2_00002569_0003 | 6/5/2025 | Attach | 4 | | Project list April 2025.docx | Project list April 2025.docx | DP - Deliberative Process | DPP - Chart reflects current and pending projects at USCIS but are not final or complete. These projects include non-TPS matters and TPS matters not related to Nicaragua, Honduras, or Nepal. |
| NTPSA2_00002572 | NTPSA2_00002575 | 1/30/2025 | Email | 4 | RE: Priority List Request | 00000000E57EC14FC004C43B95B5C99567F77DEE4672000.MSG | 00000000E57EC14FC004C43B95B5C99567F77DEE4672000.MSG | DP - Deliberative Process | DPP - This email chain reflects the priority of pending projects in different offices at USCIS, including non-TPS matters. Those projects are incomplete and pending and thus representative the deliberative process of the agency in developing projects and how the agency chooses to prioritize those projects. |
| NTPSA2_00002582 | NTPSA2_00002584 | 2/26/2025 | Email | 3 | RE: DO Tiger team list | 00000000E57EC14FC004C43B95B5C99567F77DE04692000.MSG | 00000000E57EC14FC004C43B95B5C99567F77DE04692000.MSG | DP - Deliberative Process | DPP - This document is protected by the deliberative process privilege as it involves internal agency deliberation - specifically, it involves a draft team list of priorities and a USCIS staff member's edits to that list. The redacted materials are non-TPS matters. |

| Bates Begin | Bates End | Date | Type | Count | Subject | Filename Begin | Filename End | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| NTPSA2_00002585 | NTPSA2_00002585 | 6/7/2025 | Attach | 1 | | image001 | image001 | DP - Deliberative Process | DPP - This document is protected by the deliberative process privilege as it involves internal agency deliberation - specifically, it involves a USCIS staff member's edits to a draft priority list not related to TPS |
| NTPSA2_00002736 | NTPSA2_00002739 | 2/26/2025 | Email | 4 | Re: DO Tiger team list | 000000007BDC9A27AA283B44877F4A2494C79F4BE4112000.MSG | 000000007BDC9A27AA283B44877F4A2494C79F4BE4112000.MSG | DP - Deliberative Process | DPP - This document is protected by the deliberative process privilege as it involves internal agency deliberation - specifically, it involves a draft team list of priorities and a USCIS staff member's edits to that list about non-TPS matters. |
| NTPSA2_00002962 | NTPSA2_00002962_0003 | 3/24/2025 | Attach | 4 | | Memorandum for the Secretary and Deputy Secretary - S1_S2 Weekly Report - 3.17.2025_3.21.2025 (USCIS Clean) 3.21.25.pdf | Memorandum for the Secretary and Deputy Secretary - S1_S2 Weekly Report - 3.17.2025_3.21.2025 (USCIS Clean) 3.21.25.pdf | DP - Deliberative Process; LE - Law Enforcement | LEP: This is a memorandum from USCIS leadership to the DHS Secretary. Certain information would disclose techniques and procedures for law enforcement investigations or prosecutions. DP: This is a memorandum from USCIS leadership to the DHS Secretary. Document includes mention of proposed and draft policy decisions. |