Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, O.C., SANDHYA LAMA, S.K., TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-5687<br><br>**SUPPLEMENTAL EXHIBIT INDEX** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (admitted *Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
diana.sanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (admitted *Pro Hac Vice*)
ecrew@haitianbridge.com
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
| 1 | Email communication re: "HAD-PRD Touch Base on TPS"<br><br>April 21, 2025<br><br>NTPSA2_00001690 | NTPSA2_00001693 (April 21, 2025) ("Focus on conditions described in the original designation, and how they are/aren't the same now[;] Include any improvements[; …] Issues like 'corruption' that are more endemic rather than temporary are outside the scope[;] Women's rights might not be included in the FRN[;] Don't mention environmental concerns or climate change[;] Unclear what will be accepted as legitimate E&T conditions; generalized crime/violence not sufficient")<br><br>NTPSA2_00001692 (April 22, 2025) ("I am having my team to revise the reports for Nepal, Honduras, Nicaragua and Hait1 *[sic]* to make them consistent with the new guidelines.") |
| 2 | Email communication re: "TPS country condition research Haiti Honduras Nicaragua"<br><br>February 28 - May 12, 2025<br><br>NTPSA2_00002523; NTPSA2_00002524 | NTPSA2_00002523_0001(May 12, 2025) ("we are looking for the analysis that includes 'improvements'")<br><br>NTPSA2_00002523 (May 12, 2025) ("Attached is the report on Haiti improvement. We also added some interesting new findings about [Non-Immigrant Visas (NIV)] and I-94 admissions. Hope it helps.") |
| 3 | Draft USCIS RAIO Country Conditions Report for Nicaragua TPS: "Temporary Protected Status (TPS) Considerations: Nicaragua (April 2025)" [DRAFT]<br><br>April 9, 2025 (from metadata)<br><br>NTPSA2_00002423 | NTPSA2_00002423 (Comment block: "Nicaragua was initially designated for TPS on January 5, 1999, based on environmental disaster grounds, specifically the devastation caused by Hurricane Mitch…As a result, the focus of this TPS COI paper should be on environmental conditions for Nicaragua and whether there are any continuing effects from Hurricane Mitch, similar to how the Nepal TPS COI paper is framed." |

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
|  |  |  |
| 4 | USCIS OP&S Report: "TPS Country Conditions Update: Nepal and Cameroon" <br><br> March 2025 <br><br> NTPSA2_00001628 | NTPSA2_00001628- NTPSA2_00001628_0001 (Categories of consideration: "Number of ICE removals and other repatriations," "Number of [Non-Immigrant Visas (NIVs)] granted," "Number of NIV overstays," "Any fraud or vetting problem statistic" ("N/A")) <br><br> NTPSA2_00001628_0006 ("Country Condition Summary"—"Nepal as TPS-Designated Country: Comparison of Country Conditions between Initial and Latest" |
| 5 | USCIS OP&S Report: "TPS Country Conditions Update: Haiti, Honduras and Nicaragua" <br><br> March 2025 <br><br> NTPSA2_00001562 | NTPSA2_00001562 - NTPSA2_00001562_0001 (Categories of consideration: "Number of ICE removals and other repatriations," "Number of [Non-Immigrant Visas (NIVs)] granted," "Number of NIV overstays," "Any fraud or vetting problem statistic" ("N/A")) |
| 6 | "Nicaragua as TPS-Designated Country: Comparison of Country Conditions Between Initial and Latest" <br><br> March 2025 (from metadata) <br><br> NTPSA2_00001700 | NTPSA2_00001700 (recognizing 2023 extension on the ground of "Ongoing significant natural disasters and a resulting humanitarian crisis," "Environmental challenges," and "Political instability") <br><br> NTPSA2_00001700 ("The country is experiencing political instability and a humanitarian crisis that continue to render the country temporarily inadequate to handle the return of its nationals.") |
| 7 | "Honduras as TPS-Designated Country: Comparison of Country Conditions Between Initial and Latest" <br><br> March 2025 (from | NTPSA2_00001699 (recognizing 2023 extension on the ground of "Ongoing natural disasters that impact infrastructure rebuilding," "Public health challenges," and "Violence and social and political concerns") <br><br> NTPSA2_00001699_0001 ("Honduras is not considered safe for returning nationals, especially those vulnerable to gang violence, political persecution, or economic |

