Exhibit 1

| | |
|---|---|
| **From:** | Jiang, Paul P [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0F981CEC00B94DA29197BE7BDF49C2A1-JIANG, PAUL] |
| **Sent:** | 4/22/2025 4:49:59 PM |
| **To:** | Block, Andrew J [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4e5ffb54ece442a29fedf92cae0d9028-Block, Andr]; Ezeldin, Amany S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b8b74085eef745d59c1682d10157316b-Ezeldin, Am]; Reed, Melba C [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=714e1d8521dd4bdea3d32947c886fd7b-Reed, Melba]; Holland, Ashley M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a09fcee3b5f4439ea3c830e838df40c4-039fe8ef-ff]; Kwon, Okyun (Karl) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a8f099c0d1b407090a21b8dcabecd81-Kwon, Okyun] |
| **Subject:** | RE: HAD-PRD Touch Base on TPS |

Sure. Will do.

**From:** Block, Andrew J <█████████@uscis.dhs.gov>
**Sent:** Tuesday, April 22, 2025 4:42 PM
**To:** Jiang, Paul P <████████@uscis.dhs.gov>; Ezeldin, Amany S <█████████@uscis.dhs.gov>; Reed, Melba C <████████@uscis.dhs.gov>; Holland, Ashley M <█████████@uscis.dhs.gov>; Kwon, Okyun (Karl) <██████@uscis.dhs.gov>
**Subject:** RE: HAD-PRD Touch Base on TPS

Good question…can you do the 3 most recent fiscal years?  That would help us show any trends.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: █████████

**From:** Jiang, Paul P <████████@uscis.dhs.gov>
**Sent:** Tuesday, April 22, 2025 4:38 PM
**To:** Block, Andrew J <█████████@uscis.dhs.gov>; Ezeldin, Amany S <█████████@uscis.dhs.gov>; Reed, Melba C <████████@uscis.dhs.gov>; Holland, Ashley M <█████████@uscis.dhs.gov>; Kwon, Okyun (Karl) <██████@uscis.dhs.gov>
**Subject:** RE: HAD-PRD Touch Base on TPS

Thanks Andrew. Sounds like a plan. We will proceed accordingly. Just to confirm: the NIV data is for the period since the start of current designation, right?

**From:** Block, Andrew J <█████████@uscis.dhs.gov>
**Sent:** Tuesday, April 22, 2025 3:39 PM
**To:** Jiang, Paul P <████████@uscis.dhs.gov>; Ezeldin, Amany S <█████████@uscis.dhs.gov>; Reed, Melba C <████████@uscis.dhs.gov>; Holland, Ashley M <█████████@uscis.dhs.gov>; Kwon, Okyun (Karl) <██████@uscis.dhs.gov>
**Subject:** RE: HAD-PRD Touch Base on TPS

Hi Paul,

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

You don't need to rework Nepal, but thanks for checking.

Here are the revised deadlines for the remaining countries through the end of FY 25:

| Country | Deadline |
|---|---|
| Venezuela 2021 | 5/13/2025 |
| Syria | 6/2/2025 |
| South Sudan | 7/5/2025 |
| Burma (Myanmar) | 7/28/2025 |
| Ethiopia | 8/14/2025 |

South Sudan appears again because the designation was automatically extended earlier this year, so USCIS/DHS has to review it again. It would be helpful to have you summarize any key developments since your last report. (I'm not sure if that automatic extension was ever publicly announced, so please keep it close hold.)

Aside from the country reports, the only other piece of data we'll need is the number of NIVs issued to nationals of the TPS country (broken down by FY, through FY 2024). We'll need that data by the same deadline as the data above. As of now, we won't need the other data you had given us for other countries, but I'll let you know if that changes.

Thanks very much for your help!

Andrew

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ▮▮▮▮▮▮▮

**From:** Jiang, Paul P <▮▮▮▮▮@uscis.dhs.gov>
**Sent:** Tuesday, April 22, 2025 12:24 PM
**To:** Ezeldin, Amany S <▮▮▮▮▮@uscis.dhs.gov>; Block, Andrew J <▮▮▮▮▮@uscis.dhs.gov>; Reed, Melba C <▮▮▮▮▮@uscis.dhs.gov>; Holland, Ashley M <▮▮▮▮▮@uscis.dhs.gov>; Kwon, Okyun (Karl) <▮▮▮▮▮@uscis.dhs.gov>
**Subject:** RE: HAD-PRD Touch Base on TPS

Also, would you like us to rework Nepal as well, using the new guidelines , or Nepal is good for now?

**From:** Jiang, Paul P
**Sent:** Tuesday, April 22, 2025 12:21 PM
**To:** Ezeldin, Amany S <▮▮▮▮▮@uscis.dhs.gov>; Block, Andrew J <▮▮▮▮▮@uscis.dhs.gov>; Reed, Melba C <▮▮▮▮▮@uscis.dhs.gov>; Holland, Ashley M <▮▮▮▮▮@uscis.dhs.gov>; Kwon, Okyun (Karl) <▮▮▮▮▮@uscis.dhs.gov>
**Subject:** RE: HAD-PRD Touch Base on TPS

Thanks Amany. Very good point. We will do accordingly.

