Exhibit 2

| From: | Jiang, Paul P [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0F981CEC00B94DA29197BE7BDF49C2A1-JIANG, PAUL] |
|---|---|
| Sent: | 5/12/2025 4:01:36 PM |
| To: | Ridley, Sasha M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=08164540ac5d4d65807c810fa5226bb1-Ridley, Sas] |
| CC: | Holland, Ashley M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a09fcee3b5f4439ea3c830e838df40c4-039fe8ef-ff]; Cutlip-Mason, Rená E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso] |
| Subject: | RE: TPS country condition research Haiti Honduras Nicaragua |
| Attachments: | Haiti Country Improvements.docx |

Sasha/Rena:

Attached is the report on Haiti improvement. We also added some interesting new findings about NIV and I-94 admissions. Hope it helps.

Thanks
Paul

**From:** Jiang, Paul P
**Sent:** Monday, May 12, 2025 9:42 AM
**To:** Ridley, Sasha M <███████████████████>
**Cc:** Holland, Ashley M <███████████████████████>; Cutlip-Mason, Rená E <████████████████████████>
**Subject:** RE: TPS country condition research Haiti Honduras Nicaragua

Will do. We have some update on the NIV front as well. Ashley can send that to you alongside any improvements that we are able to find.

**From:** Ridley, Sasha M <████████████████████>
**Sent:** Monday, May 12, 2025 9:37 AM
**To:** Jiang, Paul P <████████████████████>
**Cc:** Holland, Ashley M <███████████████████████>; Cutlip-Mason, Rená E <████████████████████████>
**Subject:** RE: TPS country condition research Haiti Honduras Nicaragua

Hi! Thanks so much  - I found the NIV data sorry about that.  If you have any improvements that would be great!

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:** ████████ | **Email:** ████████████████████

**From:** Jiang, Paul P <████████████████████>
**Sent:** Monday, May 12, 2025 9:36 AM
**To:** Ridley, Sasha M <████████████████████>

**Cc:** Holland, Ashley M <​███████████████​>; Cutlip-Mason, Rená E <​███████████████​>
**Subject:** RE: TPS country condition research Haiti Honduras Nicaragua

Hey Sasha:

Sure, we will get it back to you with the data and updated report ASAP, certainly before COB today.

---

**From:** Ridley, Sasha M <​███████████████​>
**Sent:** Monday, May 12, 2025 9:34 AM
**To:** Jiang, Paul P <​███████████████​>
**Cc:** Holland, Ashley M <​███████████████​>; Cutlip-Mason, Rená E <​███████████████​>
**Subject:** RE: TPS country condition research Haiti Honduras Nicaragua

Hi Paul, regarding Haiti, we are looking for the analysis that includes "improvements" and the number of Haitians in 2024 who were issued an NIV. Sorry if I missed that in another email, but we do need it ASAP today if you can resend, thank you!

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:** ██████ | **Email:** ███████████████

---

**From:** Jiang, Paul P <​███████████████​>
**Sent:** Wednesday, March 19, 2025 9:14 PM
**To:** Ridley, Sasha M <​███████████████​>; Block, Andrew J <​███████████████​>; Ezeldin, Amany S <​███████████████​>
**Cc:** Holland, Ashley M <​███████████████​>
**Subject:** TPS country condition research Haiti Honduras Nicaragua

Dear Team HAD:

Attached please find the reports for Haiti, Honduras, and Nicaragua. To ease reading and searching, we have separated the data report from the individual country condition reports. Hope this helps.

Thanks
Paul

---

**From:** Ridley, Sasha M <​███████████████​>
**Sent:** Tuesday, March 18, 2025 3:10 PM
**To:** Jiang, Paul P <​███████████████​>; Block, Andrew J <​███████████████​>; Ezeldin, Amany S <​███████████████​>
**Subject:** RE: TPS research Nepal and Cameroon

Yes, that is fine thank you!

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:** ▮▮▮▮▮ | **Email:** ▮▮▮▮▮▮▮▮▮▮

---

**From:** Jiang, Paul P <▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Tuesday, March 18, 2025 3:05 PM
**To:** Block, Andrew J <▮▮▮▮▮▮▮▮▮▮▮▮>; Ridley, Sasha M <▮▮▮▮▮▮▮▮▮▮▮>; Ezeldin, Amany S
<▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** RE: TPS research Nepal and Cameroon

Team Had:

We are still working on Honduras, Haiti, and Nicaragua. Is it ok that we submit the report by COB tomorrow? We are still finalizing the research.

Thanks
Paul

---

**From:** Block, Andrew J <▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Friday, March 14, 2025 3:21 PM
**To:** Jiang, Paul P <▮▮▮▮▮▮▮▮▮▮▮>
**Cc:** Lukowski, Gary A <▮▮▮▮▮▮▮▮▮▮▮>; Ridley, Sasha M <▮▮▮▮▮▮▮▮▮▮▮>; Ezeldin, Amany
S <▮▮▮▮▮▮▮▮▮▮▮>; Holland, Ashley M <▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** RE: TPS research Nepal and Cameroon

Thanks, that's helpful context. I don't think the order of magnitude would change anyway, so a caveat is probably sufficient for our purposes.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ▮▮▮▮▮

---

**From:** Jiang, Paul P <▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Friday, March 14, 2025 2:54 PM
**To:** Block, Andrew J <▮▮▮▮▮▮▮▮▮▮▮>
**Cc:** Lukowski, Gary A <▮▮▮▮▮▮▮▮▮▮▮>; Ridley, Sasha M <▮▮▮▮▮▮▮▮▮▮▮>; Ezeldin, Amany
S <▮▮▮▮▮▮▮▮▮▮▮>; Holland, Ashley M <▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** RE: TPS research Nepal and Cameroon

I know it would be nice if we could get that number for you, as it is more relevant. But it is hard to find that data. I don't know if ICE ERO has it. Typically ICE removals were returned to the alien's country of nationality, unless that particular country refused to accept them. You probably can find a way to add this caveat to your narrative.

---

**From:** Block, Andrew J <▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Friday, March 14, 2025 2:47 PM
**To:** Jiang, Paul P <▮▮▮▮▮▮▮▮▮▮▮>

**Cc:** Lukowski, Gary A <​ ​████████████████████ ​>; Ridley, Sasha M <​ ​████████████████ ​>; Ezeldin, Amany S <​ ​████████████████ ​>; Holland, Ashley M <​ ​████████████████ ​>
**Subject:** RE: TPS research Nepal and Cameroon

Got it, thank you!  And thanks for the flag about the potential for multiple returns of the same person.

If we also wanted the number of aliens returned to a particular TPS country (regardless of nationality), is that data available?  I'm not sure yet if we need it, but wanted to see what might be possible.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: █████████

---

**From:** Jiang, Paul P <​ ​████████████████ ​>
**Sent:** Friday, March 14, 2025 2:41 PM
**To:** Block, Andrew J <​ ​████████████████ ​>
**Cc:** Lukowski, Gary A <​ ​████████████████ ​>; Ridley, Sasha M <​ ​████████████████ ​>; Ezeldin, Amany S <​ ​████████████████ ​>; Holland, Ashley M <​ ​████████████████ ​>
**Subject:** RE: TPS research Nepal and Cameroon

Andrew:

"600 *Nepali nationals* have been removed from the U.S. (and some of them may have been returned to countries other than Nepal)" is the correct interpretation. Note this figure is the removal count, not person count. There could be some aliens who were removed multiple times after repeated illegal entry.

---

**From:** Block, Andrew J <​ ​████████████████ ​>
**Sent:** Friday, March 14, 2025 2:34 PM
**To:** Jiang, Paul P <​ ​████████████████ ​>
**Cc:** Lukowski, Gary A <​ ​████████████████ ​>; Ridley, Sasha M <​ ​████████████████ ​>; Ezeldin, Amany S <​ ​████████████████ ​>
**Subject:** RE: TPS research Nepal and Cameroon

Hi Paul,

To make sure I'm interpreting the ICE data correctly:  when you say that Nepal has 600 ICE removals since its initial designation, does that mean that 600 *Nepali nationals* have been removed from the U.S. (and some of them may have been returned to countries other than Nepal)...or does it mean that 600 *aliens (whether Nepali or not)* have been returned to Nepal?  Either is helpful, I just can't recall which statistic we landed on.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: █████████

---

**From:** Jiang, Paul P <​ ​████████████████ ​>
**Sent:** Wednesday, March 12, 2025 5:14 PM
**To:** Block, Andrew J <​ ​████████████████ ​>; Ridley, Sasha M <​ ​████████████████ ​>; Cutlip-Mason,

Rená E <​███████████████████████​>
**Cc:** Lukowski, Gary A <​█████████████████████████​>; Holland, Ashley M <​███████████████████████​>; Ortiz-Rivera, Cesar V <​█████████████████████████​>; Reed, Melba C <​████████████████████​>; Kwon, Okyun (Karl) <​██████████████████████​>; Mahmoudi, Sheila C <​█████████████████████​>
**Subject:** TPS research Nepal and Cameroon

Hello Team HAD:

Attached please find report for Nepal and Cameroon. Given the short turnaround, the PRD team worked extremely hard to put this together. We hope you find this report help inform the upcoming TPS decisions. In the meantime, we will move on to the next 3 countries.

Also, congrats to Andrew on your much deserved award today!

Thanks
Paul

---

**From:** Block, Andrew J <​██████████████████████​>
**Sent:** Tuesday, March 11, 2025 2:33 PM
**To:** Jiang, Paul P <​███████████████████​>; Lukowski, Gary A <​████████████████████████​>
**Cc:** Ortiz-Rivera, Cesar V <​██████████████████████​>; Ridley, Sasha M <​██████████████████████​>
**Subject:** RE: TPS research

Totally understand!  We really appreciate your partnership on this too.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: █████████

---

**From:** Jiang, Paul P <​██████████████████​>
**Sent:** Tuesday, March 11, 2025 2:30 PM
**To:** Lukowski, Gary A <​██████████████████████​>; Block, Andrew J <​████████████████████████​>
**Cc:** Ortiz-Rivera, Cesar V <​██████████████████████​>; Ridley, Sasha M <​████████████████████████​>
**Subject:** RE: TPS research

I second Gary on this. Thank you Andrew and HAD for the great partnership!

---

**From:** Lukowski, Gary A <​████████████████████████​>
**Sent:** Tuesday, March 11, 2025 2:28 PM
**To:** Block, Andrew J <​████████████████████​>; Jiang, Paul P <​███████████████████████​>
**Cc:** Ortiz-Rivera, Cesar V <​██████████████████████​>; Ridley, Sasha M <​████████████████████████​>
**Subject:** RE: TPS research

Thanks for being flexible, Andrew

---

**From:** Block, Andrew J <​███████████████████████​>
**Sent:** Tuesday, March 11, 2025 2:18 PM
**To:** Jiang, Paul P <​████████████████████​>
**Cc:** Ortiz-Rivera, Cesar V <​█████████████████████████​>; Lukowski, Gary A <​████████████████████████​>;

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Ridley, Sasha M < ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ >
**Subject:** RE: TPS research

Great, thanks Paul. Yes, more time for Honduras, Nicaragua, and Haiti is fine – would COB next Tuesday (March 18) work?

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ▉▉▉▉▉▉▉▉

---

**From:** Jiang, Paul P < ▉▉▉▉▉▉▉▉▉▉▉▉ >
**Sent:** Tuesday, March 11, 2025 2:11 PM
**To:** Block, Andrew J < ▉▉▉▉▉▉▉▉▉▉▉▉ >
**Cc:** Ortiz-Rivera, Cesar V < ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ >; Lukowski, Gary A < ▉▉▉▉▉▉▉▉▉▉▉▉ >;
Ridley, Sasha M < ▉▉▉▉▉▉▉▉▉▉▉▉ >
**Subject:** RE: TPS research

Andrew: Tomorrow COB is good for Cameroon and Nepal. Can we have a little more time for the other three?

---

**From:** Block, Andrew J < ▉▉▉▉▉▉▉▉▉▉▉▉ >
**Sent:** Tuesday, March 11, 2025 2:08 PM
**To:** Jiang, Paul P < ▉▉▉▉▉▉▉▉▉▉ >
**Cc:** Ortiz-Rivera, Cesar V < ▉▉▉▉▉▉▉▉▉▉▉▉ >; Lukowski, Gary A ▉▉▉▉▉▉▉▉▉▉▉▉ >;
Ridley, Sasha M < ▉▉▉▉▉▉▉▉▉▉ >
**Subject:** RE: TPS research

Hi Paul,

Would tomorrow COB be feasible for receiving the requested data for all of the "ASAP" countries (Cameroon, Nepal, Honduras, Nicaragua, Haiti)? Cameroon and Nepal are our highest priorities right now.

Cesar (cc'd) and I chatted in the office, and he plans to send you the data he's collecting tomorrow.

Thanks again for all the support.

Andrew

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ▉▉▉▉▉▉▉▉

---

**From:** Jiang, Paul P < ▉▉▉▉▉▉▉▉▉▉▉▉ >
**Sent:** Wednesday, March 5, 2025 8:39 PM
**To:** Block, Andrew J < ▉▉▉▉▉▉▉▉▉▉▉▉ >
**Cc:** Ortiz-Rivera, Cesar V < ▉▉▉▉▉▉▉▉▉▉▉▉ >; Lukowski, Gary A < ▉▉▉▉▉▉▉▉▉▉▉▉ >;
Cutlip-Mason, Rená E < ▉▉▉▉▉▉▉▉▉▉▉▉ >
**Subject:** RE: TPS research

Andrew:

I added 2023 NIV issuance data for Afghanistan, which is missing in the previous report. Attached is an updated version.

Thanks
Paul

---

**From:** Block, Andrew J <​███████████████████​>
**Sent:** Wednesday, March 05, 2025 5:01 PM
**To:** Jiang, Paul P <​███████████████​>
**Subject:** RE: TPS research

Thank you, Paul!  I really appreciate all of your work and the rest of PRD's work on this.  It'll be very helpful for preparing our TPS materials.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ███████████

---

**From:** Jiang, Paul P <​███████████████████​>
**Sent:** Wednesday, March 5, 2025 4:39 PM
**To:** Deshommes, Samantha L <​███████████████████████​>; Cutlip-Mason, Rená E <​████████​ ​████████████​>; Ridley, Sasha M <​█████████████████​>; Lukowski, Gary A <​███████████████████​>; Mahmoudi, Sheila C <​█████████████████████​>
**Cc:** Block, Andrew J <​█████████████████​>; Ezeldin, Amany S <​████████████████████████​>; Noncent, Karine A <​███████████████████​>
**Subject:** RE: TPS research

Hello all:

Attached please find the report for Afghanistan to support the upcoming TPS decision. In this report PRD provided research/data for all topics (below) in regards to Afghanistan's country conditions except #4 (fraud and vetting stats, which we were told will be provided by SPSD)

1. Number of ICE removals to a TPS country since its designation
2. Number of NIVs given to aliens from a TPS designated country
3. Number of NIV overstays from a TPS designated country
4. Any fraud or vetting problem statistic for aliens from a TPS designated country
5. Specific updated country conditions related to the reason for the original designation

Due to the very short turnaround, the team has worked very hard and done our best. Please feel free to reach out should there be any questions or concerns.

Thanks
Paul

---

**From:** Deshommes, Samantha L <​████████████████████████████​>
**Sent:** Tuesday, March 04, 2025 4:57 PM
**To:** Cutlip-Mason, Rená E <​██████████████████████​>; Ridley, Sasha M <​█████████████████████​>; Lukowski, Gary A <​████████████████​>; Mahmoudi, Sheila C <​███████████████████​>; Jiang,

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION



Paul P <▮▮▮▮▮▮▮▮▮▮▮▮>
Cc: Block, Andrew J <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Ezeldin, Amany S <▮▮▮▮▮▮▮▮▮▮▮▮>; Noncent, Karine A <▮▮▮▮▮▮▮▮▮▮▮▮>
Subject: RE: TPS research

Appreciate that update. Thanks to both the HAD and PRD teams.

From: Cutlip-Mason, Rená E <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
Sent: Tuesday, March 04, 2025 4:57 PM
To: Deshommes, Samantha L <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Ridley, Sasha M <▮▮▮▮▮▮▮▮▮▮▮▮>; Lukowski, Gary A <▮▮▮▮▮▮▮▮▮▮▮▮>; Mahmoudi, Sheila C <▮▮▮▮▮▮▮▮▮▮▮▮>; Jiang, Paul P <▮▮▮▮▮▮▮▮▮▮▮▮>
Cc: Block, Andrew J <▮▮▮▮▮▮▮▮▮▮▮▮>; Ezeldin, Amany S <▮▮▮▮▮▮▮▮▮▮▮▮>; Noncent, Karine A <▮▮▮▮▮▮▮▮▮▮▮▮>
Subject: RE: TPS research

Thanks Sam!

As an update, a decision on Afghanistan is needed by S1 by Friday, March 21.  PRD plans to get us updated information tomorrow and we will finalize the next version of the draft to return Thursday.

Thanks, Rená

Rená (Ruh-NAY) E. Cutlip-Mason
Chief, Humanitarian Affairs Division
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Office: ▮▮▮▮▮▮▮ | Cell: ▮▮▮▮▮▮▮

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law.  Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.   Thank you.

From: Deshommes, Samantha L <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
Sent: Tuesday, March 4, 2025 4:44 PM
To: Ridley, Sasha M <▮▮▮▮▮▮▮▮▮▮▮▮>; Lukowski, Gary A <▮▮▮▮▮▮▮▮▮▮▮▮>; Mahmoudi, Sheila C <▮▮▮▮▮▮▮▮▮▮▮▮>; Cutlip-Mason, Rená E <▮▮▮▮▮▮▮▮▮▮▮▮>; Jiang, Paul P <▮▮▮▮▮▮▮▮▮▮▮▮>
Cc: Block, Andrew J <▮▮▮▮▮▮▮▮▮▮▮▮>; Ezeldin, Amany S <▮▮▮▮▮▮▮▮▮▮▮▮>; Noncent, Karine A <▮▮▮▮▮▮▮▮▮▮▮▮>
Subject: RE: TPS research

At this point this is in addition to the traditional RRU country conditions in support of TPS. Apologies for the delay in replying.

Sam



From: Ridley, Sasha M <▮▮▮▮▮▮▮▮▮▮▮▮>
Sent: Tuesday, March 04, 2025 9:19 AM

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

To: Lukowski, Gary A <​██████████████████████​>; Mahmoudi, Sheila C <​██████████████████​>; Cutlip-Mason, Rená E <​███████████████████████​>; Jiang, Paul P <​█████████████████████​>

Cc: Deshommes, Samantha L <​██████████████████████████​>; Block, Andrew J <​██████████████████████​>; Ezeldin, Amany S <​███████████████████████​>; Noncent, Karine A <​██████████████████████████​>

**Subject:** RE: TPS research

Hi @Mahmoudi, Sheila C can you please clarify if this is in lieu of the traditional RRU country conditions, or in addition to? Thanks!

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:** ████████ | **Email:** ████████████████████

---

**From:** Lukowski, Gary A <​███████████████████████​>
**Sent:** Friday, February 28, 2025 9:04 AM
**To:** Mahmoudi, Sheila C <​█████████████████████​>; Cutlip-Mason, Rená E <​████████████████████████████​>; Jiang, Paul P <​███████████████████​>; Ridley, Sasha M <​███████████████████████████​>
**Cc:** Deshommes, Samantha L <​█████████████████████████​>
**Subject:** RE: TPS research

That would be helpful and then we can start determining what data we need and from who.

---

**From:** Mahmoudi, Sheila C <​███████████████████████​>
**Sent:** Friday, February 28, 2025 8:59 AM
**To:** Cutlip-Mason, Rená E <​███████████████████████████​>; Lukowski, Gary A <​███████████████████████████​>; Jiang, Paul P <​████████████████████​>; Ridley, Sasha M <​██████████████████████████​>
**Cc:** Deshommes, Samantha L <​████████████████████████​>
**Subject:** TPS research

Dear HAD and PRD,

We have been discussing additional in-house research to better inform our TPS recommendation memos with the teams so I'd like to see if we can start that now for the next countries going forward. Typically DOS and IRAD provide country conditions, however the Department is very focused on research that pertains directly to the original reason for a country's TPS designation, and the ability for the U.S. to successfully return aliens to that country. To that end they have mentioned:

==Number of ICE removals to a TPS country since it's designation==
==Number of NIVs given to aliens from a TPS designated country==
==Number of NIV overstays from a TPS designated country==
==Any fraud or vetting problem statistic for aliens from a TPS designated country==
==Specific updated country conditions related to the reason for the original designation==

There may be some other items of value that HAD can provide. Could we ask that HAD please provide the list of TPS countries and their deadlines (and the deadlines by which HAD would need the research) so that PRD can begin these new projects? Let me know if we need a meeting to discuss. Thank you
-sheila

*Sheila Mahmoudi*

*(Acting) Deputy Chief,*
*Office of Policy & Strategy,*
*U.S. Citizenship and Immigration Services, DHS*
*Tel:* ▮▮▮▮▮▮▮▮

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

# Improvements in Haiti country conditions

Haiti has had some improvements in its infrastructure and risk management. For example, a health center affected by Hurricane Matthew in 2016 has been refurbished and serves patients every day.[1]

The American Red Cross has improved access to safe drinking water for thousands of households through construction of over 5300 water points that serve over 246,000 people.[2]

Also, Haiti saw an improvement in tax revenue collection in 2023 related to customs duties, though the improvement was reversed in 2024. (The temporary reversal was attributed to weak economic activity.[3])

In March, 2025, the World Bank released a plan to make approximately US$320 million in grant financing available with the aim of building resilience among Haiti's most vulnerable [4]. It will do so by strengthening economic governance and creating employment opportunities, maintaining essential institutional capacity for the provision of basic service delivery, and preserving human capital to increase resilience to natural disasters and shocks.

Since April 23-25, 2025, UNICEF has reached more than 8,500 displaced individuals and members of the host community through multisectoral interventions, including safe drinking water distribution via water-trucking and provision of household water treatment products; free primary health care, deworming, and vaccination through mobile clinics; sensitization and behaviour change activities to prevent malnutrition; as well as educational plans, recreational activities and psychosocial support for children[5] .

### NIV Issuance and I-94 Admissions

In FY2024, 7,938 nonimmigrant visas (NIV) were issued to Haitian nationals. In FY2025 (October 2024 through February 2025), 3,840 nonimmigrant visas were issued to Haitian nationals. If this trend continues, FY2025 will see an estimated 9,200 nonimmigrant visas issued to Haitian nationals.

Between FY2018 and FY2023, there were roughly 5 times as many I-94 admissions[6] as NIV issuances for Haitians, indicating that each Haitian national with a nonimmigrant visa is entering

---

[1] World Bank, Glimmers of hope as Haiti navigates its lingering crisis, available at https://www.worldbank.org/en/news/immersive-story/2024/12/20/glimmers-of-hope-as-haiti-navigates-its-lingering-crisis (last visited May 12, 2025).

[2] Red Cross, Preventing disease and improving health care factsheet, November 2024, available at https://www.redcross.org/content/dam/redcross/atg/Photos/What_We_Do/Preventing_Disease_and_Impro ving_Healthcare_Factsheet.pdf?srsltid=AfmBOor7uRPpGVqOzAjhWTi4b5ssffhMzK4Q7SZxbK1H-73K9kUTC7e3 (last visited May 12, 2025).

[3] World Bank, The World Bank in Haiti, 2024, available at https://www.worldbank.org/en/country/haiti/overview (last visited May 12, 2025).

[4] World Bank, World Bank Announces New Strategy for Haiti, March 4, 2025, available at https://www.worldbank.org/en/news/immersive-story/2024/12/20/glimmers-of-hope-as-haiti-navigates-its-lingering-crisis (last visited May 12, 2025).

[5] UNICEF, Haiti Humanitarian Flash Update No. 2, ,May 2025, available at https://www.worldbank.org/en/news/immersive-story/2024/12/20/glimmers-of-hope-as-haiti-navigates-its-lingering-crisis (last visited May 12, 2025).

[6] Although I-94 admissions were reported by Country of Residence and NIV issuances were reported by Country of Nationality, a reasonable comparison can still be made across the six year period (2018-23).

the country approximately five times on average. The rate of re-entry remained consistent across the six-year (FY2018-23) time period, despite the fluctuation in visa issuances. This seems to indicate Haitian nationals with a NIV has been in and out of the US quite frequently (though the destination of their foreign travel might not always be Haiti).

NTPSA2_00002524_0001