Exhibit 4

# TPS Country Conditions Update: Nepal and Cameroon

## March 2025

1. **Number of ICE removals and other repatriations since its designation**

   DHS enforcement data shows as of January 2025, Nepal has 600 ICE removals since its initial designation in June 2015, and Cameroon has 70 ICE removals since its initial designation in June 2022. Please note, not all removals were made to the respective TPS designated country. See Attachment 1 for a breakdown by year. Data of other repatriation types is also included.

2. **Number of NIVs granted to aliens from a TPS designated country**

   See Attachment 2. Both Department of State's NIC issuance data and I-94 admissions data (by country of citizenship and Country residence) are provided. When interpreting the I-94 admissions data, please note aliens may have entered into the United States multiple times using same nonimmigrant visa, and the visa may have been issued in previous years.

3. **Number of NIV overstays from a TPS designated country**

   See Attachment 3 for a breakdown by year. Below is a summary:

| NIV Overstay Estimate |
| --- | --- | --- | --- | --- |
| Table 4 - Total Overstays for All Categories |
| Nationality | Initial TPS Designation Start Date | Current TPS Designation Start Date | Total Since Initial Designation | Total Since Current Designation |
| Cameroon | 6/7/2022 | 12/8/2023 | 2,011 | 1,115 |
| Nepal | 6/24/2015 | 12/25/2023 | 14,958 | 1,514 |

Source: Department of Homeland Security. Entry/Exit Overstay Reports | FY2015 -FY2023. Data for 2024 and after is not yet available.

4. **Any fraud or vetting problem statistic for aliens from a TPS designated country**
   N/A

5. **Specific updated country conditions related to the reason for the original designation**
   See Attachment 4 for Nepal.
   See Attachment 5 for Cameroon.

## Attachment 1: ICE Removal Statistics

**Nepal: Removals and Repatriations Since TPS designations (June 2015)**

| FY | ICE removals | Other Repatriation Types | Total Removals & Repatriations |
|---|---|---|---|
| 2015 | 0 | 10 | 10 |
| 2016 | 30 | 30 | 60 |
| 2017 | 50 | 30 | 80 |
| 2018 | 50 | 50 | 100 |
| 2019 | 170 | 60 | 230 |
| 2020 | 100 | 40 | 140 |
| 2021 | 30 | 50 | 80 |
| 2022 | 40 | 170 | 210 |
| 2023 | 40 | 310 | 350 |
| 2024 | 70 | 440 | 510 |
| 2025 | 20 | 60 | 80 |
| Total | 600 | 1250 | 1850 |

**Cameroon: Removals and Repatriations Since TPS designations (June 2022)**

| FY | ICE removals | Other Repatriation Types | Total Removals & Repatriations |
|---|---|---|---|
| 2022 | 0 | 330 | 330 |
| 2023 | 30 | 1110 | 1140 |
| 2024 | 30 | 1450 | 1480 |
| 2025 | 10 | 150 | 160 |
| Total | 70 | 3040 | 3110 |

Sources: ICE and DHS-OHSS websites

\* All values rounded to the nearest 10

\*\* Including **Administrative Returns** (returns completed by OFO that results from an administrative encounter), **Enforcement Returns** (returns completed by ICE, USBP, or OFO that results from an enforcement encounter), and **Title 42 Expulsions**. A return is a confirmed movement of an inadmissible or removable alien out of the United States not based on an order of removal. Returns and Title 42 Expulsions may be made to a third country.

## Attachment 2: NIV issuance and I-94 Admissions

**I - NIV DHS**

### NIV for TPS countries - DHS YEARBOOKS: Table 26

**NON-IMMIGRANT VISAS**

**NONIMMIGRANT ADMISSIONS (I-94 ONLY) BY COUNTRY OF CITIZENSHIP FISCAL YEARS 2021 TO 2024**

| Region and country of citizenship | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| Afghanistan | 1,290 | 2,360 | 3,720 | 4,316 |
| South Sudan | 180 | 420 | 820 | 607 |
| Cameroon | 1,860 | 6,930 | 13,280 | 15,513 |
| Nepal | 16,140 | 34,740 | 46,580 | 57,668 |
| Honduras | 212,100 | 257,900 | 314,530 | 345,480 |
| Nicaragua | 34,940 | 60,220 | 74,250 | 89,129 |
| Haiti | 76,040 | 66,560 | 60,560 | 50,966 |

Source: Office of Homeland Security Statistics
Yearbook of Immigration Statistics: Yearbooks 2021-2023\Table 26\FY2024 from PRD\NIArrivals\ni_data_2024_arr_yb.
NONIMMIGRANT ADMISSIONS (I-94 ONLY) BY REGION AND COUNTRY OF RESIDENCE: FISCAL YEARS 2021 TO 2023|FY2024 from PRD NIV files
Prepared by PRD/IDAT
Note: Aliens may have entered into the United States multiple times using same nonimmigrant visa, and the visa may have been issued in previous years.

### NIV for TPS countries: DHS YEARBOOKS: Table 27

**NONIMMIGRANT ADMISSIONS (I-94 ONLY) BY COUNTRY OF RESIDENCE FISCAL YEARS 2021 TO 2023**

| Region and country of residence | 2021 | 2022 | 2023 |
|---|---|---|---|
| Afghanistan | 1,220 | 2,740 | 3,430 |
| South Sudan | 140 | 320 | 510 |
| Cameroon | 1,260 | 5,320 | 9,740 |

| | | | |
|---|---|---|---|
| Nepal | 14,760 | 26,710 | 38,480 |
| Honduras | 184,310 | 235,180 | 293,450 |
| Nicaragua | 33,520 | 56,670 | 67,780 |
| Haiti | 65,460 | 55,530 | 47,660 |

Source: Office of Homeland Security Statistics

Yearbook of Immigration Statistics: Yearbooks 2021-2023\Table 27\FY2024 from PRD\NIArrivals\ni_data_2024_arr_yb.
NONIMMIGRANT ADMISSIONS (I-94 ONLY) BY REGION AND COUNTRY OF RESIDENCE: FISCAL YEARS 2021 TO 2023|FY2024 by Country of Residence is not available

Prepared by PRD/IDAT
**Note: Aliens may have entered into the United States multiple times using same nonimmigrant visa, and the visa may have been issued in previous years.**

**II- NIV DOS**

**Non-immigrant Visas: Department of State**
**Travel State.Gov**
**Bureau of Consular Affairs**

### Nonimmigrant Visas Issued by Nationality

| Nationality | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| Afghanistan | 1,120 | 1,854 | 2,665 | 2,830 |
| South Sudan | 271 | 579 | 833 | 720 |
| Cameroon | 1,466 | 7,044 | 10,630 | 12,234 |
| Nepal | 12,019 | 27,753 | 39,768 | 42,064 |
| Honduras | 28,872 | 46,380 | 85,596 | 78,368 |
| Nicaragua | 4,900 | 17,177 | 17,422 | 17,510 |
| Haiti | 8,559 | 14,232 | 10,515 | 7,939 |

Source: Department of State
Bureau of Consular Affairs/Annual Reports
Report of the Visa Office FY2021 -FY 2023: Table XVII | FY2024: Monthly Nonimmigrant Visa Issuance Statistics
Prepared by PRD/IDAT

# Attachment 3: Overstay Estimates

## NIV Overstay Estimate

### Table 1 - Overstay for Non VWP Countries B1/B2, Business

| Nationality | Initial TPS Designation Start Date | Current TPS Designation Start Date | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total Since Initial Designation | Total Since Current Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cameroon | 6/7/2022 | 12/8/2023 | ND | ND | ND | ND | ND | ND | ND | 514 | 913 | 1,427 | 913 |
| Nepal | 6/24/2015 | 12/25/2023 | 453 | 975 | 564 | 1,185 | 916 | 1,261 | NA | 1,809 | 1,036 | 8,199 | 1,036 |

### Table 2 - Overstay for Non VWP Countries Students, Exchanges

| Nationality | Initial TPS Designation Start Date | Current TPS Designation Start Date | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total Since Initial Designation | Total Since Current Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cameroon | 6/7/2022 | 12/8/2023 | ND | ND | ND | ND | ND | ND | ND | 254 | 155 | 409 | 155 |
| Nepal | 6/24/2015 | 12/25/2023 | NA | 727 | 790 | 2,139 | 697 | 498 | NA | 680 | 448 | 5,979 | 448 |

### Table 3 - Overstay for Non VWP Countries All Others

| Nationality | Initial TPS Designation Start Date | Current TPS Designation Start Date | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total Since Initial Designation | Total Since Current Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cameroon | 6/7/2022 | 12/8/2023 | ND | ND | ND | ND | ND | ND | ND | 128 | 47 | 175 | 47 |
| Nepal | 6/24/2015 | 12/25/2023 | NA | 87 | 93 | 232 | 107 | 94 | NA | 137 | 30 | 780 | 30 |

### Table 4 - Total Overstays for All Categories

| Nationality | Initial TPS Designation Start Date | Current TPS Designation Start Date | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total Since Initial Designation | Total Since Current Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cameroon | 6/7/2022 | 12/8/2023 | ND | ND | ND | ND | ND | ND | ND | 896 | 1,115 | 2,011 | 1,115 |
| Nepal | 6/24/2015 | 12/25/2023 | 453 | 1,789 | 1,447 | 3,556 | 1,720 | 1,853 | 0 | 2,626 | 1,514 | 14,958 | 1,514 |

Source: Department of Homeland Security, Entry/Exit Overstay Reports | FY2015 - FY2023

NA means the data is not available. ND means no designation that year for the country

FY2015 only had B1, B2 data. FY2021 is not available/not published

Prepared by OP&S/PRD/PR&E, March 12, 2025

## Attachment 4: Nepal Current Country Condition Summary

### Nepal as TPS-Designated Country: Comparison of Country Conditions between Initial and Latest

**TPS Designation Time Frames**:
- Initial TPS designation Period: June 24, 2015, through December 24, 2016
- Redesignation Period: October 26, 2016, through June 24, 2019¹; December 15, 2023, through June 24, 2025

**Reasons for Initial TPS Designation for Nepal**:
According to Federal Register (80 FR 36346) and the country condition summary of USCIS's 2023 TPS Report to Congress, Afghanistan was designated to TPS country because of the following reason:
- Environmental disaster

**Reasons for Extension and Redesignation of TPS for Afghanistan**:
According to Federal Register (81 FR 74470) and the country condition summary of USCIS's 2023 TPS Report to Congress, Nepal was re-designated to TPS country (December 25, 2016, through June 24, 2018) because it had still not recovered the ability to handle returning nationals following the natural disaster.

Litigation prevented the termination of TPS status for Nepal, which was due to be effective June 2019 (83 FR 23705). In June 2023, DHS rescinded the termination of TPS designation for Nepal simultaneously extended the TPS designation for 18 months from December 25, 2023, and ending on June 24, 2025 (80 FR 36346).

**Summaries of Country Conditions of Nepal Since the Latest Reports of Various Sources:**

Nepal has long faced an array of economic challenges, ranging from political instability to infrastructure deficits. Despite these hurdles, the country has made notable strides in various sectors over the years. Info Nepal, an online monitoring group, observed that the outlook for Nepal's economy in 2025 and coming years is cautiously optimistic. With growth projections set at 5.1%, the nation is on track to bounce back from previous setbacks and position itself for sustained economic progress (Info Nepal, 2025).

Nepal stands at a crossroads as it enters 2025. While there are substantial growth opportunities in tourism, hydropower, agriculture, and the private sector, the country must confront critical challenges head-on to ensure long-term economic sustainability. With the right policies and strategic investments, Nepal can emerge as a vibrant, middle-income nation, ready to take its place in the global economy (Info Nepal, 2025).

*Environmental Conditions*

Nepal remains highly vulnerable to the impacts of climate change. Natural disasters such as floods, landslides, and droughts can damage infrastructure, disrupt agriculture, and displace communities. Climate resilience must be incorporated into Nepal's development strategies (Info Nepal, 2025). In November 2023, an earthquake in Karnali province resulted in more than 150 deaths and damage to some 25,000 homes and other public infrastructure. The government's relief support was inadequate, especially given the harsh winter season, and at least 24 earthquake-affected people living in makeshift tents died (Amnesty International, 2024). Heavy rains in September 2024 triggered deadly floods and landslides that killed at least 192 people and left 32 missing (Reuters, 2024). Many of the deaths have occurred in the capital, Kathmandu, which witnessed the most intense rains in over half a century, but 44 out of Nepal's 77 districts were affected (UN News, 2024). A 6.1 magnitude earthquake also occurred on February 28th, 2025, though no loss of life or damage has been reported because of this quake.

*Refugees and Displaced People*

Forcibly displaced people, asylum seekers, and refugees from Nepal have all increased over the past year. Nepal had 7,467 refugees, 27,655 forcibly displaced people, and 20,188 asylum seekers in 2024, a respective 3.3%, 13.2%, and 17.3% increase since 2023 (UNCHR, 2025). Most of these displaced people are men aged 18-59.

Despite thousands of people fleeing Nepal since 2015, Nepal has continued to provide asylum for nearby countries. The country hosts around 20,000 refugees, including those from Tibet, Bhutan and other states (UNCHR, 2024). Problems with documentation and freedom of movement of these refugees persist within Nepal.

*Safety and Basic Freedoms (Freedom of Expression, Assembly, Religion)*

Nepal is not experiencing active conflict or war, so returning is generally safe in terms of physical security. However, political instability and frequent government changes sometimes lead to protests and strikes, which may cause temporary disruptions.

The safety of Nepal's nationals was tested as some had been lured into risky jobs and human trafficking situations abroad (U.S. Department of State, 2024).

According to Amnesty International, security forces continued to detain activists and individuals criticizing the government and ruling party politicians and frequently resorted to unlawful force against protesters. Protestors and journalists are frequently detained or treated with unnecessary force for speaking out against corruption, financial crimes and police brutality (Amnesty International, 2024). Torture and other ill-treatment by security forces was reported and authorities failed to carry out credible and independent investigations into deaths in custody.

In 2023, the U.S. State Department reported significant human rights issues included credible reports of: unlawful or arbitrary killings, including extrajudicial killings by the government; torture and cases of cruel, inhuman, or degrading treatment by the government; arbitrary detention; serious

restrictions on freedom of expression and media, including violence or threats of violence against journalists and unjustified arrests of journalists; substantial interference with the freedom of peaceful assembly and freedom of association, including overly restrictive laws on the organization, funding, and operation of nongovernmental organizations and civil society organizations; restrictions on freedom of movement for refugees, notably resident Tibetans. There were reports by some civil society observers that the government or its agents committed arbitrary or unlawful killings and other civil rights abuses during the year, particularly among members of marginalized communities. Unlike previous years, however, the National Human Rights Commission (NHRC) did not receive any allegations of arbitrary killings by security forces and the Nepalese government (US State Department, 2023).

*Human Rights Violations for Women, Children, and Minorities*

According to the U.S. Department of State (2023), there have been no significant recent changes in the human rights situation in Nepal. Credible reports of serious government corruption; lack of investigation of and accountability for human rights abuses and gender-based violence, including domestic and intimate partner violence, sexual violence, child, early and forced marriage, and other harmful practices; crimes involving violence or threats of violence targeting specific groups (US State Department, 2023).

Nepal continues to have a high rate of child marriage, although the law requires both men and women to be at least 20 when they marry. According to UNICEF, 33% of girls and 9% of boys are married before the age of 18. The rate of child marriage is believed to have increased during the pandemic (Human Rights Watch, 2024; UNICEF, 2023).

Gender-based discrimination continued in law and practice In May 2023, the President authenticated the Nepal Citizenship (First Amendment) Bill which denied women equal citizenship rights (Amnesty International, 2024). As a result of this law, which denies citizenship to children born to non-Nepalese mothers living in Nepal at the time of birth, and other documentation challenges, an estimated 6.7 million individuals lacked citizenship documentation, although the majority of these would be eligible for citizenship under local law (U.S. Department of State, 2023).

Despite provisions in law and policy to address discrimination based on caste, numerous incidents of discrimination against members of the Dalit community were reported, including by elected officials, with impunity (Amnesty International, 2024). In December the West Rukum District Court convicted 26 people for the killing of six men because of the relationship of one of them with a girl from a dominant caste (Amnesty International, 2024).

*Socioeconomic Status, Economy and Employment*

Socioeconomic exclusion remains a problem in Nepal. It is one of the poorest countries in the world, with a per capita gross national income (PPP) of about $4,280 (2021), according to World Bank statistics, and a per capita gross domestic product (PPP) of $4,261 (2021). Remittances have long represented and continue to represent a significant part of Nepal's revenue, estimated at 24.25% of GDP in 2020. According to the UNDP's Nepal Human Development Report 2020, the country ranked 143rd out of 189 countries, with a human development index (HDI) score of 0.602 (2021). Nepal's current HDI ranking places it behind Bangladesh (129) but ahead of Pakistan (161) and Afghanistan (180) in the region (BTI, 2024, p. 19).

Economically, Nepal is beginning to recover from the impacts of COVID-19 but faces challenges due to a difficult global macroeconomic environment: the Nepalese economy is set to grow by 4.9% in 2025, up from an estimated 3.9% growth in 2024, with relatively low inflation (BTI, 2024; Asian Development Bank, 2024). The projected economic boost is driven by several factors, including a gradual recovery in domestic services, increased infrastructure spending, and further revitalization of the tourism sector. According to Arnaud Cauchois, the ADB Country Director for Nepal, "Gross domestic product growth will pick up as domestic demand recovers, infrastructure projects accelerate, and tourism continues to expand." (Asian Development Bank, 2024).

The stabilization of Nepal's economy relies heavily on the return of remittance workers and domestic hydro-energy production, The expansion of hydropower production in 2025 should play a critical role in providing energy to industrial sectors, reducing the reliance on costly imports, and potentially enabling Nepal to become a net exporter of electricity to neighboring countries (Info Nepal, 2025). As electricity availability grows, Nepal's manufacturing sector, which has long struggled with energy shortages, stands to benefit significantly. With a more stable energy supply, industries can ramp up production, lowering operational costs and improving the competitiveness of Nepali products in regional and international markets. In the long run, this could also lead to job creation and enhanced economic resilience (Info Nepal, 2025).

Nepsetrading (2024), however, showed somewhat different perspective on recent year's economy of Nepal: Nepal's economy stands on precarious ground, teetering under growing fiscal pressures and systemic inefficiencies. There was a slight increase in unemployment and tax revenues decreased, indicating the presence of economic headwinds. Minorities and women continue to be disproportionately represented among the poor, partially due to specific affirmative action measures in place. Nepal still has a long way to go in terms of economic development, particularly with regards to trade liberalization, funding for education, research and development (R&D) and the promotion of industrial economic growth" (BTI, 2024, p. 5). Hundreds of families living in informal settlements across the country remained at risk of forced eviction by local authorities without legal safeguards (Amnesty International, 2024). In March, the Kathmandu Metropolitan Office issued a directive to people living in slums and informal settlements along the riverbanks in Kathmandu to vacate the areas within a week. The Patan High Court suspended the demolition order and ordered the government, including the Metropolitan Office, to arrange housing for those who would be made homeless because of the evictions.

While political discourse remains consumed with constitutional amendments and geopolitical strategies, the economic reality of diminishing revenues, growing debt, and sluggish governance paints a somber picture. Reduced import volumes reflect a broader contraction in consumer demand and industrial activity. This is exacerbated by limited credit availability for businesses, leading to reduced production, layoffs, and declining household incomes. Nepal's reliance on remittance-fueled consumption has also shown vulnerabilities, with remittance inflows failing to offset domestic economic stagnation (Nepsetrading, 2024). The current absence of a strong manufacturing sector further stymies Nepal's economic potential. Agriculture, which employs most of the population, remains largely subsistence-based and inefficient. Industrialization efforts are hampered by bureaucratic hurdles, inadequate infrastructure, and an unskilled workforce (Fiscal Nepal, 2024).

*Other*

The Bertelsmann Stiftung's Transformation Index (BTI) also observed that in 2024 Nepal's current Environmental Performance Index (EPI) score is 28.3, ranking it 162nd out of 180 countries. This places Nepal above India (180), Bangladesh (177) and Afghanistan (181), but below Pakistan (176), indicating that Nepal is part of a region that suffers from very poor environmental performance (BTI, P. 30).

References

Amnesty International. (2024, April 23). Nepal. In *The State of the World's Human Rights: April 2024*. (https://www.amnesty.org/en/documents/pol10/7200/2024/en/) .

Amnesty International. (2024, May 10). Nepal: "No-one cares": Descent-based discrimination against Dalits in Nepal. (https://www.amnesty.org/en/documents/asa31/7980/2024/en/)

Asian Development Bank (2024). Nepal's economy to grow by 4.9 percent in 2025: ADB. (https://myrepublica.nagariknetwork.com/news/nepal-s-economy-to-grow-by-4-9-percent-in-fy-2025-adb/) .

Bertelsmann Stiftung's Transformation Index (BTI). (2024). BTI 2024 Country Report: Nepal (http://www.bti-project.org/).

Fiscal Nepal (2024). The state of Nepal's economy: challenges and pathways to vibrance. (https://www.fiscalnepal.com/2024/12/03/18704/the-state-of-nepals-economy-challenges-and-pathways-to-vibrance/).

Human Rights Watch (2024). World Report: Nepal. (https://www.hrw.org/world-report/2024/country-chapters/nepal).

Info Nepal (2025). Nepal's Economic Outlook for 2025: Navigating Growth Amidst Challenges. (https://infonepalonline.com/nepals-economic-outlook-for-2025-a-comprehensive-analysis/).

Khabarhub.com (2022). Nepal: Current Situation of Political Economy. (https://english.khabarhub.com/2022/19/242210/).

Nepsetrading (2024). Nepal's Economy at a Precipice: An In-Depth Analysis. (https://www.nepsetrading.com/blog/nepals-economy-at-a-precipice-an-in-depth-analysis).

Reuters T. (2024 Sept 24). Nepal flooding, landslides after heavy rains leave nearly 200 dead. CBC. (https://www.cbc.ca/news/world/nepal-flooding-landslides-monsoon-1.7337519).

United Nations Children's Fund (UNICEF). (2023, Apr). *The State of the World's Children 2023: For every child, vaccination*, UNICEF Innocenti – Global Office of Research and Foresight, Florence. (https://www.inclusive-education-initiative.org/knowledge-repository/unicef-state-worlds-children-2023#:~:text=The%20State%20of%20the%20World%E2%80%99s%20Children%202023%20examines,every%20child%2C%20everywhere%20is%20protected%20against%20vaccine-preventable%20diseases).

UNHCR. (2025) Refugee Data Finder. (https://www.unhcr.org/refugee-statistics).

United Nations News (2024, Oct 1) Nepal: Hundreds killed as 'unprecedented' flash floods strike capital Kathmandu. (https://news.un.org/en/story/2024/10/1155246)

USCIS, Department of Homeland Security. (March 2024). Temporary Protected Status: Calendar Year 2024 Annual Report (Report to Congress). Unpublished.

USCIS, Department of Homeland Security. (March 2023). Temporary Protected Status: Calendar Year 2023 Annual Report (Report to Congress). (https://www.uscis.gov/sites/default/files/document/reports/TPS_CY23_Congressional_Report.pdf.)

US Department of State (2023) Nepal 2023 Human Rights Report. (https://www.state.gov/reports/2023-country-reports-on-human-rights-practices/nepal).

## Attachment 5: Cameroon Current Country Condition Summary

**Cameroon as TPS-Designated Country: Comparison of Country Conditions between Initial and Latest**

**TPS Designation Time Frames:**

- Initial TPS designation Period: on June 7, 2022, through December 7, 2023
- Current TPS designation Period: December 8, 2023, through June 7, 2025

**Reasons for Initial TPS Designation for Cameroon:**

According to Federal Register (87 FR 34706) and the country condition summary of USCIS's 2023 TPS Report to Congress, Cameroon was designated to TPS country because of the following reasons:

- Armed Conflict between Government of Cameroon and terrorist groups including Boko Haram and Islamic State West African Province (ISWAP), separatists and vigilant self-defense groups
- Human Rights Abuses and Repression

**Reasons for Extension and Redesignation of TPS for Cameroon:**

According to Federal Register (88 FR 65728) and the country conditions summary of USCIS's 2023 TPS Report to Congress, Cameroon was re-designated to TPS country because "ongoing armed conflict and extraordinary and temporary conditions supporting Cameroon's TPS designation remain".

**Summaries of Country Conditions of Cameroon from the Latest Reports of Various Sources:**

Terroristic armed conflict, separatist insurgencies human rights abuses, and insecurity in multiple regions seem to make it difficult to overseas Cameroonians to return to Cameroon, especially to the Northwest, Southwest, or Far North regions. Cameroon has substantiated reports of threats and acts of violence, specifically against women and ethnic minorities; unlawful, arbitrary and extrajudicial killings; arbitrary arrests and detention of reporters, protestors, and political opponents; enforced disappearances; torture and other ill-treatment by the government and nonstate armed groups; harsh and life-threatening prison conditions; serious government corruption, arbitrary or unlawful interference with individuals' right to privacy, assembly, movement, expression, and political participation; and punishment of family members for offenses allegedly committed by an individual. While some economic improvements exist in recent years, the security risks remain high in many areas. Despite the deteriorating security and humanitarian situation, the government of Cameroon has consistently denied the severity of the crisis and has yet to take any meaningful action aimed at ending the conflict or addressing its root causes (Global R2P, 2024).

Cameroon has made economic improvements in recent years, despite the sustaining security risks in many areas of the country. The real GDP growth is estimated to increase to 3.7% in 2024 from 3.2% in 2023. The forecasted GDP growth is 4.0% in 2025 and 4.1% in 2026, driven by agriculture, construction, and the coming on-stream of infrastructure and electricity projects. Downside risks to growth stem from geopolitical uncertainties and the presidential election, which threatens reform implementation and increases security and social risks (Fitch Ratings, 2024).

*Humanitarian Crisis for Refugees and Displaced People*

3.3 million people in Cameroon are in need of humanitarian assistance (Humanitarian Action, 2024). According to Amnesty International, 9 out of 10 regions were affected by three major humanitarian crises: the armed conflict in the Lake Chad basin involving Islamic State's West Africa Province (ISWAP) and Jama'tu Ahlis Sunna Lidda'awati wal-Jihad (JAS) armed groups; the armed violence in the North-West and South-West anglophone regions; and the 335,000 refugees from the Central African Republic with limited access to jobs, food, education, water, sanitation, and hygiene services (Amnesty International, 2024).

As of 2024, there were 1.2 million forcibly displaced people, 103,978 refugees, and 47,225 asylum seekers from Cameroon. All three categories had decreased since 2023 but were still substantially higher than levels in 2022 or 2023 (UNCHR, 2024). More than 630,000 people were internally displaced due to armed violence in the anglophone regions, more than 73,000 have fled to Nigeria, and at least 1.7 million people in need of humanitarian aid. Floodings and torrential rains in early July destroyed crops and further impeded humanitarian access in a region where 1.6 million people are in need of assistance (Human Rights Watch, 2024).

*Freedom of Expression*

Government officials denied individuals or organizations the ability to criticize or express views at odds with government policy (U.S. Department of State, 2024). Journalists, especially those reporting on crime and corruption, are often victims of violence and harassment, including at least one case in which a journalist was abducted and murdered for reporting on government corruption and a second man was murdered for reporting on the first's murder (Amnesty International, 2024). Dozens of activists, opposition leaders, anglophone protestors and journalists have also been arbitrarily detained on unfounded charges of "terrorism, hostility to the fatherland, secession, revolution, insurrection, spreading false news, and/or contempt for civil authority". At the end of 2023, 43 were still being illegally detained after taking part of a protest organized by the Cameroon Renaissance Movement in 2022 (Amnesty International, 2024). The state's failure to investigate or prosecute attacks on journalists created de facto restrictions.

*Freedom of Movement*

Civilians in the North-West and South-West regions also continue to face movement restrictions, abductions for ransom, extortion, and illegal taxation. These incidents occur in both public and private spaces, most victims are commuters who come across illegal checkpoints. Such restrictions greatly limit access to essential services, including humanitarian assistance. In December, at least two security incidents affecting humanitarian personnel were recorded

in NWSW. Meanwhile, the government's ban on movement via sea ways in Ndian division (SW) remains in effect. The ban was imposed in October 2024 after the abduction of the Divisional Officer of Idabato on 1 October (OCHA, 2025).

*Safety and Security*

As Cameroon approaches a critical election year, escalating violence and crackdowns on civil society underscore deepening divisions. Violence in Cameroon's Anglophone regions and Far North continues unabated as government forces clash with separatists and jihadists, compounding fears of instability ahead of the country's 2025 presidential elections (Cameroon-Concord.Com, 2025; Voices of America, 2024). The government's handling of security and governance challenges, particularly as the current 91-year old president continues to cling to power without a clear successor, will shape not only the election's credibility but also the country's future stability

The security situation remains highly volatile in the Anglophone north-west and south-west regions, with armed clashes between government forces and separatist groups, as well as infighting among different separatist groups, continuing unabated. Civilians also faced killings and abductions by armed Islamist groups in the Far North region, including by Boko Haram and the Islamic State in West Africa Province (ISWAP) as well as ongoing clashes between armed separatist movements and government forces. Between EUAA reported that "The European Commission indicated a 'worrying trend' in the security situation in Cameroon, with 4339 incidents reported in the first seven months of 2024, nearly matching the total of 4518 incidents recorded throughout 2023.  Between 13 October 2023 and 6 December 2024, ACLED recorded 3148 security incidents in the Far North, Northwest and Southwest regions of Cameroon" (EUAA, 2025). Several reports of fatalities and injuries as a result of security events in 2025 have also been reported.

Boko Haram and ISIS affiliates were involved in more terrorist attacks 2023, however, most of the violence faced by Cameroonians seems to be from armed separatists in the Far North and Northwest/Southwest Anglophone regions, despite President Paul Biya saying that many armed separatist groups had surrendered and that the threat they posed had been significantly reduced.  Separatist fighters continued to target civilians, forcing people to stay at home and launching attacks around major events, including an annual race, protests, the elections, and as schools re-opened in early September. Several targeted attacks were reported in 2023 and 2024, including assassinating political figures, abducting and torturing women who protested protection fees, raiding and burning villages, and opening fire at a local bar after accusing locals of failing to support their separatist agenda. In December 2024, three IED explosions were reported in different locations of Bamenda (Mezam division) as non-State armed groups (NSAGs) enforced a lockdown, resulting in at least one civilian casualty. Lockdowns continued subsequent Saturdays throughout the month.

State forces responded to separatist attacks with counter-insurgency operations that often failed to protect civilians or targeted them outright. In some instances, such as that outside Bamenda, North-West region, in July, victims may have been fleeing fighting when they were killed. Abusive army raids and killings of civilians may also have been perpetrated against individuals suspected of being

*General and Human Rights Violations for Women, Children and Minorities*

Various Cameroonian-based human rights organizations reported an increase in violence and human rights violations and abuses during 2023. Gender inequality is also a concern, particularly evident in disparities in education acquisition and labor force participation. Currently, Cameroon's Gender Inequality Index stands at 0.56, slightly above the average for Medium HDI countries (0.489)" (BTI, 2024: 17).

Separatists and government forces have also perpetrated targeted attacks on health facilities and humanitarian workers, restricting the delivery of and access to vital aid and forcing various international humanitarian organizations to suspend their operations. Separatists have also banned government education and frequently attack, threaten and abduct students and teachers, as well as burn, destroy, and loot schools (Global R2P, 2024).

*Right to Education*

Armed separatists continue to weaponize education for political leverage by targeting students, teachers and educational institutions. At least 48 reports of violence against educational establishments were reported in the North-West and South- West regions in 2024, including the abduction of children and teachers, allegedly by armed separatist groups (OCHA, 2024). In September, armed separatists forced schools to close for two weeks, and killed, abducted or physically assaulted several people for not obeying the lockdown, according to the OCHA. In both regions 2245 schools remained closed due to the armed violence (Amnesty International, 2024; Global R2P, 2024).

*Economy and Employment*

In addition, socioeconomic development is strongly influenced by persistent inequalities. More than 40% of the population resides in rural areas, with poverty highly concentrated in the rural Extreme North and East Regions. Moreover, approximately 33% of the urban population resides in slums with inadequate sanitation conditions. When accounting for inequality, Cameroon's HDI value drops to 0.318, which is significantly below the average for Medium HDI countries (0.483).

*Other (Sustainability)*


According to the BTI's 2024 Country Report on Cameroon, "Government agencies and administration are present in most parts of the country but are largely ineffective in terms of performance or the provision of public services (BTI, 2024: 9). The Negative Outlook reflects Cameroon's political risks related to potential succession issues and structural weaknesses in public finance management (PFM), evidenced by weak liquidity management, late external debt payments and accumulation of domestic arrears. Ratings Affirmed: Cameroon's ratings are supported by resilient GDP growth, a manageable debt maturity schedule and our expectations that moderate budget deficits and debt levels will be supported by non-oil revenue mobilization and spending restraint. This is balanced against low GDP per capita, weak governance indicators and persistent security challenges.

References

Amnesty International (2024, April 23). Cameroon. In *The State of the World's Human Rights: April 2024.* (https://www.amnesty.org/en/documents/pol10/7200/2024/en/).

Bertelsmann Stiftung's Transformation Index (BTI). (2024). BTI 2024 Country Report: Cameroon (http://www.bti-project.org/).

Business & Human Rights Resource Centre. (2024 March 13). Cameroon: French court orders SOCfin to compensate plaintiffs allegedly impacted by palm oil activities. (https://www.business-humanrights.org/en/latest-news/cameroon-french-court-orders-socfin-to-compensate-plaintiffs-allegedly-impacted-by-palm-oil-activities/).

Cameroon-Concord.Com (2025). Cameroon in Crisis: Conflict and Challenges Ahead of 2025 Elections (https://www.cameroon-concord.com/politics-2/cameroon-in-crisis-conflict-and-challenges-ahead-of-2025-elections)

European Union Agency for Asylum (EUAA). (2025). COI Query Response: Cameroon  (https://coi.euaa.europa.eu/administration/easo/PLib/2025_01_EUAA_COI_Query_Response_Q1_Cameroon_Security_Situation.pdf).

Fitch Ratings (2024). Cameroon. (https://www.fitchratings.com/research/sovereigns/cameroon-21-11-2024)

Global Centre for the Responsibility to Protect. (2024, Dec 1). Cameroon.  (https://www.globalr2p.org/countries/cameroon/).

Global Conflict Tracker. (2025). From Bad to Worse in Cameroon? Council on Foreign Relations. (https://www.cfr.org/blog/bad-worse-cameroon).

Human Rights Watch. (2024). World Report 2024 (Cameroon). (https://www.hrw.org/world-report/2024/country-chapters/cameroon).

Humanitarian Action (2024, Dec 4) Cameroon. https://humanitarianaction.info/document/global-humanitarian-overview-2025/article/cameroon-3

United Nations Office for the Coordination of Humanitarian Affairs (OCHA) (2024, Sept 19)) The Relief Web: Cameroon. (https://reliefweb.int/report/cameroon/education-cluster-cameroon-attacks-education-january-august-2024)

The Borgen Project. (2025, March 4). Neglected Tropical Diseases: Malaria in Cameroon. (https://borgenproject.org/malaria-in-cameroon/).

U.S. Department of State. (2024). 2023 Country Reports on Human Rights Practices: Cameroon. (https://www.state.gov/reports/2023-country-reports-on-human-rights-practices/cameroon/).

U.S. Department of State. (2024). Country Reports on Terrorism 2023: Cameroon. (https://www.state.gov/reports/country-reports-on-terrorism-2023/cameroon/).

UNHCR. (2025) Refugee Data Finder.  (https://www.unhcr.org/refugee-statistics).

USCIS, Department of Homeland Security. (March 2024). Temporary Protected Status: Calendar Year 2024 Annual Report (Report to Congress). Unpublished.

USCIS, Department of Homeland Security. (March 2023). Temporary Protected Status: Calendar Year 2023 Annual Report (Report to Congress). (https://www.uscis.gov/sites/default/files/document/reports/TPS_CY23_Congressional_Report.pdf).

Voices of America (2024, Aug 29). Cameroon media denounce surge in attacks as 2025 election nears. (https://www.voanews.com/a/cameroon-media-denounce-surge-in-attacks-as-2025-election-nears/7763874.html)

