Exhibit 5

# TPS Country Conditions Update: Haiti, Honduras and Nicaragua

## March 2025

1. **Number of ICE removals and other repatriations since its designation**

   DHS enforcement data shows as of January 2025, Haiti has 15,640 ICE removals since its initial designation since 2010, Honduras has 395,370 ICE removals since 2010, and Nicaragua has 25,400 ICE removals since 2010. Please note, not all removals were made to the respective TPS designated country. Both Honduras and Nicaragua were initially designated TPS in 1999, but only data since 2010 is available.

   See Attachment 1 for a breakdown by year. Data of other repatriation types is also included.

2. **Number of NIVs granted to aliens from a TPS designated country**

   See Attachment 2. Both Department of State's NIC issuance data and I-94 admissions data (by country of citizenship and Country residence) are provided. When interpreting the I-94 admissions data, please note aliens may have entered into the United States multiple times using same nonimmigrant visa, and the visa may have been issued in previous years.

3. **Number of NIV overstays from a TPS designated country**

   See Attachment 3 for a breakdown by year. Below is a summary:

| Total Overstays for All Categories FY2015-2023 ||||
| Nationality | Initial TPS Designation Start Date | Current TPS Designation Start Date | Total from 2015 to 2023 |
| --- | --- | --- | --- |
| Haiti | 1/21/2010 | 8/4/2024 | 79,770 |
| Honduras | 1/5/1999 | 1/6/2024 | 55,950 |
| Nicaragua | 1/5/1999 | 1/6/2024 | 18,464 |

Source: Department of Homeland Security. Entry/Exit Overstay Reports | FY2015 - FY2023 (all available data)

NA means the data is not available. ND means no designation that year for the country

FY2021 is not available/ not published

Prepared by OP&S/PRD/PR&E. March 15, 2025

4. **Any fraud or vetting problem statistic for aliens from a TPS designated country**
   N/A

5. **Specific updated country conditions related to the reason for the original designation**
   See separate reports.

## Attachment 1: ICE Removal and Other Repatriations Statistics

| FY | ICE removals | Other Repatriation Types | Total Removals & Repatriations |
|---|---|---|---|
| FY2010 | 230 | 240 | 470 |
| FY2011 | 760 | 210 | 970 |
| FY2012 | 810 | 170 | 980 |
| FY2013 | 530 | 160 | 690 |
| FY2014 | 400 | 200 | 600 |
| FY2015 | 470 | 190 | 660 |
| FY2016 | 380 | 170 | 550 |
| FY2017 | 5,770 | 210 | 5,980 |
| FY2018 | 990 | 260 | 1,250 |
| FY 2019 | 730 | 180 | 910 |
| FY 2020 | 910 | 910 | 1,820 |
| FY 2021 | 400 | 10,300 | 10,700 |
| FY 2022 | 1,540 | 12,550 | 14,090 |
| FY 2023 | 740 | 910 | 1,650 |
| FY 2024 | 820 | 740 | 1,560 |
| FY 2025 | 160 | 100 | 260 |
| TOTAL | 15,640 | 27,500 | 43,140 |

Haiti: ICE Removals and Other Repatriations Since TPS designation (Jan 2010)*

(*) Haiti had their TPS designation terminated in 2019, but this termination never took effect. As such, Haiti has remained under continuous TPS designation since January 2010

| FY | Honduras: Removals and Other Repatriations since 2010* | | |
| --- | --- | --- | --- |
| | ICE removals | Other Repatriation Types | Total Removals & Repatriations |
| FY2010 | 24,780 | 1,400 | 26,180 |
| FY2011 | 22,670 | 1,570 | 24,240 |
| FY2012 | 31,750 | 1,290 | 33,040 |
| FY2013 | 36,700 | 950 | 37,650 |
| FY2014 | 40,770 | 930 | 41,700 |
| FY2015 | 20,290 | 740 | 21,030 |
| FY2016 | 22,020 | 670 | 22,690 |
| FY2017 | 22,180 | 880 | 23,060 |
| FY2018 | 28,460 | 1,560 | 30,020 |
| FY 2019 | 40,760 | 1,950 | 42,710 |
| FY 2020 | 20,290 | 18,550 | 38,840 |
| FY 2021 | 5,110 | 168,130 | 173,240 |
| FY 2022 | 6,550 | 134,970 | 141,520 |
| FY 2023 | 22,200 | 57,020 | 79,220 |
| FY 2024 | 45,870 | 2,190 | 48,060 |
| FY 2025 | 4,970 | 420 | 5,390 |
| TOTAL | 395,370 | 393,220 | 788,590 |

\* Honduras was designated for TPS in 1999, but the DHS Office of Statistics only goes back to 2010

| FY | Nicaragua: Removals and Other Repatriations for Since 2010 (*) | | |
|---|---|---|---|
| | ICE removals | Other Repatriation Types | Total Removals & Repatriations |
| FY2010 | 1,880 | 180 | 2,060 |
| FY2011 | 1,570 | 220 | 1,790 |
| FY2012 | 1,430 | 170 | 1,600 |
| FY2013 | 1,360 | 130 | 1,490 |
| FY2014 | 1,300 | 110 | 1,410 |
| FY2015 | 930 | 90 | 1,020 |
| FY2016 | 880 | 80 | 960 |
| FY2017 | 910 | 110 | 1,020 |
| FY2018 | 960 | 170 | 1,130 |
| FY 2019 | 2,270 | 560 | 2,830 |
| FY 2020 | 1,450 | 930 | 2,380 |
| FY 2021 | 1,100 | 3,510 | 4,610 |
| FY 2022 | 2,630 | 4,490 | 7,120 |
| FY 2023 | 2,330 | 3,500 | 5,830 |
| FY 2024 | 3,900 | 1,200 | 5,100 |
| FY 2025 | 500 | 80 | 580 |
| TOTAL | 25,400 | 15,530 | 40,930 |

\* Honduras was designated for TPS in 1999, but the DHS Office of Statistics only goes back to 2010

Sources: ICE and DHS-OHSS websites

All values rounded to the nearest 10

Including **Administrative Returns** (returns completed by OFO that results from an administrative encounter), **Enforcement Returns** (returns completed by ICE, USBP, or OFO that results from an enforcement encounter), and **Title 42 Expulsions**. A return is a confirmed movement of an inadmissible or removable alien out of the United States not based on an order of removal. Returns and Title 42 Expulsions may be made to a third country.

## Attachment 2: NIV issuance and I-94 Admissions

**I - NIV DHS**

**NON-IMMIGRANT VISAS**

**NIV for TPS countries - DHS YEARBOOKS: Table 26**

**NONIMMIGRANT ADMISSIONS (I-94 ONLY) BY COUNTRY OF CITIZENSHIP FISCAL YEARS 2021 TO 2024**

| Region and country of citizenship | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| Afghanistan | 1,290 | 2,360 | 3,720 | 4,316 |
| South Sudan | 180 | 420 | 820 | 607 |
| Cameroon | 1,860 | 6,930 | 13,280 | 15,513 |
| Nepal | 16,140 | 34,740 | 46,580 | 57,668 |
| Honduras | 212,100 | 257,900 | 314,530 | 345,480 |
| Nicaragua | 34,940 | 60,220 | 74,250 | 89,129 |
| Haiti | 76,040 | 66,560 | 60,560 | 50,966 |

Source: Office of Homeland Security Statistics
Yearbook of Immigration Statistics: Yearbooks 2021-2023\Table 26\FY2024 from PRD\NIArrivals\ni_data_2024_arr_yb.
NONIMMIGRANT ADMISSIONS (I-94 ONLY) BY REGION AND COUNTRY OF RESIDENCE: FISCAL YEARS 2021 TO 2023|FY2024 from PRD NIV files
Prepared by PRD/IDAT
Note: Aliens may have entered into the United States multiple times using same nonimmigrant visa, and the visa may have been issued in previous years.

**NIV for TPS countries: DHS YEARBOOKS: Table 27**

**NONIMMIGRANT ADMISSIONS (I-94 ONLY) BY COUNTRY OF RESIDENCE FISCAL YEARS 2021 TO 2023**

| Region and country of residence | 2021 | 2022 | 2023 |
|---|---|---|---|
| Afghanistan | 1,220 | 2,740 | 3,430 |
| South Sudan | 140 | 320 | 510 |
| Cameroon | 1,260 | 5,320 | 9,740 |

| | | | |
|---|---|---|---|
| Nepal | 14,760 | 26,710 | 38,480 |
| Honduras | 184,310 | 235,180 | 293,450 |
| Nicaragua | 33,520 | 56,670 | 67,780 |
| Haiti | 65,460 | 55,530 | 47,660 |

Source: Office of Homeland Security Statistics

Yearbook of Immigration Statistics: Yearbooks 2021-2023\Table 27\FY2024 from PRD\NIArrivals\ni_data_2024_arr_yb.
NONIMMIGRANT ADMISSIONS (I-94 ONLY) BY REGION AND COUNTRY OF RESIDENCE: FISCAL YEARS 2021 TO 2023|FY2024 by Country of Residence is not available

Prepared by PRD/IDAT
**Note: Aliens may have entered into the United States multiple times using same nonimmigrant visa, and the visa may have been issued in previous years.**

### II- NIV DOS

**Non-immigrant Visas: Department of State**
**Travel State.Gov**
**Bureau of Consular Affairs**

**Nonimmigrant Visas Issued by Nationality**

| Nationality | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| Afghanistan | 1,120 | 1,854 | 2,665 | 2,830 |
| South Sudan | 271 | 579 | 833 | 720 |
| Cameroon | 1,466 | 7,044 | 10,630 | 12,234 |
| Nepal | 12,019 | 27,753 | 39,768 | 42,064 |
| Honduras | 28,872 | 46,380 | 85,596 | 78,368 |
| Nicaragua | 4,900 | 17,177 | 17,422 | 17,510 |
| Haiti | 8,559 | 14,232 | 10,515 | 7,939 |

Source: Department of State
Bureau of Consular Affairs/Annual Reports
Report of the Visa Office FY2021 -FY 2023: Table XVII | FY2024: Monthly Nonimmigrant Visa Issuance Statistics
Prepared by PRD/IDAT

## Attachment 3: Overstay Estimates

### NIV Overstay Estimate

#### Table 1 - Overstay for Non VWP Countries B1/B2, Business

| Nationality | Initial TPS Designation Start Date | Current TPS Designation Start Date | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total from 2015 to 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haiti | ####### | 8/4/2024 | 2,791 | 669 | 10,558 | 6,917 | 7,029 | 11,335 | NA | 8,144 | 27,269 | 74,712 |
| Honduras | 1/5/1999 | 1/6/2024 | 4,279 | 5,357 | 5,101 | 4,143 | 4,745 | 6,452 | NA | 9,193 | 10,337 | 49,607 |
| Nicaragua | 1/5/1999 | 1/6/2024 | 1,245 | 1,444 | 1,459 | 1,322 | 3,200 | 2,560 | NA | 3,474 | 2,796 | 17,500 |

#### Table 2 - Overstay for Non VWP Countries Students, Exchanges

| Nationality | Initial TPS Designation Start Date | Current TPS Designation Start Date | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total from 2015 to 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haiti | ####### | 8/4/2024 | NA | 119 | 306 | 126 | 148 | 123 | NA | 96 | 262 | 1,180 |
| Honduras | 1/5/1999 | 1/6/2024 | NA | 180 | 147 | 160 | 133 | 124 | NA | 163 | 193 | 1,100 |
| Nicaragua | 1/5/1999 | 1/6/2024 | NA | 28 | 29 | 30 | 36 | 16 | NA | 39 | 27 | 205 |

#### Table 3 - Overstay for Non VWP Countries All Others

| Nationality | Initial TPS Designation Start Date | Current TPS Designation Start Date | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total from 2015 to 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haiti | ####### | 8/4/2024 | NA | 588 | 707 | 497 | 570 | 390 | NA | 614 | 512 | 3,878 |
| Honduras | 1/5/1999 | 1/6/2024 | NA | 677 | 483 | 545 | 420 | 467 | NA | 1,061 | 1,590 | 5,243 |
| Nicaragua | 1/5/1999 | 1/6/2024 | NA | 103 | 113 | 112 | 147 | 95 | NA | 222 | 94 | 886 |

#### Table 4 - Total Overstays for All Categories

| Nationality | Initial TPS Designation Start Date | Current TPS Designation Start Date | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total from 2015 to 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haiti | ####### | 8/4/2024 | 2,791 | 1,376 | 11,571 | 7,540 | 7,747 | 11,848 | NA | 8,854 | 28,043 | 79,770 |
| Honduras | 1/5/1999 | 1/6/2024 | 4,279 | 6,214 | 5,731 | 4,848 | 5,298 | 7,043 | NA | 10,417 | 12,120 | 55,950 |
| Nicaragua | 1/5/1999 | 1/6/2024 | 1,245 | 1,575 | 1,601 | 1,464 | 3,383 | 2,671 | NA | 3,608 | 2,917 | 18,464 |

Source: Department of Homeland Security. Entry/Exit Overstay Reports | FY2015 - FY2023 (all available data)
NA means the data is not available. ND means no designation that year for the country
FY 2015 only had B1, B2 data. FY2021 is not available/not published
Prepared by OP&S/PRD/PR&E, March 15, 2025