Exhibit 8

**Haiti as TPS-Designated Country: Comparison of Country Conditions between Initial and Latest**

**TPS Designation Time Frames**:

- Initial TPS designation Period: January 21, 2010, through July 22, 2011
- First Redesignation Periods: July 23, 2011, 2024, through January 22, 2013; from January 23, 2013 through July 22, 2014; from July 23, 2014, through January 22, 2016; from January 23, 2016, through July 22, 2017; (4) from July 23, 2017, through January 22, 2018[1]
- Second designation: August 3, 2021, through February 3, 2023
- Second Redesignation Period: February 4 through August 3, 2024; August 4, 2024, through August 3, 2025

**Reasons for Initial TPS Designation for Haiti**:

According to Federal Register (75 FR 3476) and the country condition summary of USCIS's 2023 TPS Report to Congress, Haiti was designated to TPS country because of the following reasons:

- Natural Disaster (7.1 magnitude earthquake) that killed 220,000, left 1.5 million displaced, and left many without shelter, food, or clean water
- Economic challenges related to reconstruction
- Disease outbreaks (Cholera)

**Reasons for Extension and Redesignation of TPS for Haiti**:

According to Federal Register (76 FR 29000, 77 FR 59943, , 79 FR 11808, 80 FR 51582, 82 FR 23830, 86 FR 41863, 88 FR 5022, 89 FR 54484) and the country condition summary of USCIS's 2024 TPS Report to Congress, Haiti was re-designated to TPS country because:

- Ongoing Natural disasters
- Humanitarian crisis
- National Security Situation, particularly from gang violence
- Economic destabilization
- Political Instability in the wake of Presidential Assassination

**Summaries from Country Conditions of Haiti from the 2023 and 2024 TPS Reports to Congress**:

DHS conducted a thorough review of country conditions in Haiti. Haiti is experiencing economic, security, political, and health crises simultaneously. Haitian gangs are the primary source of violence and instability in Haiti and pose an increasing threat as they continue to escalate and expand their influence. In the first three months of 2024, gang violence killed or injured more than 2,500 people. The gangs also attacked the capital's primary airport and major port terminals, and blocked roads to access the city. An ongoing political impasse left Haiti without a functioning democratically elected national government and hindered Haiti's ability to respond to the gang-driven violence and allowed political and business elites to utilize gang violence to further their agendas (UN News, 2024).

---

[1] Haiti is one of the countries with TPS litigation. As such, the rescission of the TPS designation in 2019 had not gone into effect prior to the redesignation in 2021.

NTPSA2_00001564

At the same time, Haiti continued to struggle through a humanitarian crisis. Haiti has one of the highest levels of chronic food insecurity in the world with more than half of its total population chronically food insecure and 22 percent of children chronically malnourished (WFP, 2024). It is one of the poorest countries in the world, and it remains the poorest in Latin America and the Caribbean. The Haitian economy declined for five straight years, from 2019 through 2023 (Haiti Libre, 2024; UN News, 2024).

Several recent environmental disasters also contributed to the extraordinary and temporary conditions in Haiti. On August 14, 2021, a 7.2 magnitude earthquake killed more than 2,200 people and injured 12,700 people. In June 2023, a 4.4 magnitude earthquake and 5.5 magnitude earthquake hit Haiti's west coast only two days apart, causing the deaths of at least four people while destroying homes, blocking roads, and overwhelming healthcare facilities (World Bank, 2024).

## Summaries of Country Conditions of Haiti from the Latest Reports of Various Sources

In 2024, Haiti's multidimensional crisis reached catastrophic levels. Criminal groups united under the "Viv Ansanm" coalition intensified large-scale and coordinated attacks that brought the country to a standstill from February to May 2024, and from October 2024 to the present (Human Rights Watch [HRW], 2025). These attacks severely impacted public services, including electricity, water supply, sanitation, health care, education, and transportation, significantly restricting access to essential goods. In November 2024, the UN Security Council asked the UN Secretary-General to present recommendations for the role the UN could play in helping address the security, economic, and humanitarian crises in the country (HRW, 2025; UN Security Council, 2024).

### Safety and Security

Rampant corruption and violence by armed criminal groups undermine basic services and contribute to pervasive physical insecurity. Killings and kidnappings by criminal groups increased, with a weak state response and an ineffectual justice system (Freedom House, 2024; HRW, 2025). The UN Office of the High Commissioner for Human Rights reported that criminal groups killed at least 5,601 people and kidnapped nearly 1,500 in 2024 (HRW, 2025; Freedom House, 2024; UNOHCHR, 2025).

United Nations agencies reported that criminal groups control around 85 percent of Port-au-Prince, Haiti's capital and its metropolitan area (UN News, 2024). These groups have rapidly expanded into previously secure areas of Port-au-Prince, as well as key regions such as the Ouest and Artibonite departments, Haiti's agricultural hub. Many of these groups have alleged ties to police officers and political and economic elites (HRW, 2025; Freedom House, 2024). As of September, the so-called "self-defense" groups have reportedly killed over 260 individuals suspected of links to criminal organizations, often in collusion with the police, and have also adopted its tactics, such as extortion, according to the UN (HRW, 2025). As violence escalated, the United Nations-authorized Multinational Security Support (MSS) mission began deployment but was unable to effectively support the police in fighting criminal groups due to a lack of funding and personnel. The transitional government requested that the UN Security Council and the UN Secretary-General transform the mission into a UN peacekeeping operation (HRW, 2025).

### Human Rights Violations Against Women and Children

2

Security instability has fueled sexual violence, especially against women and girls. A report by UN Women, in collaboration with the Organization Initiative for the Development of Youth Outside of Schools (IDEJEN) and the Network for Gender Equality in Humanitarian Action in Haiti (REGAH), reveals that 300,000 displaced women and girls in Haiti live in precarious conditions without access to basic social services. The report shows that over 88 per cent of women surveyed in the six largest sites for internally displaced people (IDPs) in Port-au-Prince have no income. Consequently, more than 10 per cent of them have resorted to negative coping mechanisms, such as prostitution, to meet their needs. Sexual violence has escalated over the past year, becoming widespread. Nearly 70 per cent of the women surveyed said the increase in violence has mentally affected them. Only 10 per cent reported having access to health services in IDP sites.  Survivors face severely limited or nonexistent access to protection and care services. Between January and October, the Gender-Based Violence (GBV) sub-cluster reported 5,400 cases of gender-based violence, with 72 percent involving sexual violence allegedly committed mostly by members of criminal groups (HRW, 2024, 2025; UNOCHA, 2024).

Children are among the hardest hit by the violence. Rising hunger and severe poverty have forced hundreds, possibly thousands, of children to join criminal groups, where they are coerced into illegal activities and face abuse, including girls facing labor and sexual exploitation. According to the UN, approximately half a million children live under the control of these groups, with at least 30 percent of their members being children (HRW, 2024a, 2024b; UN News, 2024).

*Political Instability*

Worsening breakdowns of the Haitian electoral system in recent years have led to a series of expired mandates and constitutional impasses, leaving citizens without proper political representation. A new transitional government, led by a prime minister and a Transitional Presidential Council, was established with the aim of strengthening security and organizing free and fair elections. However

A new surge in gang violence starting in February 2024 prompted the Caribbean Community (CARICOM) to facilitate an agreement among Haitian stakeholders on a political transition to stabilize the country's security situation and restore democratic governance. The agreement established a Transitional Presidential Council (TPC), which was formally installed in April 2024 after the resignation of the then Prime Minister Ariel Henry in April This transitional government is tasked with restoring security, upholding the rule of law, urgently addressing the humanitarian crisis, and preparing for free and fair elections in 2026. Garry Conille, former UNICEF Regional Director, was subsequently appointed as interim prime minister in late May. After five months in office, the Transitional Presidential Council dismissed Conille and replaced him with Alix Didier Fils-Aimé, a Haitian businessman The Provisional Electoral Council, tasked with organizing the elections, was established but had not yet set an electoral calendar at the time of writing. Political instability, corruption, and instability persist, with several members of the transitional presidential council facing corruption allegations, and scant progress in establishing an electoral calendar (Freedom House, 2024; HRW, 2025; Security Council Report, 2025).

*Justice System*

The judiciary and law enforcement agencies lack the resources, independence, and integrity to uphold due process and the rule of law and are additionally targeted by criminal groups. Antigovernment protests often result in excessive use of force by police (Freedom House, 2024). The justice system remains at a near standstill, largely due to corruption, ongoing violence and frequent strikes by magistrates and judicial staff. Criminal groups have seized control of the main

3

court buildings for over two years, and few measures have been taken to relocate the courts or provide security for judicial officials (HRW, 2025).

From October 2023 through October 2024, only 241 people received criminal trials countrywide, the non-governmental National Human Rights Defense Network (RNDDH) reported. Accountability for past and ongoing human rights violations, including massacres and sexual violence, remains nearly nonexistent. In a rare positive development, in late July 2024, a judge sent 30 individuals to trial, including former police officer and current criminal leader Jimmy Chérizier, for their alleged involvement in the 2018 La Saline massacre, which resulted in over 70 people killed, nearly a dozen women and girls raped, and the vandalization and burning of more than 150 homes (HRW, 2025; UN Secretary General, 2024).

In early January 2024, another judge charged 51 individuals in connection with the assassination of the former president Jovenel Moïse. In the US, at least seven individuals have been sentenced in connection with the assassination and five more are scheduled to face trial in January 2025. After criminal groups attacked two major prisons in Port-au-Prince in 2024 and nearly 5,000 detainees, including several gang leaders, escaped, the Office of the United Nations High Commissioner for Human Rights in Haiti (UN OHCHR) reported a rise in threats and attacks against journalists, human rights defenders, and government officials (HRW, 2025).

As of October 2024, Haiti's prisons held nearly three times their capacity for detainees. Most of the 7,581 detainees—84 percent of whom were awaiting trial—were living in inhumane conditions, without access to adequate food, water, or health care. From January through October, 168 detainees died, most from malnutrition-related diseases (BBC, 2024; HRW, 2025; UN Secretary General, 2024).

*Economy*

The security crisis and political instability have compounded a dire humanitarian situation.  According FEWS Net's latest note, food inflation has been at 40 per cent since June and could continue until September 2024, partly due to supply chain disruptions caused by insecurity (UNOCHA, 2024). According to the World Bank (2024), over 64 percent of Haiti's population of 11.7 million lived on less than US$3.65 per day in 2024. Criminal violence and environmental hazards have severely disrupted economic activities, leading to significant losses in agricultural activities and other livelihoods. These challenges have further deepened poverty and increased unemployment across the country (UNOCHA, 2024).

*Internal Displacement and Migration*

As of September 2024, nearly 703,000 Haitians, 25 percent children, are internally displaced (UNIOM, 2024). The total is more than double the 2022 figure, making Haiti the country with the highest global displacements per capita, due to crime-related violence, according to IOM. Most of the displaced live in informal settlements with insufficient access to food, water, sanitation, shelter, and medical care. Seventy five percent of these sites are in areas controlled by criminal groups or high-risk zones, increasing their exposure to violence, according to the UN (HRW, 2025).

*Police Conduct*

Despite the appointment of a new director general in the police and contributions from Haiti's partners, such as funding, equipment and arms, the police continue to face financial, logistical, and staffing shortcomings to protect people from criminal violence, exacerbated by the flow of weapons and ammunition to Haiti, largely from the US state of Florida (HRW, 2025).

4

NTPSA2_00001564_0003

Between January and September 2024, police allegedly killed over 900 people and injured nearly 600 in operations, according to BINUH, some were reportedly killed or injured due to excessive use of force. The prosecutor in Miragoâne acknowledged that he was involved in 26 cases of extrajudicial executions; however, authorities are yet to investigate these cases (UNOHRHC, 2024; HRW, 2025). The police internal affairs office opened 139 investigations, including 34 for alleged human rights violations from January through early October 2024. Twenty-six investigations were completed, leading to 15 administrative decisions. Only two were sent for criminal prosecution (HRW, 2025).

*Food Security*

Half of Haiti's population struggled daily to afford food, giving the country one of the highest rates of acute food insecurity in the world (HRW, 2025; WFP, 2024). Despite expectations of seasonal improvements, low-income households still face major challenges in meeting their food needs. The World Food Program (2024) has identified Haiti as having one of the highest proportions of acutely food insecure people in any crisis worldwide, in a report covering August 2024 to February 2025. About 5.5 million people require humanitarian assistance and 5.4 million are facing acute food insecurity, including 2 million experiencing emergency levels, and 6,000 people in catastrophic levels of hunger and a collapse of their livelihoods. Emergency food assistance remains insufficient, covering less than four per cent of the total population from January to March 2024. FEWS Net also reported that between 2 and 2.5 million people will need food assistance at least until January 2025 (HRW, 2025; UNOCHA, 2024).

*Right to Safe Living Conditions*

Only 40 percent of Haitians had access to electricity in 2022, but intermittently and at high prices. Forty-five percent of the population lacks access to clean drinking water, and 7 out of 10 people do not have access to an improved sanitation system, aggravating the spread of cholera. As of October 2024, the Ministry of Public Health and Population reported 87,382 suspected cases of cholera and 1,306 deaths since the beginning of the ongoing outbreak in October 2022 (HRW, 2025).

*Right to Healthcare*

Haiti's health system is on the verge of collapse. About 20 percent of health facilities (BINUH, 2024) remain operational, with just 40 percent functioning nationwide. Over 40,000 health workers fled the country due to violence, according to the UN Integrated Office in Haiti (BINUH). As the system crumbles under violence and instability, two out of five Haitians do not have access to urgently needed medical care (HRW, 2025).  Médecins Sans Frontières (MSF), which has provided health care in Haiti for over 30 years, suspended its operations in the capital in late November, due to attacks by "self-defense groups" on its ambulances, patients, and staff, as well as threats of death and rape against its personnel by some police officials. By the time of writing, MSF had only managed to restore the provision of some of their medical services (HRW, 2025; MSF, 2024).

*Right to Education*

Nearly half of Haitians aged 15 and older are illiterate (UNICEF, 2024). According to UNICEF (2024), Haiti has around 3.9 million school-aged children. However, escalating violence led to the closure of nearly 1,000 private and public schools in the West and Artibonite departments during the 2023-2024 academic year, affecting 300,000 students (HRW, 2025). Moreover, the poor quality of public education, high private school fees, and criminal attacks on students and

NTPSA2_00001564_0004

schools have deprived approximately 1.2 million Haitian children of access to education (HRW, 2025; UN News, 2024).

NTPSA2_00001564_0005

## References

Freedom House. (2024). Haiti. https://freedomhouse.org/country/haiti/freedom-world/2024.

Haiti Libre (2024, Mar 2). Haiti - Recession : Haiti's economy in free fall, -10.5% of GDP in total over 5 years.  https://www.haitilibre.com/en/news-41354-haiti-recession-haiti-s-economy-in-free-fall105-of-gdp-in-total-over-5-years.html.

Human Rights Watch (HRW). (2023, Aug 13). "Living a Nightmare": Haiti Needs an Urgent Rights-Based Response to Escalating Crisis. https://www.hrw.org/report/2023/08/14/living-nightmare/haiti-needs-urgent-rights-based-response-escalating-crisis.

HRW. (2024, June 5). Children Are Among the Hardest Hit by Haiti's Violence. https://www.hrw.org/news/2024/06/05/children-are-among-hardest-hit-haitis-violence.

HRW. (2024, Oct 9). Haiti: Criminal Violence, Hunger Trapping Children. https://www.hrw.org/news/2024/10/09/haiti-criminal-violence-hunger-trapping-children.

HRW. (2024, Nov 25). Haiti: Scarce Protection as Sexual Violence Escalates. https://www.hrw.org/news/2024/11/25/haiti-scarce-protection-sexual-violence-escalates.

HRW. (2025). Haiti: Events of 2024. https://www.hrw.org/world-report/2025/country-chapters/haiti.

HRW. (2025, Jan 16). Haiti: Escalating Violence; Humanitarian Crisis. https://www.hrw.org/news/2025/01/16/haiti-escalating-violence-humanitarian-crisis.

Medecins Sans Frontieres (MSF, Doctors Without Borders). (2024, Nov 20) Violence and threats by police force MSF to suspend activities in Port-au-Prince metropolitan area. https://www.msf.org/violence-and-threats-police-force-msf-suspend-activities-port-au-prince-metropolitan-area-haiti.

Security Council Report. (2024, Dec 30). January 2025 Monthly Forecast: Haiti. https://www.securitycouncilreport.org/monthly-forecast/2025-01/haiti-28.php.

United Nations International Children's Emergency Fund (UNICEF). (2024, Nov 24) UNICEF Haiti Humanitarian Situation Report No. 9: October 2024. https://reliefweb.int/report/haiti/unicef-haiti-humanitarian-situation-report-no-9-october-2024.

United Nations Integrated Office in Haiti (BINUH). (2024, Oct 22). report of the Secretary-General. https://digitallibrary.un.org/record/4064139?ln=en&v=pdf.

United Nations Integrated Office in Haiti (2024,October 22). SRSG's Statement to Security Council (22 October 2024) https://binuh.unmissions.org/en/srsgs-statement-security-council-22-october-2024.

NTPSA2_00001564_0006

United Nations International Office of Migration (UN IOM). (2024, Sept). Haiti — Report on the internal displacement situation in Haiti — Round 8 (September 2024). https://dtm.iom.int/reports/haiti-report-internal-displacement-situation-haiti-round-8-september-2024.

United Nations Office for the Coordination of Humanitarian Affairs (UN OCHA). (2024 July 22). Haiti Emergency Situation Report No. 29 (as of 18 July 2024). https://www.unocha.org/publications/report/haiti/haiti-emergency-situation-report-no-29-18-july-2024.

United Nations Office of the High Commissioner for Human Rights (UN OHCHR). (2024 Sept 26). A/HRC/57/41: Situation of human rights in Haiti - Interim report of the United Nations High Commissioner for Human Rights - Advance edited version. https://www.ohchr.org/en/documents/country-reports/ahrc5741-situation-human-rights-haiti-interim-report-united-nations-high.

OHCHR. (2025, Jan 7). Haiti: Over 5,600 killed in gang violence in 2024, UN figures show. https://www.ohchr.org/en/press-releases/2025/01/haiti-over-5600-killed-gang-violence-2024-un-figures-show.

UN News. (2024, July 26). Global education fund announces $2.5 million grant for Haiti. https://news.un.org/en/story/2024/07/1152556.

UN News (2024, Nov 21). As violent gangs extend control in Haiti, UN commits to staying the course. https://news.un.org/en/story/2024/11/1157246.

UN News (2024, Dec 2). Haiti's children: Crisis demands urgent action. https://news.un.org/en/story/2024/12/1157686.

UN Security Council. (2024, Nov 29). Letter dated 29 November 2024 from the President of the Security Council addressed to the Secretary-General. https://digitallibrary.un.org/record/4068045/files/S_2024_868-EN.pdf.

World Bank (2024). The World Bank in Haiti. https://www.worldbank.org/en/country/haiti/overview.

World Food Programme (WFP). (2024, September, 30). Hunger in Haiti reaches historic high with one-in-two Haitians now in acute hunger. https://www.wfp.org/news/hunger-haiti-reaches-historic-high-one-two-haitians-now-acute-hunger.

NTPSA2_00001564_0007