Exhibit 9

**From:** Tanner, Rebecca S [redacted] [TANNER, REB]
**Sent:** 4/8/2025 10:50:37 AM
**To:** Krichinsky, Emmarie K (Emma) [redacted]
**Subject:** FW: Honduras and Nicaragua recommendations
**Attachments:** RRU COI - Nicaragua and Honduras

Hi Emma,

Both Rena and Sasha reached out this morning asking about the Nicaragua TPS COI report, as they're prepping the decision memo to circulate this week. I'll respond to them that we are working to get the Nicaragua TPS COI report to them by noon on 4/10. This will allow me to conduct my review and get it back to you and Gustavo tomorrow afternoon so that Jessica has Thursday morning and potentially some time late Wednesday afternoon to finalize it.

Best,
Rebecca

**From:** GUNDUZ, IHSAN <[redacted]>
**Sent:** Tuesday, April 08, 2025 10:35 AM
**To:** Ridley, Sasha M <[redacted]>; Tanner, Rebecca S <[redacted]>
**Cc:** Cutlip-Mason, Rená E <[redacted]>
**Subject:** RE: Honduras and Nicaragua recommendations

Hi Sasha,

I haven't received any report from State. I am happy to reach out to PRM. Sam sent a chart and we provided to PRM. Unless you have recently pinged PRM, I will reach out to them now. Thanks

Ihsan Gunduz
*Acting* Deputy Assistant Secretary, Border and Immigration Policy
Office of Strategy, Policy, and Plans | Department of Homeland Security
(M): [redacted]
(O): [redacted]

**From:** Ridley, Sasha M <[redacted]>
**Sent:** Tuesday, April 8, 2025 10:05 AM
**To:** GUNDUZ, IHSAN <[redacted]>; Tanner, Rebecca S <[redacted]>
**Cc:** Cutlip-Mason, Rená E <[redacted]>
**Subject:** Honduras and Nicaragua recommendations

Hello, S1 needs to make a decision on Honduras and Nicaragua TPS by 5/4. **We have drafted decision memos for both countries using our in-house OP&S research team, but are missing the reports from Honduras (DOS) and Nicaragua (RAIO and DOS).** Since we will be clearing the memos imminently, can you please let us know when we can expect these reports? Thanks very much, Sasha

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)

**Call:** [redacted] | **Email:** [redacted]

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

NTPSA2_00002279_0001