Exhibit 14

**From:** Block, Andrew J
**Sent:** 3/10/2025 11:35:18 AM
**To:** Vagle, Ruhee V
**CC:** Ezeldin, Amany S |
**Subject:** RE: TPS research

That sounds great, thank you!

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security

---

**From:** Vagle, Ruhee V
**Sent:** Monday, March 10, 2025 11:31 AM
**To:** Block, Andrew J
**Cc:** Ezeldin, Amany S
**Subject:** RE: TPS research

Thanks Andrew! I added back in some of the improvements COI I had drafted in another version. They seem to be ok with what we have now, so rena and sasha both did a final review and will send that to them this morning.

**From:** Block, Andrew J
**Sent:** Monday, March 10, 2025 11:25 AM
**To:** Vagle, Ruhee V
**Cc:** Ezeldin, Amany S
**Subject:** RE: TPS research

The Afghanistan report I circulated from PRD has some country condition information. I don't think they have any other information besides what they included in the report.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security

---

**From:** Vagle, Ruhee V
**Sent:** Thursday, March 6, 2025 1:44 PM
**To:** Block, Andrew J
**Cc:** Ezeldin, Amany S
**Subject:** RE: TPS research

Did we ask PRD about any other research they did re improvements?

> **Deshommes, Samantha L**
> This seems like it should be the final paragraph in this section, as it is highlighting "improvements." Could HAD please confirm w/ PRD who were tasked last week with research if there are any other improvements to offer? Also, check the punctuation to remove the period after 'however'
> March 03, 2025, 2:28 PM
>
> @mention or reply

**From:** Block, Andrew J
**Sent:** Tuesday, March 4, 2025 3:21 PM
**To:** Navarro, Waleed (Lee) < >; Ortiz-Rivera, Cesar V < >; Jiang, Paul P < >
**Cc:** Lukowski, Gary A < >; Vagle, Ruhee V < >; Ezeldin, Amany S < >; Ridley, Sasha M < >
**Subject:** RE: TPS research

Hello PRD colleagues – Thank you again for all the work you're doing to pull data for TPS! By way of an update, Afghanistan is our top priority at the moment, so it would be great to get that data tomorrow. We'd like to have Cameroon and Nepal within a week.

I'm copying in Ruhee and Amany, as we're all supporting the Afghanistan work.

Andrew

**From:** Jiang, Paul P < >
**Sent:** Friday, February 28, 2025 12:28 PM
**To:** Block, Andrew J < >; Ridley, Sasha M < >; Lukowski, Gary A < >; Mahmoudi, Sheila C < >; Cutlip-Mason, Rená E < >; Ezeldin, Amany S < >
**Cc:** Deshommes, Samantha L < >
**Subject:** RE: TPS research

Andrew:

We will do as much as we can for the top 2 countries. Since we have only 2 business days, we may not be able to cover everything.

Thanks
Paul

**From:** Block, Andrew J < >
**Sent:** Friday, February 28, 2025 11:55 AM
**To:** Ridley, Sasha M < >; Jiang, Paul P < >; Lukowski, Gary A < >; Mahmoudi, Sheila C < >; Cutlip-Mason, Rená E < >; Ezeldin, Amany S < >
**Cc:** Deshommes, Samantha L
**Subject:** RE: TPS research

Hi All,

Here is the list of all the TPS countries for which we will need data in FY25. Our deadline for receiving input is typically 6 months before the designation end date, but we may have some flexibility.

The countries with "Immediately" in the blue column (South Sudan and Afghanistan) already have decision memos drafted and in clearance, so we would need the data within the next couple business days in order to incorporate it into the memos.

The countries marked "ASAP" are already past the 6-month deadline, so we need the data soon but have a bit more time than the "Immediately" group. We'd like to have Cameroon within the next week. We have a bit more flexibility with the others, but would still like to have them within the next couple weeks.

| Country | Original Date of Designation | Current Designation Start Date | Current Designation End Date | Statutory Deadline for S1 Decision | Data Receipt Deadline (6 months before des. end date) |
|---|---|---|---|---|---|
| South Sudan | 11/3/2011 | 11/4/2023 | 5/3/2025 | 3/4/2025 | Immediately |
| Afghanistan | 5/20/2022 | 11/21/2023 | 5/20/2025 | 3/21/2025 | Immediately |
| Cameroon | 6/7/2022 | 12/8/2023 | 6/7/2025 | 4/8/2025 | ASAP |
| Nepal | 6/24/2015 | 12/25/2023 | 6/24/2025 | 4/25/2025 | ASAP |
| Honduras | 1/5/1999 | 1/6/2024 | 7/5/2025 | 5/6/2025 | ASAP |
| Nicaragua | 1/5/1999 | 1/6/2024 | 7/5/2025 | 5/6/2025 | ASAP |
| Haiti | 1/21/2010 | 8/4/2024 | 8/3/2025 | 6/3/2025 | ASAP |
| Venezuela 2021 | 3/9/2021 | 3/11/2024 | 9/10/2025 | 7/12/2025 | 3/14/2025 |
| Syria | 3/29/2012 | 4/1/2024 | 9/30/2025 | 8/1/2025 | 4/3/2025 |
| Burma (Myanmar) | 5/25/2021 | 5/26/2024 | 11/25/2025 | 9/26/2025 | 5/29/2025 |
| Ethiopia | 12/12/2022 | 6/13/2024 | 12/12/2025 | 10/13/2025 | 6/15/2025 |
| Yemen | 9/3/2015 | 9/4/2024 | 3/3/2026 | 1/2/2026 | 9/4/2025 |
| Somalia | 9/16/1991 | 9/18/2024 | 3/17/2026 | 1/16/2026 | 9/18/2025 |

Thank you all for your help!

Andrew

**From:** Ridley, Sasha M <
**Sent:** Friday, February 28, 2025 10:49 AM
**To:** Jiang, Paul P <                                      ; Lukowski, Gary A                              Mahmoudi, Sheila C
<                                      ; Cutlip-Mason, Rená E <                                  ; Block, Andrew J
                                      ; Ezeldin, Amany S <
**Cc:** Deshommes, Samantha L <
**Subject:** RE: TPS research

+Andrew who is taking the lead on these data calls for us and Amany who is in support, thank you!

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:**                  | **Email:**

**From:** Jiang, Paul P
**Sent:** Friday, February 28, 2025 9:08 AM
**To:** Lukowski, Gary A <                              >; Mahmoudi, Sheila C
Cutlip-Mason, Rená E <                              ; Ridley, Sasha M<
**Cc:** Deshommes, Samantha L<
**Subject:** RE: TPS research

We can start working on this as soon as HAD provides the list in the order of expiration date of current designation.

---

**From:** Lukowski, Gary A·
**Sent:** Friday, February 28, 2025 9:04 AM
**To:** Mahmoudi, Sheila C<                              ; Cutlip-Mason, Rená E
                              >; Jiang, Paul P<                              ; Ridley, Sasha M·
**Cc:** Deshommes, Samantha L·
**Subject:** RE: TPS research

That would be helpful and then we can start determining what data we need and from who.

---

**From:** Mahmoudi, Sheila C<
**Sent:** Friday, February 28, 2025 8:59 AM
**To:** Cutlip-Mason, Rená E<                              ; Lukowski, Gary A·
Jiang, Paul P <                              >; Ridley, Sasha M·
**Cc:** Deshommes, Samantha L<
**Subject:** TPS research

Dear HAD and PRD,
We have been discussing additional in-house research to better inform our TPS recommendation memos with the teams so I'd like to see if we can start that now for the next countries going forward. Typically DOS and IRAD provide country conditions, however the Department is very focused on research that pertains directly to the original reason for a country's TPS designation, and the ability for the U.S. to successfully return aliens to that country. To that end they have mentioned:
Number of ICE removals to a TPS country since it's designation
Number of NIVs given to aliens from a TPS designated country
Number of NIV overstays from a TPS designated country
Any fraud or vetting problem statistic for aliens from a TPS designated country
Specific updated country conditions related to the reason for the original designation

There may be some other items of value that HAD can provide. Could we ask that HAD please provide the list of TPS countries and their deadlines (and the deadlines by which HAD would need the research) so that PRD can begin these new projects? Let me know if we need a meeting to discuss. Thank you
-sheila

*Sheila Mahmoudi*

(Acting) Deputy Chief,
Office of Policy & Strategy,
U.S. Citizenship and Immigration Services, DHS
Tel: .