Exhibit 17

From: LAW, ROB
Sent: 4/25/2025 8:34:05 AM
To: Olowski, Lew J
Subject: RE: [External] TPS Nic

What's your phone number?

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
M:

From: Olowski, Lew J
Sent: Friday, April 25, 2025 3:09 AM
To: LAW, ROB
Subject: Re: [External] TPS Nic

This email is from an external US Government agency.

The issue here is that Secretary Rubio did not concur with the TPS termination for Nicaragua; it seems he and Secretary Noem should confer about it. What do you think?

Lew

Get Outlook for iOS

SBU - DELIBERATIVE PROCESS

From: LAW, ROB
Sent: Thursday, April 24, 2025 5:58:05 PM
To: Olowski, Lew J
Subject: [External] TPS Nic

Lew,

We still haven't received the signed letter from Secretary Rubio on Nicaragua. We received the Honduras letter weeks ago.

Both countries were designated for the same reason, Hurricane Mitch 1998.

Thanks,
RTL