Exhibit 22

| | |
|---|---|
| From: | Ridley, Sasha M [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=08164540AC5D4D65807C810FA5226BB1-RIDLEY, SAS] |
| Sent: | 4/8/2025 5:34:09 PM |
| To: | Deshommes, Samantha L [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d56508a89f604d6991f68c84b274f9ab-Deshommes,]; Cutlip-Mason, Renà E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso] |
| CC: | Noncent, Karine A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6229e12df96d4321a582322278bcef18-Noncent, Ka] |
| Subject: | RE: State recommendation for Honduras |

Thank you, this information is wholly sufficient. We have written the DM in accordance with this and RCD will send you the package imminently if they have not done so already.

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
Call: ███████   Email: ███████

---

From: Deshommes, Samantha L <███████>
Sent: Tuesday, April 08, 2025 5:33 PM
To: Cutlip-Mason, Renà E <███████>; Ridley, Sasha M <███████>
Cc: Noncent, Karine A <███████>
Subject: State recommendation for Honduras

Hi – I received a 2-page letter from State (dated today) that essentially finds that TPS for Honduras is contrary to national interest of the US, and is no longer appropriate b/c Honduras no longer continues to meet the conditions for designation, and recommends termination.

The letter does not provide country-specific information beyond stating that Honduras has recovered from the disruption in living conditions that resulted from Hurricane Mitch in 1999, nor does it go through the Q&A format of letters of the past. Rather, it provides a reminder of Sec. Rubio's Jan. 22, 2025 foreign policy statement that says DOS will no longer undertake actions that facilitate or encourage mass migration.

I have the letter in my possession. Would you like a copy of this at this time, or is this synopsis sufficient for your drafting of the recommendation memo? We will surely put the letter in the AR.

Sam

*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel* ███████

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

NTPSA2_00002247_0001