Exhibit 24

| | |
|---|---|
| From: | Olowski, Lew J |
| Sent: | 4/8/2025 5:54:38 AM |
| To: | LAW, ROB [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e64aaea5081b41d783d9868ebf048ff3-fe62cbe9-36]; Zerbinopoulos, Adam |
| CC: | Rhodes, Matthew ; Chretien, Spencer |
| Subject: | RE: Afghanistan TPS letter reminder |
| Attachments: | TPS Letter- Nicaragua 2025 Revised.docx; TPS Letter- Cameroon 2025 Revised.docx; TPS Letter- Honduras 2025 Revised.docx |

S's staff told me that DHS will receive the signed letter this morning. But to help you complete your own processes in reliance on what's coming, I have attached the final versions we sent to S, which are substantively the same as the versions you've seen already.

-Lew

### SBU - DELIBERATIVE PROCESS

From: LAW, ROB
Sent: Monday, April 7, 2025 1:10 PM
To: Olowski, Lew J ; Zerbinopoulos, Adam
Cc: Rhodes, Matthew ; Chretien, Spencer
Subject: RE: Afghanistan TPS letter reminder

Cameroon is April 8 (tomorrow) and Nepal is April 25.

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security

### SBU - DELIBERATIVE PROCESS

From: Olowski, Lew J
Sent: Monday, April 7, 2025 12:27 PM
To: LAW, ROB ; Zerbinopoulos, Adam
Cc: Rhodes, Matthew ; Chretien, Spencer
Subject: Re: Afghanistan TPS letter reminder

What is the deadline for Nepal? When I reviewed the spreadsheet that was shared with me it didn't seem to be coming soon.

I just asked S's staff about the status of these 3 letters. They know Cameroon in particular is urgent. I wager it will be complete and ready for DHS tonight or early tomorrow.

Lew

Get Outlook for iOS

## SBU - DELIBERATIVE PROCESS

**From:** LAW, ROB
**Sent:** Monday, April 7, 2025 12:06:56 PM
**To:** Olowski, Lew J ; Zerbinopoulos, Adam
**Cc:** Rhodes, Matthew ; Chretien, Spencer
**Subject:** RE: Afghanistan TPS letter reminder

Lew, please advise on the status of the 3 letters you mentioned on April 3. Is Secretary Rubio also considering issuing one for Nepal? Secretary Noem must decide TPS Nepal by April 25.

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security

## SBU - DELIBERATIVE PROCESS

**From:** LAW, ROB
**Sent:** Friday, April 4, 2025 11:18 AM
**To:** Olowski, Lew J ; Zerbinopoulos, Adam
**Cc:** Rhodes, Matthew ; Chretien, Spencer
**Subject:** RE: Afghanistan TPS letter reminder

Please send signed consultation letters. Highest priority is Cameroon given the deadline to decide is April 8.

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security

**From:** Olowski, Lew J
**Sent:** Thursday, April 3, 2025 7:10 PM
**To:** Zerbinopoulos, Adam ; LAW, ROB
**Cc:** Rhodes, Matthew ; Chretien, Spencer
**Subject:** RE: Afghanistan TPS letter reminder

Dear Rob:

Three TPS consultation letters are attached: Cameroon, Nicarague, and Honduras. If these are responsive to Secretary Noem's request for consultation and information, please let me know and I will immediately submit them to Secretary Rubio for his review.

-Lew

SBU - DELIBERATIVE PROCESS

**From:** Zerbinopoulos, Adam
**Sent:** Tuesday, April 1, 2025 12:06 PM
**To:** Olowski, Lew J ; LAW, ROB
**Cc:** Rhodes, Matthew ; Chretien, Spencer
**Subject:** RE: Afghanistan TPS letter reminder

PRM concurs.

SBU - DELIBERATIVE PROCESS

**From:** Olowski, Lew J
**Sent:** Tuesday, April 1, 2025 12:06 PM
**To:** Zerbinopoulos, Adam ; LAW, ROB
**Cc:** Rhodes, Matthew ; Chretien, Spencer
**Subject:** RE: Afghanistan TPS letter reminder

It seems to me and to others at State that permitting the aliens from these three countries to remain temporarily in the United States is contrary to the national interest of the United States. Is that everyone else's sense too at this point?

-Lew

SBU - DELIBERATIVE PROCESS

**From:** Zerbinopoulos, Adam
**Sent:** Tuesday, April 1, 2025 11:46 AM
**To:** Olowski, Lew J ; LAW, ROB
**Cc:** Rhodes, Matthew ; Chretien, Spencer
**Subject:** RE: Afghanistan TPS letter reminder

Good morning! Flagging that PRM has received requests from USCIS for TPS country condition reports on Honduras and Haiti – the latter by Friday. Our team is taking no action but wanted to pass along that State's position on these might be needed soon.

I'm told, but don't know for certain, that State provided a report for Nicaragua under the previous administration on December 31, 2024. Nicaragua's TPS designation expires the same day as Honduras (July 5, 2025), so if we wanted to provide an updated position on Nicaragua to DHS it would probably need to go soon.

Best,
Adam

SBU - DELIBERATIVE PROCESS

**From:** Olowski, Lew J
**Sent:** Wednesday, March 19, 2025 12:26 PM
**To:** LAW, ROB                              ; Zerbinopoulos, Adam
**Cc:** Rhodes, Matthew
**Subject:** RE: Afghanistan TPS letter reminder

Yes, sir! The letter is attached and

Sincerely,

Lew

**From:** LAW, ROB
**Sent:** Wednesday, March 19, 2025 12:20 PM
**To:** Olowski, Lew J                        ; Zerbinopoulos, Adam
**Cc:** Rhodes, Matthew
**Subject:** RE: Afghanistan TPS letter reminder

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security

**From:** Olowski, Lew J
**Sent:** Monday, March 17, 2025 2:26 PM
**To:** LAW, ROB                     Zerbinopoulos, Adam
**Cc:** Rhodes, Matthew
**Subject:** RE: Afghanistan TPS letter reminder

-Lew

**From:** LAW, ROB
**Sent:** Monday, March 17, 2025 2:23 PM
**To:** Olowski, Lew J ; Zerbinopoulos, Adam
**Subject:** RE: Afghanistan TPS letter reminder

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security

**From:** Olowski, Lew J
**Sent:** Thursday, March 13, 2025 8:09 PM
**To:** Zerbinopoulos, Adam ; LAW, ROB
**Subject:** RE: Afghanistan TPS letter reminder

-Lew

**From:** Zerbinopoulos, Adam
**Sent:** Thursday, March 13, 2025 8:04 PM
**To:** Olowski, Lew J ; LAW, ROB
**Subject:** Re: Afghanistan TPS letter reminder

**From:** Olowski, Lew J
**Sent:** Thursday, March 13, 2025 8:02 PM
**To:** LAW, ROB ; Zerbinopoulos, Adam
**Subject:** RE: Afghanistan TPS letter reminder

I can look into that: can you please send me the document you have from DOS that was sent in November? I haven't received that from our own team yet.

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

-Lew

**From:** LAW, ROB
**Sent:** Thursday, March 13, 2025 7:51 PM
**To:** Zerbinopoulos, Adam                              Olowski, Lew J
**Subject:** Re: Afghanistan TPS letter reminder

---

**From:** LAW, ROB
**Sent:** Thursday, March 13, 2025 7:33 PM
**To:** Zerbinopoulos, Adam                              Olowski, Lew J
**Subject:** Re: Afghanistan TPS letter reminder

Thank you.

---

**From:** Zerbinopoulos, Adam
**Sent:** Thursday, March 13, 2025 7:29:10 PM
**To:** Olowski, Lew J
**Cc:** LAW, ROB
**Subject:** RE: Afghanistan TPS letter reminder

This email is from an external US Government agency.

Thanks, Lew!

SBU - DELIBERATIVE PROCESS

**From:** Olowski, Lew J
**Sent:** Thursday, March 13, 2025 7:16 PM
**To:** Zerbinopoulos, Adam
**Cc:** LAW, ROB
**Subject:** RE: Afghanistan TPS letter reminder

Dear Adam and Rob:

Sincerely,

-Lew

P.S.





SBU - DELIBERATIVE PROCESS

**From:** Olowski, Lew J
**Sent:** Thursday, March 13, 2025 10:53 AM
**To:** Zerbinopoulos, Adam
**Cc:** LAW, ROB
**Subject:** Re: Afghanistan TPS letter reminder

Yes!

Get Outlook for iOS

---

**From:** Zerbinopoulos, Adam
**Sent:** Thursday, March 13, 2025 9:54:09 AM
**To:** Olowski, Lew J
**Cc:** LAW, ROB
**Subject:** Afghanistan TPS letter reminder

Hi Lew, just a friendly ping on this as requested. Still look good for Friday? I've cc-ed Rob, the POC at DHS. Thanks!

PS – Thanks for the invite yesterday, great event.

SBU - DELIBERATIVE PROCESS