Exhibit 32

| | |
|---|---|
| From: | Ezeldin, Amany S [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B8B74085EEF745D59C1682D10157316B-EZELDIN, AM] |
| Sent: | 4/7/2025 5:33:54 PM |
| To: | El-Hage, Rabia S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dafa0d3323bc45a9a7af6cc93dc6ae4a-El-Hage, Ra] |
| Subject: | RE: TPS Data Pull for Cameroon, Nepal |

I know. It's so laughable that it's even in the paper.

**From:** El-Hage, Rabia S <████████████████>
**Sent:** Monday, April 7, 2025 2:30 PM
**To:** Ezeldin, Amany S <████████████████>
**Subject:** RE: TPS Data Pull for Cameroon, Nepal

Such a LOW number of fraud found:

| Count of receipt_number | Column Labels | | |
|---|---|---|---|
| Row Labels | Cameroon | Nepal | Grand Total |
| | 6260 | 12858 | 19118 |
| Fraud Found | 4 | 1 | 5 |
| Fraud Not Found | 1 | | 1 |
| Grand Total | 6265 | 12859 | 19124 |

| Statement of Findings Determination on TPS Receipts Provided by TPS Country | | | |
|---|---|---|---|
| SOF Determination | Cameroon | Nepal | Total |
| Total | 6,265 | 12,859 | 19,124 |
| Fraud Found | 4 | 1 | 5 |
| Fraud Not Found | 1 | - | 1 |
| No SOF Match | 6,260 | 12,858 | 19,118 |

**Rabia Elhage**
Policy Analyst
Office of Policy and Strategy
Humanitarian Affairs Division
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ████████████

**From:** Ezeldin, Amany S <████████████████>
**Sent:** Friday, March 28, 2025 9:40 AM
**To:** Salazar, Carly L <████████████████>; Vagle, Ruhee V <████████████████>; El-Hage, Rabia S <████████████████>; Miller, Kelley K <████████████████>
**Cc:** Block, Andrew J <████████████████>; Ridley, Sasha M <████████████████>
**Subject:** FW: TPS Data Pull for Cameroon, Nepal

Hi all,

These are the FDNS stats for the Cameroon and Nepal DMs. I sent a message to RCD to find out which doc versions we should be updating. Let's wait to hear back from them with the right links to update. I'm kind of talking to myself here because everyone on this message has an OOO (😊), so if I don't hear back from RCD today, please make sure these get updated.

Thanks,
Amany



From: Austin, Janna C <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
Sent: Thursday, March 27, 2025 12:27 PM
To: Ezeldin, Amany S <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Block, Andrew J <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Sanger, Jennifer E <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Heffner, Morgan L <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Dombek, Christopher D
Cc: Knechtges, Eric A <​​​​​​​​​​​​​​​​​​​​​​​​>; Sotomayor, Paloma <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Cutlip-Mason, Renà E <​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Ridley, Sasha M <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Simanski, John F <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Montezemolo, Markus K (Mark) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
Subject: RE: TPS Data Pull for Cameroon, Nepal

Good Afternoon Amany,

I apologize for the delayed response. I've attached the data pull. Our Reports and Analysis Branch (RAB) followed the same procedure as the previous request for Afghanistan and South Sudan.

For the receipt information, the receipts were passed through NexGen to identify any receipt associated with a Statement of Findings (SOF). There were only 5 Fraud Found SOFs for the 19,124 receipts.

Regarding the FDNS NexGen record association, we removed duplicate alien numbers, which returned 18,846 unique alien numbers. Those a-numbers were passed through NexGen to identity if the individual was the primary entity on a National Security, Fraud or Public Safety record. RAB provided a few summary tables in the workbook to show the results of this pull, as well as a table on whether the alien number is associated with any Fraud, Public Safety, or National Security Record.

Please let us know if you have any further questions.

Thank you,

Janna

**Janna Austin**
Acting Chief of Staff
FDNS Front Office
Fraud Detection and National Security Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell:

From: Ezeldin, Amany S <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
Sent: Thursday, March 27, 2025 3:19 PM
To: Block, Andrew J <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Austin, Janna C <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Sanger, Jennifer E <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Heffner, Morgan L <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Dombek, Christopher D

Cc: Knechtges, Eric A < ​ >; Sotomayor, Paloma <
Cutlip-Mason, Rená E < ​ >; Ridley, Sasha M
Simanski, John F < ​ >; Montezemolo, Markus K (Mark)

Subject: RE: TPS Data Pull for Cameroon, Nepal

Hi Janna,

I'm following up since Andrew is out of the office, and I'm not sure if he may have received a response that I didn't see. Is there an update on this data request? I'm also noting that we should be giving more lead time for responses, and we'll be sure to provide as much time in advance as possible moving forward.

Thanks,
Amany

From: Block, Andrew J <​>
Sent: Tuesday, March 25, 2025 8:48 AM
To: Austin, Janna C <​>; Sanger, Jennifer E <​>; Heffner, Morgan L <​>; Dombek, Christopher D <​>
Cc: Knechtges, Eric A <​>; Sotomayor, Paloma <​>; Cutlip-Mason, Rená E <​>; Ezeldin, Amany S <​>; Ridley, Sasha M <​>; Simanski, John F <​>; Montezemolo, Markus K (Mark) <​>
Subject: RE: TPS Data Pull for Cameroon, Nepal

Thank you, Janna! Yes, we'll provide more lead time in the future.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell:

From: Austin, Janna C <​>
Sent: Tuesday, March 25, 2025 11:42 AM
To: Block, Andrew J <​>; Sanger, Jennifer E <​>; Heffner, Morgan L <​>; Dombek, Christopher D <​>
Cc: Knechtges, Eric A <​>; Sotomayor, Paloma <​>; Cutlip-Mason, Rená E <​>; Ezeldin, Amany S <​>; Ridley, Sasha M <​>; Simanski, John F <​>; Montezemolo, Markus K (Mark) <​>
Subject: RE: TPS Data Pull for Cameroon, Nepal

Good Morning, Andrew,

I am so sorry for the delayed response. Yes, our Systems integration Division Reports and Analysis Branch is working on the data pull and should be able to have the data to you by COB Wednesday. If possible, could you provide at least a week on future requests? This team receives a significant number of data requests and any additional lead time you can provide is very much appreciated.

Thank you so much,

Janna

**Janna Austin**
Acting Chief of Staff
FDNS Front Office
Fraud Detection and National Security Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell:

---

**From:** Block, Andrew J <
**Sent:** Tuesday, March 25, 2025 11:38 AM
**To:** Austin, Janna C <                              >; Sanger, Jennifer E                                    Heffner, Morgan L <                        ; Dombek, Christopher D <
**Cc:** Knechtges, Eric A <                        ; Sotomayor, Paloma <
Cutlip-Mason, Rená E <                                    Ezeldin, Amany S
Ridley, Sasha M <
**Subject:** RE: TPS Data Pull for Cameroon, Nepal

Hello All – Just checking in to confirm whether you're able to provide the analysis we requested. Thank you again for your help.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell:

---

**From:** Block, Andrew J
**Sent:** Friday, March 21, 2025 3:29 PM
**To:** Austin, Janna C <                              >; Sanger, Jennifer E                                    >; Heffner, Morgan L <                        ; Dombek, Christopher D <
**Cc:** Knechtges, Eric A <                        ; Sotomayor, Paloma <
Cutlip-Mason, Rená E <                        Ezeldin, Amany S <
Ridley, Sasha M <
**Subject:** RE: TPS Data Pull for Cameroon, Nepal

Hi All – Some folks are out this afternoon, so for the sake of keeping this moving, I've attached the spreadsheet from OPQ.

Would a deadline of **COB Wednesday, March 26** be feasible for receiving the results?

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell:



**From:** Block, Andrew J
**Sent:** Friday, March 21, 2025 10:02 AM
**To:** Austin, Janna C <​>
**Cc:** Heffner, Morgan L <​>; Dombek, Christopher D <​>; Knechtges, Eric A <​>; Sotomayor, Paloma <​>; Cutlip-Mason, Renà E <​>; Vagle, Ruhee V <​>; Miller, Kelley K <​>; El-Hage, Rabia S <​>; Salazar, Carly L <​>; Ezeldin, Amany S <​>; Sanger, Jennifer E <​>; Ridley, Sasha M <​>
**Subject:** TPS Data Pull for Cameroon, Nepal

Hi Janna,

I work in OP&S on the TPS program, and we'd like to ask for another analysis like the one you arranged for Afghanistan and South Sudan. This time it's for Cameroon and Nepal.

I have a spreadsheet from OPQ with all the information that I believe is needed to run the data. If I send you the spreadsheet shortly, do you think you'd be able to share the results of the analysis next week? I plan to send it under separate cover with fewer recipients because of the PII.

Best regards,
Andrew

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell:



**From:** Blatt, Rebecca A <​>
**Sent:** Tuesday, February 18, 2025 12:15 PM
**To:** Austin, Janna C <​>; Sanger, Jennifer E <​>
**Cc:** Dombek, Christopher D <​>; Heffner, Morgan L <​>; Knechtges, Eric A <​>; Sotomayor, Paloma <​>; Ridley, Sasha M <​>; Cutlip-Mason, Renà E <​>; Vagle, Ruhee V <​>; Miller, Kelley K <​>; Block, Andrew J <​>; Ezeldin, Amany S <​>
**Subject:** TPS Data Pull for PS/NS/Fraud

Hi Janna and Jen—

OP&S is working on improving the TPS decision memos and we are adding a national interest analysis. Right now, we are focusing on Afghanistan and South Sudan. I'm including Chris and Morgan for vis as they've helped with similar review in the past and might be able to provide insight. The last time we looked at this was a little over a year ago re: NCTC checks and what information we were finding.

We are wanting to provide data/analysis in our TPS decision memo. For example, "X Afghan individuals have a record indicating Public Safety" etc. We can also ask what Thierry/DO is doing with the TSDS to do a reverse look up for this population to make sure we are not missing anyone w/ a NS record.

I'm not sure if the best route here is to pull it from ELIS to see what TPS applicants have a security check hit or if it's better to pull from NexGen for I-821s from AFG and S. Sudan?

Please let me know if a call is better.

Thank you,

Rebecca Blatt
Division Chief | Security and Public Safety Division
U.S. Citizenship and Immigration Services | Office of Policy & Strategy