Exhibit 33

| | |
|---|---|
| From: | Block, Andrew J [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4E5FFB54ECE442A29FEDF92CAE0D9028-BLOCK, ANDR] |
| Sent: | 4/15/2025 12:18:48 PM |
| To: | Friedmann, Pamela E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9d81093944af4aec81a92a48ca6a2e94-Friedmann,]; Ezeldin, Amany S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b8b74085eef745d59c1682d10157316b-Ezeldin, Am] |
| CC: | Knechtges, Eric A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2795c51977b44b65aa59a0444faa24f6-cc9f024f-0b]; Sotomayor, Paloma [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=775b006925c24b2782cb898797b040ce-Sotomayor,]; Cutlip-Mason, Rená E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso]; Ridley, Sasha M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=08164540ac5d4d65807c810fa5226bb1-Ridley, Sas]; Miller, Kelley K [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=29099063e0a344a69240a90020da5808-Miller, Kel]; Austin, Janna C [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0b35dd354c074101a2d31746e4631415-Austin, Jan]; Sanger, Jennifer E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a68023052ca94aefbe14db11a22929f0-Sanger, Jen]; Martin, Daniel C (Dan) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2e127696ca884aa6bdcde8b30da8fe9f-Martin, Dan]; Garland, Kathlene M (Katie) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1901dbef05534363ba4a027a5a3d0048-Garland, Ka]; DSReport Request [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e6a8cc9251dd4dd6a29f8e7fb3c97df1-DS Report R]; Simanski, John F [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5e383981dd4b49b8a5a1361d48dc0463-Simanski, J]; Powell, Gary M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d2f626f7e58a4ea6a87ce45fa023e0d4-Powell, Gar] |
| Subject: | RE: TPS Data Pull for Honduras, Nicaragua: Results from FDNS-DS NexGen |

Thank you, Pamela! We appreciate FDNS's support and the quick turnaround.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: [redacted]

**From:** Friedmann, Pamela E <[redacted]>
**Sent:** Monday, April 14, 2025 3:37 PM
**To:** Ezeldin, Amany S <[redacted]>; Block, Andrew J <[redacted]>
**Cc:** Knechtges, Eric A <[redacted]>; Sotomayor, Paloma <[redacted]>; Cutlip-Mason, Rená E <[redacted]>; Ridley, Sasha M <[redacted]>; Miller, Kelley K <[redacted]>; Austin, Janna C <[redacted]>; Sanger, Jennifer E <[redacted]>; Martin, Daniel C (Dan) <[redacted]>; Garland, Kathlene M (Katie) <[redacted]>; DSReport Request <[redacted]>; Simanski, John F <[redacted]>; Powell, Gary M <[redacted]>
**Subject:** RE: TPS Data Pull for Honduras, Nicaragua: Results from FDNS-DS NexGen

Good afternoon Amany and Andrew,

FDNS provides the attached data per your request. Please let us know if you have any questions.
Thank you.
Pamela

**Pamela Friedmann**
Chief
Systems Integration Division
Fraud Detection and National Security Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security
Office: ▮▮▮▮▮▮▮▮ | Cell: ▮▮▮▮▮▮▮▮

---

**From:** Ezeldin, Amany S <▮▮▮▮▮▮▮▮>
**Sent:** Thursday, April 10, 2025 4:26 PM
**To:** Friedmann, Pamela E <▮▮▮▮▮▮▮▮>; Block, Andrew J <▮▮▮▮▮▮▮▮>
**Cc:** Knechtges, Eric A <▮▮▮▮▮▮▮▮>; Sotomayor, Paloma <▮▮▮▮▮▮▮▮>; Cutlip-Mason, Rená E <▮▮▮▮▮▮▮▮>; Ridley, Sasha M <▮▮▮▮▮▮▮▮>; Miller, Kelley K <▮▮▮▮▮▮▮▮>; Austin, Janna C <▮▮▮▮▮▮▮▮>; Sanger, Jennifer E <▮▮▮▮▮▮▮▮>; Martin, Daniel C (Dan) <▮▮▮▮▮▮▮▮>; Garland, Kathlene M (Katie) <▮▮▮▮▮▮▮▮>; DSReport Request <▮▮▮▮▮▮▮▮>; Simanski, John F <▮▮▮▮▮▮▮▮>
**Subject:** RE: TPS Data Pull for Honduras, Nicaragua

Thank you, Pamela. I just submitted the request. Its ID number 1005.

We appreciate your attention on this.

Best regards,
Amany



**From:** Friedmann, Pamela E <▮▮▮▮▮▮▮▮>
**Sent:** Thursday, April 10, 2025 1:19 PM
**To:** Ezeldin, Amany S <▮▮▮▮▮▮▮▮>; Block, Andrew J <▮▮▮▮▮▮▮▮>
**Cc:** Knechtges, Eric A <▮▮▮▮▮▮▮▮>; Sotomayor, Paloma <▮▮▮▮▮▮▮▮>; Cutlip-Mason, Rená E <▮▮▮▮▮▮▮▮>; Ridley, Sasha M <▮▮▮▮▮▮▮▮>; Miller, Kelley K <▮▮▮▮▮▮▮▮>; Austin, Janna C <▮▮▮▮▮▮▮▮>; Sanger, Jennifer E <▮▮▮▮▮▮▮▮>; Martin, Daniel C (Dan) <▮▮▮▮▮▮▮▮>; Garland, Kathlene M (Katie) <▮▮▮▮▮▮▮▮>; DSReport Request <▮▮▮▮▮▮▮▮>; Simanski, John F <▮▮▮▮▮▮▮▮>
**Subject:** RE: TPS Data Pull for Honduras, Nicaragua

Hi Amany and Andrew,
We are tracking your request, but please go ahead and complete the form that Janna mentioned so that we have all the necessary details.
Thank you in advance.
Pamela

**Pamela Friedmann**
Chief
Systems Integration Division
Fraud Detection and National Security Directorate
U.S. Citizenship and Immigration Services

Department of Homeland Security
Office: [redacted] | Cell: [redacted]

---

**From:** Ezeldin, Amany S <[redacted]>
**Sent:** Thursday, April 10, 2025 4:16 PM
**To:** Austin, Janna C <[redacted]>; Block, Andrew J <[redacted]>; Sanger, Jennifer E <[redacted]>; Heffner, Morgan L <[redacted]>; Dombek, Christopher D <[redacted]>; DSReport Request <[redacted]>; Friedmann, Pamela E <[redacted]>; Martin, Daniel C (Dan) <[redacted]>; Garland, Kathlene M (Katie) <[redacted]>
**Cc:** Knechtges, Eric A <[redacted]>; Sotomayor, Paloma <[redacted]>; Cutlip-Mason, Rená E <[redacted]>; Ridley, Sasha M <[redacted]>; Simanski, John F <[redacted]>; Miller, Kelley K <[redacted]>
**Subject:** RE: TPS Data Pull for Honduras, Nicaragua

Hi Janna,

Thanks! I'll email the inbox first and go from there.

Best,
Amany

---

**From:** Austin, Janna C <[redacted]>
**Sent:** Thursday, April 10, 2025 10:56 AM
**To:** Ezeldin, Amany S <[redacted]>; Block, Andrew J <[redacted]>; Sanger, Jennifer E <[redacted]>; Heffner, Morgan L <[redacted]>; Dombek, Christopher D <[redacted]>; DSReport Request <[redacted]>; Friedmann, Pamela E <[redacted]>; Martin, Daniel C (Dan) <[redacted]>; Garland, Kathlene M (Katie) <[redacted]>
**Cc:** Knechtges, Eric A <[redacted]>; Sotomayor, Paloma <[redacted]>; Cutlip-Mason, Rená E <[redacted]>; Ridley, Sasha M <[redacted]>; Simanski, John F <[redacted]>; Miller, Kelley K <[redacted]>
**Subject:** RE: TPS Data Pull for Honduras, Nicaragua

Hi Amany and Andrew,

You can reach out directly to our Systems Integration Division, Reports and Analysis Branch, to request the data. I believe some of your colleagues are currently on a call with them to discuss another data request. I've copied our SID/RAB colleagues on this email so that you can coordinate with them directly. The SID/RAB inbox is: [redacted]

The FDNS-DS Request Form can be found on the RAB ECN Website via the following link: [redacted]

Thanks,

Janna

**Janna Austin**
Acting Chief of Staff
FDNS Front Office

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION                    NTPSA2_00001672_0002

Fraud Detection and National Security Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ████████████

---

**From:** Ezeldin, Amany S <████████████>
**Sent:** Thursday, April 10, 2025 12:58 PM
**To:** Block, Andrew J <████████████>; Austin, Janna C <████████████>; Sanger, Jennifer E <████████████>; Heffner, Morgan L <████████████>; Dombek, Christopher D <████████████>
**Cc:** Knechtges, Eric A <████████████>; Sotomayor, Paloma <████████████>; Cutlip-Mason, Rená E <████████████>; Ridley, Sasha M <████████████>; Simanski, John F <████████████>; Montezemolo, Markus K (Mark) <████████████>; Miller, Kelley K <████████████>
**Subject:** RE: TPS Data Pull for Honduras, Nicaragua

Hi Janna,

As Andrew mentioned, we are requesting data on fraud, public safety, and NS/KST for applicants and beneficiaries of TPS Honduras and TPS Nicaragua similar to the data we requested for Nepal TPS and Cameroon TPS. Would you/your team be able to provide those numbers by Friday, April 18th?

Please let us know if that works or if you need any additional information. The data from OPQ to run your reports is attached.

Thank you,
Amany

---

**From:** Block, Andrew J <████████████>
**Sent:** Wednesday, April 9, 2025 1:59 PM
**To:** Austin, Janna C <████████████>; Sanger, Jennifer E <████████████>; Heffner, Morgan L <████████████>; Dombek, Christopher D <████████████>
**Cc:** Knechtges, Eric A <████████████>; Sotomayor, Paloma <████████████>; Cutlip-Mason, Rená E <████████████>; Ezeldin, Amany S <████████████>; Ridley, Sasha M <████████████>; Simanski, John F <████████████>; Montezemolo, Markus K (Mark) <████████████>; Miller, Kelley K <████████████>
**Subject:** RE: TPS Data Pull for Honduras, Nicaragua

Hi Janna,

We're planning to send you another data request later this week. We'll be looking for the same type of data you've given us previously, but this time it will be for Honduras and Nicaragua. We'll be sure to give you a full week for analysis. I'll be on leave for the next few days, so either Amany or Kelley (both cc'd) will reply to this thread with the OPQ spreadsheet.

Thank you again!

Andrew

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services

Department of Homeland Security
Cell: ▮▮▮▮▮▮▮▮

**From:** Block, Andrew J
**Sent:** Tuesday, March 25, 2025 11:48 AM
**To:** Austin, Janna C <▮▮▮▮▮▮>; Sanger, Jennifer E <▮▮▮▮▮▮>; Heffner, Morgan L <▮▮▮▮▮▮>; Dombek, Christopher D <▮▮▮▮▮▮>
**Cc:** Knechtges, Eric A <▮▮▮▮▮▮>; Sotomayor, Paloma <▮▮▮▮▮▮>; Cutlip-Mason, Renà E <▮▮▮▮▮▮>; Ezeldin, Amany S <▮▮▮▮▮▮>; Ridley, Sasha M <▮▮▮▮▮▮>; Simanski, John F <▮▮▮▮▮▮>; Montezemolo, Markus K (Mark) <▮▮▮▮▮▮>
**Subject:** RE: TPS Data Pull for Cameroon, Nepal

Thank you, Janna! Yes, we'll provide more lead time in the future.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ▮▮▮▮▮▮▮▮

**From:** Austin, Janna C <▮▮▮▮▮▮>
**Sent:** Tuesday, March 25, 2025 11:42 AM
**To:** Block, Andrew J <▮▮▮▮▮▮>; Sanger, Jennifer E <▮▮▮▮▮▮>; Heffner, Morgan L <▮▮▮▮▮▮>; Dombek, Christopher D <▮▮▮▮▮▮>
**Cc:** Knechtges, Eric A <▮▮▮▮▮▮>; Sotomayor, Paloma <▮▮▮▮▮▮>; Cutlip-Mason, Renà E <▮▮▮▮▮▮>; Ezeldin, Amany S <▮▮▮▮▮▮>; Ridley, Sasha M <▮▮▮▮▮▮>; Simanski, John F <▮▮▮▮▮▮>; Montezemolo, Markus K (Mark) <▮▮▮▮▮▮>
**Subject:** RE: TPS Data Pull for Cameroon, Nepal

Good Morning, Andrew,

I am so sorry for the delayed response. Yes, our Systems integration Division Reports and Analysis Branch is working on the data pull and should be able to have the data to you by COB Wednesday. If possible, could you provide at least a week on future requests? This team receives a significant number of data requests and any additional lead time you can provide is very much appreciated.

Thank you so much,

Janna

**Janna Austin**
Acting Chief of Staff
FDNS Front Office
Fraud Detection and National Security Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ▮▮▮▮▮▮▮▮

**From:** Block, Andrew J <​███​>
**Sent:** Tuesday, March 25, 2025 11:38 AM
**To:** Austin, Janna C <​███​>; Sanger, Jennifer E <​███​>; Heffner, Morgan L <​███​>; Dombek, Christopher D <​███​>
**Cc:** Knechtges, Eric A <​███​>; Sotomayor, Paloma <​███​>; Cutlip-Mason, Rená E <​███​>; Ezeldin, Amany S <​███​>; Ridley, Sasha M <​███​>
**Subject:** RE: TPS Data Pull for Cameroon, Nepal

Hello All – Just checking in to confirm whether you're able to provide the analysis we requested. Thank you again for your help.

**Andrew Block**
Program Analyst
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ███

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

NTPSA2_00001672_0005