Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, SANDHYA LAMA, TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**NOTICE AND REQUEST FOR JUDICIAL NOTICE OF NEW TPS TERMINATION DECISIONS**<br><br>Complaint filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
diana.sanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.com
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

1    Plaintiffs hereby provide notice and request the Court take judicial notice of three additional Temporary Protected Status termination decisions issued by Defendants since this Court's November 18, 2025 hearing on the parties' cross motions for summary judgment. *See* 90 Fed. Reg. 58,028 (Dec. 15, 2025) (Ethiopia); 90 Fed. Reg. 53,378 (Nov. 25, 2025) (Burma (Myanmar)); 90 Fed. Reg. 54,733 (Nov. 28, 2025) (Haiti). These decisions bring the total number of TPS termination decisions since the second Trump Administration took office to thirteen terminations for eleven countries (including two terminations each for Venezuela and Haiti). *See* 90 Fed. Reg. 9040 (Feb. 5, 2025) (Venezuela 2023); 90 Fed. Reg. 20,309 (May 13, 2025) (Afghanistan); 90 Fed. Reg. 23,697 (June 4, 2025) (Cameroon); 90 Fed. Reg. 24,151 (June 6, 2025) (Nepal); 90 Fed. Reg. 28,760 (July 1, 2025) (Haiti); 90 Fed. Reg. 30,089 (July 8, 2025) (Honduras); 90 Fed. Reg. 30,086 (July 8, 2025) (Nicaragua); 90 Fed. Reg. 43,225 (Sept. 8, 2025) (Venezuela 2021); 90 Fed. Reg. 45,398 (Sept. 22, 2025) (Syria); 90 Fed. Reg. 50,484 (Nov. 6, 2025) (South Sudan).

The new terminations are relevant to Plaintiffs' claim that the terminations challenged in this case are "based on [Defendants'] preordained determination to end the TPS program, rather than an objective review of country conditions," because they continue Defendants' pattern of terminating TPS for every country that has come up for periodic review. Dkt. 73 at 21. *See* Dkt. 144 at 16-20 (seeking summary judgment on this claim). Further, as notices published in the Federal Register, they are properly subject to judicial notice. *Kanfer v. Pharmacare US, Inc.*, 142 F. Supp. 3d 1091, 1099 (S.D. Cal. 2015) ("The contents of the Federal Register are noticeable as a matter of law.") (citing 44 U.S.C. § 1507, which states "[t]he contents of the Federal Register shall be judicially noticed").

Date: December 17, 2025

Respectfully submitted,

NATIONAL DAY LABORER ORGANIZING NETWORK

*/s/ Jessica Karp Bansal*
Jessica Karp Bansal

Lauren Michel Wilfong (*Pro Hac Vice*)
NATIONAL DAY LABORER ORGANIZING NETWORK

Emilou MacLean
Michelle (Minju) Y. Cho
Amanda Young
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran
Diana Sanchez
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE

*Attorneys for Plaintiffs*