BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
RUTH MARY MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
AMANDA B. SAYLOR
JEFFREY M. HARTMAN
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-5687 <br><br> [PROPOSED] ORDER GRANTING MOTION FOR STAY OF THE COURT'S PARTIAL JUDGMENT (ECF No. 197) PENDING APPEAL |

[PROPOSED] ORDER GRANTING STAY PENDING APPEAL – No. 3:25-cv-5687
1

Before the Court is Defendants' motion for a stay pending appeal of the Court's order setting aside the Secretary's 2025 Termination determinations for Nepal, Honduras, and Nicaragua under the Administrative Procedures Act. ECF No. 197. Having reviewed the motion, IT IS HEREBY ORDERED that the motion for a stay pending appeal is GRANTED.

Issued this ___ day of January, 2026.

                                              Trina L. Thompson
                                              United States District Judge