BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
RUTH MARY MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
AMANDA B. SAYLOR
JEFFREY M. HARTMAN
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL TPS ALLIANCE, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

Case No. 3:25-cv-5687-TLT

**DEFENDANTS' EMERGENCY MOTION TO SHORTEN TIME**

Judge: Hon. Trina L. Thompson

Defendants have filed an emergency motion to stay the Court's December 31, 2025, order setting aside determinations made by Defendant Kristi Noem, Secretary of Homeland Security, with respect to Temporary Status Protection designations for Nicaragua, Honduras, and Nepal. ECF No. 197. Expedited briefing is necessary because the Court's order set aside the Secretary's terminations of TPS for Honduras, Nepal, and Nicaragua. *See Termination of the Designation of Honduras for [TPS]*, 90 Fed. Reg. 30,089 (July 8, 2025) (termination effective Sept. 8, 2025); *Termination of the Designation of Nepal for [TPS]*, 90 Fed. Reg. 24,151 (June 6, 2025) (termination effective August 5, 2025); *Termination of the Designation of Nicaragua for [TPS]*, 90 Fed. Reg. 30,086 (July 8, 2025) (termination effective Sept. 8, 2025). Specifically, Defendants request that the Court issue a decision on Defendants' motion for a stay pending appeal no later than 12:01 p.m. PDT on January 12, 2026. If the Court does not grant Defendants' motion by then, Defendants intend to move for a stay pending appeal of this Court's order (ECF No. 197) with the United States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 8(a).

Dated: January 5, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

RUTH MARY MUELLER
Senior Litigation Counsel

/s/ *Jeffrey Hartman*
JEFFREY HARTMAN
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4404
Jeffrey.M.Hartman@usdoj.gov

*Attorneys for the Defendants*