BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM H. WEILAND
Acting Assistant Director
ANNA DICHTER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
AMANDA B. SAYLOR
JEFFREY M. HARTMAN
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-5687-TLT<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME** |

1

Before the Court is the Defendants' motion to shorten time on a decision of their motion to stay the Court's partial final judgment setting aside the termination of the TPS designations for Honduras, Nepal, and Nicaragua. ECF No. 197. Having reviewed the motion, and determined that expedited briefing is warranted, IT IS HEREBY ORDERED that the motion is GRANTED.

Issued this ___ day of January, 2026.

_____
Trina L. Thompson
United States District Judge