BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
RUTH MARY MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
AMANDA B. SAYLOR
JEFFREY M. HARTMAN
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE; DENIS MOLINA; JHONY SILVA; MARIA ELENA HERNANDEZ; SANDHYA LAMA; TEOFILO MARTINEZ;<br><br>Plaintiffs,<br>v.<br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES OF AMERICA;<br><br>Defendants. | Case No. 3:25-cv-5687-TLT<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

DEFENDANTS' NOTICE OF APPEAL
No. 3:25-cv-5687-TLT

1  PLEASE TAKE NOTICE that all named Defendants hereby appeal to the United States Court of
2  Appeals for the Ninth Circuit from the Court's December 31, 2025, order and judgment (ECF No. 197).

3  Dated: January 8, 2026                   Respectfully submitted,

4                                           BRETT A. SHUMATE
                                            Assistant Attorney General
5
                                            YAAKOV M. ROTH
6                                           Principal Deputy Assistant Attorney General
                                            Civil Division
7

8                                           RUTH MARY MUELLER
                                            Senior Litigation Counsel
9

10                                          ERIC SNYDERMAN
                                            CATHERINE ROSS
11                                          LAUREN BRYANT
                                            LORI MACKENZIE
12                                          DANIEL CAPPELLETTI
                                            ILANA KRAMER
13                                          SHELBY WADE
                                            Trial Attorneys
14
                                            /s/ Jeffrey M. Hartman
15                                          JEFFREY M. HARTMAN
                                            Trial Attorney
16                                          U.S. Department of Justice, Civil Division
                                            Office of Immigration Litigation
17                                          P.O. Box 868, Ben Franklin Station
                                            Washington, DC 20044
18                                          Tel: (202) 532-4404
                                            Jeffrey.M.Hartman@usdoj.gov
19
20                                          *Attorneys for the Defendants*

21

22

23

24

25

26

27

28 DEFENDANTS' NOTICE OF APPEAL
   No. 3:25-cv-5687-TLT