BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
RUTH MARY MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
AMANDA B. SAYLOR
JEFFREY M. HARTMAN
DANIEL CAPPELLETTI
SHELBY WADE
RACHEL P. BERMAN-VAPORIS
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　Defendants. | Case No. 3:25-cv-5687<br><br>**DEFENDANTS' WAIVER OF REPLY AND NOTICE OF INTENT TO APPEAL**<br><br>Hon. Trina L. Thompson |

On January 5, 2026, Defendants filed a motion to stay this Court's December 31, 2025, decision. ECF Dkt. 197, 198. On that same day, Defendants filed a motion to shorten time for Plaintiffs to respond to their motion for stay. ECF Dkt. 199. The Court denied Defendants' motion to shorten time on January 6, 2026, and set January 12, 2026, as the deadline for Plaintiffs response, and January 20, 2026, for Defendants' reply. ECF Dkt. 200. Defendants respectfully notify the Court that they will not file a reply. Moreover, absent a ruling by this honorable Court by 5:00 pm PST on January 14, 2026, Defendants will seek a stay from the United States Court of Appeals for the Ninth Circuit.

Dated: January 13, 2026                        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

RUTH MARY MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
JEFFREY M. HARTMAN
AMANDA SAYLOR
DANIEL CAPPELLETTI
SHELBY WADE
RACHEL P. BERMAN-VAPORIS
Trial Attorneys

/s/ *Jeffrey Hartman*
JEFFREY HARTMAN
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4404
Jeffrey.M.Hartman@usdoj.gov
*Attorneys for the Defendants*

DEFENDANTS' WAIVER OF REPLY BRIEF AND NOTICE OF INTENT TO SEEK STAY
No. 3:25-cv-5687