

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



**FILED**

JAN 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 26-199 |
| Originating Case Number: | 3:25-cv-05687-TLT |
| Short Title: | National TPS Alliance, et al. v. Noem, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 26-199 |
| Originating Case Number: | 3:25-cv-05687-TLT |
| Case Title: | National TPS Alliance, et al. v. Noem, et al. |

**1/14/2026**

| | |
|---|---|
| United States Department of Homeland Security | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| United States of America | Mediation Questionnaire due |

**1/22/2026**

| | |
|---|---|
| United States Department of Homeland Security | Appeal Transcript Order Due |
| Kristi Noem | Appeal Transcript Order Due |
| United States of America | Appeal Transcript Order Due |

**2/23/2026**

| | |
|---|---|
| Kristi Noem | Appeal Transcript Due |
| United States Department of Homeland Security | Appeal Transcript Due |
| United States of America | Appeal Transcript Due |

**4/2/2026**

| | |
|---|---|
| United States of America | Appeal Opening Brief Due |

| | |
|---|---|
| United States Department of Homeland Security | Appeal Opening Brief Due |
| Kristi Noem | Appeal Opening Brief Due |

**5/4/2026**

| | |
|---|---|
| Sandhya Lama | Appeal Answering Brief Due |
| National TPS Alliance | Appeal Answering Brief Due |
| Jhony Silva | Appeal Answering Brief Due |
| Teofilo Martinez | Appeal Answering Brief Due |
| Maria Elena Hernandez | Appeal Answering Brief Due |
| Denis Molina | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**