Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, SANDHYA LAMA, TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**DECLARATION OF JESSICA BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR COMPLIANCE**<br><br>Assigned to: Hon. Trina L Thompson<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9<br><br>Complaint Filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (Admitted *Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitrán (SBN 302081)
ebitran@aclusocal.org
Diana Sánchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (Admitted *Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

I, Jessica Karp Bansal, declare:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am an attorney with the National Day Laborer Organizing Network and counsel of record in this action. I make this declaration in support of Plaintiffs' Motion for Compliance. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently as follows.

2. On Thursday, January 1, 2026, my co-counsel Emi MacLean emailed Defendants' counsel to request that Defendants update the USCIS webpages concerning Nicaragua, Honduras, and Nepal's TPS designation in light of this Court's December 31, 2025 order (ECF 197).

3. On Tuesday, January 6, 2026, Defendants revised the USCIS TPS webpages in some respects, but left conflicting language on the webpages indicating that the TPS designations for Nicaragua, Honduras, and Nepal are no longer in effect, as shown in Exhibits A through C of my Declaration in Support of Plaintiffs' Motion to Shorten Time, filed concurrently with Plaintiffs' Motion for Compliance. Further, Defendants have not acknowledged this Court's December 31, 2025 order or updated the information about TPS for Honduras, Nicaragua, and Nepal on USCIS's SAVE or E-Verify webpages, as shown in Exhibits D and E of my Declaration in Support of Plaintiffs' Motion to Shorten Time.

4. On Tuesday, January 13, 2026, after receiving multiple reports of TPS holders who had been unlawfully detained or refused employment as a result of inaccurate and incomplete information on Defendants' webpages, I emailed Defendants' counsel to inform them that the USCIS webpages were inaccurate and incomplete. Despite repeated follow-up emails from Plaintiffs' counsel between January 13 and 20, 2026, Defendants have responded only that they are "notify[ing]" and "check[ing]" with DHS. As of January 21, 2026, Defendants have still not taken any action to correct the problem on the relevant USCIS webpages.

5. On January 20, I advised counsel for Defendants that Plaintiffs would be forced to file a motion for compliance, along with an administrative motion to shorten the briefing schedule, unless Defendants addressed Plaintiffs' concerns by 10 am PT on January 21. I asked counsel for Defendants for their position on each motion.

1

DECLARATION OF JESSICA BANSAL ISO MOTION FOR COMPLIANCE
CASE NO. 3:25-CV-05687-TLT

6. At 11:18 am PT on January 21, counsel for Defendants responded that their client is "looking into it and reviewing the databases." Counsel did not provide Defendants' position on Plaintiffs' motions to shorten briefing and for compliance.

7. A true and correct copy of the email exchange described above at ¶¶ 1–5 is attached as Exhibit F to my Declaration in Support of Plaintiffs' Motion to Shorten Time.

8. In connection with the case of one detained Nepali TPS holder, I emailed the local Assistant U.S. Attorneys to explain that his TPS remains valid due to this Court's December 31, 2025 order, so his detention is unlawful. *See* 8 U.S.C. § 1254(d)(4) ("An alien provided temporary protected status under this section shall not be detained by the [Secretary] on the basis of the alien's immigration status in the United States."). They responded that it was their understanding that his TPS had been terminated. Although I provided them with a link to USCIS's TPS Nepal webpage after it was updated on January 6, the TPS holder remained in immigration detention for 15 more days—separated from his U.S. citizen wife and young U.S. citizen children—and was released only today, January 21, after he filed a habeas petition seeking release.

9. In connection with the case of a detained Honduran TPS holder, on January 20, 2026, my co-counsel Emi MacLean similarly sent an email to the local U.S. Attorney explaining that his TPS remains valid due to this Court's December 31, 2025 order, so his detention is unlawful. The U.S. Attorney responded that she would get the agency's position, but could not confirm that the TPS holder would not be removed absent confirmation of his status from ICE.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Claremont, California this 21st day of January, 2026.

                               /s/ Jessica Karp Bansal
                               Jessica Karp Bansal