Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, SANDHYA LAMA, TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**DECLARATION OF JOSE A. PALMA IN SUPPORT OF PLAINTIFFS' MOTION FOR COMPLIANCE** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (Admitted *Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitrán (SBN 302081)
ebitran@aclusocal.org
Diana Sánchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (Admitted *Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

DECLARATION OF JOSE A. PALMA ISO MOTION FOR COMPLIANCE
CASE NO. 3:25-CV-05687-TLT

**DECLARATION OF JOSE A. PALMA JIMENEZ**

I, Jose A. Palma Jimenez, declare:

1. I am Co-Coordinator of the National TPS Alliance ("NTPSA"). I previously submitted declarations in this case on July 8, 2025, Dkt. 17-13, and August 7, 2025. Dkt. 82-2.

2. I make this declaration based on my personal knowledge; files and documents of NTPSA that I have reviewed; and information provided to me by NTPSA leaders who I believe to be reliable, including NTPSA organizers, members of the NTPSA Executive Committee, local Committee Coordinators, and other NTPSA-affiliated staff. These files, documents and information are the type that is generated in the ordinary course of business and that I would customarily rely on in conducting NTPSA business.

3. Between January 6, 2026 and today, dozens of TPS holders from Honduras, Nicaragua, and Nepal have reported to the NTPSA that their employers have told them they cannot hire them because their employers are unable to confirm their work authorization. In many cases, these are individuals who are seeking to return to jobs from which they were dismissed when the TPS terminations for Honduras, Nicaragua, and Nepal took effect following the Ninth Circuit Court of Appeal decision staying this Court's postponement order.

4. Many of these TPS holders have reported that their employers want to take them back, but when the TPS holders go to Human Resources to complete the paperwork necessary for them to resume their jobs, Human Resources staff inform them they are unable to verify their work authorization. TPS holders have reported this happens even when they present their employers with the USCIS TPS webpage for their country stating that Employment Authorization Documents (EADs) have been automatically extended.

5. In many cases, TPS holders have been told that their work authorization cannot be verified absent an expiration date for their work authorization. Typically, a TPS-related EAD expires when the TPS designation period expires. However, the USCIS TPS webpages do not provide any expiration date for TPS holders' EADs that have been automatically extended as a result of the Court's December 31, 2025 order.

6. During this same time period, NTPSA has also received reports from hundreds of TPS holders from Honduras, Nicaragua, and Nepal who have been unable to renew their drivers' licenses because the DMV is unable to verify their immigration status. Many of these TPS holders similarly report that DMV officials have told them either that the DMV is unable to verify their immigration status without an expiration date for their country's TPS designation or that the DMV cannot renew their license until it receives a response from the SAVE system regarding their immigration status.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Houston, Texas this 21st day of January, 2026.

    /s/ José A. Palma Jimenez
José A. Palma Jimenez