Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, SANDHYA LAMA, TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**DECLARATION OF J.L. IN SUPPORT OF PLAINTIFFS' MOTION FOR COMPLIANCE** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (Admitted *Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitrán (SBN 302081)
ebitran@aclusocal.org
Diana Sánchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (Admitted *Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

**DECLARATION OF J.L.**

I, J.L., declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. My husband, ███, is 55 years old. He is a TPS holder from Honduras. We live in Louisiana with our youngest child, who is 13 years old and a U.S. citizen. We also have three adult children who are also U.S. citizens.

3. On January 7th, ███ was driving when he was pulled over by the local police. He told me that a police car pulled up next to him at a red light. He saw the officer look at him. After the light turned green, the police officer began following my husband and pulled him over. The police officer began asking him for his documents. ███ gave him his identification, but the officer insisted on seeing proof of his citizenship or residence. When ███ was unable to produce these documents, the police officer called immigration agents. While they were waiting for ICE to arrive, ███ called me and told me what was happening. Then, about two hours later, he called me from a detention center. He is now in removal proceedings and has a court date in February.

4. Aside from this arrest by immigration agents, ███ has never been arrested, charged, or convicted of any crime. He is a very diligent, hardworking person. He has always paid his taxes and we own our home. Until recently, he worked at petroleum refinery plants as a construction worker. He had to pass drug tests in order to maintain his employment. He was let go from his job in September after his TPS work permit expired because of the administration's termination of TPS.

5. ███ detention has been absolutely devastating for our family, especially our young son, who is very attached to his father. He misses his father so much. He doesn't want to sleep alone, so he has been sleeping with me at night. And he is terrified that the police will arrest us too. Recently, we were driving home from church, and my son saw a police car. He immediately crouched down in the car. I asked him what he was doing, and he told me that he was afraid that the police would take him because he looks Latino. It is breaking my heart to see our son suffer this way.

6. I swear under penalty of perjury that the foregoing is true and correct. Executed in Louisiana on this 20th day of January, 2026.

_____
J.L.

**CERTIFICATE OF INTERPRETATION**

I, Emilia Garcia, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to J.L. in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: January 20, 2026

_____
Emilia Garcia