Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, SANDHYA LAMA, TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**DECLARATION OF V.T. IN SUPPORT OF PLAINTIFFS' MOTION FOR COMPLIANCE** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (Admitted *Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitrán (SBN 302081)
ebitran@aclusocal.org
Diana Sánchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (Admitted *Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

# DECLARATION OF V.T.

I, V.T., declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am a TPS holder from Nepal and a member of the National TPS Alliance. I have lived in the U.S. since 2011. I live in Colorado.

3. I work as product owner for a technology company. I have a master's degree in leadership, and I am working towards another master's degree in computer science.

4. In August, my employer placed me on administrative leave after my work permit expired due to the termination of TPS for Nepal. They told me that if TPS were reinstated, that I would be able to resume my employment. Since then, I have been living off my savings, which are quickly running out. I have worked so hard to build a life and support myself, but all that stability has just crumbled away. I don't know how I will pay rent next month or even put gas in my car. I also lost my health insurance and have been forgoing regular healthcare as a result.

5. I felt so relieved when Judge Thompson ruled in our favor on December 31, 2025. I believed that it meant that I could again legally work. When USCIS updated the website regarding TPS for Nepal, I emailed my employer's I-9 team. The next day, I followed up with additional information from the National TPS Alliance.

6. On January 13, 2026, the I-9 team replied to me, saying that my TPS status had not been "officially authorized by the government," and that they would not update my employment authorization. I felt defeated when I read this, because even though the judge ruled that the termination was unlawful, I still cannot return to work. I am so exhausted by living with such immense uncertainty.

7. I swear under penalty of perjury that the foregoing is true and correct. Executed in Colorado on this 20th day of January, 2026.

_____
V.T.