UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, SANDHYA LAMA, TEOFILO MARTINEZ,<br><br>      Plaintiffs,<br><br>   vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>      Defendants. | Case No. 3:25-cv-05687-TLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR COMPLIANCE** |

**[PROPOSED] ORDER**

On January 21, 2026, Plaintiffs filed a Motion for Compliance. After considering the briefs and arguments of counsel, the evidence filed in support of and opposition to Plaintiffs' Motion, and being fully advised, the Court hereby GRANTS Plaintiffs' Motion and ORDERS that, within two business days, Defendants shall: (1) revise USCIS's TPS webpages for Honduras, Nicaragua, and Nepal to state that TPS remains in effect until July 5, 2026 (Honduras and Nicaragua) and June 24, 2026 (Nepal), absent further court order, and (2) update USCIS's SAVE and E-Verify webpages and associated databases to state that TPS protections for people from Honduras, Nicaragua, and Nepal remain in effect, and that employment authorization documents for TPS holders from Honduras, Nicaragua, and Nepal remain valid until July 5, 2026 (Honduras and Nicaragua) and June 24, 2026 (Nepal), absent further court order.

SO ORDERED.

Date: _____, 2026

_____
The Honorable Trina L. Thompson
UNITED STATES DISTRICT JUDGE