Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, SANDHYA LAMA, and TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 25-cv-5687-TLT<br><br>**PLAINTIFFS' EMERGENCY ADMINISTRATIVE MOTION TO SHORTEN TIME AND SET BRIEFING SCHEDULE RE: PLAINTIFFS' EMERGENCY ADMINISTRATIVE MOTION TO SHORTEN TIME AND PLAINTIFFS' EMERGENCY MOTION FOR COMPLIANCE (ECF 207)**<br><br>Complaint Filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 799 3566

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

In accordance with Civil Local Rules 6-3 and 7-11 and this Court's rules and orders, Plaintiffs respectfully move the Court to modify the briefing schedule with respect to Plaintiffs' Emergency Administrative Motion to Shorten Time ("Motion to Shorten Time") and Plaintiffs' Emergency Motion for Compliance with Court Order [Dkt. 207] ("Motion for Compliance"), filed concurrently herewith.

In support of this Administrative Motion for Order Shortening Time and Setting Schedule ("Motion"), Plaintiffs submit that good cause exists to shorten time as set forth below:

1. This Motion is being filed concurrently with Plaintiffs' Motion for Compliance. The Court has not yet set a briefing schedule with respect to Plaintiffs' Motion to Shorten Time or Plaintiffs' Motion for Compliance.

2. On December 31, 2025, this Court held that the Department of Homeland Security Secretary Kristi Noem's terminations of the TPS designations for Nicaragua, Honduras, and Nepal were unlawful under the Administrative Procedure Act (APA). Dkt. 197 at 51. The Court's order vacated the Secretary's termination decisions with respect to Honduras, Nepal, and Nicaragua accordingly. *Id.*

3. Twenty-two days after this Court's order, however, Defendants have not made complete updates to the federal government's official website so that it accurately describes the status of TPS for Nicaragua, Honduras, or Nepal. Although Defendants have revised the USCIS TPS webpages concerning Nicaragua, Honduras, or Nepal in some respects, the webpages still have conflicting language indicating that the TPS designations for Nicaragua, Honduras, and Nepal are no longer in effect, which is false and inconsistent with this Court's order. *See* Decl. of Bansal ISO Motion to Shorten Time, Exs. A–C. In addition, the USCIS SAVE or E-Verify webpages and associated databases (that employers and state and local agencies rely on for accurate, up-to-date information about TPS) neither acknowledge the Court's December 31, 2025 order nor provide updated information regarding TPS for Honduras, Nicaragua, and Nepal. *Id.* at Exs. D & E. As a result, the National TPS Alliance and Plaintiffs' counsel have received reports of numerous TPS holders who have been refused employment, denied drivers' licenses, or unlawfully detained as a

1

result of the incomplete and inaccurate information on Defendants' webpages, including after Defendants' January 6 website revisions.

4. Plaintiffs' counsel first emailed Defendants' counsel on Thursday, January 1, 2026, to request that Defendants update the USCIS webpages concerning Nicaragua, Honduras, and Nepal's TPS designation following the issuance of this Court's December 31, 2025 order. *Id.* at Ex. F. On January 6, 2026, Defendants made incomplete revisions to the USCIS TPS webpages concerning Nicaragua, Honduras, or Nepal, as described in ¶ 3. Between January 13 and 20, 2026, Plaintiffs' counsel have repeatedly followed-up with Defendants' counsel to correct the inaccurate and incomplete information on the USCIS webpages. *See* Decl. of Bansal ISO Motion to Shorten Time, Ex. F. Defendants have responded only that they are "notify[ing]" and "check[ing]" with DHS, and, as of January 21, 2026, Defendants have still not taken any action to correct the problem on the relevant USCIS webpages. *Id.*

5. Plaintiffs' Motion for Compliance seeks to remedy this harm and ensure compliance with this Court's December 31, 2025 order by requesting that this Court order Defendants to revise the USCIS website and accurately reflect this Court's orders by: (1) revising USCIS's TPS webpages to state that TPS for Honduras, Nicaragua, and Nepal remains in effect until July 5, 2026 (Honduras and Nicaragua) and June 24, 2026 (Nepal), absent further court order and (2) updating USCIS's SAVE and E-Verify webpages and associated databases to state that TPS and employment authorization documents for TPS holders from Honduras, Nicaragua, and Nepal remain valid until July 5, 2026 (Honduras and Nicaragua) and June 24, 2026 (Nepal), absent further court order.

6. On January 20, 2026, Plaintiffs' counsel informed Defendants' counsel that Plaintiffs intended to file a Motion for Compliance along with a Motion to Shorten Time on January 21 unless Defendants corrected the language on USCIS's website by 10 am PT on January 21, 2026. *See* Decl. of Bansal ISO Motion to Shorten Time, Ex. F. Defendants' counsel responded at 11:18 am PT on January 21, 2026 that DHS is still "looking into it and reviewing the databases", and did not provide their position on either the Motion for Compliance or the Motion to Shorten Time. *Id.*

7. Good cause exists for the parties to brief and for this Court to hear Plaintiffs' Motion for Compliance on an expedited timeframe, as members of Plaintiff National TPS Alliance are

suffering irreparable harm in violation of their fundamental reliance interests, as described in the Motion for Compliance, including loss of legal status and deprivation of their employment authorization and ability to work, as a result of Defendants' failure to bring USCIS's website into compliance with this Court's December 31, 2025 order.

8. Good cause also exists because this Court has already been briefed on and ruled on the issues relevant to the Motion for Compliance and now need only decide whether it is appropriate to order the relief requested by Plaintiffs to bring Defendants into compliance with the Court's December 31, 2025 order.

9. For those reasons, Plaintiffs propose the following timeline:

- Defendants file their Response to Plaintiffs' Motion to Shorten Time by January 23, 2026;
- Defendants file their Response to Plaintiffs' Motion for Compliance by January 26, 2026; and
- Plaintiffs file their Reply in Support of their Motion for Compliance, if any, by January 27, 2026.

10. There have been the following previous time modifications in this case:

- On July 11, 2025, the Court granted Plaintiffs' Motion to Shorten Time regarding Plaintiffs' Motion to Postpone (Dkt. 19) for good cause shown and advanced the parties' briefing schedule and hearing on the Motion to Postpone. *See* Dkt. 36.
- On July 15, 2025, the Court granted Plaintiffs' Motion to Expedite Production of Certified Administrative Records (Dkt. 42) for good cause shown and ordered Defendants to produce the CARs for Defendants' decisions to terminate TPS for Nepal, Nicaragua, and Honduras within seven (7) days of issuance of the Court's order. *See* Dkt. 47.
- On August 6, 2025, the Court granted Defendants' Motion to Shorten Time regarding Defendants' Emergency Motion for Stay (Dkt. 76) and advanced the parties' briefing schedule and the Court's decision on Defendants' Emergency Motion for Stay. *See* Dkt. 80.

3

PLAINTIFFS' EMERGENCY ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE – CASE NO. 25-CV-05687-TLT

- On August 14, 2025, the Court set a shortened schedule regarding Plaintiffs' Motion for Class Certification after the Plaintiff notified the Court that it intended to seek an expedited briefing schedule for class certification in the Joint Case Management Statement, and ordered Plaintiffs to file their Motion for Class Certification by August 15, 2025; Defendants to file their Opposition by August 25, 2025; Plaintiffs to file their Reply by August 29, 2025; and set argument on the Motion for Class Certification for September 16, 2025 at 2:00 pm PST. *See* Dkt. 91. On August 21, 2025, the Court advanced the Motion for Class Certification hearing to 11:00 am PST on the same day. *See* Dkt. 98.

11. Granting Plaintiffs' Motion to Shorten Time and Set Briefing Schedule with respect to Plaintiffs' Motion to Shorten Time and Motion for Compliance will have minimal effect on the overall case schedule.

12. Based on the foregoing, and for good cause shown, Plaintiffs respectfully request that the Court modify the briefing schedule as set forth in paragraph 9 above.

Date: January 21, 2026

Respectfully submitted,

NATIONAL DAY LABORER ORGANIZING NETWORK

 /s/ *Jessica Karp Bansal*
Jessica Karp Bansal
Lauren Michel Wilfong (*Pro Hac Vice*)

Emilou MacLean
Michelle (Minju) Y. Cho
Amanda Young
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

4
PLAINTIFFS' EMERGENCY ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE – CASE NO. 25-CV-05687-TLT

Eva L. Bitran
Diana Sanchez
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

NATIONAL DAY LABORER ORGANIZING NETWORK

 /s/ *Jessica Karp Bansal*
Jessica Karp Bansal