Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, SANDHYA LAMA, and TEOFILO MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 25-cv-5687-TLT<br><br>**DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' EMERGENCY ADMINISTRATIVE MOTION TO SHORTEN TIME AND SET BRIEFING SCHEDULE**<br><br>Complaint Filed: July 7, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong *(Pro Hac Vice)*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF EMERGENCY MOTION TO SHORTEN TIME AND SET BRIEFING SCHEDULE – CASE NO. 25-CV-5687-TLT

# DECLARATION OF JESSICA KARP BANSAL

I, Jessica Karp Bansal, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am an attorney with the National Day Laborer Organizing Network and counsel of record in this action for Plaintiffs. I file this Declaration in support of Plaintiffs' Administrative Motion for Order Shortening Time and Setting Schedule Re: Plaintiffs' Emergency Administrative Motion to Shorten Time and Emergency Motion for Compliance. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the USCIS webpage regarding Nicaragua's TPS designation as it appeared on Wednesday, January 21, 2026 at 15:33 GMT.

3. Attached hereto as **Exhibit B** is a true and correct copy of the USCIS webpage regarding Honduras' TPS designation as it appeared on Wednesday, January 21, 2026 at 15:34 GMT.

4. Attached hereto as **Exhibit C** is a true and correct copy of the USCIS webpage regarding Nepal's TPS designation as it appeared on Wednesday, January 21, 2026 at 15:35 GMT.

5. Attached hereto as **Exhibit D** is a true and correct copy of the USCIS's SAVE webpage as it appeared on Wednesday, January 21, 2026 at 15:35 GMT.

6. Attached hereto as **Exhibit E** is a true and correct copy of the USCIS's E-Verify webpage as it appeared on Wednesday, January 21, 2026 at 15:38 GMT.

7. On Thursday, January 1, 2026, my co-counsel Emi MacLean emailed Defendants' counsel to request that Defendants update the USCIS webpages concerning Nicaragua, Honduras, and Nepal's TPS designation in light of this Court's December 31, 2025 order (ECF 197).

8. On Tuesday, January 6, 2026, Defendants revised the USCIS TPS webpages in some respects, but left conflicting language on the webpages indicating that the TPS designations for Nicaragua, Honduras, and Nepal are no longer in effect, as shown in Exhibits A through C. Further, Defendants have not acknowledged this Court's December 31, 2025 order or updated the

1

DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF EMERGENCY MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE – CASE NO. 25-CV-5687

1  information about TPS for Honduras, Nicaragua, and Nepal on USCIS's SAVE or E-Verify
2  webpages, as shown in Exhibits D and E.
3      9.    On Tuesday, January 13, 2026, after receiving multiple reports of TPS holders who
4  had been unlawfully detained or refused employment as a result of inaccurate and incomplete
5  information on Defendants' webpages, I emailed Defendants' counsel to inform them that the
6  USCIS webpages were inaccurate and incomplete. Despite repeated follow-up emails from
7  Plaintiffs' counsel between January 13 and 20, 2026, Defendants have responded only that they are
8  "notify[ing]" and "check[ing]" with DHS. As of January 21, 2026, Defendants have still not taken
9  any action to correct the problem on the relevant USCIS webpages.
10     10.   On January 20, 2026, I advised counsel for Defendants that Plaintiffs would be forced
11 to file a motion for compliance, along with an administrative motion to shorten the briefing
12 schedule, unless Defendants addressed Plaintiffs' concerns by 10 am PT on January 21. I asked
13 counsel for Defendants for their position on each motion.
14     11.   At 11:18 am PT on January 21, 2026, counsel for Defendants responded that their
15 client is "looking into it and reviewing the databases." Counsel did not provide Defendants' position
16 on Plaintiffs' motions to shorten briefing and for compliance.
17     12.   A true and correct copy of the email exchange described above at ¶¶ 7–11 is attached
18 as **Exhibit F**.
19     I declare under penalty of perjury under the laws of the United States of America that the
20 foregoing is true and correct.
21     Executed on January 21, 2026, in Claremont, California.

                                    /s/ Jessica Karp Bansal
                                    Jessica Karp Bansal

**EXHIBIT INDEX**

| Exhibit | Description |
|---------|-------------|
| A | USCIS Webpage for Nicaragua TPS, stating "TPS Continues Through: Sept. 8, 2025" |
| B | USCIS Webpage for Honduras TPS, stating "TPS Continues Through: Sept. 8, 2025" |
| C | USCIS Webpage for Nepal TPS, stating "TPS Continues Through Aug. 20, 2025" |
| D | SAVE Home Page, listing "News and Alerts" with news of TPS terminations but no acknowledgement of this Court's Dec. 31, 2025 order |
| E | E-Verify Home Page, with "What's New" section listing TPS terminations, but no acknowledgement of this Court's Dec. 31, 2025 order |
| F | Email communication between counsel for Plaintiffs and Defendants |