# Exhibit C

Home > Humanitarian > Temporary Protected Status > Temporary Protected Status Designated Country: Nepal

# Temporary Protected Status Designated Country: Nepal

## Humanitarian

- Abused Spouses, Children and Parents
- Consideration of Deferred Action for Childhood Arrivals (DACA)
- Deferred Enforced Departure
- Information for Afghan Nationals
- Employment Resources for Parolees in the United States
- Humanitarian or Significant Public Benefit Parole for Aliens Outside the United States
- Refugees and Asylum
- **Temporary Protected Status**
  - Honduras
  - **Nepal**
  - Nicaragua
  - Burma (Myanmar)
  - El Salvador
  - Ethiopia
  - Haiti
  - Lebanon
  - Somalia
  - South Sudan
  - Sudan
  - Syria
  - Ukraine
  - Venezuela
  - Yemen
- Victims of Human Trafficking and Other Crimes

ⓘ **ALERT:** After reviewing country conditions and consulting with the appropriate U.S. government agencies, Secretary of Homeland Security Kristi Noem determined that Nepal no longer met the conditions for its designation for Temporary Protected Status (TPS). *See* Termination of the Designation of Nepal for Temporary Protected Status, 90 Fed. Reg 24151 (June 6, 2025). Nepal's TPS designation and related benefits terminated on Aug. 5, 2025. However, on Dec. 31, 2025, a single judge in the U.S. Northern District of California issued an order vacating the Secretary's TPS termination decision. *National TPS Alliance et al. v. Noem et al.,* No. 25-cv-05687-TLT (N.D. Cal.). The judge did so even though the Department of Homeland Security recently prevailed twice in the U.S. Supreme Court in a similar case. The Department of Homeland Security vehemently disagrees with this order and is working with Department of Justice to determine next steps.

| | |
|---|---|
| **TPS Continues Through:** | Aug. 20, 2025 |
| **Employment Authorization Document (EAD) Auto-Extended Through:** | The validity of Employment Authorization Documents (EADs) issued under the TPS designation of Nepal with an original expiration date of June 24, 2018, June 24, 2019, March 24, 2020, Jan. 4, 2021, Oct. 4, 2021, Dec. 31, 2022, June 30, 2024, and June 24, 2025, is extended per court order. *National TPS Alliance et al. v. Noem et al.*, No. 25-cv-05687-TLT (N.D. Cal.). |
| **Continuous Residence Date in United States Since:** | June 24, 2015 |
| **Continuous Physical Presence in United States Since:** | June 24, 2015 |
| **TPS Designation Date:** | June 24, 2015 |
| **Federal Register Notice Citation:** | <ul><li>81 FR 74470</li><li>84 FR 23578 (correction)</li><li>83 FR 23705 (May 22, 2018)</li><li>84 FRN 59403</li><li>85 FR 79208</li><li>86 FRN 50725</li><li>Nov. 2022 Federal Register Notice</li><li>88 FRN 40317</li><li>90 FR 24151</li></ul> |

 Close All


Need Help? Chat with Emma™

- Venezuela
- Yemen

Victims of Human Trafficking and Other Crimes

Female Genital Mutilation or Cutting (FGM/C)

Forced Marriage

- Nov. 2022 Federal Register Notice
- 87 FR 44317
- 90 FR 24151

↗ Close All   ↗ Open All

### Automatic Employment Authorization Document (EAD) Extension

The validity of Employment Authorization Documents (EADs) issued under the TPS designation of Nepal with an original expiration date of June 24, 2018, June 24, 2019, March 24, 2020, Jan. 4, 2021, Oct. 4, 2021, Dec. 31, 2022, June 30, 2024, and June 24, 2025, is extended per court order. *National TPS Alliance et al. v. Noem et al.*, No. 25-cv-05687-TLT (N.D. Cal.).

### Other Immigration Options

You might be eligible for other immigration options listed on the Explore My Options page.

To apply for a lawful permanent status (Green Card), you must be eligible under one of the categories listed on the Green Card Eligibility Categories page. Once you find the category that may fit your situation, click on the link provided to get information on eligibility requirements, how to apply, and whether your family members can also apply with you.

**Note on Seeking Asylum:** Being granted and maintaining TPS until a reasonable period before the filing of the asylum application is considered an extraordinary circumstance for the purposes of the one year filing deadline. In other words, having TPS "stops the clock" on the requirement to file for asylum within one year of arriving in the United States, if the one-year clock has not already expired. See 8 CFR 208.4(a)(5)(iv).

### Avoid Scams

Please be aware that some unauthorized practitioners may try to take advantage of you by claiming they can file TPS forms. These same individuals may ask that you pay them to file such forms. We want to ensure that all potential TPS applicants know how to obtain legitimate, accurate legal advice and assistance. A list of accredited representatives and free or low-cost legal providers is available on the USCIS website on the finding legal advice web page.

We do not want you to become a victim of an immigration scam. If you need legal advice on immigration matters, make sure the person helping you is authorized to give legal advice. Only an attorney or an accredited representative working for a Department of Justice (DOJ) recognized organization can give you legal advice. Visit the Avoid Scams page for information and resources.

### Related Links

**Forms**

- Form I-821, Application for Temporary Protected Status
- Form I-765, Application for Employment Authorization
- Form I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records
- Form I-912, Request for Fee Waiver
- Form I-601, Application for Waiver of Ground of Inadmissibility

**Tools**

- My Case Status
- Fee Waiver Guidance

**Other USCIS Links**

- Working in the United States

We do not want you to become a victim of an immigration scam or bad legal advice on immigration matters, make sure the person helping you is authorized to give legal advice. Only an attorney or an accredited representative working for a Department of Justice (DOJ) recognized organization can give you legal advice. Visit the Avoid Scams page for information and resources.

**Related Links**

**Forms**

- Form I-821, Application for Temporary Protected Status
- Form I-765, Application for Employment Authorization
- Form I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records
- Form I-912, Request for Fee Waiver
- Form I-601, Application for Waiver of Ground of Inadmissibility

**Tools**

- My Case Status
- Fee Waiver Guidance

**Other USCIS Links**

- Working in the United States

**Non-USCIS Links**

- Department of Justice, Immigrant and Employee Rights Section

Close All    Open All

Last Reviewed/Updated: 01/06/2026

Was this page helpful?

○ Yes    ○ No

Submit

Return to top

Topics    Forms    Newsroom    Citizenship    Green Card    Laws    Tools

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

| About USCIS | Freedom of Information Act | Office of the Inspector General |
| Accessibility | No FEAR Act Data | The White House |
| Budget and Performance | Privacy and Legal Disclaimers | USA.gov |
| DHS Components | Site Map | |

National Terrorism Advisory System
NTAS
NO CURRENT ADVISORIES
Put this widget on your web page

Need Help? Chat with Emma