# Exhibit D

![U.S. Citizenship and Immigration Services]

Search our site

Sign In

Topics | Forms | Newsroom | Citizenship | Green Card | Laws | Tools

Home > SAVE

# SAVE

## SAVE

- About SAVE
- Current User Agencies
- Benefit and License Applicants
- Prospective User Agencies
- SAVE Contact Us

SAVE is an online service for registered federal, state, territorial, tribal, and local government agencies to verify immigration status and U.S. citizenship of applicants seeking benefits or licenses.

SAVE does not determine an applicant's eligibility for a specific benefit or license. The benefit-granting or licensing agency determines eligibility for each benefit they administer.

SAVE is administered by U.S. Citizenship and Immigration Services (USCIS), a component of the Department of Homeland Security (DHS).

## News & Alerts

**Secretary of Homeland Security Announces Termination of Temporary Protected Status for Somalia, EADs Expire on March 17, 2026**

January 14, 2026

After reviewing country conditions and consulting with the appropriate U.S. government agencies, Secretary of Homeland Security Kristi Noem determined conditions in Somalia no longer support its designation for Temporary Protected Status (TPS) and it is contrary to the national interest to permit Somali nationals (or aliens having no nationality who last habitually resided in Somalia) to remain temporarily in the United States. Somalia's TPS designation and related benefits terminate on March 17, 2026, at 11:59 p.m.

**Reduced Validity Periods for Newly Issued Employment Authorization Documents**

January 12, 2026

On Dec.

**Secretary of Homeland Security Announces Termination of Temporary Protected Status for Ethiopia, Employment Authorization Documents Expire on Feb. 13, 2026**

December 15, 2025

After reviewing country conditions and consulting with the appropriate U.S. government agencies, Secretary of Homeland Security Kristi Noem has determined that Ethiopia no longer meets the statutory basis  for Temporary Protected Status (TPS) and that it is contrary to the national interest to permit nationals of Ethiopia (or aliens having no nationality who last habitually resided in Ethiopia ) to remain temporarily in the United States, so she terminated the designation. Ethiopia's TPS designation and related benefits terminate on Feb. 13, 2026, at 11:59 p.m.

View All News & Alerts

## Topics




Need Help? Chat with Emma™



## About SAVE

Find out more information including the history of SAVE, the verification process, the cost to use SAVE, verification response times, and a list of current User Agencies.

## Current User Agencies

Resources for agencies already registered to use SAVE. Review news & alerts, access guidance, and sign up for webinars.





## Benefit and License Applicants

Resources for individuals who have applied for benefits or licenses, such as healthcare, a driver's license, or a social security card, with a government agency that uses SAVE. Track the status of a pending case with SAVE CaseCheck, watch the SAVE Overview webinar, and learn how to correct your records.

## Prospective User Agencies

Information about eligibility requirements for an agency to register for SAVE, the registration process, and resources for prospective agencies.

Was this page helpful?

◯ Yes    ◯ No

Submit

Return to top

Topics    Forms    Newsroom    Citizenship    Green Card    Laws    Tools



     

Contact Us



**About SAVE**

Find out more information including the history of SAVE, the verification process, the cost to use SAVE, verification response times, and a list of current User Agencies.

**Current User Agencies**

Resources for agencies already registered to use SAVE. Review news & alerts, access guidance, and sign up for webinars.



**Benefit and License Applicants**

Resources for individuals who have applied for benefits or licenses, such as healthcare, a driver's license, or a social security card, with a government agency that uses SAVE. Track the status of a pending case with SAVE CaseCheck, watch the SAVE Overview webinar, and learn how to correct your records.



**Prospective User Agencies**

Information about eligibility requirements for an agency to register for SAVE, the registration process, and resources for prospective agencies.

Was this page helpful?

○ Yes    ○ No

Submit

Return to top

Topics    Forms    Newsroom    Citizenship    Green Card    Laws    Tools



    

**Contact USCIS**



USCIS.gov

An official website of the **U.S. Department of Homeland Security**

About USCIS
Accessibility
Budget and Performance
DHS Components

Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map

Office of the Inspector General
The White House
USA.gov



