# Exhibit E



Enroll | Login | Español

Employers ▾   Employees ▾   About E-Verify ▾   Key Links ▾

## What's Inside E-Verify+?

The plus brings innovation, protection, convenience, transparency, and efficiency that lets you click, confirm and carry on!

Watch our Video





**Employee Rights and Responsibilities**

Know your rights and responsibilities under E-Verify



**E-Verify+**

Streamline your employment eligibility verification process with our new service



**Upload my Documents**

Send us your documentation via **myUploads** and resolve your E-Verify case



**E-Verify Employers**

Find out who is currently enrolled in E-Verify

## What's New

**Secretary of Homeland Security Announces Termination of Designation of Somalia for Temporary Protected Status, EADs Expire on March 17, 2026**
January 14, 2026

**E-Verify Update: Easily Manage Your Point of Contact (POC) Information**
January 5, 2026

**E-Verify Records Scheduled for Disposal – Deadline Extended**
January 2, 2026

**Secretary of Homeland Security Announces Termination of Designation of Ethiopia for Temporary Protected Status, Employment Authorization Documents Expire on Feb. 13, 2026**
December 15, 2025

Secretary of Homeland Security Announces Termination of Designation

## Upcoming Webinars

| JAN 20 | **E-Verify Overview** |
| | January 20, 2026 at 11:00 am Eastern |
| | E-Verify Overview |

| JAN 20 | **E-Verify in 30** |
| | January 20, 2026 at 1:00 pm Eastern |
| | E-Verify in 30-Minutes |

| JAN | **Form I-9 Document Training** |
| | January 21, 2026 at 2:00 pm Eastern |

Document title: Home | E-Verify
Capture URL: https://www.e-verify.gov/
Capture timestamp (UTC): Wed, 21 Jan 2026 15:38:19 GMT
Page 1 of 3

Case 3:25-cv-05687-TLT    Document 208-6    Filed 01/21/26    Page 3 of 4

[Secretary of Homeland Security Announces Termination of Designation of Ethiopia for Temporary Protected Status, Employment Authorization Documents Expire on Feb. 13, 2026](#)
December 15, 2025

[Secretary of Homeland Security Announces Termination of Designation of Haiti for Temporary Protected Status](#)
November 28, 2025

[Secretary of Homeland Security Announces Termination of Designation of Burma for Temporary Protected Status, EADs Expire on January 26, 2026](#)
November 25, 2025

**View More News**

| JAN 20 | January 20, 2026 at 1:00 pm Eastern |
| --- | --- |
| | E-Verify in 30 Minutes |



| JAN 21 | **Form I-9 Document Training** |
| --- | --- |
| | January 21, 2026 at 2:00 pm Eastern |
| | Form I-9 Document Training |

**View More Upcoming Webinars**

---


**E-Verify Enhancements**
How we are making E-Verify better


**Visit I-9 Central**
Learn about the Form I-9


**E-Verify Compliance**
E-Verify compliance activities


**Tentative Nonconfirmation (Mismatch)**
See what a Mismatch means to you and how to correct it


**E-Verify User Manual**
Guidance on processes, rules, and responsibilities for employers and employer agents.

Was this page helpful?

 Yes     No

Submit

[Return to top](#)

**Employers**    **Employees**    **About E-Verify**    **Key Links**



   

**E-Verify Contact Center**





E-Verify.gov
An official website of the U.S. Department of Homeland Security

Document title: Home | E-Verify
Capture URL: https://www.e-verify.gov/
Capture timestamp (UTC): Wed, 21 Jan 2026 15:38:19 GMT
Page 2 of 3

Haiti for Temporary Protected Status
November 28, 2025

Form I-9 Document Training

Secretary of Homeland Security Announces Termination of Designation of Burma for Temporary Protected Status, EADs Expire on January 26, 2026
November 25, 2025

View More News

View More Upcoming Webinars



**E-Verify Enhancements**

How we are making E-Verify better



**Visit I-9 Central**

Learn about the Form I-9



**E-Verify Compliance**

E-Verify compliance activities



**Tentative Nonconfirmation (Mismatch)**

See what a Mismatch means to you and how to correct it



**E-Verify User Manual**

Guidance on processes, rules, and responsibilities for employers and employer agents.

Was this page helpful?

 Yes  ○ No

Submit

Return to top

**Employers**   **Employees**   **About E-Verify**   **Key Links**



   

**E-Verify Contact Center**



E-Verify.gov
An official website of the **U.S. Department of Homeland Security**

About E-Verify          Freedom of Information Act          Office of the Inspector General
Accessibility           No FEAR Act Data                    The White House
DHS Components          Privacy Policy                      USA.gov



Document title: Home | E-Verify
Capture URL: https://www.e-verify.gov/
Capture timestamp (UTC): Wed, 21 Jan 2026 15:38:19 GMT

Page 3 of 3