# Exhibit F

**From:** **Cappelletti, Daniel (CIV)** Daniel.Cappelletti@usdoj.gov
**Subject:** RE: [EXTERNAL] Re: NTPSA II - compliance with court order
**Date:** January 21, 2026 at 11:18 AM
**To:** Jessica Bansal jessica@ndlon.org, Kramer, Ilana R. (CIV) Ilana.R.Kramer@usdoj.gov
**Cc:** Emi MacLean EMacLean@aclunc.org, Berman-Vaporis, Rachel P. (CIV) Rachel.P.Berman-Vaporis@usdoj.gov, Bryant, Lauren E (CIV) Lauren.E.Bryant@usdoj.gov, Hartman, Jeffrey M. (CIV) Jeffrey.M.Hartman@usdoj.gov, Mueller, Ruth A. (CIV) Ruth.A.Mueller@usdoj.gov, Ross, Catherine (CIV) Catherine.Ross@usdoj.gov, Wade, Shelby (CIV) Shelby.Wade2@usdoj.gov, Snyderman, Eric M. (CIV) Eric.M.Snyderman@usdoj.gov, Ahilan Arulanantham arulanantham@law.ucla.edu, Erik Crew ecrew@haitianbridge.org, Amanda Young ayoung@aclunc.org, Diana Sanchez DianaSanchez@aclusocal.org, Minju Cho mcho@aclunc.org

Jessica,

We still have not received a definitive response from our client but understand they are looking into it and reviewing the databases.
As for Mr. ▇▇▇▇ and others referenced in your email, please send us their names and A numbers and we will notify our client.

Best,
Daniel

---

**From:** Jessica Bansal <jessica@ndlon.org>
**Sent:** Tuesday, January 20, 2026 3:42 PM
**To:** Kramer, Ilana R. (CIV) <Ilana.R.Kramer@usdoj.gov>
**Cc:** Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Emi MacLean <EMacLean@aclunc.org>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Ross, Catherine (CIV) <Catherine.Ross@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Erik Crew <ecrew@haitianbridge.org>; Amanda Young <ayoung@aclunc.org>; Diana Sanchez <DianaSanchez@aclusocal.org>; Minju Cho <mcho@aclunc.org>
**Subject:** Re: [EXTERNAL] Re: NTPSA II - compliance with court order

Dear Ilana and Daniel,

It has been a week since we raised concerns regarding the inaccurate information in official government websites and databases regarding the current status of TPS for Honduras, Nicaragua, and Nepal. **If we do not receive a response addressing these concerns by tomorrow at 10am PT, Plaintiffs will be forced to file a compliance motion tomorrow, along with an administrative motion seeking expedited briefing on that motion.**

As explained in my earlier email, Defendants' failure to accurately represent the Court's December 31 order is causing widespread harm to TPS holders. As just one example, Nepali TPS holder ▇▇▇▇▇▇▇ was detained on January 5, 2026 during a routine ICE check in--despite the Court's December 31 order setting aside the termination of TPS for Nepal. Mr. ▇▇▇▇▇ has been imprisoned since that time at Moshannon Valley ICE Processing Center. That same day, I contacted the local Assistant US Attorneys to inform them that Mr. ▇▇▇▇▇ detention was unlawful because his TPS status remains valid under the court's December 31 order. They

responded that it was their understanding that Mr. ▒▒▒▒ TPS had been terminated. Although I provided them with a link to USCIS's TPS Nepal webpage after it was updated on January 6, Mr. ▒▒▒▒ remains in immigration detention-- separated from his US citizen wife and their 2- and 4-year old US citizen children-- and has been forced to file a habeas petition to seek his release. ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

Mr. ▒▒▒▒ case does not appear to be an isolated one. We have received reports of at least five other detained Nepali, Honduran, and Nicaraguan TPS holders over the past week.

Please let us know if you have received any response from your clients regarding our concerns. Please also provide Defendants' position on our compliance motion and motion to expedite.

Lastly, we request that you communicate with your clients regarding Mr. ▒▒▒▒ continued illegal detention and our request that he be released.

Thank you,

Jessica

On Fri, Jan 16, 2026 at 1:06 PM Kramer, Ilana R. (CIV) <Ilana.R.Kramer@usdoj.gov> wrote:

> Jessica,
>
> While we continue to check the status with our client we do not yet have a definitive response.
>
> Thank you,
>
> All the best,
> Ilana Kramer
>
> *Ilana R. Kramer*
> Trial Attorney | U.S. Department of Justice
> Office of Immigration Litigation
> P.O. Box 868 | Ben Franklin Station | Washington, DC 20044
> (202) 860-9949 | Ilana.R.Kramer@usdoj.gov
>
> 

**From:** Jessica Bansal <jessica@ndlon.org>
**Sent:** Friday, January 16, 2026 3:56 PM
**To:** Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>
**Cc:** Emi MacLean <EMacLean@aclunc.org>; Kramer, Ilana R. (CIV) <Ilana.R.Kramer@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Ross, Catherine (CIV) <Catherine.Ross@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Erik Crew <ecrew@haitianbridge.org>; Amanda Young <ayoung@aclunc.org>; Diana Sanchez <DianaSanchez@aclusocal.org>; Minju Cho <mcho@aclunc.org>
**Subject:** Re: [EXTERNAL] Re: NTPSA II - compliance with court order

Daniel,

Do you have any update on this?

Thank you,

Jessica

On Tue, Jan 13, 2026 at 2:12 PM Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov> wrote:

> Jessica,
>
> Thank you for your message. I have notified the agency, and I will get back to you with their response.
>
> Best,
> Daniel
>
> **From:** Jessica Bansal <jessica@ndlon.org>
> **Sent:** Tuesday, January 13, 2026 4:01 PM
> **To:** Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>
> **Cc:** Emi MacLean <EMacLean@aclunc.org>; Kramer, Ilana R. (CIV) <Ilana.R.Kramer@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Ross, Catherine (CIV) <Catherine.Ross@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Erik Crew <ecrew@haitianbridge.org>; Amanda Young <ayoung@aclunc.org>; Diana Sanchez <DianaSanchez@aclusocal.org>; Minju Cho <mcho@aclunc.org>
> **Subject:** Re: [EXTERNAL] Re: NTPSA II - compliance with court order
>
> Daniel

Daniel,

We have received over a dozen reports over the past week from TPS holders from Honduras, Nicaragua, and Nepal who have been denied employment or, in at least one case, detained by ICE despite the district court's December 31 order setting aside the TPS terminations for these countries. This is occurring largely as a result of inaccurate and incomplete information provided by USCIS.

First, the USCIS website inaccurately states that TPS ended on September 8, 2025 for Honduras and Nicaragua and August 20, 2025 for Nepal. *See, e.g.,* https://www.uscis.gov/humanitarian/temporary-protected-status/temporary-protected-status-designated-country-nepal (chart stating "TPS Continues Through: Aug. 20, 2025). Those dates are based on the termination decisions that have been set aside by the district court as unlawful. Pursuant to the district court's December 31 order, there is no standing TPS termination decision for either of these three countries. Under the TPS statute, absent a standing termination decision, a country's TPS designation "is extended." 8 U.S.C. 1254a(b)(3)(C). *See also* 88 Fed. Reg. 40,317 at 40,321 (June 21, 2023) (explaining that, "absent any standing secretarial" decision to terminate TPS, a TPS designation is automatically extended in six-month increments). We note that DHS treated TPS as auto-extended for these countries under similar circumstances during both the first Trump and Biden administrations as well. *See, e.g., id.* Accordingly, the information on USCIS's website is incorrect.
Second, while USCIS has updated its TPS webpages to state that EADs for TPS holders from Honduras, Nicaragua, and Nepal have been extended, it does not appear that USCIS has updated the E-Verify website or the SAVE database to reflect the same or to explain how employers should verify the work authorization of TPS holders whose EADs have been automatically extended. As you know, many employers and state agencies rely on E-Verify and SAVE to verify immigration status. DHS has previously recognized its obligation to update E-Verify and SAVE to accurately reflect court orders regarding TPS. See, e.g., DHS Complies with District Court-Issued Stay to Postpone the Termination of TPS for Nepal, Honduras, and Nicaragua, https://www.e-verify.gov/about-e-verify/whats-new/dhs-complies-with-district-court-issued-stay-to-postpone-the-termination. However, DHS does not appear to have provided a similar update in the wake of the district court's December 31 order.

Please let us know by the end of the day Thursday whether and when the government will update the USCIS website, E-verify, and SAVE to accurately reflect that TPS for Honduras, Nicaragua, and Nepal remains in effect and TPS holders' EADs remain valid under the district court's December 31 order. As Defendants just recognized their obligation to update the website as to Venezuela in a very similar situation a few months ago, we would hope that your clients would accede to this request without the need for further litigation. See NTPSA v. Noem, Case No. 3:25-cv-01766-EMC, Dkt. 326 (Oct. 23, 2025). If the government does not do so, Plaintiffs will be forced to file a compliance motion with the court.

Thank you,

Jessica


On Tue, Jan 6, 2026 at 8:58 AM Jessica Bansal <jessica@ndlon.org> wrote:

> Thank you Daniel.
>
> On Tue, Jan 6, 2026 at 7:31 AM Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov> wrote:
>
>> Jessica,
>>
>> I understand that the USCIS website has been updated.
>>
>> Best,
>> Daniel
>>
>> ---
>>
>> From: Jessica Bansal <jessica@ndlon.org>
>> Sent: Monday, January 5, 2026 9:29 PM
>> To: Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>
>> Cc: Emi MacLean <EMacLean@aclunc.org>; Kramer, Ilana R. (CIV) <Ilana.R.Kramer@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Ross, Catherine (CIV) <Catherine.Ross@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Snyderman, Eric M. (CIV)

<Shelby.Wade2@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Erik Crew <ecrew@haitianbridge.org>; Amanda Young <ayoung@aclunc.org>; Diana Sanchez <DianaSanchez@aclusocal.org>; Minju Cho <mcho@aclunc.org>
Subject: [EXTERNAL] Re: NTPSA II - compliance with court order

Daniel,

It is well after close of business (and five days since the court issued its decision) and USCIS still has not updated its website. Please let us know no later than 10am PT tomorrow why the website has not been updated as USCIS planned.

If the website is not updated by tomorrow, Plaintiffs will file a motion for compliance (and an administrative motion to shorten time on the compliance motion). Please provide Defendants' position on each.

Thank you,

Jessica

On Fri, Jan 2, 2026 at 2:31 PM Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov> wrote:

> Emi,
>
> Our client has informed us that USCIS plans on updating the website by close of business Monday.
>
> Best,
> Daniel
>
> ---
>
> From: Emi MacLean <EMacLean@aclunc.org>
> Sent: Thursday, January 1, 2026 11:59:22 PM
> To: Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Kramer, Ilana R. (CIV) <Ilana.R.Kramer@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Ross, Catherine (CIV) <Catherine.Ross@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>
> Cc: Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Erik Crew <ecrew@haitianbridge.org>;

aralanantham@lawucla.edu>, Erik Crew <ecrew@haitianbridge.org>, Amanda Young <ayoung@aclunc.org>; Diana Sanchez <DianaSanchez@aclusocal.org>; Minju Cho <mcho@aclunc.org>
Subject: [EXTERNAL] NTPSA II - compliance with court order

Counsel:

Please confirm before the end of the day Friday, January 2, that Defendants will update the website concerning TPS for Nicaragua, Honduras and Nepal in light of Judge Thompson's ruling on Wednesday setting aside the terminations. (Please see attached.)

Pursuant to the order, Secretary Noem's TPS terminations for Nicaragua, Honduras and Nepal are set aside. The USCIS website does not currently reflect this. To comply with the Court's order, USCIS must revise the website such that it reads that the employment authorization documents for TPS holders from these countries have been auto-extended and that their TPS remains valid.

Please confirm by the end of Friday that these changes have been made. Please don't hesitate to let us know if useful to discuss.

Best,

Emi



Emi MacLean

*Pronouns: she/her/hers*

Senior Staff Attorney

ACLU Foundation of Northern California

39 Drumm St., San Francisco, CA 94111

(929)375-1575| emaclean@aclunc.org