UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, SANDHYA LAMA, and TEOFILO MARTINEZ,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 25-cv-05687-TLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE** |

1   This matter is before the Court on Plaintiffs' Emergency Administrative Motion for Order Shortening Time and Setting Schedule under Civ. L.R. 6-3 and L.R. 7-11 ("Motion to Shorten Time"), in connection with Plaintiffs' Emergency Motion for Compliance with Court Order [ECF 197] ("Motion for Compliance"), Dkt. 207. Having considered Plaintiffs' Request, the Court finds good cause and GRANTS the Request, and ORDERS that the parties file as follows:

- Defendants file their Response to Plaintiffs' Motion to Shorten Time by January 23, 2026;
- Defendants file their Response to Plaintiffs' Motion for Compliance by January 26, 2026; and
- Plaintiffs file their Reply in Support of their Motion for Compliance, if any, by January 27, 2026.

SO ORDERED.

Date: January __, 2026

_____
The Honorable Trina L. Thompson
UNITED STATES DISTRICT JUDGE