UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL TPS ALLIANCE; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>KRISTI NOEM; et al.,<br><br>        Defendants - Appellants. | No. 25-4901<br><br>D.C. No.<br>3:25-cv-05687-TLT<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: HAWKINS, CALLAHAN, and MILLER, Circuit Judges.

On consideration of the parties' joint status report filed January 7, 2026 (Dkt. No. 38), and the government's motion to vacate (Dkt. No. 40), the appeal of the district court's preliminary-relief ruling (Case No. 25-4901) is dismissed as moot because the district court has entered final judgment for plaintiffs on some of their APA claims. *See generally National TPS All. v. Noem*, No. 25-CV-05687-TLT, 2025 WL 4058572 (N.D. Cal. Dec. 31, 2025). We deny the government's request to vacate the district court's July 31, 2025, postponement order, *National TPS All. v. Noem,* 798 F. Supp. 3d 1008 (N.D. Cal. 2025). *See National TPS All. v. Noem*, No. 25-2120, 2026 WL 763614 (9th Cir. Mar. 18, 2026). The parties shall bear their own costs. This order constitutes the mandate of this court.