UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al*., | Case No. 3:25-cv-5687-TLT |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE IN COUNSEL** |
| MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et. al*., | Judge: Hon. Trina L. Thompson |
| Defendants. | |

Pursuant to Local Rule 5-1(c)(2)(D), undersigned counsel Catherine Ross respectfully provides notice of her resignation from the Department of Justice and requests leave of the Court to withdraw her appearance as counsel for Defendants in this case. Good cause supports this withdrawal, as counsel can no longer represent the government agencies party to this case. Other counsel from the U.S. Department of Justice continue to represent Defendants in this matter.

NOTICE OF CHANGE IN COUNSEL
No. 3:25-cv-5687-TLT

1

Dated: August 5, 2026

Respectfully submitted,

/s/ *Catherine Ross*
CATHERINE ROSS
Trial Attorney (DC Bar 9007404)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Catherine.ross@usdoj.gov

*Attorneys for the Defendants*

NOTICE OF CHANGE IN COUNSEL
No. 3:25-cv-5687-TLT

2