Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

Brett Shumate
Assistant Attorney General
Civil Division
Ruth Ann Mueller
Senior Litigation Counsel
Lauren Bryant (NY Bar 5321880)
Jeffrey Hartman (WA Bar 49810)
Daniel Cappelletti (DC Bar 1672879)
Shelby Wade (NY Bar 5696067)
Alina Salgado (GA Bar 689323)
Eric Snyderman (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

NATIONAL TPS ALLIANCE, DENIS MOLINA, JHONY SILVA, MARIA ELENA HERNANDEZ, SANDHYA LAMA, TEOFILO MARTINEZ,

Plaintiffs,

vs.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,

Defendants.

Case No. 3:25-cv-05687-TLT

**JOINT PROPOSED SCHEDULE FOR PROCEEDINGS ON REMAINING CLAIM**

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Mohammad Tajsar (SBN: 280512)
MTajsar@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

Pursuant to Court order, Dkt. 242, the parties submit the following proposed schedule for further proceedings regarding Plaintiffs' race discrimination claim, which is the only remaining claim before this Court. Dkt. 229-1 ¶¶ 186–90 (Claim Two). Specifically, in light of the Supreme Court's decision in *Mullin v. Dahlia Doe*, 609 U.S. ___, 146 S. Ct. 2121 (2026), Plaintiffs intend to seek leave to reopen limited discovery on this claim and Defendants intend to move for judgment on the pleadings and reserve their right to seek leave to file a second motion for summary judgment.

While each party opposes the other's motion, the parties have agreed to the following schedule, pending the Court's approval:

| | |
|---|---|
| September 17, 2026: | Plaintiffs' Motion to Reopen Discovery |
| October 1, 2026: | Defendants' Opposition to Motion to Reopen Discovery |
| October 2, 2026: | Defendants' Motion for Judgment on the Pleadings |
| October 8, 2026: | Plaintiffs' Reply in Support of Motion to Reopen Discovery |
| October 16, 2026: | Plaintiffs' Opposition to Motion for Judgment on the Pleadings |
| October 23, 2026: | Defendants' Reply in Support of Motion for Judgment on the Pleadings |
| December 22, 2026:[1] | Hearing on the Parties' Motions |

Should the Court deny Defendants' motion for judgment on the pleadings and grant Plaintiffs' motion to reopen discovery, the parties propose to jointly file a proposed schedule for Defendants' motion for leave to file a second summary judgment motion promptly following the completion of discovery.

[1] The parties propose this date because it appears to be the next free civil motion hearing date on the Court's calendar, but the parties note that they can be available earlier should the Court prefer. Defendants respectfully request that this hearing be held via videoconference. Plaintiffs' preference is to appear in person.

Date: September 10, 2026

Respectfully submitted,

NATIONAL DAY LABORER ORGANIZING NETWORK

/s/ *Jessica Karp Bansal*
Jessica Karp Bansal

*Attorneys for Plaintiffs*

Date: September 10, 2026

U.S. DEPARTMENT OF JUSTICE

/s/ *Daniel M. Cappelletti*
Daniel M. Cappelletti
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-2999
Daniel.Cappelletti@usdoj.gov

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other Signatory has concurred in the filing of this document.

Date: September 10, 2026

NATIONAL DAY LABORER ORGANIZING NETWORK

/s/ *Jessica Karp Bansal*
Jessica Karp Bansal