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
| | metadata) NTPSA2_00001699 | hardship.") |
| 8 | "Haiti as TPS-Designated Country: Comparison of Country Conditions Between Initial and Latest" March 2025 (from metadata) NTPSA2_00001564 | NTPSA2_00001564_0001 ("In 2024, Haiti's multidimensional crisis reached catastrophic levels.") |
| 9 | Email communication re: "Honduras and Nicaragua recommendations" April 8, 2025 NTPSA2_00002279 | ("S1 needs to make a decision on Honduras and Nicaragua TPS by 5/4. We have drafted decision memos for both countries using our in-house OP&S research, but are missing the reports from Honduras (DOS) and Nicaragua (RAIO and DOS).") |
| 10 | Email communication re: "TPS Release – Honduras" June 10, 2025 – July 2, 2025 NTPSA2_0001329 | NTPSA2_0001329_0013 (June 10, 2025) ("the decision to terminate is tied directly to … the original environmental disaster") NTPSA2_0001329_0012 (June 10, 2025) ("The problem is if we sing the praises of Honduras (which we can certainly do), then it calls into question why we're also terminating the program in Nicaragua, with its murderous, dictatorial regime. Which in turn might open us up to questions about why we're terminating for both countries when the conditions on the ground are so much better in Honduras.") NTPSA2_00001329_0002 (July 1, 2025) ("We should roll out together since the designation was based on the same 1998 hurricane.") |
| 11 | Memorandum for the Secretary from Acting | NTPSA2_00001014-002 ("[Y]ou determined the conditions supporting Honduras' January 5, 1999 |

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
| | General Counsel Joseph Mazzara re: "USCIS Notice: Termination of the Designation of Honduras for Temporary Protected Status"<br><br>June 5, 2025<br><br>NTPSA2_00001014 | designation for TPS, based on environmental disaster, are no longer met. Specifically, the catastrophic flooding and damage resulting from Hurricane Mitch no longer constitutes a 'substantial, but temporary, disruption in living conditions in the area affected.") |
| 12 | Memorandum for the Secretary from Acting General Counsel Joseph Mazzara re: "USCIS Notice: Termination of the Designation of Nicaragua for Temporary Protected Status"<br><br>June 11, 2025<br><br>NTPSA2_00001017 | NTPSA2_00001017-002 ("This notice describes the information, evidence, and criteria you considered when reaching your determination. Specifically, … Nicaragua has made significant progress in recovering from the hurricane's destruction. The impacts of the environmental disaster due to Hurricane Mitch no longer prevent Nicaragua's nationals from returning in safety.") |
| 13 | Email communications re: "Inquiry from the field – Honduras TPS SME"<br><br>November 13, 2024 – March 12, 2025<br><br>NTPSA2_00003126 | NTPSA2_00003126_0003-0004 (November 13, 2024) (DHS Officer in Honduras: "[H]ere in Tegucigalpa, DOS's political-economic section is preparing the attached draft to recommending the redesignation of Honduras TPS.")<br><br>NTPSA2_00003126_0003 (November 14, 2024) (DHS Officer in Honduras: "[TPS] is something that is high on the ambassador's radar, and we wish for our field office to serve as useful resource when we are called upon.")<br><br>NTPSA2_00003126_0002 (November 18, 2024) (DHS USCIS Washington TPS Subject Matter Expert: "I received the write up and it seems to track our general understanding of the conditions in Honduras from our last review; however, I can't verify the current accuracy as we are not scheduled to receive country conditions reports from the USCIS research unit or from the Department of |

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
| | | State until mid-January.") <br><br> NTPSA2_00003126_0002 (March 11, 2025) (DHS USCIS OP&S: "It's more accurate to say that Honduras has been periodically extended on the statutory basis of environmental disaster, including various circumstances that have hampered Honduras's ability to recover from Hurricane Mitch.") |
| 14 | Email communication re: "TPS research" <br><br> February 28, 2025 – March 10, 2025 <br><br> NTPSA2_00001522 | NTPSA2_00001522_0003 (February 28, 2025) ("Typically [the Department of State] and [the USCIS International and Refugee Affairs Division] provide country conditions, however, the Department is very focused on research that pertains directly to the original reason for a country's TPS designation, and the ability for the U.S. to successfully return aliens to that country. To that end they have mentioned: … Any fraud or vetting problem statistic for aliens from a TPS designated country[;] Specific updated country conditions related to the reason for the original designation.") |
| 15 | Email communication re: "Draft Decision Memos for South Sudan and Afghanistan – FOR AD Review SCOPS, OCC, RAIO DUE 2/12" <br><br> February 11 - February 21, 2025 <br><br> NTPSA2_00002452 | NTPSA2_00002452_001 (February 19, 2025) ("The DMs should include additional information that would support different decision outcomes. For example, are there improvements that have been made in the country? What about information about fraud/abuse of the program?") <br><br> NTPSA2_00002452 (February 19, 2025) ("Can you please ask our analysts to send us a one page write up of any improvements in South Sudan and Afghanistan over the past 18 months? We need this urgently as a matter of priority[.]") |
| 16 | Email communication re: "Nicaragua TPS Recommendation" <br><br> December 31, 2024 – February 6, 2025 | (February 6, 2025) ("I'm looking ahead to Nicaragua and wanted to know if you think DOS will end up providing a different, updated recommendation/report than the one provided in December (attached). If so, we'd ideally like to have it within the next 3 weeks[.]") |

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
|  | NTPSA2_00003095 |  |
| 17 | Email communications re: "TPS Nic"<br><br>April 24, 2025 – April 25, 2025<br><br>NTPSA2_00003090 | (April 24,2025) (DHS Senior Advisor "We still haven't received the signed letter from Secretary Rubio on Nicaragua. We received the Honduras letter weeks ago. Both countries were designated for the same reason, Hurricane Mitch 1998.")<br><br>(April 25, 2025) (DOS Advisor: "The issue here is that Secretary Rubio did not concur with the TPS termination for Nicaragua; it seems he and Secretary Noem should confer about it. What do you think?") |
| 18 | Email communication re: "Close-Hold: TPS Honduras & Nicaragua DM – URGENT DO REVIEW requested by COB Friday, April 25th"<br><br>April 24, 2025<br><br>NTPSA2_00001398 | NTPSA2_00001399 ("Please note that we have only received updated DOS recommendations for Honduras; as of this email, we have not received an updated recommendation from DOS for Nicaragua….There is a placeholder in the memo for Nicaragua as we anticipate receiving the updated DOS letter soon.") |
| 19 | Email communication re: "TPS Expiration Dates & DOS Reports Due"<br><br>March 10, 2025 – March 11, 2025<br><br>NTPSA2_00002501 | (March 11, 2025) (USCIS Acting Chief, OP&S Regarding the Nepal DOS Recommendation: "Ah so this wasn't issued under this Administration (I guess there was just a delay in transmission???) Even still, the recommendation was to terminate so we should move forward.") |
| 20 | Email communication re: "TPS Expiration Dates & DOS Reports Request"<br><br>March 10, 2025 – March 11, 2025 | NTPSA2_00003178 (March 11, 2025) ("There appears to have been a delay in transmission on the Nepal recommendation and report. USCIS received that in Feb (last month); the State report and recommendation was to terminate TPS for Nepal. We see, however, that is *[sic]* was signed by former Secretary Blinkin *[sic]*. We would appreciate confirmation on whether State wants to update |

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
| | NTPSA2_00003178 | or reissue that report under Rubio's signature.") |
| 21 | Email communication re: "Honduras and Nicaragua DMs"<br><br>April 7, 2025 – April 14, 2025<br><br>NTPSA2_00001504 | NTPSA2_00001504_0004 (April 8, 2025) ("confirming that we do not yet have a DOS recommendation on Honduras? <u>And if not, are we getting one…is there a timeline to get one</u>?")<br><br>NTPSA2_00001504_0003 (April 8, 2025) ("similar question for Nicaragua…if we only have the DOS 2024 recommendation…has a new request been made? Are we expecting a new 2025 DOS recommendation?")<br><br>NTPSA2_00001504_0003 (April 8, 2025) ("…general understanding is DOS is no longer providing country conditions and that the 1 pg letter may not arrive until the end of the process right before S1 needs to sign. HAD will leave a place holder for the Sec of State rec in the memo that Sam (or OGC) will update just prior to S1's signature.")<br><br>NTPSA2_00001504_0001 (April 8, 2025) ("**Re: Honduras**, the DM is now ready to go to the FO…We did not receive a recommendation from DOS. You are correct that DOS will not provide country conditions anymore….**Re: Nicaragua**, we will get the RRU conditions Thursday…We have PRD country conditions and a DOS recommendation from 2024, not 2025.") |
| 22 | Email communication re: "State recommendation for Honduras"<br><br>April 8, 2025<br><br>NTPSA2_00002247 | (April 8. 2025 5:33 PM) ("I received a 2-page letter from State (dated today) that essentially finds that TPS for Honduras is contrary to national interest of the US, and is no longer appropriate b/c Honduras no longer continues to meet the conditions for designation, and recommends termination. The letter does not provide country-specific information beyond stating that Honduras has recovered from the disruption in living conditions that resulted from Hurricane Mitch in 1999, nor does it go through the Q&A format of letters of the past. Rather, it provides a reminder of Sec. Rubio's Jan. 22, 2025 foreign policy statement that says DOS will no longer undertake actions that facilitate or encourage mass migration.") |

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
|  |  | NTPSA2_00002247 (April 8. 2025 5:34 PM) ("We have written the [Decision Memo] in accordance with this and RCD will send you the package imminently if they have not done so already.") |
| 23 | Decision Memo, Re: "Temporary Protected Status for Nicaragua" (DRAFT)<br><br>April 23-24, 2025 (from metadata)<br><br>NTPSA2_00001873 | NTPSA2_00001873_0001 (Comment block: "Placeholder for OP&S FO to confirm upon receipt of new DOS recommendation." Text: "DOS now recommends terminating the TPS designation for Nicaragua, assessing that there is no longer an environmental disaster in Nicaragua causing a substantial, but temporary, disruption of living conditions…")<br><br>NTPSA2_00001873_0007 (Comment block: "Need to confirm that any new recommendation from DOS matches this statement." Text: "As part of the interagency consultation requirement, DOS has made clear they agree with this recommendation.") |
| 24 | Email communication re : "Afgahnistan TPS letter reminder"<br><br>March 13, 2025 – April 8, 2025<br><br>NTPSA2_00003046 | NTPSA2_00003048 (April 1. 2025) (State Department advisor to DHS senior advisor and other State Department personnel: "It seems to me and to others at State that permitting the aliens from these three countries [Honduras, Haiti and Nicaragua] temporarily in the United States is contrary to the national interest of the United States? Is that everyone else's sense too at this point?")<br><br>NTPSA2_00003048 (April 1. 2025) (State Department senior advisor (currently Principal Deputy Assistant Secretary of DOS Bureau of Population, Refugees, and Migration (PRM): "PRM concurs.")<br><br>NTPSA2_00003048 (April 3. 2025) ("Three TPS consultation letters are attached: Cameroon, Nicarague *[sic]*, and Honduras. If these are responsive to Secretary Noem's request for consultation and information, please let me know and I will immediately submit them to Secretary Rubio for review.") |

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
| 25 | Email communication re: "TPS Expiration Dates & DOS Reports Request"<br><br>March 10, 2025 – April 9, 2025<br><br>NTPSA2_00003078 | NTPSA2_00003080 (March 10, 2025) (Regarding South Sudan: "S1 did not make a decision on March 4, 2025 due to stale country conditions/recommendation from DOS (rec'd Nov 2024), which triggered the automatic 6-month extension.")<br><br>NTPSA2_00003078 (April 9, 2025) ("If you haven't already received them, State will be sending over letters for Nic and Hon.") |
| 26 | Email communication re: "TPS Expiration Dates & DOS Reports Due"<br><br>March 10, 2025 – March 12, 2025<br><br>NTPSA2_00001524 | NTPSA2_00001526 (March 10, 2025) ("I want to share the TPS expiration dates, the S1 statutory decision date, and the date by when we need to receive Department of State's (DOS) recommendation and country report…DOS requests that DHS PLCY to submit the request for their Secretary's recommendation and country conditions report.")<br><br>NTPSA2_00001524 (March 11, 2025) (State Department Bureau of Population, Refugees, and Migration advised that "[t]hey are going to provide a letter instead of country conditions. Similar to Ven[ezuela] TPS termination.") |
| 27 | Email communications re: "Outstanding RU TPS country conditions reports"<br><br>February 25, 2025 – April 10, 2025<br><br>NTPSA2_00002341 | NTPSA2_00002344 (February 25, 2025) ("We have now received our first request from OP&S for full COI reports for decision-making (rather than addenda or updates and improvements for prior TPS COI reports that had not yet been acted upon, i.e., Venezuela, South Sudan, Afghanistan).<br><br>NTPSA2_00002342 (March 19, 2025) ("[G]oing forward, State will no longer submit detailed [country of origin ("COI")] reports for TPS decision-making, but will continue to submit the cover memo from SecState with their recommendation on whether to terminate, extend, or redesignate TPS.") |
| 28 | DRAFT DOS Recommendation for TPS | ("On behalf of the U.S. Department of State, I have assessed that permitting nationals of Nicaragua to remain temporarily in the United States under 8 U.S.C. 1254a is |

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
|  | Nicaragua (unsigned)<br><br>April 9, 2025 (from metadata)<br><br>NTPSA2_00003092 | contrary to the national interest of the United States and that Nicaragua no longer continues to meet the conditions for designation under 8 U.S.C. 1254a(b)(1)(B). Accordingly, I recommend that you terminate the designation of Nicaragua…" Followed by discussion of "national interest" considerations.) |
| 29 | DRAFT DOS Recommendation for TPS Cameroon (unsigned)<br><br>April 3, 2025 (from metadata)<br><br>NTPSA2_00003086 | ("On behalf of the U.S. Department of State, I have assessed that permitting nationals of Cameroon to remain temporarily in the United States under 8 U.S.C. 1254a is contrary to the national interest of the United States and that the armed conflict in Cameroon between the Boko Haram and ISIS-WA no longer prevents the returns of Cameroonian nationals to all regions of Cameroon without posing a threat to their personal safety. Accordingly, I recommend that you terminate the designation of Cameroon…" Followed by discussion of "national interest" considerations.) |
| 30 | Email communication re: Cameroon TPS action<br><br>May 9, 2025 –<br><br>NTPSA2_00000265 | NTPSA2_00000268 (May 9, 2025) ("I only heard of S1's [Cameroon TPS] decision on 4/7 was when Sam sent an email to OCC on 4/8 about a letter we received from Secretary Rubio.")<br><br>NTPSA2_00000266 (May 9, 2025) ("(Note that the DOS updated guidance [regarding Cameroon] came in *after* S1 made her decision…") |
| 31 | Email communication re: "TPS Check-in"<br><br>April 23, 2025<br><br>NTPSA2_00000718 | ("Honduras & Nicaragua – I rec'd State's updated letter on Honduras, but **not for Nicaragua**. I am starting AD-level clearance on the draft DM (with placeholder language in Nicaragua's memo)…") |
| 32 | Email communication re: "TPS Data Pull for PS/NS/Fraud"<br><br>February 18, 2025 – April | NTPSA2_00001775_0004 (February 18, 2025) ("OP&S is working on improving the TPS decision memos and we are adding a national interest analysis…We are wanting to provide data/analysis in our TPS decision memo. For example, 'X Afghan individuals have a record indicating |

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
| | 7, 2025<br><br>NTPSA2_00001775 | Public Safety' etc.")<br><br>NTPSA2_00001775_0004 (March 21, 2025) ("[W]e'd like to ask for another analysis like the one you arranged for Afghanistan and South Sudan. This time it's for Cameroon and Nepal.")<br><br>NTPSA2_00001775_0001 (March 27, 2025) ("There were only 5 Fraud Found [Statement of Findings (SOFs)] for the 19,124 receipts." USCIS conducted a search for "National Security, Fraud or Public Safety record[s]" [FDNS] and explained the search.)<br><br>NTPSA2_00001775 (April 7, 2025) (Listing a table of fraud statements of findings, with 1 of 12,858 Nepali TPS holders, and 4 of 6,260 Cameroonian TPS holders: "Such a LOW number of fraud found")<br><br>NTPSA2_00001775 (April 7, 2025) ("I know. It's so laughable that it's even in the paper.") |
| 33 | Email communication re: "TPS Data Pull for Honduras, Nicaragua"<br><br>March 25, 2025 – April 10, 2025<br><br>NTPSA2_00001672 | NTPSA2_00001672_0003 (April 9, 2025) ("We'll be looking for the same type of data you've given us previously, but this time it will be for Honduras and Nicaragua.")<br><br>NTPSA2_00001672_0003 (April 10, 2025) (April 9, 2025) ("As Andrew mentioned, we are requesting data on fraud, public safety, and NS/KST for applicants and beneficiaries of TPS Honduras and TPS Nicaragua similar to the data we requested for Nepal TPS and Cameroon TPS.")<br><br>NTPSA2_00001672-NTPSA2_00001672_0001 (April 14, 2025) ("FDNS provides the attached data per your request.") |
| 34 | Email communication re: "Data Request: Aliens in Custody and Under OSUP"<br><br>March 11, 2025 | ("For each of the following countries, USCIS's Office of Policy & Strategy (OP&S) requests that ICE provide 1) the number of aliens in ICE custody; and 2) the number of aliens under orders of supervision…Each of these countries is currently designated for Temporary Protected |

SUPPLEMENTAL EXHIBIT INDEX - CASE NO. 3:25-cv-05687

| Exhibit No. | Document Name | Relevant Portion |
|---|---|---|
|  | NTPSA2_00001792 | Status (TPS). Receipt of this data will assist USCIS and DHS in evaluating TPS-designated countries and administering the TPS program.") |
| 35 | Email communication re: "TPS research"<br><br>February 28, 2025 – March 14, 2025<br><br>NTPSA2_00003127 | NTPSA2_00003127_0003 (March 11, 2025) ("Would tomorrow COB be feasible for receiving the requested data for all of the 'ASAP' countries (Cameroon, Nepal, Honduras, Nicaragua, Haiti)?") |
| 36 | Email communication re: "Nepal TPS DM for FO Review"<br><br>March 21, 2025 – March 28, 2025<br><br>NTPSA2_00001496 | NTPSA2_00001498 (March 21, 2025) ("Please note we have a placeholder comment for some national security stats we are waiting on…")<br><br>NTPSA2_00001496 (March 28, 2025) ("[A]ll is now updated with the FDNS status…") |