**From:** Ezeldin, Amany S <▮▮▮▮▮@uscis.dhs.gov>
**Sent:** Tuesday, April 22, 2025 12:06 PM
**To:** Jiang, Paul P <▮▮▮▮▮@uscis.dhs.gov>; Block, Andrew J <▮▮▮▮▮@uscis.dhs.gov>; Reed, Melba C <▮▮▮▮▮@uscis.dhs.gov>; Holland, Ashley M <▮▮▮▮▮@uscis.dhs.gov>; Kwon, Okyun (Karl)

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

████████████ @uscis.dhs.gov>
**Subject:** RE: HAD-PRD Touch Base on TPS

Hi all,

Andrew and I can confer about new due dates and get back to you, but I also wanted to provide some feedback since I couldn't join you yesterday. My one request would be that each statement that needs a citation has a footnote with the direct cite related to it rather than the list of sources included in the Syria draft. This is helpful for us because our statements have to be cited individually in the FRN.

Please let me know if you want to discuss this further.

Thanks,
Amany

**From:** Jiang, Paul P <████████ @uscis.dhs.gov>
**Sent:** Tuesday, April 22, 2025 7:56 AM
**To:** Block, Andrew J <████████ @uscis.dhs.gov>; Reed, Melba C <████████ @uscis.dhs.gov>; Holland, Ashley M <Ashley.M.Holland@uscis.dhs.gov>; Kwon, Okyun (Karl) <████████ @uscis.dhs.gov>
**Cc:** Ezeldin, Amany S <████████ @uscis.dhs.gov>
**Subject:** RE: HAD-PRD Touch Base on TPS

Andrew:

Below is the original schedule. I believe we have submitted data/research report for all countries marked ASAP. I am having my team to revise the reports for Nepal, Honduras, Nicaragua and Haitl to make them consistent with the new guidelines. Is there a timeline you would like to receive the revised reports for these 4 countries? Also, do you have new deadlines for other countries (including Venezuela and Syria)/

| Country | Original Date of Designation | Current Designation Start Date | Current Designation End Date | Statutory Deadline for S1 Decision | Data Receipt Deadline (6 months before des. end date) |
|---|---|---|---|---|---|
| South Sudan | 11/3/2011 | 11/4/2023 | 5/3/2025 | 3/4/2025 | Immediately |
| Afghanistan | 5/20/2022 | 11/21/2023 | 5/20/2025 | 3/21/2025 | Immediately |
| Cameroon | 6/7/2022 | 12/8/2023 | 6/7/2025 | 4/8/2025 | ASAP |
| Nepal | 6/24/2015 | 12/25/2023 | 6/24/2025 | 4/25/2025 | ASAP |
| Honduras | 1/5/1999 | 1/6/2024 | 7/5/2025 | 5/6/2025 | ASAP |
| Nicaragua | 1/5/1999 | 1/6/2024 | 7/5/2025 | 5/6/2025 | ASAP |
| Haiti | 1/21/2010 | 8/4/2024 | 8/3/2025 | 6/3/2025 | ASAP |
| Venezuela 2021 | 3/9/2021 | 3/11/2024 | 9/10/2025 | 7/12/2025 | 4/8/2025 |
| Syria | 3/29/2012 | 4/1/2024 | 9/30/2025 | 8/1/2025 | 4/8/2025 |
| Burma (Myanmar) | 5/25/2021 | 5/26/2024 | 11/25/2025 | 9/26/2025 | 5/29/2025 |
| Ethiopia | 12/12/2022 | 6/13/2024 | 12/12/2025 | 10/13/2025 | 6/15/2025 |
| Yemen | 9/3/2015 | 9/4/2024 | 3/3/2026 | 1/2/2026 | 9/4/2025 |
| Somalia | 9/16/1991 | 9/18/2024 | 3/17/2026 | 1/16/2026 | 9/18/2025 |

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

**From:** Block, Andrew J <████████@uscis.dhs.gov>
**Sent:** Monday, April 21, 2025 11:45 AM
**To:** Jiang, Paul P <████████@uscis.dhs.gov>; Reed, Melba C <████████@uscis.dhs.gov>; Holland, Ashley M <████████@uscis.dhs.gov>
**Cc:** Ezeldin, Amany S <████████@uscis.dhs.gov>
**Subject:** RE: HAD-PRD Touch Base on TPS

Hi All,

Thanks for a great chat!  Here are the bullet points we went over:

- Proper citation format
  - U.S. Dep't. of State, 2022 Report on International Religious Freedom: Afghanistan, May 15, 2023, available at https://www.state.gov/reports/2022-report-on-international-religious-freedom/afghanistan/ (last visited Sept. 18, 2023).
- We can only include around 1 page of country conditions, so best to keep it relatively succinct
- Focus on conditions described in the original designation, and how they are/aren't the same now
- Include any improvements
- Focus on countrywide conditions rather than region-specific topics
- Issues like "corruption" that are more endemic rather than temporary are outside the scope
- Women's rights might not be included in the FRN
- Don't mention environmental concerns or climate change
- Unclear what will be accepted as legitimate E&T conditions; generalized crime/violence not sufficient

I just realized that we didn't talk about the fifth bullet, i.e., focus on countrywide conditions rather than region-specific topics.  Part of this guidance is because we don't have the space to discuss regions individually.  But the bigger reason is because even if conditions in a particular region are bad, an alien could move elsewhere in the country.  So we need to focus on the high-level picture.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ████████

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION